## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to the Fair Labor Standards Act
### 29 U.S.C. § 216(b)

Name: _Ralph L. Talarico, III_

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I consent and agree to pursue my Fair Labor Standards Act and state law claims arising out of unpaid overtime wages against Public Partnerships, LLC, d/b/a PCG Public Partnerships (PPL) and any other related entities or affiliates, directly and as joint employers.

3. During the past three years, while working as a direct care worker for Defendant PPL, there were occasions when I worked over 40 hours per week and did not receive proper compensation for all hours worked, including overtime pay.

4. I choose to be represented by Cohen Milstein Sellers & Toll PLLC, Nichols Kaster, PLLP, and Arnold, Beyer & Katz Law Firm for all purposes in this action and authorize them to take any steps necessary to pursue my claims, including filing new lawsuits.

5. I understand that I may withdraw this consent at any time by notifying the above-listed attorneys in writing.

Date: _5-5-17_

X _Ralph Talarico III_
Signature

_Ralph L. Talarico, III_
Print Name

_717 323 3244_
Telephone Number

2242342.2