# Exhibit 1

# Application for a §1915(c) Home and Community-Based Services Waiver

## PURPOSE OF THE HCBS WAIVER PROGRAM

The Medicaid Home and Community-Based Services (HCBS) waiver program is authorized in §1915(c) of the Social Security Act. The program permits a State to furnish an array of home and community-based services that assist Medicaid beneficiaries to live in the community and avoid institutionalization. The State has broad discretion to design its waiver program to address the needs of the waiver's target population. Waiver services complement and/or supplement the services that are available to participants through the Medicaid State plan and other federal, state and local public programs as well as the supports that families and communities provide.

The Centers for Medicare & Medicaid Services (CMS) recognizes that the design and operational features of a waiver program will vary depending on the specific needs of the target population, the resources available to the State, service delivery system structure, State goals and objectives, and other factors. A State has the latitude to design a waiver program that is cost-effective and employs a variety of service delivery approaches, including participant direction of services.

### Request for an Amendment to a §1915(c) Home and Community-Based Services Waiver

## 1. Request Information

  A. The **State** of **Pennsylvania** requests approval for an amendment to the following Medicaid home and community-based services waiver approved under authority of §1915(c) of the Social Security Act.
  B. **Program Title:**
     **Independence Waiver**
  C. **Waiver Number:PA.0319**
     **Original Base Waiver Number: PA.0319.**
  D. **Amendment   Number:PA.0319.R04.02**
  E. **Proposed Effective Date:** *(mm/dd/yy)*

     | 10/01/16 |
     |---|

     **Approved Effective Date: 10/01/16**
     **Approved Effective Date of Waiver being Amended: 07/01/15**

## 2. Purpose(s) of Amendment

**Purpose(s) of the Amendment.** Describe the purpose(s) of the amendment:
Independence Waiver Amendment

Changes included in this application to amend the Independence Waiver.

Main Module
• Attachment #1 – introduces the Department's intent to move to managed long-term services and supports, and the anticipated process for transitioning individuals from the Independence Waiver to Community HealthChoices.
• Attachment #2 – updates the waiver-specific HCBS transition plan.

Appendix B – Participant Access and Eligibility
• Increase unduplicated recipient numbers in waiver years 2 through 5

Appendix C – Participant Services
• Revises the language on Child Abuse Clearance checks to reflect recent changes in law (C-2-b).
• Removes the "Home Health" service definition, and creates four new discreet service definitions – Nursing, Physical Therapy, Occupational Therapy and Speech and Language Therapy (C-1/C-3).
• Removes the "Therapeutic and Counseling" service definition, and creates four new discreet service definitions – Behavior Therapy, Cognitive Rehabilitation Therapy, Counseling and Nutritional Consultation (C-1/C-3).
• Adds Benefits Counseling, Career Assessment, Employment Skills Development and Job Finding Services; replaces Supported Employment Services with Job Coaching Services.

Appendix E – Participant Direction of Services
• Changes references to the Department of Public Welfare and DPW to the Department of Human Services and DHS (E-1-j).

Appendix I – Financial Accountability
• Changes references to the Department of Public Welfare and DPW to the Department of Human Services and DHS throughout the appendix.

Appendix J – Cost Neutrality
• Revise cost neutrality estimates

## 3. Nature of the Amendment

**A.** **Component(s) of the Approved Waiver Affected by the Amendment.** This amendment affects the following component(s) of the approved waiver. Revisions to the affected subsection(s) of these component(s) are being submitted concurrently *(check each that applies)*:

| Component of the Approved Waiver | Subsection(s) |
|---|---|
| ☐ Waiver Application | Attachment #1; Atta |
| ☐ Appendix A – Waiver Administration and Operation | |
| ☐ Appendix B – Participant Access and Eligibility | B-3; B-6-b, f, i |
| ☐ Appendix C – Participant Services | C-2-b; C-1/C-3 |
| ☐ Appendix D – Participant Centered Service Planning and Delivery | |
| ☐ Appendix E – Participant Direction of Services | E-1-j |
| ☐ Appendix F – Participant Rights | |
| ☐ Appendix G – Participant Safeguards | |
| ☐ Appendix H | |
| ☐ Appendix I – Financial Accountability | |
| ☐ Appendix J – Cost-Neutrality Demonstration | J-1; J-2-d |

**B.** **Nature of the Amendment.** Indicate the nature of the changes to the waiver that are proposed in the amendment *(check each that applies)*:
- ☐ Modify target group(s)
- ☐ Modify Medicaid eligibility
- ☐ Add/delete services
- ☐ Revise service specifications
- ☐ Revise provider qualifications
- ☐ Increase/decrease number of participants
- ☐ Revise cost neutrality demonstration Add
- ☐ participant-direction of services
- ☐ Other
  Specify:
  Please see "Purpose of Amendment" for details

## Application for a §1915(c) Home and Community-Based Services Waiver

## 1. Request Information (1 of 3)

**A.** The **State** of **Pennsylvania** requests approval for a Medicaid home and community-based services (HCBS) waiver under the authority of §1915 (c) of the Social Security Act (the Act).

**B.** **Program Title** *(optional - this title will be used to locate this waiver in the finder)*:
**Independence Waiver**

**C.** **Type of Request:** amendment

**Requested Approval Period:***(For new waivers requesting five year approval periods, the waiver must serve individuals who are dually eligible for Medicaid and Medicare.)*

○ 3 years    ● 5 years

**Original Base Waiver Number: PA.0319**
**Waiver Number:** PA.0319.R04.02
**Draft ID:**           PA.022.04.02

**D.** **Type of Waiver** *(select only one)*:
Regular Waiver ☐

**E.** **Proposed Effective Date of Waiver being Amended:** 07/01/15
**Approved Effective Date of Waiver being Amended:** 07/01/15

## 1. Request Information (2 of 3)

**F.** **Level(s) of Care.** This waiver is requested in order to provide home and community-based waiver services to individuals who, but for the provision of such services, would require the following level(s) of care, the costs of which would be reimbursed under the approved Medicaid State plan *(check each that applies)*:
- ☐ **Hospital**
  Select applicable level of care
  - ○ Hospital as defined in 42 CFR §440.10

If applicable, specify whether the State additionally limits the waiver to subcategories of the hospital level of care:

 

○  **Inpatient psychiatric facility for individuals age 21 and under as provided in** 42 CFR §440.160

☐ **Nursing Facility**

Select applicable level of care

⦿ **Nursing Facility as defined in 42 CFR      440.40 and 42 CFR      440.155**

If applicable, specify whether the State additionally limits the waiver to subcategories of the nursing facility level of care:

 

○  **Institution for Mental Disease for persons with mental illnesses aged 65 and older as provided in 42 CFR §440.140**

☐ **Intermediate Care Facility for Individuals with Intellectual Disabilities (ICF/IID) (as defined in 42 CFR §440.150)**

If applicable, specify whether the State additionally limits the waiver to subcategories of the ICF/IID level of care:

 

## 1. Request Information (3 of 3)

 

G.  **Concurrent Operation with Other Programs.** This waiver operates concurrently with another program (or programs) approved under the following authorities

Select one:

⦿ **Not applicable**

○ **Applicable**

Check the applicable authority or authorities:

☐ **Services furnished under the provisions of §1915(a)(1)(a) of the Act and described in Appendix I**

☐ **Waiver(s) authorized under §1915(b) of the Act.**

Specify the §1915(b) waiver program and indicate whether a §1915(b) waiver application has been submitted or previously approved:

 

**Specify the §1915(b) authorities under which this program operates** (check each that applies):

☐ **§1915(b)(1) (mandated enrollment to managed care)**

☐ **§1915(b)(2) (central broker)**

☐ **§1915(b)(3) (employ cost savings to furnish additional services)**

☐ **§1915(b)(4) (selective contracting/limit number of providers)**

☐ **A program operated under §1932(a) of the Act.**

Specify the nature of the State Plan benefit and indicate whether the State Plan Amendment has been submitted or previously approved:

 

☐ **A program authorized under §1915(i) of the Act.**

☐ **A program authorized under §1915(j) of the Act.**

☐ **A program authorized under §1115 of the Act.**

Specify the program:

 

H.  **Dual Eligiblity for Medicaid and Medicare.**

Check if applicable:

☐ **This waiver provides services for individuals who are eligible for both Medicare and Medicaid.**

## 2. Brief Waiver Description

 

**Brief Waiver Description.** *In one page or less*, briefly describe the purpose of the waiver, including its goals, objectives, organizational structure (e.g., the roles of state, local and other entities), and service delivery methods.

Pennsylvania's Independence Waiver has been developed to emphasize deinstitutionalization, prevent or minimize institutionalization and provide an array of services and supports in community-integrated settings.  The Independence waiver provides home and community-based services to persons with physical disabilities aged 18 and over who meet the Nursing Facility level of care, and is designed to support individuals to live more independently in their homes and communities and to provide a variety of services that promote community living, including participant directed service models and traditional agency-based service models

The Department of Human Services (Department), as the State Medicaid Agency (SMA), retains authority over the administration and implementation of the Independence Waiver.  The Office of Long-Term Living, (OLTL) as part of the single SMA, is responsible for ensuring that the Independence

Waiver operates in accordance with applicable Federal laws and regulations as well as meeting all 1915 (c) waiver assurances. OLTL maintains oversight of contracted and local/regional entity functions and the development and distribution of policies, procedures and rules related to Waiver operations. OLTL also ensures that waiver services are provided by qualified enrolled Medicaid providers. The OLTL administers Independence Waiver services statewide to all participants who meet programmatic eligibility requirements and are Medicaid eligible.

OLTL retains the authority over the administration of the Independence Waiver, including the development of Waiver related policies, rules and regulations, which are distributed by OLTL through Bulletins and other communications issued electronically. OLTL only delegates specific functions in order to ensure strong quality oversight of the Waiver program. OLTL retains authority for all administrative decisions and supervision of the organizations OLTL contracts with.

Participants access services through a statewide Independent Enrollment Broker (IEB) that assists individuals with enrollment into the waiver. The local Area Agencies on Aging (AAAs) are delegated the task of performing level of care assessments as part of the waiver eligibility process. OLTL has direct oversight of the assessment tasks of the local AAAs. The performance of the initial level of care assessments at the local level is accomplished through contracts with 52 Area Agencies on Aging (AAAs) covering all 67 counties in the Commonwealth.

Services are provided through qualified providers that are enrolled as Medical Assistance providers. OLTL has written provider agreements with service providers across the Commonwealth who meet all waiver requirements and are enrolled in Medical Assistance. These local Independence Waiver providers are responsible for direct services to participants. The statewide Vendor Fiscal/Employer Agent executes and holds Medicaid provider agreements with individual support service workers hired by participants choosing to self-direct their services.

Through this amendment, the Commonwealth proposes to:
• Revise the Home and Community-Based Settings Waiver Transition Plan.
• Increase the number of unduplicated recipients in WY2 through 5.
• Update language on Child Abuse Clearances
• Add the following services: Employment Skills Development, Job Coaching, Job Finding, Career Assessment, and Benefits Counseling.
• Modify the Home Health and Therapeutic and Counseling service definitions.

## 3. Components of the Waiver Request

**The waiver application consists of the following components.** *Note: Item 3-E must be completed.*

A. **Waiver Administration and Operation. Appendix A** specifies the administrative and operational structure of this waiver.

B. **Participant Access and Eligibility. Appendix B** specifies the target group(s) of individuals who are served in this waiver, the number of participants that the State expects to serve during each year that the waiver is in effect, applicable Medicaid eligibility and post-eligibility (if applicable) requirements, and procedures for the evaluation and reevaluation of level of care.

C. **Participant Services. Appendix C** specifies the home and community-based waiver services that are furnished through the waiver, including applicable limitations on such services.

D. **Participant-Centered Service Planning and Delivery. Appendix D** specifies the procedures and methods that the State uses to develop, implement and monitor the participant-centered service plan (of care).

E. **Participant-Direction of Services.** When the State provides for participant direction of services, **Appendix E** specifies the participant direction opportunities that are offered in the waiver and the supports that are available to participants who direct their services. (*Select one*):

⦿ **Yes. This waiver provides participant direction opportunities.** *Appendix E is required.*
◯ **No. This waiver does not provide participant direction opportunities.** *Appendix E is not required.*

F. **Participant Rights. Appendix F** specifies how the State informs participants of their Medicaid Fair Hearing rights and other procedures to address participant grievances and complaints.

G. **Participant Safeguards. Appendix G** describes the safeguards that the State has established to assure the health and welfare of waiver participants in specified areas.

H. **Quality Improvement Strategy. Appendix H** contains the Quality Improvement Strategy for this waiver.

I. **Financial Accountability. Appendix I** describes the methods by which the State makes payments for waiver services, ensures the integrity of these payments, and complies with applicable federal requirements concerning payments and federal financial participation.

J. **Cost-Neutrality Demonstration. Appendix J** contains the State's demonstration that the waiver is cost-neutral.

## 4. Waiver(s) Requested

A. **Comparability.** The State requests a waiver of the requirements contained in §1902(a)(10)(B) of the Act in order to provide the services specified in **Appendix C** that are not otherwise available under the approved Medicaid State plan to individuals who: (a) require the level(s) of care specified in Item 1.F and (b) meet the target group criteria specified in **Appendix B**.

B. **Income and Resources for the Medically Needy.** Indicate whether the State requests a waiver of §1902(a)(10)(C)(i)(III) of the Act in order to use institutional income and resource rules for the medically needy (*select one*):
◯ **Not Applicable**

Case 5:17-cv-02165-JLS     Document 23-1     Filed 07/14/17     Page 6 of 234

○ **No**

◉ **Yes**

**C. Statewideness.** Indicate whether the State requests a waiver of the statewideness requirements in §1902(a)(1) of the Act *(select one)*:

    ◉ **No**

    ○ **Yes**

If yes, specify the waiver of statewideness that is requested *(check each that applies)*:

☐ **Geographic Limitation.** A waiver of statewideness is requested in order to furnish services under this waiver only to individuals who reside in the following geographic areas or political subdivisions of the State.
*Specify the areas to which this waiver applies and, as applicable, the phase-in schedule of the waiver by geographic area:*

☐ **Limited Implementation of Participant-Direction.** A waiver of statewideness is requested in order to make *participant-direction of services* as specified in **Appendix E** available only to individuals who reside in the following geographic areas or political subdivisions of the State. Participants who reside in these areas may elect to direct their services as provided by the State or receive comparable services through the service delivery methods that are in effect elsewhere in the State.
*Specify the areas of the State affected by this waiver and, as applicable, the phase-in schedule of the waiver by geographic area:*

## 5. Assurances

In accordance with 42 CFR §441.302, the State provides the following assurances to CMS:

**A. Health & Welfare:** The State assures that necessary safeguards have been taken to protect the health and welfare of persons receiving services under this waiver. These safeguards include:

    1. As specified in **Appendix C**, adequate standards for all types of providers that provide services under this waiver;

    2. Assurance that the standards of any State licensure or certification requirements specified in **Appendix C** are met for services or for individuals furnishing services that are provided under the waiver. The State assures that these requirements are met on the date that the services are furnished; and,

    3. Assurance that all facilities subject to §1616(e) of the Act where home and community-based waiver services are provided comply with the applicable State standards for board and care facilities as specified in **Appendix C**.

**B. Financial Accountability.** The State assures financial accountability for funds expended for home and community-based services and maintains and makes available to the Department of Health and Human Services (including the Office of the Inspector General), the Comptroller General, or other designees, appropriate financial records documenting the cost of services provided under the waiver. Methods of financial accountability are specified in **Appendix I**.

**C. Evaluation of Need:** The State assures that it provides for an initial evaluation (and periodic reevaluations, at least annually) of the need for a level of care specified for this waiver, when there is a reasonable indication that an individual might need such services in the near future (one month or less) but for the receipt of home and community-based services under this waiver. The procedures for evaluation and reevaluation of level of care are specified in **Appendix B**.

**D. Choice of Alternatives:** The State assures that when an individual is determined to be likely to require the level of care specified for this waiver and is in a target group specified in **Appendix B**, the individual (or, legal representative, if applicable) is:

    1. Informed of any feasible alternatives under the waiver; and,

    2. Given the choice of either institutional or home and community-based waiver services. **Appendix B** specifies the procedures that the State employs to ensure that individuals are informed of feasible alternatives under the waiver and given the choice of institutional or home and community-based waiver services.

**E. Average Per Capita Expenditures:** The State assures that, for any year that the waiver is in effect, the average per capita expenditures under the waiver will not exceed 100 percent of the average per capita expenditures that would have been made under the Medicaid State plan for the level(s) of care specified for this waiver had the waiver not been granted. Cost-neutrality is demonstrated in **Appendix J**.

**F. Actual Total Expenditures:** The State assures that the actual total expenditures for home and community-based waiver and other Medicaid services and its claim for FFP in expenditures for the services provided to individuals under the waiver will not, in any year of the waiver period, exceed 100 percent of the amount that would be incurred in the absence of the waiver by the State's Medicaid program for these individuals in the institutional setting(s) specified for this waiver.

**G. Institutionalization Absent Waiver:** The State assures that, absent the waiver, individuals served in the waiver would receive the appropriate type of Medicaid-funded institutional care for the level of care specified for this waiver.

H. **Reporting:** The State assures that annually it will provide CMS with information concerning the impact of the waiver on the type, amount and cost of services provided under the Medicaid State plan and on the health and welfare of waiver participants. This information will be consistent with a data collection plan designed by CMS.

I. **Habilitation Services.** The State assures that prevocational, educational, or supported employment services, or a combination of these services, if provided as habilitation services under the waiver are: (1) not otherwise available to the individual through a local educational agency under the Individuals with Disabilities Education Act (IDEA) or the Rehabilitation Act of 1973; and, (2) furnished as part of expanded habilitation services.

J. **Services for Individuals with Chronic Mental Illness.** The State assures that federal financial participation (FFP) will not be claimed in expenditures for waiver services including, but not limited to, day treatment or partial hospitalization, psychosocial rehabilitation services, and clinic services provided as home and community-based services to individuals with chronic mental illnesses if these individuals, in the absence of a waiver, would be placed in an IMD and are: (1) age 22 to 64; (2) age 65 and older and the State has not included the optional Medicaid benefit cited in 42 CFR §440.140; or (3) age 21 and under and the State has not included the optional Medicaid benefit cited in 42 CFR § 440.160.

## 6. Additional Requirements

*Note: Item 6-I must be completed.*

A. **Service Plan.** In accordance with 42 CFR §441.301(b)(1)(i), a participant-centered service plan (of care) is developed for each participant employing the procedures specified in **Appendix D**. All waiver services are furnished pursuant to the service plan. The service plan describes: (a) the waiver services that are furnished to the participant, their projected frequency and the type of provider that furnishes each service and (b) the other services (regardless of funding source, including State plan services) and informal supports that complement waiver services in meeting the needs of the participant. The service plan is subject to the approval of the Medicaid agency. Federal financial participation (FFP) is not claimed for waiver services furnished prior to the development of the service plan or for services that are not included in the service plan.

B. **Inpatients**. In accordance with 42 CFR §441.301(b)(1)(ii), waiver services are not furnished to individuals who are in-patients of a hospital, nursing facility or ICF/IID.

C. **Room and Board**. In accordance with 42 CFR §441.310(a)(2), FFP is not claimed for the cost of room and board except when: (a) provided as part of respite services in a facility approved by the State that is not a private residence or (b) claimed as a portion of the rent and food that may be reasonably attributed to an unrelated caregiver who resides in the same household as the participant, as provided in **Appendix I**.

D. **Access to Services**. The State does not limit or restrict participant access to waiver services except as provided in **Appendix C**.

E. **Free Choice of Provider**. In accordance with 42 CFR §431.151, a participant may select any willing and qualified provider to furnish waiver services included in the service plan unless the State has received approval to limit the number of providers under the provisions of §1915(b) or another provision of the Act.

F. **FFP Limitation**. In accordance with 42 CFR §433 Subpart D, FFP is not claimed for services when another third-party (e.g., another third party health insurer or other federal or state program) is legally liable and responsible for the provision and payment of the service. FFP also may not be claimed for services that are available without charge, or as free care to the community. Services will not be considered to be without charge, or free care, when (1) the provider establishes a fee schedule for each service available and (2) collects insurance information from all those served (Medicaid, and non-Medicaid), and bills other legally liable third party insurers. Alternatively, if a provider certifies that a particular legally liable third party insurer does not pay for the service(s), the provider may not generate further bills for that insurer for that annual period.

G. **Fair Hearing:** The State provides the opportunity to request a Fair Hearing under 42 CFR §431 Subpart E, to individuals: (a) who are not given the choice of home and community-based waiver services as an alternative to institutional level of care specified for this waiver; (b) who are denied the service(s) of their choice or the provider(s) of their choice; or (c) whose services are denied, suspended, reduced or terminated. **Appendix F** specifies the State's procedures to provide individuals the opportunity to request a Fair Hearing, including providing notice of action as required in 42 CFR §431.210.

H. **Quality Improvement**. The State operates a formal, comprehensive system to ensure that the waiver meets the assurances and other requirements contained in this application. Through an ongoing process of discovery, remediation and improvement, the State assures the health and welfare of participants by monitoring: (a) level of care determinations; (b) individual plans and services delivery; (c) provider qualifications; (d) participant health and welfare; (e) financial oversight and (f) administrative oversight of the waiver. The State further assures that all problems identified through its discovery processes are addressed in an appropriate and timely manner, consistent with the severity and nature of the problem. During the period that the waiver is in effect, the State will implement the Quality Improvement Strategy specified in **Appendix H**.

I. **Public Input.** Describe how the State secures public input into the development of the waiver:
The Office of Long-Term Living (OLTL), in accordance with the public input provisions found at 42 C.F.R. §441.304 (f) (1) – (f) (3) of the Home and Community-Based Services (HCBS) Settings regulations, conducted a public input process to obtain stakeholder input on the Independence waiver-specific transition plan, and proposed changes included in the amendment.

Timeline:

Specifically in the drafting of the Independence waiver amendment and transition plan, the following strategies were undertaken:
• February 9, 2016 discussed at the Long – Term Care Subcommittee of the MAAC
• March 17, 2016 discussed on OLTL's "Third Thursday" webinar, which provides a broad stakeholder audience updates on activities

surrounding the implementation of Community HealthChoices
• March 30, 2016 discussed at the Consumer Subcommittee of the MAAC
• March 31, 2016 discussed at the Medical Assistance Advisory Committee
• April 1, 2016 distributed via the OLTL ListServ and posted on the OLTL website
http://www.dhs.pa.gov/learnaboutdhs/dhsorganization/officeoflongtermliving/oltlwaiverinfo/2016IndependenceWaiverAmendment/index.htm#
• April 1, 2016 distributed a separate email to all Service Coordination Entities with a prepared information sheet for participants
• April 2, 2016 Public Notice was published in the Pennsylvania Bulletin and distributed via email and in paper copy
• April 4, 2016 notification sent out to various stakeholders, including waiver participants, through the Policy Information Exchange, via email
and paper newsletter
• April 6, 2016 discussed at the Managed Long-Term Services and Supports Subcommittee of the MAAC
• April 13 and April 19, 2016 hosted webinars for all interested stakeholders
• May 4, 2016 Comments were shared with the Managed Long-Term Services and Supports Subcommittee of the MAAC
• June 14, 2016 Comments were shared at the Long – Term Care Subcommittee of the MAAC

Participant involvement:

Both the Managed Long-Term Services and Supports and the Long-Term Care Subcommittees of the MAAC include participant representation
as well as advocacy representation.  All members of this committee are responsible for reaching out to their constituencies to make them aware
of the information that is presented at the meetings as well as soliciting their input when asked to review and provide feedback on
documents.  These committees are used as venues to seek participant and advocate input.

Additionally, Service Coordination Entities were asked to share information with Independence Waiver participants.

Summary of Public Input Opportunities:

The required public notice was conducted for the proposed Independence Waiver amendment as follows. On April 1, 2016, OLTL distributed
the public notice announcing the availability of the amendment documents via the OLTL ListServ and posted it on the OLTL website at
http://www.dhs.pa.gov/learnaboutdhs/dhsorganization/officeoflongtermliving/oltlwaiverinfo/2016IndependenceWaiverAmendment/index.htm#.  In
addition, a Public Notice was published in the Pennsylvania Bulletin on April 2, 2016, which is distributed electronically and in paper format
via subscription.  The official public comment period ended on May 2, 2016.  Tribal consultation is not required as there are no federally
recognized tribes in the commonwealth.

OLTL made public comment opportunities available via written and mailed submissions, a dedicated email site, direct contact to OLTL staff, or
verbally at one of the public webinars held in January.  Formal comments were received from those participating on the webinars; in addition,
clarifying questions were asked and were responded to.  Written feedback was also received from advocates/advocacy organizations.  Feedback
was carefully considered and incorporated as appropriate following the public comment period in this submission of the waiver
amendment.  Stakeholder comments, and OLTL's responses, will be posted on OLTL's website at:
http://www.dhs.pa.gov/learnaboutdhs/dhsorganization/officeoflongtermliving/oltlwaiverinfo/index.htm#.

A summary of the comments received follows:

Appendix A
Comment:Addition of Home Modifications Brokers as Contracted Entities, Appendix A-Administrative Authority-Appendix A-3 Will the
Home Modification broker be responsible for a) submitting the home adaptation request in the participant's plan and b) obtaining
approval/signature from the landlord/homeowner for the work completed?
Response: The Home Modification Broker will be responsible to obtain written permission form the landlord regarding any necessary work that
will need to be completed. The Service Coordinator is responsible for placing the Home Modification request on the participants Individual
Service Plan (ISP) and submitting the request to OLTL for review and approval.

Comment: The selected assessment entity, will have subcontracts with local organizations….." We are concerned that nothing is said about the
qualifications of these local organizations to do the assessments. We suggest that wording be inserted about local organizations being chosen
based on specific outlined qualifications.  The minimum qualifications should be listed in the appendix.
Response: The qualifications for Assessors are outlined in Appendix B-6 of the Waiver application.

***continued in B. Optional***

J.  **Notice to Tribal Governments**. The State assures that it has notified in writing all federally-recognized Tribal Governments that maintain a
primary office and/or majority population within the State of the State's intent to submit a Medicaid waiver request or renewal request to CMS at
least 60 days before the anticipated submission date is provided by Presidential Executive Order 13175 of November 6, 2000. Evidence of the
applicable notice is available through the Medicaid Agency.

K.  **Limited English Proficient Persons**. The State assures that it provides meaningful access to waiver services by Limited English Proficient
persons in accordance with: (a) Presidential Executive Order 13166 of August 11, 2000 (65 FR 50121) and (b) Department of Health and Human
Services "Guidance to Federal Financial Assistance Recipients Regarding Title VI Prohibition Against National Origin Discrimination Affecting
Limited English Proficient Persons" (68 FR 47311 - August 8, 2003). **Appendix B** describes how the State assures meaningful access to waiver
services by Limited English Proficient persons.

## 7. Contact Person(s)

**A.** The Medicaid agency representative with whom CMS should communicate regarding the waiver is:

**Last Name:**

Allen

**First Name:**

Leesa

**Title:**

Deputy Secretary

**Agency:**

Department of Human Services, Office of Medical Assistance Programs

**Address:**

625 Forster Street

**Address 2:**

Room 515, Health and Welfare Building

**City:**

Harrisburg

**State:** **Pennsylvania**

**Zip:**

17120

**Phone:**

(717) 787-1870    **Ext:**   ☐ **TTY**

**Fax:**

(717) 787-4639

**E-mail:**

leallen@pa.gov

**B.** If applicable, the State operating agency representative with whom CMS should communicate regarding the waiver is:

**Last Name:**

**First Name:**

**Title:**

**Agency:**

**Address:**

**Address 2:**

**City:**

**State:** **Pennsylvania**

**Zip:**

**Phone:**

    **Ext:**   ☐ **TTY**

**Fax:**

Case 5:17-cv-02165-JLS      Document 23-1      Filed 07/14/17      Page 11 of 234

**E-mail:**

## 8. Authorizing Signature

This document, together with the attached revisions to the affected components of the waiver, constitutes the State's request to amend its approved waiver under §1915(c) of the Social Security Act. The State affirms that it will abide by all provisions of the waiver, including the provisions of this amendment when approved by CMS. The State further attests that it will continuously operate the waiver in accordance with the assurances specified in Section V and the additional requirements specified in Section VI of the approved waiver. The State certifies that additional proposed revisions to the waiver request will be submitted by the Medicaid agency in the form of additional waiver amendments.

**Signature:**          Virginia Brown

State Medicaid Director or Designee

**Submission Date:**          Aug 26, 2016

**Note: The Signature and Submission Date fields will be automatically completed when the State Medicaid Director submits the application.**

**Last Name:**          Allen

**First Name:**          Leesa

**Title:**          Deputy Secretary

**Agency:**          Department of Human Services, Office of Medical Assistance Programs

**Address:**          625 Forster Street

**Address 2:**          Room 515, Health & Welfare Building

**City:**          Harrisburg

**State:**          **Pennsylvania**

**Zip:**          17120

**Phone:**          (717) 787-1870          **Ext:**          ☐ **TTY**

**Fax:**          (717) 787-4639

**E-mail:**

## Attachments

**Attachment #1: Transition Plan**
Check the box next to any of the following changes from the current approved waiver. Check all boxes that apply.

☐ **Replacing an approved waiver with this waiver.**
☐ **Combining waivers.**
☐ **Splitting one waiver into two waivers.**
☐ **Eliminating a service.**
☐ **Adding or decreasing an individual cost limit pertaining to eligibility.**
☐ **Adding or decreasing limits to a service or a set of services, as specified in Appendix C.**
☐ **Reducing the unduplicated count of participants (Factor C).**
☐ **Adding new, or decreasing, a limitation on the number of participants served at any point in time.**
☐ **Making any changes that could result in some participants losing eligibility or being transferred to another waiver under 1915(c) or**

**another Medicaid authority.**

☐ **Making any changes that could result in reduced services to participants.**

Specify the transition plan for the waiver:

The Commonwealth's Department of Human Services (DHS) is embarking on a phase-in of a Managed Long-term Services and Supports (MLTSS) model of service delivery known as Community Health Choices (CHC). CHC will be rolled out in all 67 counties that comprise five (5) geographic zones, and will serve the following Participants:
• Adults age 21 or older who require Medicaid LTSS (whether in the community or in private or county nursing facilities) because they need the level of care provided by a nursing facility.
• Dual Eligibles age 21 or older whether or not they need or receive LTSS.

The rollout of CHC is anticipated to begin in July 2017 in southwestern PA, in January 2018 in southeastern PA and in January 2019 in the remainder of the state. DHS will be using one of its other Office of Long-Term Living (OLTL) waivers as the vehicle to consolidate all current OLTL 1915(c) waivers, with the exception of the OBRA Waiver, in one 1915(b)(c) CHC waiver. The CHC Waiver will have a nursing facility (NFCE) level of care. The Independence 1915(c) Waiver will not be operated concurrently with the Community HealthChoices (CHC) 1915(b) Waiver.

All Independence Waiver participants will be notified of the shift to managed care through various means. At this time, OLTL is planning for Service Coordinators (SC) to contact Independence Waiver participants six months prior to the beginning of each CHC rollout phase to educate them on CHC. SCs will be expected to make face to face visits, phone contacts, and/or send follow-up letters as appropriate to meet the needs of the Independence Waiver participant. Service coordinators will be required to answer any questions participants and family members have about CHC and the transition process. OLTL will provide Service Coordinators a document with key information about CHC to use in responding to questions from participants. In addition, OLTL will send notices to all Independence Waiver participants explaining the CHC transition.

Individuals transitioning from the Independence Waiver to the CHC waiver will not lose any services, and will have access to additional services if so indicated through the needs assessment process. CHC-MCOs are required to maintain continuity of care for all individuals transitioning to CHC from other programs. Individuals transitioning from the Independence Waiver to CHC will be able to keep their current individual service plan, services, and providers for 180 days or until a new Person-Centered Service Plan (PCSP) is developed and new services and providers are secured, whichever is later. The CHC continuity of care requirements will be outlined in the Program Requirements and Agreement signed between the CHC-MCOs and the Department.

OLTL anticipates submitting an amendment to the Independence Waiver in early 2017 which will more fully articulate the processes and timelines for transitioning from the Independence Waiver to CHC.

**Attachment #2: Home and Community-Based Settings Waiver Transition Plan**
Specify the state's process to bring this waiver into compliance with federal home and community-based (HCB) settings requirements at 42 CFR 441.301(c)(4)-(5), and associated CMS guidance.
*Consult with CMS for instructions before completing this item. This field describes the status of a transition process at the point in time of submission. Relevant information in the planning phase will differ from information required to describe attainment of milestones.*
*To the extent that the state has submitted a statewide HCB settings transition plan to CMS, the description in this field may reference that statewide plan. The narrative in this field must include enough information to demonstrate that this waiver complies with federal HCB settings requirements, including the compliance and transition requirements at 42 CFR 441.301(c)(6), and that this submission is consistent with the portions of the statewide HCB settings transition plan that are germane to this waiver. Quote or summarize germane portions of the statewide HCB settings transition plan as required.*
*Note that Appendix C-5 HCB Settings describes settings that do not require transition; the settings listed there meet federal HCB setting requirements as of the date of submission. Do not duplicate that information here.*
*Update this field and Appendix C-5 when submitting a renewal or amendment to this waiver for other purposes. It is not necessary for the state to amend the waiver solely for the purpose of updating this field and Appendix C-5. At the end of the state's HCB settings transition process for this waiver, when all waiver settings meet federal HCB setting requirements, enter "Completed" in this field, and include in Section C-5 the information on all HCB settings in the waiver.*

OLTL's Updated Independence Waiver Transition Plan
May, 2016

Overview
OLTL's transition plan was developed with stakeholder input including public comment through multiple modes. It is OLTL's intent to comply with the new rule and implement a transition plan that assists members and their families to lead healthy, independent, and productive lives; to have the ability to live, work, and fully participate in their communities to the fullest extent possible; to fully exercise their rights as residents; and to promote the integrity and well-being of their families. The Plan outlines four phases of activity:

1.) Identification of tasks that need to be accomplished
2.) Assessment of the settings in which HCBS waiver services are provided. Settings are expected to fall within four categories:
a. Those presumed to be fully compliant with HCBS characteristics
b. Those that may be compliant, or could be compliant with changes
c. Those presume non-HCBS but evidence may be presented to CMS for heightened scrutiny
d. Those that do not comply with HCBS characteristics
3.) Development of remediation strategies for those settings that are not in compliance, and
4.) Outline a public input process that will be used throughout the phases.

OLTL will change its own processes and protocols based on the rule's requirements, will at regular intervals consistently monitor providers through a

variety of mechanisms and will include stakeholder input throughout these ongoing activities. Any changes to the Transition Plan will be put out for public input and a variety of input venues will be used to ensure that participants, providers, advocates and the general public have an opportunity to express their views.

The state assures that the settings transition plan included waiver specific transition plan will be subject to any provisions or requirements included in the state's approved Statewide Transition Plan. The state will implement any required changes upon approval of the Statewide Transition Plan and will make conforming changes to its waiver when it submits the next amendment or renewal.

Introduction to the Independence Waiver: The Independence Waiver serves individuals ages 18-60 who are nursing facility clinically eligible and financially eligible for MA waiver services.

The following services are available through the Independence Waiver:

• Adult Daily Living
• Assistive Technology
• Community Integration
• Community Transition Services
• Financial Management Services
• Home Adaptations
• Home Health
• Non-Medical Transportation
• Personal Assistance Services
• Personal Emergency Response System (PERS)
• Service Coordination
• Specialized Medical Equipment and Supplies
• Supported Employment
• Respite
• Therapeutic and Counseling Services
• Vehicle Modifications

*OLTL is amending the Independence Waiver to include the following Service Definitions: Career Assessment, Employment Skills Development, Job Coaching, Job Finding, and Benefits Counseling Services. The new Employment Service Definitions have not been assessed as they are new service definitions for the Independence Waiver.

Timeline:
The HCBS transition plan for the Independence Waiver was first submitted to CMS on June 30, 2014. Prior to submission, a series of public comment opportunities were provided to stakeholders and interested parties:
• May 17, 2014 a 30-day public comment period was initiated through a Public Notice published in the Pennsylvania Bulletin
• May 23, 2014 the transition plan was distributed to various stakeholders via the OLTL ListServ and posted on the OLTL website http://www.dhs.pa.gov/learnaboutdhs/dhsorganization/officeoflongtermliving/oltlwaiverinfo/index.htm
• June 10, 2014 the transition plan was discussed at the Long – Term Care Subcommittee of the Medical Assistance Advisory Committee (MAAC)
• June 13, 2014 the transition plan was discussed at the OLTL HCBS Provider meeting
• June 26, 2014 the transition plan was discussed at the MAAC meeting

Based upon CMS and stakeholder feedback, OLTL made multiple revisions to the initial transition plan and began a second 30-day public comment period on November 26, 2014.

The required public notice was posted and the second comment period was achieved according to the following schedule:
• October 14, 2014 discussed the transition plan at the Long – Term Care Subcommittee of the MAAC
• November 26, 2014 transition plan was distributed via the OLTL ListServ and posted on the OLTL website       http://www.dhs.pa.gov/learnaboutdhs/dhsorganization/officeoflongtermliving/oltlwaiverinfo/index.htm
• November 29, 2014 Public Notice was published in the Pennsylvania Bulletin
• December 8 and December 10, 2014 OLTL hosted webinars for all interested stakeholders
• December 10, 2014 notification was sent out to various stakeholders, including waiver participants, through the Disability Rights Network

*The Independence waiver transition plan was submitted to CMS on December 31, 2014. What follows is an updated transition plan that includes updated results of our assessment phase, additional stakeholder activity, and more detailed remediation steps.

The Independence waiver transition plan received additional stakeholder input when it was distributed with the required public notice period for the Statewide Transition Plan in accordance with the following schedule:
• January 8, 2016 the Statewide Transition Plan containing the Independence waiver transition plan was distribute via the OLTL ListServ and posted on the OLTL website
• January 9, 2016 Public Notice was published in the Pennsylvania Bulletin
• February 9, 2016 discussed the transition plan at the Long-Term Care Subcommittee of the MAAC
• January 22 and February 1, 2016 The Department of Human Services (DHS) hosted webinars for all interested stakeholders

Participant involvement:
The Long-Term Care Subcommittee of the MAAC includes participant representation as well as advocacy representation. All members of this

committee are responsible for reaching out to their constituencies to make them aware of the information that is presented at the meetings as well as soliciting their input when asked to review and provide feedback on documents. This committee was used as a venue to seek participant and advocate input.

Additionally, Service Coordinators and direct service providers were asked to share information with Independence Waiver participants.

Summary of Public Input Opportunities:
OLTL's transition plan was developed with stakeholder input including public comment through multiple modes. It is OLTL's intent to comply with the new rule and implement a transition plan that assists members and their families to lead healthy, independent, and productive lives; to have the ability to live, work, and fully participate in their communities to the fullest extent possible; to fully exercise their rights as residents; and to promote the integrity and well-being of their families.

OLTL held a Stakeholder Meeting on May 7, 2015 to discuss CMS' Final Rule related to Home and Community Based settings. There were 35 attendees representing various associations, participants, advocates, providers, and Department of Human Services' staff. Deputy Secretary Burnett provided information about the HCBS final rule. She also shared some examples of the approach of other states to the final rule. OLTL staff presented an overview of the HCBS final rule and preliminary data results of a provider self-survey that was issued in April, 2015. Stakeholder input was provided on what compliance would look like, how OLTL could become compliant, barriers to compliance and strategies for continued engagement and communication with stakeholders. Stakeholders overwhelmingly expressed that OLTL should be flexible in interpreting the rule (consumer advocates, however, disagreed). Overall, stakeholders felt that a "one size fits all" will not work, especially when evaluating providers. In addition, stakeholders believed that Person-Centered Planning should hold the most weight and be considered as the lynchpin moving forward with an approach to implement the rule. A summary report of the meeting can be found on our website at
http://www.dhs.pa.gov/learnaboutdhs/dhsorganization/officeoflongtermliving/oltlwaiverinfo/index.htm

Information and updates were provided to the LTC Sub-MAAC on August 11, 2015 and October 13, 2015. Additionally, OLTL Service Coordinators and direct service providers were asked to share information with Waiver participants.

ASSESSMENT - OLTL's assessment activities included a systematic review of policy documents and provider enrollment documents, a review of licensing requirements, development and implementation of a provider self-survey. Data from these activities will be assessed and provider settings will be preliminarily placed into four categories: (1) Setting is fully compliant; (2) Settings that are not compliant but will be able to come into compliance through the transition planning process (3) Setting is presumed non-compliant but evidence may be presented for heightened scrutiny review; and (4) Setting does not comply. These categories will inform the order in which OLTL will perform on-site visits, starting with settings that do not comply and ending with a sample of settings that the surveys indicate are fully compliant. These activities will give OLTL a provider perspective on settings, which will be followed by official OLTL on-site monitoring's to validate survey responses. OLTL also intended to implement a participant review tool, but due to budgetary constraints was unable to do so during the assessment phase. OLTL plans to implement the participant review tool after the approval of the state budget. These procedures and steps are outlined in the remediation section.

Assessment Results
The majority of the Independence waiver services are provided in the private homes of individuals and it is, therefore, presumed that the settings are compliant with the CMS Rule.

Systemic Review of Regulations, policies, and Service Definitions: OLTL has completed a review of state laws and regulations regarding the in-home setting. OLTL collaborated with the Bureau of Human Services Licensing (BHSL) and the Department of Aging (PDA) as applicable to identify settings that are licensed by each entity to determine compliance with the HCBS rule. The results of OLTL's analysis can be found on the OLTL website here http://www.dhs.pa.gov/learnaboutdhs/dhsorganization/officeoflongtermliving/oltlwaiverinfo/index.htm

Settings Review: OLTL issued a web-based provider self-survey to all HCBS providers for OLTL waivers, and made available to all providers a paper version of the survey to complete if the provider was unable to access the web-based survey. The Electronic Provider Self-Survey tool can be found here http://questionpro.com/t/ALHsBZSEE4. Providers were asked to complete a survey for each site location at which they provider waiver services. OLTL received 775 completed surveys by 431 distinct providers. At the time the survey was distributed, 1100 providers were enrolled to provide services for OLTL. The 431 respondents represent a 39% response rate of all enrolled OLTL HCBS providers. OLTL conducted follow-up activities with those providers that were identified as not completing and submitting the provider self-survey. OLTL compiled and analyzed data from the Provider Self-Surveys as they potentially conform to HCBS characteristics and their ability to comply in the future. The summary results of the survey, along with a copy of the paper survey can be found here
http://www.dhs.pa.gov/learnaboutdhs/dhsorganization/officeoflongtermliving/oltlwaiverinfo/index.htm.
OLTL coordinated with the Department of Aging to validate surveys submitted by Adult Daily Living settings, which are licensed and monitored through the Department of Aging. OLTL and the Department of Aging's licensing staff reached out to those Adult Daily Living settings that did not return surveys and asked them to complete and submit a survey to OLTL. Furthermore, OLTL identified the residential and day settings that did not complete surveys and reached out to each of those settings.

Based on this review, OLTL preliminarily identified the settings that:
(1) Yes, Setting is fully compliant;
(2) Settings that are not compliant but will be able to come into compliance through the transition planning process
(3) Not Yet. Setting is presumed non-compliant but evidence may be presented for heightened scrutiny review; and
    (4) No. Setting does not comply.

Category 1
Services in settings that fully comply with the regulatory requirements because they are individually provided in the participant's private home and allow the client full access to community living. Participants get to choose what service and supports they want to receive and who provides them. Participants are free to choose to seek employment and work in competitive settings, engage in community life and control their personal resources as

they see fit.

## Service Description

Assistive Technology: Assistive Technology is an item, piece of equipment or product system — whether acquired commercially, modified or customized — that ensures the health, welfare and safety of the participant and increases, maintains or improves a participant's functioning in communication, self-help, self-direction, life supports or adaptive capabilities.

Community Integration: Community Integration is a short-term, goal-based support service designed to assist participants in acquiring, retaining, and improving self-help, communication, socialization and adaptive skills necessary to reside in the community.

Community Transition Services: Community Transition Services are one-time expenses for individuals that make the transition from an institution to their own home, apartment or family/friend living arrangement. The service must be specified in the service plan as necessary to enable the participant to integrate more fully into the community and to ensure health, welfare and safety of the participant.

Financial Management Services: Financial Management Services (FMS) include fiscal-related services to participants' choosing to exercise employer and/or budget authority. FMS reduce the employer-related burden for participants while making sure Medicaid and Commonwealth funds used to pay for services and supports as outlined in the participant's individual service plan are managed and disbursed appropriately as authorized.

Home Adaptations: Home Adaptations are physical adaptations to the private residence of the participant to ensure the health, welfare and safety of the participant, and enable the participant to function with greater independence in the home.

Home Health Services: Home Health Services consist of the following components: Home Health Aide Services, Nursing Services, Physical Therapy, Occupational Therapy and Speech and Language Therapy. All of the above are direct services prescribed by a physician, in addition to any services furnished under the State Plan, that assist participants in the acquisition, retention or improvement of skills necessary to enable the participant to integrate more fully into the community and to ensure the health, welfare and safety of the participant.

Non-Medical Transportation Services: Transportation services are services offered in order to enable individuals served on the waiver to gain access to waiver and other community activities and resources, specified by the plan of care/service plan.

Personal Assistance Services: Personal Assistance Services are aimed at assisting the individual to complete tasks of daily living that would be performed independently if the individual had no disability. These services include: Care to assist with activities of daily living activities (e.g., eating, bathing, dressing, and personal hygiene), cueing to prompt the participant to perform a task and providing supervision to assist a participant who cannot be safely left alone. Health maintenance activities provided for the participant, such as bowel and bladder routines, ostomy care, catheter, wound care and range of motion as indicated in the individual's service plan and permitted under applicable State requirements. Routine support services, such as meal planning, keeping of medical appointments and other health regimens needed to support the participant. Assistance and implementation of prescribed therapies.

Personal Emergency Response System (PERS): PERS is an electronic device that enables an individual at high risk of institutionalization to secure help in an emergency. The individual may also wear a portable "help" button to allow for mobility. The system is connected to the person's phone and programmed to signal a response center once the "help" button is activated. The response center is staffed by trained professionals. PERS services are limited to those individuals who live alone or who are alone for significant parts of the day and have no regular caregiver for extended periods of time and would otherwise need extensive routine supervision.

Service Coordination: Service Coordination services are services that will assist individuals who receive waiver services in gaining access to needed waiver services and other State Medicaid Plan services, as well as medical, social, educational and other services regardless of the funding source. Service Coordination is working with and at the direction of the participant whenever possible to identify, coordinate, and facilitate waiver services.

Respite: Respite services are provided to support individuals on a short-term basis due to the absence or need for relief of unpaid caregivers normally providing care. Federal and state financial participation through the waivers is limited to: 1) Services provided for individuals in their own home, or the home of relative, friend, or other family. Respite Services furnished in a participant's home are provided in quarter hour units. Respite Services may be provided by a relative or family member as long as the relative or family member is not a legal guardian, power of at attorney, or reside in the home.

Specialized Medical Equipment and Supplies: Specialized Medical Equipment and Supplies are devices, controls or appliances that enable participants to increase, maintain or improve their ability to perform activities of daily living.

Vehicle Modifications: Vehicle Modifications are modifications or alterations to an automobile or van that is the participant's means of transportation in order to accommodate the special needs of the participant, ensure the health, welfare and safety of the participant and enable the participant to integrate more fully into the community.

## Category 1

Services in settings that fully comply with the regulatory requirements because the participants travel to these settings from their private homes or residences and the settings also serve non-Medicaid individuals. These settings allow the client full access to community living. Participants get to choose what service and supports they want to receive and who provides them. Participants are free to choose to seek employment and work in competitive settings, engage in community life and control their personal resources as they see fit.

## Service Description

Adult Daily Living Services: Adult Daily Living services are designed to assist participants in meeting, at a minimum, personal care, social, nutritional and therapeutic needs. Adult Daily Living services are necessary, as specified by the service plan, to enable the participant to integrate more fully into the community and ensure the health, welfare and safety of the participant. This service will be provided to meet the participant's needs as determined

by the assessment performed in accordance with Department requirements and as outlined in the participant's service plan. Adult Daily Living services are generally furnished for four (4) or more hours per day on a regularly scheduled basis for one or more days per week, or as specified in the service plan, in a non-institutional, community-based center encompassing both health and social services needed to ensure the optimal functioning of the participant.

Therapeutic and Counseling Services (*Services may also be provided in the waiver participant's private home): Therapeutic and counseling services are services that assist individuals to improve functioning and independence, are not covered by the State Medicaid Plan, and are necessary to improve the individual's inclusion in their community.

Supported Employment: Supported Employment Services are paid employment services for persons for whom competitive employment at or above the minimum wage is unlikely, and who because of their disability need intensive ongoing support to perform in a work setting. Supported employment is conducted in a variety of settings, particularly work sites in which persons without disabilities are employed. Supported employment includes activities needed to sustain paid work by individuals receiving waiver services including supervision and training. When supported employment services are provided at a work site in which persons without disabilities are employed, payment will be made only for the adaptations, supervision, and training of the individuals receiving waiver services as a result of their disabilities and will not include payment for supervisory activities rendered as a normal part of the business setting.

Respite provided in a Nursing Facility(*This has been deemed allowable by CMS): Services provided in a Medicaid certified Nursing Facility. Room and board costs associated with Respite Services that are provided in a facility approved (licensed or accredited) by the state that is not a private residence are reimbursable. Respite Services may also be provided in a long-term care facility on a per diem basis.


Category 3
Not Yet. Setting is presumed non-compliant but evidence may be presented for heightened scrutiny review. These settings are Non-residential settings. Participants receiving Adult Daily Living services leave their home to attend the setting as described below in the service setting description. Older Adult Day settings are licensed by the Department of Aging under 6 Pa. Code 11, and some Adult Daily Living settings are licensed under Bureau of Human Services Licensing (BHSL) 55 Pa. Code chapter 2380 for participant under the age of 60 in the Independence waiver.
Current licensing requirements comport with the federal regulations. However, some Older Adult Day settings are located in a Nursing Facility.

Type of Setting: Older Adult Day settings licensed by the Department of Aging under 6 Pa. Code 11
Issue: Located on the grounds of a Nursing Facility
Number of Settings: 1
Service Setting Description: Adult Daily Living services are designed to assist participants in meeting, at a minimum, personal care, social, nutritional and therapeutic needs. Adult Daily Living services are necessary, as specified by the service plan, to enable the participant to integrate more fully into the community and ensure the health, welfare and safety of the participant. This service will be provided to meet the participant's needs as determined by the assessment performed in accordance with Department requirements and as outlined in the participant's service plan. Adult Daily Living services are generally furnished for four (4) or more hours per day on a regularly scheduled basis for one or more days per week, or as specified in the service plan, in a non-institutional, community-based center encompassing both health and social services needed to ensure the optimal functioning of the participant.


REMEDIATION STRATEGIES

1. Publication of Policy, Regulations, and Waiver Amendments/Renewals
The Pennsylvania Department of Human Services' Office of Long-Term Living (OLTL) is developing a new managed long-term service and supports program for older Pennsylvanians and adults with physical disabilities called Community HealthChoices (CHC). The vision for CHC is an integrated system of physical health and long-term Medicare and Medicaid services that supports older adults and adults with physical disabilities to live safe and healthy lives with as much independence as possible, in the most integrated settings possible. The program will roll out in three phases, beginning in July 2017. The first phase in period is anticipated to begin on July 1, 2017 in the Southwest region of the state. The second phase in period will begin on January 1, 2018 in the Southeast region of the state, and the final phase in period will occur on January 1, 2019 for the remaining areas of the state.

As a result of the systemic assessment mentioned above, OLTL discovered the need to set policy, procedures, and guidance for providers in order to more appropriately measure compliance. Therefore, in conjunction with the activities occurring with CHC and the CHC waiver application, OLTL will be working with stakeholders on the development of standards, policies, procedures and revised service definitions in order to more objectively measure characteristics of the HCBS Final Rule.

Publication of policy on Residential (Provider Owned and Controlled) settings: OLTL will work with stakeholders to develop and issue standards for residential settings in the HCBS waivers in the form of a policy.
Public Comment Target Date: May, 2016
Implementation Target Date: July, 2016

Publication of policy on Non-residential settings: OLTL will work with stakeholders to develop and issue standards for non-residential settings in the HCBS waivers in the form of a policy.
Public Comment Target Date: May, 2016
Implementation Target Date: July, 2016

Publication of policy on Individual Service Plan Documentation requirements: OLTL will issue policy on the documentation requirements for person-centered planning.
Public Comment Target Date: August, 2015
Implementation Target Date: December, 2015

Waiver Amendment/application to include Service Definition changes: OLTL will make revisions to service definitions and provider qualifications within the CHC waiver application. At this time, OLTL is proposing to revise the Supported Employment service definition to the following: Career Assessment, Employment Skills Development, Job Coaching, and Job Finding.
Public Comment Target Date: April, 2016
Submission to CMS target Date: May, 2016


2. Provider Enrollment
OLTL's Bureau of Provider Management's Enrollment division accepts applications from providers electing to enroll to provide HCBS services. Prior to any enrollment the provider is required to complete the OLTL standard application form and materials. Effective July 1, 2015, the application form includes questions and information related to the HCBS final rule. Applicants that are identified as not in compliance with the final rule will be required to complete the provider self-survey and may be subject to an on-site visit by OLTL as well as submission to CMS for heightened scrutiny prior to enrollment, or may have additional steps to take to be compliant with the rule before their enrollment is considered complete. No applicants as of December 2015 have been identified for needing heightened scrutiny. In Pennsylvania's move to managed long term services and supports, services must be provided in accordance with 42 CFR §441.301(c) (4) and (5), which outlines allowable setting for home and community-based waiver services. Settings cannot be located on the grounds of a NF, Intermediate Care Facility, Institute for Mental Disease or Hospital, unless it meets the standards for the heightened scrutiny process established through the HCBS Final Rule and is included in the PCSP.


3. Training
OLTL staff, providers, participants, family members, and Service Coordinators will receive education and training on the updated policies and procedures that are developed as a result of OLTL's assessment and remediation efforts. OLTL will periodically offer training to HCBS providers through face-to-face methods or by webinar, which will cover clarifications relating to the final rule as well as any new policy or procedures providers will be expected to comply with in the future. HCBS providers who need to take additional steps to come into compliance with the final rule will receive technical assistance from OLTL in order to become compliant.
Target Dates for Training: August and September 2016


4. Monitoring and Compliance
OLTL's overall strategy will rely heavily on its existing HCBS quality assurance processes to ensure ongoing provider compliance with the HCBS final rule. This will include provider identification of remediation strategies for each identified issue, and ongoing review of status and compliance. OLTL will also provide guidance and technical assistance to providers to assist providers with ongoing compliance. Providers that do not remain compliant with the HCBS final rule may be subject to sanctions ranging from probation to disenrollment.

The Quality Management Efficiency Teams (QMETs) are OLTL's regional provider monitoring agents. The QMETs monitor providers of direct services as well as agencies having delegated functions. Each regional QMET is comprised of a Program Specialist (regional team lead), Registered Nurses, Social Workers, and Fiscal Representatives. Five teams are located throughout the state of Pennsylvania, and report directly to the OLTL QMET State Coordinator.

The QMET utilizes a standardized monitoring tool for each monitoring, and monitors providers against standards derived from Title 55, Chapter 52 of the Pennsylvania Code, provider requirements established in the approved waivers and any OLTL policies. OLTL will revise the QMET on-site monitoring tool to capture the new standards that will be published in July 2016. These revisions will include elements of a detailed look at every site, and review of the administered Participant Review Tool. The QMET will begin monitoring to the new standards in the beginning of 2017, which will allow providers sufficient time to complete the activities necessary to come into compliance with the new standards, policies and service definitions. Compliance with final rule requirements will be assessed and validated through a regular QMET monitoring site visit. The QMET will be conducting an onsite assessment at all sites which have been identified to be in a category that requires follow-up for compliance review. These assessments will include a walk-through of the site where HCBS services occur, as well as participant file reviews and a review of the site's policies and procedures.

OLTL will issue a Statement of Findings (SoF) to providers listing infractions (areas of non-compliance) and immediate need for the provider to take corrective action. Based on the areas of non-compliance, OLTL will issue a Corrective Action Plan (CAP) for provider remediation. Provider remediation activities are documented in CAPs which will be requested from providers by the QMETs to correct non-compliance issues. The CAP will provide detail, or detailed information, about the steps to be taken to remediate issues and the expected timelines for compliance. The provider needs to demonstrate through the CAP that it can meet the regulations and develop a process on how to continue compliance with the regulations. As part of the remediating process, areas of non-compliance with the regulations are identified from the on-site review and a SoF is generated. The provider responds to the written SoF by completing a CAP. The CAP includes some of the following: action steps to address a specific finding; explanation on how the steps will remediate the finding; date when a finding will be remediated and the agency responsible person for correcting the identified problem. The provider must implement the approved CAP. The timeframe for conducting the CAP follow-up is dependent upon the dates for completion identified by the provider. QMET determines the CAP follow-up monitoring schedule and the method (on-site vs in office) based on the action steps that were to be completed or the area which was deemed out of compliance. CAPs are to be followed-up on between 30 and 90 days of the last date listed under timeline for completion. The provider is notified of the type of follow-up to be performed 10 business days in advance of the follow-up monitoring. Regardless of the manner of follow-up, all documents reviewed should be of sufficient quantity and scope in order to determine if the action steps have been completed accurately, timely, and in accordance with the approved plan. If the follow-up is performed and all the action items are verified as complete the CAP is closed. If some items remain incomplete, QMET will provide technical assistance in order to assist the provider in remediating any outstanding items and work towards closing the CAP. No CAP is closed until all action steps have been completed. Providers that are unable or unwilling to comply with their CAP will be dis-enrolled from providing HCBS waiver services at that location and are required to adhere to § 52.61. Provider cessation of services.
(a) If a provider is no longer able or willing to provide services, the provider shall perform the following:
(1) Send written notification to each participant, the Department and other providers with which the provider works that the provider is ceasing services at least 30 days prior to the provider ceasing services.
(2) Notify licensing or certifying entities as required.
(3) Send the Department a copy of the notification sent to a participant and service providers as required under paragraph (1). If the provider uses a

general notification for all participants or service providers, a single copy of the notification is acceptable.
(4) Cooperate with the Department, new providers of services and participants with transition planning to ensure the participant's continuity of care.
(b) If the provider fails to notify the Department as specified in subsection (a), the provider shall forfeit payment for each day that the notice is overdue until the notice is issued.

Providers determined to be ineligible after the CAP process will be provided appeal rights.
OLTL will keep a "tracker" of HCBS providers who have been deemed out of compliance with the final rule, including how many participants they serve where they are out of compliance. OLTL will be tracking these providers and participants through the Corrective Action Plan process, and or the disenrollment process to make sure no participants, and no sites are forgotten.
OLTL waiver providers are continuously monitored for compliance during a 2-year cycle per waiver requirements.

In addition, participants will be able to report any non-compliance issues through a Participant Review Tool. OLTL has developed a Participant Review Tool to be used by service coordinators during face-to-face visits that incorporates questions designed to receive participant feedback on the settings in which they receive services. Service Coordinators will conduct a face-to-face visit with the participant and complete the department issued Participant Review Tool. This will ensure that participants have a method to provide feedback and report any non-compliance issues to OLTL through their service coordinator. The participant review tool was tested in April and March of 2015. OLTL is required to upgrade their license for the IT software that the participant review tool is housed. Due to a budget impasse, OLTL has not been able to purchase the license; therefore the participant review tool is anticipated to be implemented in June 2016.

Participants also have the ability to directly report complaints through the OLTL complaint hotline. OLTL operates a Customer Service line, also known as the OLTL HelpLine. The OLTL HelpLine (1-800-757-5042) is located in the Bureau of Participant Operations, and is staffed by OLTL personnel during normal business hours. Participants, family members and other interested parties use the HelpLine to report complaints/grievances regarding the provision/timeliness of services and provider performance. Individuals calling the OLTL HelpLine with a complaint/grievance are logged into the Enterprise Information System (EIM), a web-based database, and the information is then referred to the appropriate Bureau for resolution and follow-up.

OLTL will notify participants of all findings and compliance actions that are being taken. Individuals who will have to transfer from non-compliant or presumed non-compliant settings will get advance, accessible notice through a phone call and/or visit from their Service Coordinator in addition to a letter, which will ensure that this important information is received and understood. OLTL will work with each participant, their families, and their HCBS service providers in assisting the participant to transfer out of the non-compliant site. The participant and their families will have the option of choosing between compliant HCBS providers and non-disability specific settings.

5. Public Notice for Heightened Scrutiny:
OLTL preliminarily identified 1 setting that may be subject to heightened scrutiny due to physical location and the potential to have the effect of isolating in accordance with the HCBS Final Rule. OLTL will be working with providers during the transition period to come into compliance with the HCBS final rule by implementing OLTL specific policies and procedures for better measurement of compliance with the final rule. A public notice will be published in January 2018, which will list all settings/providers that have been found eligible for continued waiver reimbursement and meets criteria for CMS heightened scrutiny process, including the number of participants currently receiving services in those settings.

CONTINUED OUTREACH AND ENGAGEMENT
This plan is not a onetime and done activity. Due to the many changes that OLTL will be implementing over the next several years, it is anticipated that the transition plan will need to be updated to reflect those changes as they occur. OLTL will change its own processes and protocols based on the rule's requirements, will at regular intervals monitor providers through a variety of mechanisms and will include stakeholder input throughout these ongoing activities. Any changes to the Transition Plan will be put out for public input and a variety of input venues will be used to ensure that participants, providers, advocates and the general public have an opportunity to express their views.

In addition, in order to provide OLTL with ongoing advice, a subcommittee of the Department of Human Services' Medical Assistance Advisory Committee (MAAC) has been established. The purpose of the Managed Long-Term Services and Supports (MLTSS) Subcommittee will be to review materials and advise the MAAC and the Department on policy development, program administration and new and innovative approaches to long-term services as the Commonwealth rolls out the new CHC delivery model. It will provide OLTL with advice on the design, implementation and ongoing operations, oversight and quality management of the CHC program. Membership of the committee includes consumers of long-term living services, providers of services, family caregivers and advocates. The MLTSS Subcommittee meets monthly to discuss the proposed policies and changes. OLTL will be using this forum to communicate any updates or changes to the Statewide Transition Plan (STP) as well as the OLTL waiver specific transition plan updates. Lastly, OLTL conducts stakeholder webinars every third Thursday of the month. These webinars have been primarily focused on the implementation of CHC, however, moving forward; OLTL believes this is a great opportunity to provide education and information on the STP as well as the OLTL waiver specific transition plans to our stakeholders.

## Additional Needed Information (Optional)

Provide additional needed information for the waiver (optional):

**continuation of Public Input**
Comment: Regarding the Home Modifications Brokers, we suggest that the brokers not focus on developing cost effective solutions for home adaptation projects, but instead focus on the solution that best meets the needs of the participant. The guidance through the conflict resolution process must include notification of appeal rights to participants.
Response: OLTL utilizes a person-centered planning process and always focuses on the needs of participants. Having said that, the Department has a responsibility to the taxpayers to also provide services in a cost-efficient manner. Service Coordinators are responsible to ensure participants are aware of all grievance and appeal processes.

Comment: Need time lines, general liability, insurance guidelines, and appeal for uncompleted/subpar work for the Home Modification Broker.
Response: These items are addressed in the Home Modification Broker RFP.

Appendix C
Comment: Under Appendix C-Services-Appendix C-2-b, Child Abuse Clearances, it states 'Employees who are either "responsible for the welfare of" or have "direct contact with" a child must obtain the following three certifications: 1)Report of criminal history from the Pennsylvania State Police (PSP); 2) Fingerprint based federal criminal history sub-mitted through the Pennsylvania State Police or its authorized agent (FBI); and 3) Child Abuse History Certification from the Department of Human Services (Child Abuse). Would Service Coordination Entities, PAS providers & contractors need to obtain the above three certifications?
Response: Child abuse clearance requirements apply to all direct service providers and service coordination entities that provide services in the homes of participants where a child resides. The language in Appendix C has been modified to reflect this requirement.

Comment: The expectations seem to be the same as the current expectations, indicates employers must: do the Criminal History Check at the time of hire: do Child Abuse Clearances at the time of hire and every two years thereafter: do FBI/Fingerprint checks only for any hires who have lived outside of the state of PA w/in the past 2 years. Updating these checks every 60 months is only required for those who are working with individuals under the age of 18 (not covered in the Independence waiver). It would seem to make sense that the requirements be changed to require employers to check the Criminal History & Child Abuse clearances every 60 months for all individuals being served.
Response: OLTL's policy and requirements are consistent with State law.

Comment: The updated waiver seems to have different therapist qualifications for Behavior Therapy and Cognitive Rehabilitation Therapy. I suggest that if a person is not licensed, that you permit them to provide these services if they are supervised by someone who is licensed. (5 comments received on this topic)
Response: The qualifications for Behavior Therapy will remain the same. The provider qualifications outlined in the renewal application are consistent with the requirements outlined in the State Plan. For Cognitive Rehabilitation, OLTL will add the following language: Individuals with a bachelor's or master's degree in communication disorders, counseling, education, psychology, physical therapy, occupational therapy, recreation therapy, social work, or special education who are not licensed or certified may practice under the supervision of a practitioner who is licensed.

Comment: Licensed Behavior Specialist We suggest the following language change to show the correct licensing authority, "Licensed by the State Board of Medicine, per 49 Pa, Code §§ 18.521 - 18.527."
Response: Thank you for your comment, OLTL will make this change.

Comment: The current language outlining the scope of services for Speech Language Therapy is not complete. The Scope of Practice published by the American Speech-Language-Hearing Association (ASHA) states: "Service delivery areas include all aspects of communication and swallowing and related areas that impact communication and swallowing: speech production, fluency, language, COGNITION, voice, resonance, feeding, swallowing and hearing". It is recommended that the Department revise its' definition of Speech and Language Therapy Services and adopt the scope of practice developed by ASHA. (2 comments received)
Response: The current service definition is consistent with 49 PA Code Ch. 45 for the practice of speech-language pathology and will not be modified.

Comment: It is recommended that OLTL adopt the definition of CRT used by the New Jersey Brain Injury Waiver (with the addition of the word "Rehab"), which was approved by CMS in January 2015: New Jersey BI Waiver – Accepted by CMS 01/2015 Cognitive Rehab Therapy (Group & Individual) Therapeutic interventions for maintenance and prevention of deterioration which include direct retraining, use of compensatory strategies, use of cognitive orthotics and prosthesis, etc. Activity type and frequency are determined by assessment of the participant, the development of a treatment plan based on recognized deficits, and periodic reassessments. Cognitive rehab therapy can be provided in various settings, including but not limited to the individual's own home and community, outpatient rehabilitation facilities, or residential programs. This service may be provided by professionals with the credentials, training, experience, and supervision noted in Provider Specifications.
Response: OLTL will consider this comment in future revisions to the waiver.

Comment: Appendix C-3: Waiver Services Specifications Cognitive Rehabilitation Therapy Services/Provider Type The provider qualifications for CRT do not include any requirement for expertise in brain injury which we think is critical when providing this service to individuals in this population. We recommend that CARF accreditation as a Medical Rehabilitation Provider of Brain Injury Specialty Services is specified, and that one of the following additional program specialties: Outpatient Medical Rehabilitation, Home & Community Services, Residential Rehabilitation Program, be recognized as an allowed Provider type.
Response: OLTL will consider this comment in future revisions to the waiver.

Comment: The current waiver definitions for Physical, Occupational, and Speech Therapies allow that the Provider be "certified by CARF as a Medical Rehabilitation Provider". It is strongly recommended that CARF accreditation continue to be recognized as allowed alternative to Home Health Agency Licensure, particularly since the Department has acknowledged that brain injury providers do not meet the requirements to be a Home Health Agency. It is recommended that Therapy Services be allowed to be provided by an individual licensed practitioners OR a Home Health Agency. It is also recommended that the Department consider developing a different "Provider Type" that would recognize the unique needs of the brain injury population which requires a comprehensive treatment model.
Response: The waiver definitions for Physical, Occupational, and Speech Therapies have never allowed that the Provider be "certified by CARF as a Medical Rehabilitation Provider". CARF certification is a requirement for Residential Habilitation and Structured Day Habilitation, services that are available in the OBRA and CommCare waivers. Therapy services can be provided by individual licensed practitioners, a Home Health Agency or an Out-Patient or Community-Based Rehabilitation Agency.

Comment: We are very encouraged by the new services; Employment Skills Development, Job Finding, Career Assessment & Benefits Counseling. The focus on the participant's career future with the assistance of waiver services is extremely beneficial. Will DHS be recruiting providers for this service so they will be enrolled before the roll-out of the new waiver regulations?

Response: OLTL will communicate with providers about the new employment service definitions and the steps they will need to take if they are interested in continuing to provide employment services as outlined in the new service definitions.

Comment: Appendix C-3: Waiver Services Specifications Job Finding, Job Coaching, Employment Skills Development, and Career Assessment: The proposed limits on the amount, frequency or duration of services for many of these areas are not adequate to provide for the long-term support needed for participants to have ongoing success in their vocational placement. The majority of these people need long term support to obtain and maintain a job placement. The definition recognizes that individuals may also be receiving Behavior Therapy services, to include a crisis plan. It is unlikely that such an individual would then be able to maintain their vocational placement without ongoing supports in place. It is recommended that provisions be made for long term job coaching support, to be re-authorized as part of the person centered planning process. (2 similar comments received)
Response:OLTL will track utilization for future waiver changes. The new employment services are being offered (career assessment, job finding, benefits counseling, and Employment Skills Development) that were not previously offered. The new services are expected to lead to more customized employment which may reduce the need for long-term support. The new employment service definitions allow for justified extensions to be given, if they are approved by OLTL.


Comment: We are concerned that if these new employment Service Definitions are approved by CMS, there could be a huge onslaught of referrals to OVR to obtain the necessary services from OVR, or documentation that the client is ineligible for OVR services. It is recommended that Vocational Services be authorized through the person-centered planning process and that if efforts to secure a letter of proof from OVR are delayed or not obtainable, that this be documented in the participant record and not delay the Vocational Services.
Response: The requirement to refer individuals to OVR for employment services and supports is not a new requirement. OLTL will continue to monitor the process to ensure participants are able to access services in a timely manner.

Comment: Career Assessment (Appendix C-1/C-3) This section outlines that services must be provided in a manner that supports the individual communications needs. This language should be changed to reflect the requirements of the Americans with Disabilities Act. It should state "Services must be delivered in a manner that supports the participant's communication needs, including reasonable accommodations as requested and ensuring effective communication with the individual. The individual should be consulted to determine what is effective for him or her. Auxiliary Aids and Services will be provided if necessary to enable effective communication."
Response: ADA requirements apply to all services within the waiver, not just career assessment. With this in mind, OLTL will consider incorporating broader language more broadly in future revisions to the waiver.

Comment: Vocational Facilities/Employment Skills Development Provider – It should be optional which path to choose, to have the 2390 Licensure OR the CESP Certificate, not both.
Response: Thank you for your comment. These requirements will remain in the renewal application.

Comment: Intensive Job Coaching: The language "coaching supports within this range should be determined" should be changed to "within this range will be determined based on the participants needs." This change will ensure that the supports will be based on the participants needs.
Response: Thank you for your comment. OLTL has made this change to the waiver application.

Comment: Job Finding mentions "job carving" if this is not defined anywhere else, should it be?
Response: Job Carving is analyzing work duties performed in a given job and identifying specific tasks that might be assigned to an employee with severe disabilities.


Comment: We are concerned about the time limitation on this service. While we recognize that there is an exception process to allow the service to be provided for more than 18 months, there is no guidance give on how DHS or its designee would grant or approve the exception. Any exception processes should be clearly outlined and available so it is applied in the same manner to all who are requesting the exception. Response: Thank you for your comment. OLTL has included an exception process to the waiver amendment application. The process will be outlined for service coordinators and providers in a forthcoming policy bulletin.

Comment: We are pleased to see that this critical service will now be available under the waiver. We are concerned that the residential habilitation service is not available at the same time as Home Health Care Aide services. We also suggest that the transportation definition include examples of the types of transportation be listed. It is important to allow the transportation service to allow the individual to participate in the activities that they want to go to.
Response: Home Health Care Aide is not a service that is currently available in the Independence waiver. OLTL will remove reference to this service in the waiver amendment. OLTL will add community activities to the service definition.

Comment: Appendix C-3: Waiver Services Specifications Structured Day - Structured Day – Provider Type/Staff Qualifications "Staff employed to provide Enhanced Structured Day Habilitation Services must also have initial training in behavioral programming and crisis prevention which must be renewed annually"; please add: "if serving individuals with behavioral needs". Please add: "If serving medically complex individuals or those with significant functional impairments, staff must also have initial training in medical/functional impairment issues and the specific care needs of the individual with the medical complexities or significant functional impairments which must be renewed annually".
Response: The suggested change to provider qualifications is not consistent with the service specification for Enhanced Structured Day Habilitation Services which is defined as "an add-on to the Structured Day Habilitation Services and is only available when participants require additional behavioral supports." OLTL will consider expanding the scope of Enhanced Structured Day in future revisions to the waiver.

Comment: Appendix C-5: Home & Community-Based Settings Residential Habilitation services may be provided to participants in Personal Care Homes (please add: or Assisted Living Facilities) which must demonstrate a home like environment. (1 similar comment received)
Response: Assisted Living Residences (reference 55 PA Code Chapter 2800) have been added as an allowable setting under Residential Habilitation.

Comment: The qualifications for who can provide vocational services are not reasonable and will result in people not being able to access job coaching

in the community because qualified staff will not be available. All four vocational categories require that staff have a Certified Employment Support Professional (CESP) or a Basic Employment Services certificate from an ACRE approved training course. This is not the standard of practice for individuals providing vocational services to individuals who have sustained a brain injury. In brain injury programs, vocational therapists as well as staff trained in brain injury rehabilitation may provide vocational services.
Response: OLTL will consider this comment in future revisions to the waiver.


Appendix D
Comment: Assessments and ISPs should reflect the whole person, not restricted to clinical/medical models. With consent to share from consumer or legal guardian ISP should be readily available to all plan providers to ensure consistency and integrated services across the life domains as appropriate. SC's will require training and support in the ISP process. OLTL lists of service providers must be updated. Web based access to information needs to be easy to find. There should be a variety of modes in which to get information and accessible for all consumers/families.
Response: Thank you for your comment. OLTL will consider this comment as we move forward with training for service coordinators and updates to provider lists.


**Appendix I.1  Additional Information**
(a) Suspending claims pending review prior to payment – An example of a finding that could result in suspension of claims prior to payment would be a review of participant files showed the provider does not consistently maintain service authorization forms from the SCE that specify the type, scope, amount, duration and frequency of services to be rendered. Ms. Burnett - 5
(b) Review of provider records – An example of a finding that could result in remedial action and additional review would be that based on QMET review the provider bills for services when the participant is unavailable or disinterested in receiving services.
(c) Review of provider's written billing policies/procedures – An example of a finding that could result in remedial action and review is that the provider's policies do not state that the provider accepts only payments from the Department for services and only accepts additional payment for services rendered outside of the ISP.
(d) Sanction, prohibition, or disenrollment from providing services – An example of a finding that could result in sanction, prohibition, or disenrollment from providing services would be that the provider failed to protect the health and welfare of a participant during service delivery.
(e) Prohibition from serving new participants – An example of a finding that could result in prohibition from serving participants would be that the provider failed to protect the health and welfare of a participant during service delivery.
(f) Provider refund of inappropriately billed amounts - An example of a finding that could result in recoupment of inappropriately billed amounts is when the review found no timesheet or documentation to support a claim.
All remediation actions, regardless of the finding, are intended to assist providers with correcting deficiencies that have been identified through the regulatory monitoring process and to improve the overall performance of HCBS providers.  Improved performance presents a potential cost saving to the commonwealth, improved services by the provider and ultimately protects the health and welfare of participants.


The sampling methodology is based upon a statistical calculation in which we take each of the items (participants/employees/billed claims) required for review and create a sample based off of a confidence rate of 95% (a 95% certainty) and confidence interval (margin of error) of 10. Additionally, QMET has the option of judgmentally adding to this sample at the professional discretion of the reviewer. In cases that the random sample has missed items that may need attention, or if separate items cause issue or suspicion during a review, those items may be added to our sample.


Any review we have on a providers cost accounting systems would be minimal. We gather, from the provider, an independent audit (if completed) and financial documentation such as balance sheets, tax returns and bank statements. We do not perform any formal testing/review of these documents. These documents are viewed onsite by the Financial Representative(s), and if there are any unusual items or obvious cash flow and/or going concern issues, we are to make note. We don't review in detail any internal controls, ledgers, costs, or budgeting documentation at the agencies.


Comprehensive on-site monitoring of HCBS providers are conducted every two (2) years.


**Appendix I.a.i Additional Information**
If a claim passed all of the edit and audit checks in the PA PROMISe claims processing system, they have been coded and paid for in accordance with the reimbursement methodology.


**Appendix I.a.ii Additional Information**
The State is using the rate methodology in the public notice published at 42 Pa.B. 3343 (June 9, 2012) and subsequent revisions.
Rates are loaded into PROMISe™ when there is an approved change to an existing rate or when a new service/rate has been approved.
Regarding the use of an indirect cost rate, the providers for which these fee schedule rates are being developed are private entities contracted by the state to deliver Medicaid services.


**Appendix I.b.i Additional Information**
Accurate and timely claims processing is performed within the MMIS system (PROMSIe™). The claims processing capability accommodates, from receipt through adjudication, the unique identification, editing and auditing, pricing, claim resolution, claim adjustment processing, tracking, controlling, and reporting of every claim transaction as it progresses through all facets of claims processing.


The MMIS system (PROMISe™) ensures that claims submitted are clean, accurate, and appropriate.  Claims that are incomplete or contain invalid Information are denied to ensure compliance with what is specified in the approved waiver.  Claims that deny for being incomplete or containing invalid information must be resubmitted through PROMISe™ with complete and valid information in order to be paid accordingly. Please refer to the Claim Processing Flow Chart that was provided for additional information.


**Appendix 1.2.a Additional Information**

As outlined in Appendix I-2a, the fee schedule rates were mainly developed using a market-based approach. This approach uses the most current available market data, as opposed to provider-specific cost data. In the few cases where provider data were available, it was reviewed to help inform

the fee development process, but fees were not set solely on reported provider costs.

OLTL does not annually collect formal cost reports from all providers. In some cases, OLTL will query providers about a certain cost component and use the information to help inform the fee development process.

After allowable cost components are identified and market data are reviewed (as described in the response to Q1), the process used to calculate the MA fee schedule rates starts with the assumed direct care worker salary expenses. Consideration for all employee-related expenses and productivity adjustments are loaded on top of the wage to calculate a full hourly cost for the direct care worker. Once this amount is established, other program indirect costs are factored in followed lastly by the loading on of administration expense considerations. The resulting hourly amount is converted to the appropriate unit definition for the given procedure code (e.g., 15 min, day).

Given the nature of HCBS services and flexibility for states to design services specific to the population served, direct comparisons to rates in other programs within a state or comparisons to rates in other state's waiver programs may not be meaningful. OLTL is aware of fee schedule rates utilized for similar services in other MA programs in the Commonwealth and makes an effort to understand reasons for variance, where appropriate.

OLTL fee schedule rates are developed for four distinct geographic regions in order to reflect differences in service delivery costs across regions. Region 1 represents Pittsburgh and surrounding counties, Region 4 represents Philadelphia and surrounding counties, Region 3 represents Harrisburg and surrounding counties and Region 2 represents all other counties. Refer to the regional fees at the following link:
http://www.dhs.state.pa.us/cs/groups/webcontent/documents/document/c_101249.pdf.

The fee schedule rates are not adjusted for acuity determination considerations, as differences in acuity are reflected through the use of different staffing ratios or intensity levels for some services. In years when a fee schedule re-base has not been performed, OLTL reviews the fee schedule and applies a cost of living (i.e., inflation factor) adjustment, if needed. No other adjustments were considered to develop the final fee schedule rates.

**Appendix J.1 Additional Information**
OLTL believes that five years is a typical sample size for trend analysis, but welcomes recommendations from CMS on a more reliable forecasting model. A linear regression trend seemed most appropriate given the consistency of the data from year to year.

OLTL utilized the following approach for factors D, D', G and G' for SFY 2015/16 – 2019/20 estimates:
FACTOR G': OLTL used the SFY12-13 372 factor G' value of $2,275 as reported via the CMS-372(s) for all years of the renewal waiver.
FACTOR G: OLTL used the SFY12-13 372 factor G value of $44,916 as reported via the CMS-372(s) and adjusted it with a 2% annual inflation factor for each subsequent year of the renewal waiver.
FACTOR D': OLTL used the SFY12-13 372 factor D' value of $7,049 as reported via the CMS-372(s) for all years of the renewal waiver.
OLTL cannot use actual experience as reported via the CMS-372(s) as a trend baseline because in the past estimates, not actuals were submitted (disclosed in comments) and approved by CMS for Factor G and G'. CMS instructed OLTL (Spring 2013) for SFY 2011-12 reporting to stop using estimates and use actual data for G and G'. Regrettably, our estimates for G and G' for SFY 2010-11 and earlier proved to be significantly askew. The person who prepared these estimates no longer works for the State and her supporting documentation was not preserved upon her departure.
Furthermore, beginning SFY 2011-12 OLTL began including (NF) supplemental payments expenditures to Factor G which were not included in the past. These payments were also disclosed in CMS-372 comments and approved by CMS. Due to these two key reporting inconsistencies our projections could not be based on actual experience as reported via the CMS-372(s) as the baseline for G & G'.
Please find below a matrix illustrating inconsistencies in our baseline historical data as reported on OLTL's 372 reports which currently inhibits our ability to based projections on actual experience as reported via the CMS-372(s) as the baseline.

OLTL recognizes our lapse from the past and used actual data, not past estimates as submitted on past CMS-372s, for G and G' to reconstruct a baseline that was best suited to attempt to estimate our renewal years. However, this proved to be difficult and we went with an overall flat approach for D', G, and G'.
FACTOR D: Upon further review OLTL used a 6 year trend attributing to 5 (Year over Year) rate of change data points for unduplicated participant which was used as part of the trend baseline.

OLTL had considered using the SFY2012/13 claim data for factor D value and modifying it take into account changes during the renewal period by using a 3 year trend from 2010/11 through 2013/14 to project waiver growth in the 5 year renewal period. We settled on a 6 year trend baseline instead from 2008/09 through 2013/14 because we believed it will be more accurate. OLTL believes that as the economy strengthens enrollment in Home & Community Based Waivers will decrease and a 6 year trend will more accurately capture this future trajectory.

Additionally, the total number of unduplicated waiver participants to be served each year in the waiver is such an essential element in calculating Factor D (Avg, Units Per User, Etc.) that more recent data was used pulling all years by the remittance date, and not past 372 Reporting, as previously indicated on the WMS..
Since the submission of our waiver application OLTL has recently contracted with a consultant to help us improve our estimating approach. Our goal is to align our CMS estimates with our annual state budget estimates as closely as possible. As such we anticipate requesting an amendment to these renewal estimates in a few months when the consultant's work is complete.

OLTL wishes to make a clean start using a cyclical administrative approach or annual review process. An annual review will occur yearly after our CMS-372 reports are submitted to assess the performance of our newly created "Section J - Projection Model" and make adjustments to the modeling methodology accordingly.

Our plan is to see how this model performs and make adjustments accordingly. This review process will occur annually and the model will be recalibrated based on thresholds not being met. We anticipate next year after the SFY 13/14 372 Reports are submitted for another year using actual data for Factor G not estimates, our baseline data will be adequate to better project factor G and G'.

Systemic issues/defects are addressed through the Department's Bureau of Data and Claims Management, the Bureau of Information Systems and the appropriate systems contractors related to the primary claims processing system (PROMISe™) and its interfaces.  When systems issues occur, trouble tickets are generated by the Office of Long Term Living (OLTL) and defects are researched, identified, and corrected by the appropriate systems contractor.  All claims impacted by the systems issues during processing are identified by the claims contractor and reprocessed after the correction to the system is made.  OLTL sends communications to the providers that are affected making them aware of the issue, what is being done to correct it, and the timeline for completing the correction of the system issue.

## Appendix A: Waiver Administration and Operation

1. **State Line of Authority for Waiver Operation.** Specify the state line of authority for the operation of the waiver (*select one*):

   ◉ **The waiver is operated by the State Medicaid agency.**

   Specify the Medicaid agency division/unit that has line authority for the operation of the waiver program *(select one)*:

   ○ **The Medical Assistance Unit.**

   Specify the unit name:

   | |
   |---|

   *(Do not complete item A-2)*

   ◉ **Another division/unit within the State Medicaid agency that is separate from the Medical Assistance Unit.**

   Specify the division/unit name. This includes administrations/divisions under the umbrella agency that has been identified as the Single State Medicaid Agency.
   **Office of Long-Term Living**
   *(Complete item A-2-a).*

   ○ **The waiver is operated by a separate agency of the State that is not a division/unit of the Medicaid agency.**

   Specify the division/unit name:

   | |
   |---|

   In accordance with 42 CFR §431.10, the Medicaid agency exercises administrative discretion in the administration and supervision of the waiver and issues policies, rules and regulations related to the waiver. The interagency agreement or memorandum of understanding that sets forth the authority and arrangements for this policy is available through the Medicaid agency to CMS upon request. *(Complete item A-2-b).*

## Appendix A: Waiver Administration and Operation

2. **Oversight of Performance.**

   a. **Medicaid Director Oversight of Performance When the Waiver is Operated by another Division/Unit within the State Medicaid Agency.** When the waiver is operated by another division/administration within the umbrella agency designated as the Single State Medicaid Agency. Specify (a) the functions performed by that division/administration (i.e., the Developmental Disabilities Administration within the Single State Medicaid Agency), (b) the document utilized to outline the roles and responsibilities related to waiver operation, and (c) the methods that are employed by the designated State Medicaid Director (in some instances, the head of umbrella agency) in the oversight of these activities:
   The Independence Waiver is administered by the Pennsylvania Department of Human Services (DHS), Office of Long-Term Living (OLTL), an office within the Single State Medicaid Agency.  OLTL exercises administrative discretion in the administration and is responsible for oversight of the waiver, as well as all policies, procedures and regulations.  OLTL is responsible for the development of waiver related policies, rules, and regulations, which are issued electronically by OLTL through Bulletins and other communications.

   The Deputy Secretary of the Office of Long-Term Living reports directly to the Secretary of the Department of Human Services (DHS), the head of the Single State Medicaid agency.  The Secretary of DHS and the Deputy Secretary of the Office of Long-Term Living meet weekly to discuss operations of the waiver and other long term living programs, and gain consent on Waiver policies, rules and guidelines.  In addition, the OLTL Policy staff  meet with the State Medicaid Director on a monthly basis.

   All waiver-related policies, renewals and amendments undergo an extensive review process, which includes review by the State Medicaid Director.  Policy guidance, which is authorized through the 55 Pa. Code, Chapter 52 regulations, is issued after it is reviewed by OLTL Bureau Directors, the Long-Term Services and Supports Subcommittee of the Medical Assistance Advisory Committee,  DHS leadership offices, including Legal, Policy and Budget (if applicable) and the State Medicaid Director, and issued after signature by OLTL's Deputy Secretary.  All waiver-related documents go through the same process but are additionally issued for public comment through the Pa. Bulletin, OLTL listservs and a disability advocacy group.  They are then further reviewed by the DHS Secretary's Office, the Governor's Offices of Budget, General Counsel and Policy and, finally, by the Legislative Reference Bureau.

   The following details waiver-related organizational responsibilities within OLTL:

    • Bureau of Participant Operations (BPO) – effectively operationalizes home and community based waiver programs through oversight of participant enrollment functions; review and approval of individual service plans, provision of programmatic guidance to service coordinators and providers.  Also manages the participant helpline and provides assistance to service coordinators on protective services cases.

    • Bureau of Policy and Regulatory Management – evaluates existing policies and develops new policies to provide uniform guidelines to other OLTL bureaus and to the HCBS provider community.  Develops and submits waiver amendment to CMS; develops communications for providers and the general public to convey OLTL's policies and strategic vision; develops regulations, statements of policy and rate notices as needed; monitors and reviews state and federal policies for impact on HCBS programs.

    • Bureau of Bureau of Quality and Provider Management – conducts quality management and improvement monitoring of long-Term Living programs and services to ensure compliance with federal and state regulations and the delivery of quality programs to assure the health and welfare of consumers; ensures that program and service delivery systems achieve desired outcomes.  It also oversees provider management functions for OLTL including provider certification and enrollment; updates provider files; oversees MA provider billing; prepares financial reports as appropriate, including reports required by the Centers for Medicare and Medicaid Services (CMS) and other regulatory agencies.

    • Bureau of Finance – is responsible for financial operational management of the waivers and ongoing monitoring of expenditures and related information; Oversees and develops HCBS service rates; provides budget analysis to help inform policy decisions.

    **b.   Medicaid Agency Oversight of Operating Agency Performance.** When the waiver is not operated by the Medicaid agency, specify the functions that are expressly delegated through a memorandum of understanding (MOU) or other written document, and indicate the frequency of review and update for that document. Specify the methods that the Medicaid agency uses to ensure that the operating agency performs its assigned waiver operational and administrative functions in accordance with waiver requirements. Also specify the frequency of Medicaid agency assessment of operating agency performance:

        **As indicated in section 1 of this appendix, the waiver is not operated by a separate agency of the State. Thus this section does not need to be completed.**

## Appendix A: Waiver Administration and Operation

3. **Use of Contracted Entities.** Specify whether contracted entities perform waiver operational and administrative functions on behalf of the Medicaid agency and/or the operating agency (if applicable) (*select one*):

    ⦿ **Yes. Contracted entities perform waiver operational and administrative functions on behalf of the Medicaid agency and/or operating agency (if applicable).**
    Specify the types of contracted entities and briefly describe the functions that they perform. *Complete Items A-5 and A-6.:*
    OLTL retains the authority over the administration of the Independence Waiver, including the development of Waiver related policies, rules, and regulations, which are distributed by OLTL through Bulletins and other communications issued electronically.  OLTL only delegates specific functions in order to ensure strong quality oversight of the Waiver program.  OLTL retains authority for all administrative decisions and supervision of the organizations OLTL contracts with.

    Through the current Title XIX Medicaid Waiver Grant Agreement, OLTL currently contracts with fifty-two (52) local Area Agencies on Aging to perform the initial level of care determination as specified in Appendix B-6. Thirty-three of these entities are Local/Regional non-state public agencies, while nineteen are Local/Regional non-governmental non-state entities.

    OLTL also contracts with one non-governmental non-state entity to facilitate eligibility determinations (waiver related enrollment activities), excluding level of care determinations, for multiple home and community-based waivers managed by OLTL, including the Independence waiver.  Specifically, the Independent Enrollment Broker (IEB) is responsible for the following activities:
    • Complete the initial in-home visit and needs assessment;
    • Educate individuals on their rights and responsibilities in the waiver program, opportunities for self-direction, appeal rights, the Services and Supports Directory, and the right to choose from any qualified provider;
    • Provide applicants with choice of receiving Nursing Facility institutional services, waiver services, or no services and documenting the applicant's choice on the OLTL Freedom of Choice Form;
    • Provide applicants with a list of qualified Service Coordination agencies and document the individual's choice of Service Coordinator on the OLTL Service Provider Choice Form;
    • Assist the applicant to obtain a completed physician certification form from the individual's physician;
    • Refer the applicant to the non-governmental, non-state entity for the clinical eligibility determination ;
    • Assist the participant to complete the financial eligibility determination paperwork;
    • Facilitate the transfer of the new enrollee to their selected Service Coordination Entity, including sending copies of all completed assessments and forms; and
    • Maintain a waiting list for services as necessary.

    OLTL also contracts with one Fiscal Employer/Agent (F/EA) to perform certain functions for the successful operation of participant direction.
    These administrative functions delegated to the F/EA by OLTL  include:
    • Execute Medicaid provider agreements with qualified vendors and support workers;
    • Assist in implementing the state's quality management strategy related to FMS; and
    • Provide written financial reports to the participant, the Service Coordinator and OLTL on a monthly and quarterly basis and as requested by the participant, Service Coordinator and OLTL.

    In addition to these delegated activities, the F/EA also serves to:

• Enroll participants in Financial Management Service (FMS) and apply for and receive approval from the IRS to act as an agent on behalf of the participant;

• Provide orientation and skills training to participants on required documentation for all directly hired support workers, including the completion of federal and state forms; the completion of timesheets; good hiring and firing practices; establishing work schedules; developing job descriptions; training and supervision of workers; effective management of workplace injuries; and workers compensation;

• Establish, maintain and process records for all participants and support workers with confidentiality, accuracy and appropriate safeguards;

• Conduct criminal background checks and, when applicable, child abuse clearances, on potential employees;

• Assist participants in verifying support workers citizenship or alien status;

• Distribute, collect and process support worker timesheets as verified and approved by the participant;

• Prepare and issue support workers' payroll checks, as approved in the participant's Individual Support Plan;

• Maintain funds for individual service budgets separately and with full accounting;

• Withhold, file and deposit federal, state and local income taxes in accordance with federal IRS and state Department of Revenue rules and regulations;

• Broker workers' compensation for all support workers through an appropriate agency;

• Process all judgments, garnishments, tax levies or any related holds on workers' pay as may be required by federal, state or local laws;

• Prepare and disburse IRS Forms W-2's and/or 1099's, wage and tax statements and related documentation annually; and

• Establish an accessible customer service system for the participant and the Service Coordinator.

Performance of annual redeterminations of level of care is conducted by service coordination entities as described in Appendix C.

Administration and oversight of these contracts falls within the purview of OLTL and the Executive Medicaid Director. The assessment methods used to monitor performance of contracted entities are described below in A-1-6 below.

○ **No. Contracted entities do not perform waiver operational and administrative functions on behalf of the Medicaid agency and/or the operating agency (if applicable).**

## Appendix A: Waiver Administration and Operation

**4. Role of Local/Regional Non-State Entities.** Indicate whether local or regional non-state entities perform waiver operational and administrative functions and, if so, specify the type of entity (*Select One*):

○ **Not applicable**
◉ **Applicable** - Local/regional non-state agencies perform waiver operational and administrative functions.
  Check each that applies:

☐ **Local/Regional non-state public agencies** perform waiver operational and administrative functions at the local or regional level.
  There is an **interagency agreement or memorandum of understanding** between the State and these agencies that sets forth responsibilities and performance requirements for these agencies that is available through the Medicaid agency.

  *Specify the nature of these agencies and complete items A-5 and A-6:*

  As noted above, OLTL retains the authority over the administration of the Independence Waiver, including the development of Waiver related policies, rules, and regulations, which are distributed by OLTL through Bulletins and other communications issued electronically. OLTL only delegates specific functions in order to ensure strong quality oversight of the Waiver program. OLTL also retains authority for all administrative decisions and supervision of non-state public agencies that conduct Waiver operational and administrative functions.

  Through the current Title XIX Medicaid Waiver Grant Agreement, OLTL delegates the initial level of care assessment to determine clinical eligibility for waiver services to fifty-two (52) local Area Agencies on Aging (AAAs). Thirty-three (33) of the AAAs are local county-based organizations - non-state public agencies. The AAA is responsible for meeting the requirements as outlined in the Title XIX Agreement and in accordance with all applicable policies and procedures.

☐ **Local/Regional non-governmental non-state entities** conduct waiver operational and administrative functions at the local or regional level. There is a contract between the Medicaid agency and/or the operating agency (when authorized by the Medicaid agency) and each local/regional non-state entity that sets forth the responsibilities and performance requirements of the local/regional entity. The **contract(s)** under which private entities conduct waiver operational functions are available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

  *Specify the nature of these entities and complete items A-5 and A-6:*

  OLTL retains the authority over the administration of the Aging Waiver, including the development of Waiver related policies, rules, and regulations, which are distributed by OLTL through Bulletins and other communications issued electronically. OLTL only delegates specific functions in order to ensure strong quality oversight of the Waiver program. OLTL also retains authority for all administrative decisions and supervision of non-governmental non-state agencies that conduct Waiver operational and administrative functions.

  Through the current Title XIX Medicaid Waiver Grant Agreement, OLTL delegates the initial level of care assessment to determine clinical eligibility for waiver services to fifty-two (52) local Area Agencies on Aging (AAAs). Nineteen (19) of the AAAs are non-governmental non-state public agencies. The AAA is responsible for meeting the requirements as outlined in the Title XIX Agreement and all applicable policies and procedures.

OLTL has state level oversight authority over the enrollment function. Through a competitive procurement process, OLTL has a contract with one statewide Independent Enrollment Broker (IEB). The IEB facilitates eligibility determinations for multiple home and community-based
waivers managed by OLTL. The IEB does not provide any ongoing direct services to the participant. The IEB's responsibilities are outlined above in Appendix A-3.

OLTL also contracts with one Fiscal Employer/Agent (F/EA) to perform certain delegated functions for the successful operation of participant direction. The F/EA was also selected through a competitive procurement process. The F/EAs responsibilities are outlined above in Appendix A-3.

Annual Re-evaluations – As noted above, the annual reevaluation for level of care is conducted by the local Service Coordination entities as described in Appendix C.

## Appendix A: Waiver Administration and Operation

5. **Responsibility for Assessment of Performance of Contracted and/or Local/Regional Non-State Entities.** Specify the state agency or agencies responsible for assessing the performance of contracted and/or local/regional non-state entities in conducting waiver operational and administrative functions:
OLTL remains the ultimate authority for Waiver policies, rules, and regulations, and retains the ultimate authority on all administrative decisions. OLTL retains the responsibility for supervision and assessment of the performance of contracted entities. OLTL provides information and technical assistance to contractors through targeted technical assistance and upon request.

## Appendix A: Waiver Administration and Operation

6. **Assessment Methods and Frequency.** Describe the methods that are used to assess the performance of contracted and/or local/regional non-state entities to ensure that they perform assigned waiver operational and administrative functions in accordance with waiver requirements. Also specify how frequently the performance of contracted and/or local/regional non-state entities is assessed:
OLTL oversees and monitors the performance of the administrative functions that are delegated to the local AAA. These functions include facilitating eligibility determinations for potential waiver enrollees, conducting initial level of care assessments for potential waiver enrollees, and completing annual level of care reevaluations for Aging Waiver participants. The Quality Management Efficiency Teams (QMETs) conduct onsite biennial operational reviews of each AAA to ensure that each function delegated to the AAAs is being performed in accordance with all OLTL requirements including the Waiver assurances and the Title XIX Medicaid Waiver Grant Agreement. For more information on the QMET structure, please refer to Appendix C, Quality Section on discovery and remediation.

Any AAA that exhibits noncompliance in any area will receive a Statement of Findings.. The AAA is required to develop a Corrective Action Plan (CAP) in response to each finding and remediate areas of non-compliance. The CAP is due to OLTL within 15 days of issuance of findings to the AAA. OLTL reviews and approves or disapproves the CAP within 15 days of receipt. The AAA is expected to implement the approved CAP. If the AAA does not develop a satisfactory CAP, regulation permits OLTL to draft a CAP and require the AAA to implement the OLTL drafted CAP. Through a follow-up onsite review, OLTL validates that corrective actions are taken to remediate each instance of noncompliance within a prescribed timeframe and that other necessary actions are taken to avoid a recurrence.

OLTL also aggregates information on findings from the AAAs to ascertain trends in non-compliance areas. Data is presented at the Quality Management Meeting (QM2) (the purpose and functions of this meeting are described in greater detail in Appendix H) to discuss the areas of non-compliance and develop statewide strategies to reverse negative trends. Strategies include issuing or re-issuing instructions to the AAA community regarding performance obligations, implementing or revising training for AAAs on their responsibilities, or recommending contract revisions.

Much like its monitoring of the AAAs, OLTL oversees the contractual obligations of the Fiscal/Employer Agent (F/EA). QMETs conduct an onsite annual operational review of the contracted F/EA to ensure that all required functions are performed in accordance with all OLTL requirements including the Waiver assurances and the F/EA contract. These requirements include, but are not limited to, participant satisfaction, timeliness and accuracy of payments to workers, accuracy of information provided to participants and workers by the F/EA, timeliness and accuracy of tax fillings on behalf of the participant, and executed agreements between the F/EA and the workers or other vendors. In addition to the annual onsite operational review, there is significant oversight conducted on a monthly basis. The contract requires the F/EA to provide OLTL with monthly utilization reports, quarterly and annual status reports, as well as problem identification reports; these reports cover activities performed and issues encountered during the reporting period. OLTL will utilize these reports to monitor performance to ensure services are being delivered according to the contract.

If the F/EA exhibits noncompliance in any area of the waiver or contract, it will receive a Statement of Findings. The F/EA is required to develop a Corrective Action Plan (CAP) in response to each finding and remediate areas of non-compliance. The CAP is due to OLTL within 15 days of issuance of findings to the F/EA. OLTL reviews and approves or disapproves the CAP within 15 days of receipt. The F/EA is expected to implement the approved CAP. If the F/EA does not develop a satisfactory CAP, OLTL will draft a CAP and require the F/EA to implement the OLTL drafted CAP. A satisfactory CAP requires the provider to resolve the finding in a reasonable amount of time given the resources available. OLTL reviews the CAP to ensure the provider's plan to resolve the finding is both timely and complete. Through a follow-up onsite review, OLTL validates that corrective actions are taken to remediate each instance of noncompliance within a prescribed timeframe and that other necessary actions are taken to avoid a recurrence.

F/EA findings are also presented at the Quality Management Meeting (QM2) to discuss the areas of non-compliance and develop statewide strategies to improve F/EA performance. Strategies include issuing or re-issuing instructions to the F/EA regarding performance obligations,

implementing or revising training for the I/EA, participants or participant's workers on their responsibilities, or recommending contract revisions.

The Office of Long Term Living also oversees the performance of the enrollment function which has been delegated to the Independent Enrollment Broker. The Independent Enrollment Broker is monitored annually on contracted performance measures. In addition to the annual contract monitoring, OLTL oversees ongoing operation through IEB performance on contracted performance measures that are collected monthly from the IEB and provided to the contract administrator and the Metrics and Analytics Division within the office of the Chief of Staff. Performance measures include sufficient staff to ensure calls are answered by a live person, at least 95% of the time, and the average phone wait time is less than 60 seconds for 100% of the calls. Other measures ensure timeliness of specific tasks such as conducting initial visits within seven days and forwarding information to the chosen Service Coordination Entity within two days. Systems information is contained in the contractor's Datamart database and it is loaded to OLTL to validate reports. If the Independent Enrollment Broker fails to meet established performance measure standards it must respond to the findings and remediate areas of non-compliance. If the Independent Enrollment Broker fails to remediate non-compliance it can result in adverse action against the contracted entity, including contract termination.

## Appendix A: Waiver Administration and Operation

**7. Distribution of Waiver Operational and Administrative Functions.** In the following table, specify the entity or entities that have responsibility for conducting each of the waiver operational and administrative functions listed (*check each that applies*):
In accordance with 42 CFR §431.10, when the Medicaid agency does not directly conduct a function, it supervises the performance of the function and establishes and/or approves policies that affect the function. All functions not performed directly by the Medicaid agency must be delegated in writing and monitored by the Medicaid Agency. *Note: More than one box may be checked per item. Ensure that Medicaid is checked when the Single State Medicaid Agency (1) conducts the function directly; (2) supervises the delegated function; and/or (3) establishes and/or approves policies related to the function.*

| Function | Medicaid Agency | Contracted Entity | Local Non-State Entity |
|---|---|---|---|
| Participant waiver enrollment | ☐ | ☐ | ☐ |
| Waiver enrollment managed against approved limits | ☐ | ☐ | ☐ |
| Waiver expenditures managed against approved levels | ☐ | ☐ | ☐ |
| Level of care evaluation | ☐ | ☐ | ☐ |
| Review of Participant service plans | ☐ | ☐ | ☐ |
| Prior authorization of waiver services | ☐ | ☐ | ☐ |
| Utilization management | ☐ | ☐ | ☐ |
| Qualified provider enrollment | ☐ | ☐ | ☐ |
| Execution of Medicaid provider agreements | ☐ | ☐ | ☐ |
| Establishment of a statewide rate methodology | ☐ | ☐ | ☐ |
| Rules, policies, procedures and information development governing the waiver program | ☐ | ☐ | ☐ |
| Quality assurance and quality improvement activities | ☐ | ☐ | ☐ |

## Appendix A: Waiver Administration and Operation

### Quality Improvement: Administrative Authority of the Single State Medicaid Agency

*As a distinct component of the State's quality improvement strategy, provide information in the following fields to detail the State's methods for discovery and remediation.*

**a. Methods for Discovery: Administrative Authority**
*The Medicaid Agency retains ultimate administrative authority and responsibility for the operation of the waiver program by exercising oversight of the performance of waiver functions by other state and local/regional non-state agencies (if appropriate) and contracted entities.*

**i. Performance Measures**

*For each performance measure the State will use to assess compliance with the statutory assurance, complete the following. Performance measures for administrative authority should not duplicate measures found in other appendices of the waiver application. As necessary and applicable, performance measures should focus on:*
- Uniformity of development/execution of provider agreements throughout all geographic areas covered by the waiver
- Equitable distribution of waiver openings in all geographic areas covered by the waiver
- Compliance with HCB settings requirements and other new regulatory components (for waiver actions submitted on or after March 17, 2014)

*Where possible, include numerator/denominator.*

*For each performance measure, provide information on the aggregated data that will enable the State to analyze and assess progress toward the performance measure. In this section provide information on the method by which each source of data is analyzed*

*statistically deductively or inductively, how themes are identified or conclusions drawn, and how recommendations are formulated, where appropriate.*

**Performance Measure:**
**AA-1: Number and percent of AAAs that meet waiver obligations regarding initial level of care determinations Numerator: Total number of AAAs who meet waiver obligations regarding initial level of care determination Denominator Total number of AAAs reviewed**

**Data Source** (Select one):
**Operating agency performance monitoring**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation*(check each that applies):* | Frequency of data collection/generation*(check each that applies):* | Sampling Approach*(check each that applies):* |
|---|---|---|
| ☐ State Medicaid Agency | ☐ Weekly | ☐ 100% Review |
| ☐ Operating Agency | ☐ Monthly | ☐ Less than 100% Review |
| ☐ Sub-State Entity | ☐ Quarterly | ☐ Representative Sample<br>Confidence Interval = |
| ☐ Other<br>Specify: | ☐ Annually | ☐ Stratified<br>Describe Group: |
| | ☐ Continuously and Ongoing | ☐ Other<br>Specify: |
| | ☐ Other<br>Specify:<br>SAMS application system | |

**Data Source** (Select one):
**Record reviews, on-site**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation*(check each that applies):* | Frequency of data collection/generation*(check each that applies):* | Sampling Approach*(check each that applies):* |
|---|---|---|
| ☐ State Medicaid Agency | ☐ Weekly | ☐ 100% Review |
| ☐ Operating Agency | ☐ Monthly | ☐ Less than 100% Review |
| ☐ Sub-State Entity | ☐ Quarterly | ☐ Representative Sample<br>Confidence Interval =<br>95% + - 5% |
| ☐ Other<br>Specify: | ☐ Annually | ☐ Stratified<br>Describe Group: |
| | ☐ Continuously and Ongoing | ☐ Other<br>Specify:<br>QMET biannual review |
| | ☐ Other<br>Specify:<br>Biannual review | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check that applies):* | Frequency of data aggregation and analysis *(check each that applies):* |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |
| ☐ Other<br>Specify: | ☐ Annually |
| | ☐ Continuously and Ongoing |
| | ☐ Other<br>Specify:<br>QMET onsite review bi-annually |

**Performance Measure:**

**AA-2: Number and percent of Service Coordination agencies that meet waiver obligations regarding ongoing level of care determinations Numerator: Total number of SCEs who meet waiver obligation regarding ongoing level of care determination Denominator Total number of SCEs reviewed**

**Data Source** (Select one):
**Record reviews, off-site**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation *(check each that applies):* | Frequency of data collection/generation *(check each that applies):* | Sampling Approach *(check each that applies):* |
|---|---|---|
| ☐ State Medicaid Agency | ☐ Weekly | ☐ 100% Review |
| ☐ Operating Agency | ☐ Monthly | ☐ Less than 100% Review |
| ☐ Sub-State Entity | ☐ Quarterly | ☐ Representative Sample<br>Confidence Interval =<br>95% +/- 5% |
| ☐ Other<br>Specify: | ☐ Annually | ☐ Stratified<br>Describe Group: |
| | ☐ Continuously and Ongoing | ☐ Other<br>Specify: |
| | ☐ Other<br>Specify: | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies):* | Frequency of data aggregation and analysis *(check each that applies):* |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |
| ☐ Other<br>Specify: | ☐ Annually |

| Responsible Party for data aggregation and analysis *(check each that applies):* | Frequency of data aggregation and analysis*(check each that applies):* |
|---|---|
| | ☐ **Continuously and Ongoing** |
| | ☐ **Other**<br>Specify: |

**Performance Measure:**

**AA-3: Number and percent of contractual obligations met by the Independent Enrollment Entity Numerator: Number of contractual obligations met by the IEE Denominator Total number of contractual obligations**

**Data Source** (Select one):
**Reports to State Medicaid Agency on delegated Administrative functions**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation*(check each that applies):* | Frequency of data collection/generation*(check each that applies):* | Sampling Approach*(check each that applies):* |
|---|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** | ☐ **100% Review** |
| ☐ **Operating Agency** | ☐ **Monthly** | ☐ **Less than 100% Review** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** | ☐ **Representative Sample**<br>Confidence Interval = |
| ☐ **Other**<br>Specify: | ☐ **Annually** | ☐ **Stratified**<br>Describe Group: |
| | ☐ **Continuously and Ongoing** | ☐ **Other**<br>Specify: |
| | ☐ **Other**<br>Specify: | |

**Data Source** (Select one):
**On-site observations, interviews, monitoring**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation*(check each that applies):* | Frequency of data collection/generation*(check each that applies):* | Sampling Approach*(check each that applies):* |
|---|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** | ☐ **100% Review** |
| ☐ **Operating Agency** | ☐ **Monthly** | ☐ **Less than 100% Review** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** | ☐ **Representative Sample**<br>Confidence Interval =<br>95% + - 5% |
| ☐ **Other**<br>Specify: | ☐ **Annually** | ☐ **Stratified**<br>Describe Group: |
| | ☐ **Continuously and Ongoing** | ☐ **Other**<br>Specify:<br>Visit by a QMET every<br>two years |

| | **Other** |
|---|---|
| | Specify: |
| | Visit by a QMET monitoring |
| | team every two years |

**Data Aggregation and Analysis:**

| **Responsible Party for data aggregation and analysis** (check each that applies): | **Frequency of data aggregation and analysis** (check each that applies): |
|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** |
| ☐ **Operating Agency** | ☐ **Monthly** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** |
| ☐ **Other**<br>Specify: | ☐ **Annually** |
| | ☐ **Continuously and Ongoing** |
| | ☐ **Other**<br>Specify:<br>after visit by a QMET every two years |

**Performance Measure:**
**AA-5: Number and percent of contractual obligations met by the FEA Numerator: Number of contractual obligations met by the FEA Denominator: Total number of contractual obligations of the FEA**

**Data Source** (Select one):
**Reports to State Medicaid Agency on delegated Administrative functions**
If 'Other' is selected, specify:

| **Responsible Party for data collection/generation** (check each that applies): | **Frequency of data collection/generation** (check each that applies): | **Sampling Approach** (check each that applies): |
|---|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** | ☐ **100% Review** |
| ☐ **Operating Agency** | ☐ **Monthly** | ☐ **Less than 100% Review** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** | ☐ **Representative Sample**<br>Confidence Interval = |
| ☐ **Other**<br>Specify: | ☐ **Annually** | ☐ **Stratified**<br>Describe Group: |
| | ☐ **Continuously and Ongoing** | ☐ **Other**<br>Specify: |
| | ☐ **Other**<br>Specify: | |

**Data Source** (Select one):
**Record reviews, on-site**
If 'Other' is selected, specify:

| **Responsible Party for data collection/generation** (check each that applies): | **Frequency of data collection/generation** (check each that applies): | **Sampling Approach** (check each that applies): |
|---|---|---|

| ☐ State Medicaid Agency | ☐ Weekly | ☐ 100% Review |
| ☐ Operating Agency | ☐ Monthly | ☐ Less than 100% Review |
| ☐ Sub-State Entity | ☐ Quarterly | ☐ Representative Sample<br>Confidence Interval = 95% + - 5% |
| ☐ Other<br>Specify: | ☐ Annually | ☐ Stratified<br>Describe Group: |
| | ☐ Continuously and Ongoing | ☐ Other<br>Specify: |
| | ☐ Other<br>Specify:<br>Visit by QMET monitoring team every two years | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies)*: | Frequency of data aggregation and analysis*(check each that applies)*: |
| --- | --- |
| ☐ State Medicaid Agency | ☐ Weekly |
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |
| ☐ Other<br>Specify: | ☐ Annually |
| | ☐ Continuously and Ongoing |
| | ☐ Other<br>Specify:<br>Bi-annually |

**Performance Measure:**
**AA-6: Number and percent of contractual obligations met by the FEA regarding the execution of Medicaid provider agreements Numerator: Number of contractual obligations met by the FEA regarding the execution of Medicaid provider agreements Denominator: Total number of contractual obligations of the FEA regarding the execution of Medicaid provider agreements**

**Data Source** (Select one):
**Reports to State Medicaid Agency on delegated Administrative functions**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation*(check each that applies)*: | Frequency of data collection/generation*(check each that applies)*: | Sampling Approach*(check each that applies)*: |
| --- | --- | --- |
| ☐ State Medicaid Agency | ☐ Weekly | ☐ 100% Review |
| ☐ Operating Agency | ☐ Monthly | ☐ Less than 100% Review |
| ☐ Sub-State Entity | ☐ Quarterly | ☐ Representative Sample<br>Confidence Interval = |
| ☐ Other<br>Specify: | ☐ Annually | ☐ Stratified<br>Describe Group: |

| | ☐ **Continuously and Ongoing** | ☐ **Other**<br>Specify: |
|---|---|---|
| | ☐ **Other**<br>Specify: | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies):* | Frequency of data aggregation and analysis*(check each that applies):* |
|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** |
| ☐ **Operating Agency** | ☐ **Monthly** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** |
| ☐ **Other**<br>Specify: | ☐ **Annually** |
| | ☐ **Continuously and Ongoing** |
| | ☐ **Other**<br>Specify: |

**Performance Measure:**
**AA-7: Number and percent participant distribution by # of participants and by % by region within the income limits applicable to the waiver Numerator: Participants in the waiver within the income limits applicable to the waiver Denominator: Total regional population within the income limits applicable to the waiver**

**Data Source** (Select one):
**Operating agency performance monitoring**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation*(check each that applies):* | Frequency of data collection/generation*(check each that applies):* | Sampling Approach*(check each that applies):* |
|---|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** | ☐ **100% Review** |
| ☐ **Operating Agency** | ☐ **Monthly** | ☐ **Less than 100% Review** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** | ☐ **Representative Sample**<br>Confidence Interval = |
| ☐ **Other**<br>Specify: | ☐ **Annually** | ☐ **Stratified**<br>Describe Group: |
| | ☐ **Continuously and Ongoing** | ☐ **Other**<br>Specify: |

☐ **Other**
　Specify:

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies)*: | Frequency of data aggregation and analysis *(check each that applies)*: |
|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** |
| ☐ **Operating Agency** | ☐ **Monthly** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** |
| ☐ **Other** <br> 　Specify: | ☐ **Annually** |
|  | ☐ **Continuously and Ongoing** |
|  | ☐ **Other** <br> 　Specify: |

**Performance Measure:**
**AA-8: Number and percent of providers that comply with HCBS setting requirements Numerator: Number of providers that comply with HCBS setting requirements and any other regulatory components Provider: Total number of providers**

**Data Source** (Select one):
**Operating agency performance monitoring**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation *(check each that applies)*: | Frequency of data collection/generation *(check each that applies)*: | Sampling Approach *(check each that applies)*: |
|---|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** | ☐ **100% Review** |
| ☐ **Operating Agency** | ☐ **Monthly** | ☐ **Less than 100% Review** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** | ☐ **Representative Sample** <br> 　Confidence Interval = |
| ☐ **Other** <br> 　Specify: | ☐ **Annually** | ☐ **Stratified** <br> 　Describe Group: |
|  | ☐ **Continuously and Ongoing** | ☐ **Other** <br> 　Specify: |
|  | ☐ **Other** <br> 　Specify: |  |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis (check each that applies): | Frequency of data aggregation and analysis (check each that applies): |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |
| ☐ Other<br>Specify: | ☐ Annually |
| | ☐ Continuously and Ongoing |
| | ☐ Other<br>Specify: |

**ii.** If applicable, in the textbox below provide any necessary additional information on the strategies employed by the State to discover/identify problems/issues within the waiver program, including frequency and parties responsible.

The Quality Management Efficiency Teams (QMETs) are the State Medicaid Agency's (OLTL) regional provider monitoring agents. The QMETs are comprised of one Program Specialist (regional team lead), one Registered Nurse, one Social Worker, and one Fiscal Agent. Five teams are dispersed throughout the state of Pennsylvania, and report directly to the OLTL QMET State Coordinator. Using a standard monitoring tool which outlines the provider qualifications as listed in the waiver, the QMET verify that the provider continues to meet each requirement during the review. During the provider review, a random sample of employee and consumer records are reviewed to ensure compliance with waiver standards. Each provider will be reviewed every two years, at minimum. Additionally, QMET conduct remediation activities as outlined in the waiver application.

The Bureau of Quality & Provider Management (BQPM) reviews AAAs regarding the initial LOC, reevaluations of LOC, F/EA and enrollment functions. The BQPM uses standard monitoring tools which outline the provider requirements as listed in the waiver and the Fiscal/Employer Agent (F/EA) contract, including LOC determination, F/EA, and enrollment functions. The BQPM verifies that the LOC determination, F/EA, and enrollment requirements continue to be met during the reviews. During the AAA review, random samples of consumer records are reviewed to ensure compliance with waiver LOC determination standards. Each AAA will be reviewed every two years, at minimum.

For information regarding the Bureau of Quality and Provider Management (BQPM), and the Quality Improvement Strategy, please refer to Appendix H for detailed information.

**b. Methods for Remediation/Fixing Individual Problems**

**i.** Describe the State's method for addressing individual problems as they are discovered. Include information regarding responsible parties and GENERAL methods for problem correction. In addition, provide information on the methods used by the State to document these items.

When the administrative data and QMET monitoring reviews identify AAAs or SCAs that are not meeting the requirements related to Level of Care determinations as outlined in the waiver agreement, the agency receives written notification of outstanding issues with a request for a Corrective Action Plan (CAP). The CAP is due to the QMET within 15 working days. BQPM staff reviews and accepts/rejects the CAP within 30 working days. Monitoring by the QMET occurs to ensure the CAP was completed and successful in resolving the issue in accordance with the timeframes established for corrective action in the STIP. If the CAP was not successful in correcting the identified issue, technical assistance is provided by BQPM.

Through a combination of reports from the enrollment broker and administrative data, the Contract Monitor for the Independent Enrollment Entity (IEE) determines if the contractual obligations are being met. If they are not met, Bureau of Participant Operations (BPO) notifies the IEB agency of the specific deficiencies, requests a corrective action plan and follows-up on the plan to ensure compliance.

Through a combination of reports from the F/EA and administrative data, the Contract Monitor for the Fiscal/Employer Agent determines if the contractual obligations are being met. If they are not met, BPO notifies the F/EA of the specific deficiencies, requests a corrective action plan and follows-up on the plan to ensure compliance.

**ii.** Remediation Data Aggregation

**Remediation-related Data Aggregation and Analysis (including trend identification)**

| Responsible Party (check each that applies): | Frequency of data aggregation and analysis (check each that applies): |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |
| ☐ Other | ☐ Annually |

| **Responsible Party**(*check each that applies*): | **Frequency of data aggregation and analysis**(*check each that applies*): |
|---|---|
| Specify: | |
| | ☐ **Continuously and Ongoing** |
| | ☐ **Other** <br> Specify: |

**c. Timelines**

When the State does not have all elements of the Quality Improvement Strategy in place, provide timelines to design methods for discovery and remediation related to the assurance of Administrative Authority that are currently non-operational.

⦿ **No**

◯ **Yes**

Please provide a detailed strategy for assuring Administrative Authority, the specific timeline for implementing identified strategies, and the parties responsible for its operation.

## Appendix B: Participant Access and Eligibility

### B-1: Specification of the Waiver Target Group(s)

**a. Target Group(s).** Under the waiver of Section 1902(a)(10)(B) of the Act, the State limits waiver services to one or more groups or subgroups of individuals. Please see the instruction manual for specifics regarding age limits. *In accordance with 42 CFR §441.301(b)(6), select one or more waiver target groups, check each of the subgroups in the selected target group(s) that may receive services under the waiver, and specify the minimum and maximum (if any) age of individuals served in each subgroup:*

| Target Group | Included | Target SubGroup | Minimum Age | Maximum Age Limit | No Maximum Age Limit |
|---|---|---|---|---|---|
| ☐ **Aged or Disabled, or Both - General** | | | | | |
| | ☐ | **Aged** | | | ☐ |
| | ☐ | **Disabled (Physical)** | 18 | 59 | |
| | ☐ | **Disabled (Other)** | | | |
| ☐ **Aged or Disabled, or Both - Specific Recognized Subgroups** | | | | | |
| | ☐ | **Brain Injury** | | | ☐ |
| | ☐ | **HIV/AIDS** | | | |
| | ☐ | **Medically Fragile** | | | ☐ |
| | ☐ | **Technology Dependent** | | | ☐ |
| ☐ **Intellectual Disability or Developmental Disability, or Both** | | | | | |
| | ☐ | **Autism** | | | ☐ |
| | ☐ | **Developmental Disability** | | | ☐ |
| | ☐ | **Intellectual Disability** | | | ☐ |
| ☐ **Mental Illness** | | | | | |
| | ☐ | **Mental Illness** | | | |
| | ☐ | **Serious Emotional Disturbance** | | | |

**b. Additional Criteria.** The State further specifies its target group(s) as follows:

Waiver services are limited to individuals with physical disabilities, and who meet all of the following conditions:

1. Individuals who have a physical disability including an acquired brain injury (but do not have a primary diagnosis of mental retardation or have a major mental illness), likely to continue indefinitely.
2. Results in three or more substantial functional limitations in major life activity; self-care, understanding and use of language, learning, mobility, self-direction and/or capacity for independent living.

Case 5:17-cv-02165-JLS    Document 23-1    Filed 07/14/17    Page 38 of 234

c. **Transition of Individuals Affected by Maximum Age Limitation.** When there is a maximum age limit that applies to individuals who may be served in the waiver, describe the transition planning procedures that are undertaken on behalf of participants affected by the age limit *(select one)*:

       ○ **Not applicable. There is no maximum age limit**

       ◉ **The following transition planning procedures are employed for participants who will reach the waiver's maximum age limit.**

    *Specify:*

Participants who are receiving services through the Independence Care Waiver before turning age 60 may choose either to:
1. continue to remain in the Independence Care Waiver upon reaching the age of sixty, or
2. transfer their services to the Aging Waiver upon reaching the age of sixty.

The individual's Service Coordinator will provide information about the Aging waiver to transition-age participants so that they may make a fully informed decision.  Furthermore, decisions will be discussed as a part of the person-centered planning process.

## Appendix B: Participant Access and Eligibility

### B-2: Individual Cost Limit (1 of 2)

a. **Individual Cost Limit.** The following individual cost limit applies when determining whether to deny home and community-based services or entrance to the waiver to an otherwise eligible individual *(select one)*. Please note that a State may have only ONE individual cost limit for the purposes of determining eligibility for the waiver:

    ◉ **No Cost Limit.** The State does not apply an individual cost limit. *Do not complete Item B-2-b or item B-2-c.*

    ○ **Cost Limit in Excess of Institutional Costs.** The State refuses entrance to the waiver to any otherwise eligible individual when the State reasonably expects that the cost of the home and community-based services furnished to that individual would exceed the cost of a level of care specified for the waiver up to an amount specified by the State. *Complete Items B-2-b and B-2-c.*

    **The limit specified by the State is** *(select one)*

      ○ **A level higher than 100% of the institutional average.**

        Specify the percentage: [_____]

      ○ **Other**

        *Specify:*

        [_____]

    ○ **Institutional Cost Limit.** Pursuant to 42 CFR 441.301(a)(3), the State refuses entrance to the waiver to any otherwise eligible individual when the State reasonably expects that the cost of the home and community-based services furnished to that individual would exceed 100% of the cost of the level of care specified for the waiver. *Complete Items B-2-b and B-2-c.*

    ○ **Cost Limit Lower Than Institutional Costs.** The State refuses entrance to the waiver to any otherwise qualified individual when the State reasonably expects that the cost of home and community-based services furnished to that individual would exceed the following amount specified by the State that is less than the cost of a level of care specified for the waiver.

    *Specify the basis of the limit, including evidence that the limit is sufficient to assure the health and welfare of waiver participants. Complete Items B-2-b and B-2-c.*

    [_____]

    **The cost limit specified by the State is** *(select one)*:

      ○ **The following dollar amount:**

        Specify dollar amount: [_____]

        **The dollar amount** *(select one)*

          ○ **Is adjusted each year that the waiver is in effect by applying the following formula:**

            Specify the formula:

○ **May be adjusted during the period the waiver is in effect. The State will submit a waiver amendment to CMS to adjust the dollar amount.**

○ **The following percentage that is less than 100% of the institutional average:**

Specify percent: [          ]

○ **Other:**

*Specify:*

[          ]

## Appendix B: Participant Access and Eligibility

### B-2: Individual Cost Limit (2 of 2)

**Answers provided in Appendix B-2-a indicate that you do not need to complete this section.**

b. **Method of Implementation of the Individual Cost Limit.** When an individual cost limit is specified in Item B-2-a, specify the procedures that are followed to determine in advance of waiver entrance that the individual's health and welfare can be assured within the cost limit:

[          ]

c. **Participant Safeguards.** When the State specifies an individual cost limit in Item B-2-a and there is a change in the participant's condition or circumstances post-entrance to the waiver that requires the provision of services in an amount that exceeds the cost limit in order to assure the participant's health and welfare, the State has established the following safeguards to avoid an adverse impact on the participant *(check each that applies)*:

☐ **The participant is referred to another waiver that can accommodate the individual's needs.**

☐ **Additional services in excess of the individual cost limit may be authorized.**

Specify the procedures for authorizing additional services, including the amount that may be authorized:

[          ]

☐ **Other safeguard(s)**

Specify:

[          ]

## Appendix B: Participant Access and Eligibility

### B-3: Number of Individuals Served (1 of 4)

a. **Unduplicated Number of Participants.** The following table specifies the maximum number of unduplicated participants who are served in each year that the waiver is in effect. The State will submit a waiver amendment to CMS to modify the number of participants specified for any year (s), including when a modification is necessary due to legislative appropriation or another reason. The number of unduplicated participants specified in this table is basis for the cost-neutrality calculations in Appendix J:

Table: B-3-a

| Waiver Year | Unduplicated Number of Participants |
|---|---|
| Year 1 | 14246 |
| Year 2 | 16318 |
| Year 3 | 18299 |
| Year 4 | 20280 |
| Year 5 | 22261 |

b. **Limitation on the Number of Participants Served at Any Point in Time.** Consistent with the unduplicated number of participants specified in Item B-3-a, the State may limit to a lesser number the number of participants who will be served at any point in time during a waiver year. Indicate whether the State limits the number of participants in this way: *(select one)*:

○ **The State does not limit the number of participants that it serves at any point in time during a waiver year.**

◉ **The State limits the number of participants that it serves at any point in time during a waiver year.**

The limit that applies to each year of the waiver period is specified in the following table:

Table: B-3-b

| Waiver Year | Maximum Number of Participants Served At Any Point During the Year |
|---|---|
| Year 1 | 12118 |
| Year 2 | 13659 |
| Year 3 | 15201 |
| Year 4 | 16742 |
| Year 5 | 18284 |

## Appendix B: Participant Access and Eligibility

### B-3: Number of Individuals Served (2 of 4)

c. **Reserved Waiver Capacity.** The State may reserve a portion of the participant capacity of the waiver for specified purposes (e.g., provide for the community transition of institutionalized persons or furnish waiver services to individuals experiencing a crisis) subject to CMS review and approval. The State *(select one)*:

○ **Not applicable. The state does not reserve capacity.**

◉ **The State reserves capacity for the following purpose(s).**

Purpose(s) the State reserves capacity for:

| Purposes | |
|---|---|
| Money Follows the Person | |

## Appendix B: Participant Access and Eligibility

### B-3: Number of Individuals Served (2 of 4)

**Purpose** *(provide a title or short description to use for lookup)*:

Money Follows the Person

**Purpose** *(describe)*:

In order to ensure the success of the Money Follows the Person Rebalancing Demonstration, Pennsylvania has reserved capacity within the Independence Waiver to serve participants in the demonstration.  MFP participants will have access to all of the services available in the Independence Waiver.

**Describe how the amount of reserved capacity was determined:**

Reserved capacity was determined based on the experience in the state's Nursing Home Transition Program.

**The capacity that the State reserves in each waiver year is specified in the following table:**

| Waiver Year | Capacity Reserved |
|---|---|
| Year 1 | 191 |
| Year 2 | 226 |
| Year 3 | 254 |
| Year 4 | 282 |
| Year 5 | 141 |

Appendix B: Participant Access and Eligibility

### B-3: Number of Individuals Served (3 of 4)

**d.** **Scheduled Phase-In or Phase-Out.** Within a waiver year, the State may make the number of participants who are served subject to a phase-in or phase-out schedule *(select one)*:

- ◉ **The waiver is not subject to a phase-in or a phase-out schedule.**

- ○ **The waiver is subject to a phase-in or phase-out schedule that is included in Attachment #1 to Appendix B-3. This schedule constitutes an intra-year limitation on the number of participants who are served in the waiver.**

**e.** **Allocation of Waiver Capacity.**

*Select one*:

- ◉ **Waiver capacity is allocated/managed on a statewide basis.**

- ○ **Waiver capacity is allocated to local/regional non-state entities.**

  Specify: (a) the entities to which waiver capacity is allocated; (b) the methodology that is used to allocate capacity and how often the methodology is reevaluated; and, (c) policies for the reallocation of unused capacity among local/regional non-state entities:

**f.** **Selection of Entrants to the Waiver.** Specify the policies that apply to the selection of individuals for entrance to the waiver:

All individuals that are eligible for the waiver will be served.  In the event that a waiting list for waiver services becomes necessary, individuals removed from the waiting list will be determined based upon date of application for services and according to the following order of priority:

1. Nursing Home Transition (NHT):  Individuals who are currently receiving Medical Assistance in a nursing facility or those who are soon to be authorized for Medical Assistance and in a nursing facility and need waiver services to transition into the community. OR Individuals who are at imminent risk of nursing home placement.  Individuals who currently reside in the community and are at imminent risk of nursing facility placement within 24-72 hours or less.

2. Individuals who are in the community but can wait more than 72 hours for home and community-based services.

Appendix B: Participant Access and Eligibility

### B-3: Number of Individuals Served - Attachment #1 (4 of 4)

**Answers provided in Appendix B-3-d indicate that you do not need to complete this section.**

Appendix B: Participant Access and Eligibility

### B-4: Eligibility Groups Served in the Waiver

**a.**

**1.** **State Classification.** The State is a *(select one)*:
- ◉ **§1634 State**
- ○ **SSI Criteria State**
- ○ **209(b) State**

**2.** **Miller Trust State.**
Indicate whether the State is a Miller Trust State *(select one)*:
- ◉ **No**
- ○ **Yes**

**b.** **Medicaid Eligibility Groups Served in the Waiver.** Individuals who receive services under this waiver are eligible under the following eligibility groups contained in the State plan. The State applies all applicable federal financial participation limits under the plan. *Check all that apply*:

*Eligibility Groups Served in the Waiver (excluding the special home and community-based waiver group under 42 CFR §435.217)*

- ☐ **Low income families with children as provided in §1931 of the Act**
- ☐ **SSI recipients**
- ☐ **Aged, blind or disabled in 209(b) states who are eligible under 42 CFR §435.121**
- ☐ **Optional State supplement recipients**
- ☐ **Optional categorically needy aged and/or disabled individuals who have income at:**

*Select one:*

- ( • ) **100% of the Federal poverty level (FPL)**
- ( ) **% of FPL, which is lower than 100% of FPL.**

Specify percentage: [            ]

- [ ] **Working individuals with disabilities who buy into Medicaid (BBA working disabled group as provided in §1902(a)(10)(A)(ii)(XIII) of the Act)**
- [ ] **Working individuals with disabilities who buy into Medicaid (TWWIIA Basic Coverage Group as provided in §1902(a)(10)(A)(ii) (XV) of the Act)**
- [ ] **Working individuals with disabilities who buy into Medicaid (TWWIIA Medical Improvement Coverage Group as provided in §1902(a)(10)(A)(ii)(XVI) of the Act)**
- [ ] **Disabled individuals age 18 or younger who would require an institutional level of care (TEFRA 134 eligibility group as provided in §1902(e)(3) of the Act)**
- [ ] **Medically needy in 209(b) States (42 CFR §435.330)**
- [ ] **Medically needy in 1634 States and SSI Criteria States (42 CFR §435.320, §435.322 and §435.324)**
- [ ] **Other specified groups (include only statutory/regulatory reference to reflect the additional groups in the State plan that may receive services under this waiver)**

*Specify:*

All other mandatory and optional groups under the State Plan are included.

---

***Special home and community-based waiver group under 42 CFR §435.217*** Note: When the special home and community-based waiver group under 42 CFR §435.217 is included, Appendix B-5 must be completed

- ( ) **No. The State does not furnish waiver services to individuals in the special home and community-based waiver group under 42 CFR §435.217.** *Appendix B-5 is not submitted.*
- ( • ) **Yes. The State furnishes waiver services to individuals in the special home and community-based waiver group under 42 CFR §435.217.**

*Select one and complete Appendix B-5.*

- ( ) **All individuals in the special home and community-based waiver group under 42 CFR §435.217**
- ( • ) **Only the following groups of individuals in the special home and community-based waiver group under 42 CFR §435.217**

*Check each that applies:*

- [ ] **A special income level equal to:**

    *Select one:*

    - ( • ) **300% of the SSI Federal Benefit Rate (FBR)**
    - ( ) **A percentage of FBR, which is lower than 300% (42 CFR §435.236)**

    Specify percentage: [            ]

    - ( ) **A dollar amount which is lower than 300%.**

    Specify dollar amount: [            ]

- [ ] **Aged, blind and disabled individuals who meet requirements that are more restrictive than the SSI program (42 CFR §435.121)**
- [ ] **Medically needy without spenddown in States which also provide Medicaid to recipients of SSI (42 CFR §435.320, §435.322 and §435.324)**
- [ ] **Medically needy without spend down in 209(b) States (42 CFR §435.330)**
- [ ] **Aged and disabled individuals who have income at:**

    *Select one:*

    - ( ) **100% of FPL**
    - ( ) **% of FPL, which is lower than 100%.**

    Specify percentage amount: [            ]

- [ ] **Other specified groups (include only statutory/regulatory reference to reflect the additional groups in the State plan that may receive services under this waiver)**

*Specify:*

## Appendix B: Participant Access and Eligibility

### B-5: Post-Eligibility Treatment of Income (1 of 7)

*In accordance with 42 CFR §441.303(e), Appendix B-5 must be completed when the State furnishes waiver services to individuals in the special home and community-based waiver group under 42 CFR §435.217, as indicated in Appendix B-4. Post-eligibility applies only to the 42 CFR §435.217 group.*

**a. Use of Spousal Impoverishment Rules.** Indicate whether spousal impoverishment rules are used to determine eligibility for the special home and community-based waiver group under 42 CFR §435.217:

*Note: For the five-year period beginning January 1, 2014, the following instructions are mandatory. The following box should be checked for all waivers that furnish waiver services to the 42 CFR §435.217 group effective at any point during this time period.*

☐ **Spousal impoverishment rules under §1924 of the Act are used to determine the eligibility of individuals with a community spouse for the special home and community-based waiver group. In the case of a participant with a community spouse, the State uses *spousal* post-eligibility rules under §1924 of the Act.**
*Complete Items B-5-e (if the selection for B-4-a-i is SSI State or §1634) or B-5-f (if the selection for B-4-a-i is 209b State) and Item B-5-g unless the state indicates that it also uses spousal post-eligibility rules for the time periods before January 1, 2014 or after December 31, 2018.*

*Note: The following selections apply for the time periods before January 1, 2014 or after December 31, 2018 (select one).*

◉ **Spousal impoverishment rules under §1924 of the Act are used to determine the eligibility of individuals with a community spouse for the special home and community-based waiver group.**

   In the case of a participant with a community spouse, the State elects to (*select one*):

   ◉ **Use spousal post-eligibility rules under §1924 of the Act.**
      *(Complete Item B-5-b (SSI State) and Item B-5-d)*
   ○ **Use regular post-eligibility rules under 42 CFR §435.726 (SSI State) or under §435.735 (209b State)**
      *(Complete Item B-5-b (SSI State). Do not complete Item B-5-d)*

○ **Spousal impoverishment rules under §1924 of the Act are not used to determine eligibility of individuals with a community spouse for the special home and community-based waiver group. The State uses regular post-eligibility rules for individuals with a community spouse.**
   *(Complete Item B-5-b (SSI State). Do not complete Item B-5-d)*

## Appendix B: Participant Access and Eligibility

### B-5: Post-Eligibility Treatment of Income (2 of 7)

*Note: The following selections apply for the time periods before January 1, 2014 or after December 31, 2018.*

**b. Regular Post-Eligibility Treatment of Income: SSI State.**

   The State uses the post-eligibility rules at 42 CFR 435.726 for individuals who do not have a spouse or have a spouse who is not a community spouse as specified in §1924 of the Act. Payment for home and community-based waiver services is reduced by the amount remaining after deducting the following allowances and expenses from the waiver participant's income:

   **i. Allowance for the needs of the waiver participant** (*select one*):

      ◉ **The following standard included under the State plan**

         *Select one:*

         ○ **SSI standard**
         ○ **Optional State supplement standard**
         ○ **Medically needy income standard**
         ◉ **The special income level for institutionalized persons**

            (*select one*):

            ◉ **300% of the SSI Federal Benefit Rate (FBR)**
            ○ **A percentage of the FBR, which is less than 300%**

               Specify the percentage: [        ]

○ **A dollar amount which is less than 300%.**

Specify dollar amount: [          ]

○ **A percentage of the Federal poverty level**

Specify percentage: [          ]

○ **Other standard included under the State Plan**

*Specify:*

[                                                                      ]

○ **The following dollar amount**

Specify dollar amount: [          ] If this amount changes, this item will be revised.

○ **The following formula is used to determine the needs allowance:**

*Specify:*

[                                                                      ]

○ **Other**

*Specify:*

[                                                                      ]

---

**ii.  Allowance for the spouse only** (*select one*):

⦿ **Not Applicable**

○ **The state provides an allowance for a spouse who does not meet the definition of a community spouse in §1924 of the Act. Describe the circumstances under which this allowance is provided:**

*Specify:*

[                                                                      ]

**Specify the amount of the allowance** (*select one*):

○ **SSI standard**
○ **Optional State supplement standard**
○ **Medically needy income standard**
○ **The following dollar amount:**

Specify dollar amount: [          ] If this amount changes, this item will be revised.

○ **The amount is determined using the following formula:**

*Specify:*

[                                                                      ]

---

**iii.  Allowance for the family** (*select one*):

⦿ **Not Applicable (see instructions)**
○ **AFDC need standard**
○ **Medically needy income standard**
○ **The following dollar amount:**

Specify dollar amount: [          ] The amount specified cannot exceed the higher of the need standard for a family of the same size used to determine eligibility under the State's approved AFDC plan or the medically needy income standard established under 42 CFR §435.811 for a family of the same size. If this amount changes, this item will be revised.

○ **The amount is determined using the following formula:**

*Specify:*

○ **Other**

   *Specify:*

**iv.  Amounts for incurred medical or remedial care expenses not subject to payment by a third party, specified in 42 §CFR 435.726:**

    a.  Health insurance premiums, deductibles and co-insurance charges
    b.  Necessary medical or remedial care expenses recognized under State law but not covered under the State's Medicaid plan, subject to reasonable limits that the State may establish on the amounts of these expenses.

Select one:

⦿ **Not Applicable (see instructions)** *Note: If the State protects the maximum amount for the waiver participant, not applicable must be selected.*
○ **The State does not establish reasonable limits.**
○ **The State establishes the following reasonable limits**

    *Specify:*

## Appendix B: Participant Access and Eligibility

### B-5: Post-Eligibility Treatment of Income **(3 of 7)**

*Note: The following selections apply for the time periods before January 1, 2014 or after December 31, 2018.*

  **c.  Regular Post-Eligibility Treatment of Income: 209(B) State.**

    **Answers provided in Appendix B-4 indicate that you do not need to complete this section and therefore this section is not visible.**

## Appendix B: Participant Access and Eligibility

### B-5: Post-Eligibility Treatment of Income **(4 of 7)**

*Note: The following selections apply for the time periods before January 1, 2014 or after December 31, 2018.*

  **d.  Post-Eligibility Treatment of Income Using Spousal Impoverishment Rules**

    The State uses the post-eligibility rules of §1924(d) of the Act (spousal impoverishment protection) to determine the contribution of a participant with a community spouse toward the cost of home and community-based care if it determines the individual's eligibility under §1924 of the Act. There is deducted from the participant's monthly income a personal needs allowance (as specified below), a community spouse's allowance and a family allowance as specified in the State Medicaid Plan. The State must also protect amounts for incurred expenses for medical or remedial care (as specified below).

      **i.  Allowance for the personal needs of the waiver participant**

        *(select one)*:
        ○ **SSI standard**
        ○ **Optional State supplement standard**
        ○ **Medically needy income standard**
        ⦿ **The special income level for institutionalized persons**
        ○ **A percentage of the Federal poverty level**

        Specify percentage: [＿＿＿＿]
        ○ **The following dollar amount:**

        Specify dollar amount: [＿＿＿＿]  If this amount changes, this item will be revised
        ○ **The following formula is used to determine the needs allowance:**

*Specify formula:*

*Other*

*Specify:*

   **ii. If the allowance for the personal needs of a waiver participant with a community spouse is different from the amount used for the individual's maintenance allowance under 42 CFR §435.726 or 42 CFR §435.735, explain why this amount is reasonable to meet the individual's maintenance needs in the community.**

Select one:

   ◉ **Allowance is the same**
   ○ **Allowance is different.**

   *Explanation of difference:*

   **iii. Amounts for incurred medical or remedial care expenses not subject to payment by a third party, specified in 42 CFR §435.726:**

      a. Health insurance premiums, deductibles and co-insurance charges
      b. Necessary medical or remedial care expenses recognized under State law but not covered under the State's Medicaid plan, subject to reasonable limits that the State may establish on the amounts of these expenses.

Select one:

   ◉ **Not Applicable (see instructions)***Note: If the State protects the maximum amount for the waiver participant, not applicable must be selected.*
   ○ **The State does not establish reasonable limits.**
   ○ **The State uses the same reasonable limits as are used for regular (non-spousal) post-eligibility.**

## Appendix B: Participant Access and Eligibility

### B-5: Post-Eligibility Treatment of Income (5 of 7)

*Note: The following selections apply for the five-year period beginning January 1, 2014.*

   **e. Regular Post-Eligibility Treatment of Income: §1634 State - 2014 through 2018.**

   **Answers provided in Appendix B-5-a indicate the selections in B-5-b also apply to B-5-e.**

## Appendix B: Participant Access and Eligibility

### B-5: Post-Eligibility Treatment of Income (6 of 7)

*Note: The following selections apply for the five-year period beginning January 1, 2014.*

   **f. Regular Post-Eligibility Treatment of Income: 209(B) State - 2014 through 2018.**

   **Answers provided in Appendix B-4 indicate that you do not need to complete this section and therefore this section is not visible.**

## Appendix B: Participant Access and Eligibility

### B-5: Post-Eligibility Treatment of Income (7 of 7)

*Note: The following selections apply for the five-year period beginning January 1, 2014.*

   **g. Post-Eligibility Treatment of Income Using Spousal Impoverishment Rules - 2014 through 2018.**

   The State uses the post-eligibility rules of §1924(d) of the Act (spousal impoverishment protection) to determine the contribution of a participant with a community spouse toward the cost of home and community-based care. There is deducted from the participant's monthly income a

personal needs allowance (as specified below), a community spouse's allowance and a family allowance as specified in the State Medicaid Plan. The State must also protect amounts for incurred expenses for medical or remedial care (as specified below).

**Answers provided in Appendix B-5-a indicate the selections in B-5-d also apply to B-5-g.**

## Appendix B: Participant Access and Eligibility

### B-6: Evaluation/Reevaluation of Level of Care

*As specified in 42 CFR §441.302(c), the State provides for an evaluation (and periodic reevaluations) of the need for the level(s) of care specified for this waiver, when there is a reasonable indication that an individual may need such services in the near future (one month or less), but for the availability of home and community-based waiver services.*

a. **Reasonable Indication of Need for Services.** In order for an individual to be determined to need waiver services, an individual must require: (a) the provision of at least one waiver service, as documented in the service plan, _and_ (b) the provision of waiver services at least monthly or, if the need for services is less than monthly, the participant requires regular monthly monitoring which must be documented in the service plan. Specify the State's policies concerning the reasonable indication of the need for services:

    i. **Minimum number of services.**

        The minimum number of waiver services (one or more) that an individual must require in order to be determined to need waiver services is: 2

    ii. **Frequency of services.** The State requires (select one):

        ⦿ **The provision of waiver services at least monthly**

        ◯ **Monthly monitoring of the individual when services are furnished on a less than monthly basis**

        *If the State also requires a minimum frequency for the provision of waiver services other than monthly (e.g., quarterly), specify the frequency:*

b. **Responsibility for Performing Evaluations and Reevaluations.** Level of care evaluations and reevaluations are performed (*select one*):

    ◯ **Directly by the Medicaid agency**

    ◯ **By the operating agency specified in Appendix A**

    ◯ **By an entity under contract with the Medicaid agency.**

    *Specify the entity:*

    ⦿ **Other**
    *Specify:*

    The local Area Agencies on Aging (AAA) Assessors conduct the initial component of the level of care assessments for individuals referred for waiver services.

    In addition a physician (M.D or D.O) completes a level of care recommendation utilizing the physician certification form.

    The Independence Waiver Service Coordinators conduct the annual reevaluations for participants that are already enrolled in the waiver.  In addition, Service Coordinators are required to conduct reevaluations more frequently, if needed, when there are changes in a participant's functioning and/or needs.

c. **Qualifications of Individuals Performing Initial Evaluation:** Per 42 CFR §441.303(c)(1), specify the educational/professional qualifications of individuals who perform the initial evaluation of level of care for waiver applicants:

AAA Assessors must meet the following qualifications:
One year experience in public or private social work and a Bachelor's Degree which includes or is supplemented by 12 semester hours credit in sociology, social welfare, psychology, gerontology, or other related social sciences; or a bachelor's degree with a social welfare major; or any equivalent combination of experience and training including successful completion of 12 semester hours credit in sociology, social welfare, psychology, gerontology, or other related social sciences OR

Two years of case work experience including one year of experience performing assessments of client's functional ability to determine the need for institutional or community based services and a bachelor's degree which include or is supplemented by 12 semester hours credit in sociology, social welfare, psychology, gerontology or other related social sciences OR

One year assessment experience and a bachelor's degree with social welfare major OR

Any equivalent combination of experience or training including successful completion of 12 semester credit hours of college level courses in sociology, social welfare, psychology, gerontology or other related social sciences.  One year experience in the AAA system may be substituted

for one year assessment experience.

The equivalency statement under "Minimum Requirements" means that related advanced education may be substituted for a segment of the experience requirement and related experience may be substituted for required education except for the required 12 semester hours in the above majors.

Physicians
Physicians are licensed through the Pennsylvania Department of State under the following regulations:
• Chapter 17 State Board of Medicine – Medical Doctors
• Chapter 25 State Board of Osteopathic Medicine

The applicant's physician is responsible for completing the physician's certification form.  OLTL does not contract directly with physicians to perform participant evaluations.  When an individual is applying for services, the IEB sends a physician certification form and cover letter with an explanation of the application for home and community-based services to the applicant's primary care physician.   The physician will indicate the applicant's level of care and return it to the IEB. The physician certification form includes:
  • Physician's recommendation of level of care required
  • Diagnoses
  • ICD-10 code(s)
  • Length of care required - short-term (180 days or less) or long-term (over 180 days)
  • Physician's signature, license number and contact information.

Individuals conducting redeterminations (Service Coordinators) must meet the provider qualifications as outlined below and in Appendix C.

**d.  Level of Care Criteria.** Fully specify the level of care criteria that are used to evaluate and reevaluate whether an individual needs services through the waiver and that serve as the basis of the State's level of care instrument/tool. Specify the level of care instrument/tool that is employed. State laws, regulations, and policies concerning level of care criteria and the level of care instrument/tool are available to CMS upon request through the Medicaid agency or the operating agency (if applicable), including the instrument/tool utilized.

An individual is NFCE if he or she needs the level of care provided in a nursing facility.

Under Federal and State law and regulations, which identify the level of care provided in a nursing facility, an individual should be considered NFCE if:

1.  The individual has an illness, injury, disability or medical condition diagnosed by a physician; and
2.  As a result of that diagnosed illness, injury, disability or medical condition, the individual requires care and services above the level of room and board; and
3.  A physician certifies that the individual is NFCE; and
4.  The care and services are either
a)  skilled nursing or rehabilitation services as specified by the Medicare Program in  42 CFR §§ 409.31(a), 409.31(b)(1) and (3), and 409.32 through 409.35; or
b)  health-related care and services that may not be as inherently complex
as skilled nursing or rehabilitation services but which are needed and provided on a regular basis in the context of a planned program of health care and management and were previously available only through institutional facilities.

The level of care determination is made using a standardized Clinical Eligibility Determination tool and physician certification form which indicates the physician's diagnosis and level of care recommendation.

**e.  Level of Care Instrument(s).** Per 42 CFR §441.303(c)(2), indicate whether the instrument/tool used to evaluate level of care for the waiver differs from the instrument/tool used to evaluate institutional level of care *(select one)*:

  ○  **The same instrument is used in determining the level of care for the waiver and for institutional care under the State Plan.**
  ◉  **A different instrument is used to determine the level of care for the waiver than for institutional care under the State plan.**

  Describe how and why this instrument differs from the form used to evaluate institutional level of care and explain how the outcome of the determination is reliable, valid, and fully comparable.

  The same instrument is used for institutional and initial waiver level of care. A different instrument is used for reevaluations.  Service Coordinators utilize the Case Management Instrument (CMI) to conduct the annual reevaluation of level of care. The CMI is the comprehensive assessment tool utilized by all OLTL home and community-based service programs to collect information about the participant's strengths, capacities, needs, preferences, health status, risk factors and desired goals, which is used to develop the participant's Individual Service Plan (ISP).  A Section of the CMI mirrors the information collected in the standardized level of care determination form, including information on medical changes, recent hospitalizations and changes in functional status (ADLs and IADLs).  The information collected on the CMI is compared to the information collected in the individual's previous evaluation or reevaluation which assists the Service Coordinator to identify changes and make the level of care reevaluation eligibility determination.

  Through a retrospective review of a valid statistical sample of service plans, OLTL monitors that the CMI is yielding results comparable to the initial level of care assessment conducted by the local AAA.

**f.  Process for Level of Care Evaluation/Reevaluation:** Per 42 CFR §441.303(c)(1), describe the process for evaluating waiver applicants for their need for the level of care under the waiver. If the reevaluation process differs from the evaluation process, describe the differences:

Initial Level of Care Evaluation – OLTL uses the following process to determine an individual's initial level of care:

• The applicant first applies for Independence Waiver services through the statewide Independent Enrollment Broker (IEB). The role of the IEB is to facilitate and support the participant through the enrollment process including the level of care evaluation.
• The IEB makes a referral to the local AAA for the clinical eligibility determination and assists the applicant with obtaining a completed physician certification form from the applicant's physician (M.D. or D.O.)
• The local AAA visits the applicant within 15 days of receiving the referral from the IEB, and uses the standardized level of care determination tool to identify information regarding the applicant's medical status, recent hospitalizations, and functional ability (ADLs and IADLs). The standardized level of care determination tool is used in all 67 counties for all individuals entering a home and community-based waiver, LIFE and to determine institutional level of care.
• The physician completes the physician certification form indicating the applicant's diagnosis and the physician's clinical eligibility recommendation. Once complete, the IEB forwards the physician's certification form to the AAA.
• The IEB follows the status of the clinical eligibility determination process and assists with any required communication between the applicant, the applicant's physician, and the local AAA.
• The local AAA is responsible for making the final clinical eligibility decision subject to OLTL oversight.


Annual Redetermination: OLTL uses the following process for the annual reevaluation of current waiver participants:
• The participant's Service Coordination Entity is responsible for completion of the annual reevaluation of the level of care.
• The Service Coordinator completes the annual reevaluation by visiting the participant and completing the Care Management Instrument.
• The CMI, the standardized needs assessment form, mirrors the information collected in the standardized level of care determination form, including information on medical changes, recent hospitalizations, and changes in functional status (ADLs and IADLs).
• The information collected on the CMI is compared to the information collected in the individual's previous evaluation or reevaluation.
• The Service Coordination Entity is responsible for making the level of care reevaluation determinations, subject to OLTL oversight.


OLTL ensures that the annual redetermination process is completed on time and consistent with OLTL policies through the following methods:
1. A retrospective review of valid statistical sample of service plans as described in the Quality Improvement section of Appendix D. When issues are identified, OLTL follows up with the identified Service Coordination Entity and provides targeted technical assistance.
2. On-site monitoring of Service Coordination Entities. The QMET reviews participant records to ensure the annual reevaluation was completed within 365 days from the initial level of care determination and ensure accuracy.


OLTL maintains Administrative Authority over the evaluation and reevaluation processes by monitoring the timeliness and appropriateness of LOC evaluations and reevaluations referenced in the Quality Improvement section below.

**g. Reevaluation Schedule.** Per 42 CFR §441.303(c)(4), reevaluations of the level of care required by a participant are conducted no less frequently than annually according to the following schedule *(select one)*:

○ **Every three months**
○ **Every six months**
◉ **Every twelve months**
○ **Other schedule**
    *Specify the other schedule:*

```
[                                                                              ]
```

**h. Qualifications of Individuals Who Perform Reevaluations.** Specify the qualifications of individuals who perform reevaluations *(select one)*:

○ **The qualifications of individuals who perform reevaluations are the same as individuals who perform initial evaluations.**
◉ **The qualifications are different.**
    *Specify the qualifications:*

Individuals performing reevaluations are Independence waiver service coordinators. These individuals must meet the following qualifications:
1. Have a bachelor's degree including or supplemented by at least 12 college-level credit hours in sociology, social welfare, psychology, gerontology or another behavioral science.
2. A combination of experience and training which adds up to four years of experience, and education which includes at least 12 semester hours of college-level courses in sociology, social work, social welfare, psychology, gerontology or other social science.
    • Experience includes: coordinating assigned services as part of an individual's treatment plan; teaching individuals living skills; aiding in therapeutic activities; and providing socialization opportunities for individuals.
    • Experience does not include: Providing hands-on personal care for people with disabilities or individual over the age of 60; maintenance of an individual's home, room or environment; and aiding in adapting the physical facilities of an individual's home.

Service Coordination Supervisors must meet one of the following:
1. Have at least three years' experience in public or private social work and a bachelor's degree.
2. Have a combination of experience and education equaling at least three years of experience in public or private social work including at least 12 college-level credit hours in sociology, social work, psychology, gerontology or other related social science. Graduate coursework in the behavioral sciences may be substituted for up to two years of the required experience. Behavioral sciences include, but are not limited to, anthropology, counseling, criminology, gerontology, human behavior, psychology, social work, social welfare, sociology and special education.

OLTL has developed training curriculum and provides periodic regional training to Service Coordinators through the initial OLTL Service

Coordination training and the Individual Service Plan (ISP) training. This curriculum provides specific instruction on the execution of the reevaluation for level of care, among other competency areas. In addition, Service Coordinators must meet the training requirements as outlined in 55 PA Code Chapter 52.27.

During the on-site biennial provider monitoring visits, the QMET reviews employee personnel files to ensure individuals performing reevaluations meet the qualifications outlined in 55 PA Code Chapter 52 and above.

**i. Procedures to Ensure Timely Reevaluations.** Per 42 CFR §441.303(c)(4), specify the procedures that the State employs to ensure timely reevaluations of level of care *(specify)*:

On an annual basis from the date the initial evaluation is completed, the Service Coordinator will meet with the participant in their home to reassess the participant's need for waiver services and complete the CMI. In addition, each Service Coordination Entity maintains its own tickler system to complete timely reevaluations and maintain consistency in service. Service Coordinators are required to conduct reevaluations more frequently, if needed, when there are changes in a participant's functioning and/or needs.

After the reevaluation is completed, the Service Coordinator enters the information in a service note in HCSIS. The reevaluation information is maintained in the participant's file which is subject for review during OLTL biennial provider monitoring visits and retrospective service plan review process as described in the Quality Improvement section of Appendix D.

**j. Maintenance of Evaluation/Reevaluation Records.** Per 42 CFR §441.303(c)(3), the State assures that written and/or electronically retrievable documentation of all evaluations and reevaluations are maintained for a minimum period of 3 years as required in 45 CFR §92.42. Specify the location(s) where records of evaluations and reevaluations of level of care are maintained:

Documentation of the participant's initial level of care determination is electronically maintained in SAMS.

In addition, Service Coordinators maintain copies of evaluations and reevaluation in participant's file located at the Service Coordination Entity

## Appendix B: Evaluation/Reevaluation of Level of Care

### Quality Improvement: Level of Care

*As a distinct component of the State's quality improvement strategy, provide information in the following fields to detail the State's methods for discovery and remediation.*

**a. Methods for Discovery: Level of Care Assurance/Sub-assurances**

***The state demonstrates that it implements the processes and instrument(s) specified in its approved waiver for evaluating/reevaluating an applicant's/waiver participant's level of care consistent with level of care provided in a hospital, NF or ICF/IID.***

**i. Sub-Assurances:**

**a. *Sub-assurance: An evaluation for LOC is provided to all applicants for whom there is reasonable indication that services may be needed in the future.***

**Performance Measures**

*For each performance measure the State will use to assess compliance with the statutory assurance (or sub-assurance), complete the following. Where possible, include numerator/denominator.*

*For each performance measure, provide information on the aggregated data that will enable the State to analyze and assess progress toward the performance measure. In this section provide information on the method by which each source of data is analyzed statistically/deductively or inductively, how themes are identified or conclusions drawn, and how recommendations are formulated, where appropriate.*

**Performance Measure:**
**LOC-1: Number and percent of all new enrollees who have level of care determination, prior to receipt of waiver services Numerator: Total number of all new enrollees who have level of care determination, prior to receipt of waiver services Denominator: Total Number of all new enrollees**

**Data Source** (Select one):
**Operating agency performance monitoring**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation *(check each that applies):* | Frequency of data collection/generation *(check each that applies):* | Sampling Approach *(check each that applies):* |
|---|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** | ☐ **100% Review** |
| ☐ **Operating Agency** | ☐ **Monthly** | ☐ **Less than 100% Review** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** | ☐ **Representative Sample** Confidence Interval = |

| | | |
|---|---|---|
| ☐ **Other**<br>Specify: | ☐ **Annually** | ☐ **Stratified**<br>Describe Group: |
| | ☐ **Continuously and Ongoing** | ☐ **Other**<br>Specify: |
| | ☐ **Other**<br>Specify:<br>SAMS report | |

**Data Aggregation and Analysis:**

| **Responsible Party for data aggregation and analysis** (check each that applies): | **Frequency of data aggregation and analysis** (check each that applies): |
|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** |
| ☐ **Operating Agency** | ☐ **Monthly** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** |
| ☐ **Other**<br>Specify: | ☐ **Annually** |
| | ☐ **Continuously and Ongoing** |
| | ☐ **Other**<br>Specify: |

**b.** *Sub-assurance: The levels of care of enrolled participants are reevaluated at least annually or as specified in the approved waiver.*

**Performance Measures**

*For each performance measure the State will use to assess compliance with the statutory assurance (or sub-assurance), complete the following. Where possible, include numerator/denominator.*

*For each performance measure, provide information on the aggregated data that will enable the State to analyze and assess progress toward the performance measure. In this section provide information on the method by which each source of data is analyzed statistically/deductively or inductively, how themes are identified or conclusions drawn, and how recommendations are formulated, where appropriate.*

**c.** *Sub-assurance: The processes and instruments described in the approved waiver are applied appropriately and according to the approved description to determine participant level of care.*

**Performance Measures**

*For each performance measure the State will use to assess compliance with the statutory assurance (or sub-assurance), complete the following. Where possible, include numerator/denominator.*

*For each performance measure, provide information on the aggregated data that will enable the State to analyze and assess progress toward the performance measure. In this section provide information on the method by which each source of data is analyzed statistically/deductively or inductively, how themes are identified or conclusions drawn, and how recommendations are formulated, where appropriate.*

**Performance Measure:**
**LOC-2: Number and percent of annual LOC reevaluations that adhered to timeliness and specifications**
**Numerator: Total number of annual LOC reevaluations, that adhered to timeliness and specifications**
**Denominator: Total number of waiver participants reviewed**

**Data Source** (Select one):
**Record reviews, on-site**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation*(check each that applies):* | Frequency of data collection/generation*(check each that applies):* | Sampling Approach*(check each that applies):* |
|---|---|---|
| ☐ State Medicaid Agency | ☐ Weekly | ☐ 100% Review |
| ☐ Operating Agency | ☐ Monthly | ☐ Less than 100% Review |
| ☐ Sub-State Entity | ☐ Quarterly | ☐ Representative Sample<br>Confidence Interval =<br>+/- 5% |
| ☐ Other<br>Specify: | ☐ Annually | ☐ Stratified<br>Describe Group: |
| | ☐ Continuously and Ongoing | ☐ Other<br>Specify: |
| | ☐ Other<br>Specify: | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies):* | Frequency of data aggregation and analysis *(check each that applies):* |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |
| ☐ Other<br>Specify: | ☐ Annually |
| | ☐ Continuously and Ongoing |
| | ☐ Other<br>Specify: |

ii.  If applicable, in the textbox below provide any necessary additional information on the strategies employed by the State to discover/identify problems/issues within the waiver program, including frequency and parties responsible.
The Level of Care Sub-assurances are monitored through representative data sampling of specific information that forms the numerator, denominator and parameters for the performance measure as defined by the Department.  The Bureau of Quality & Provider Management is responsible for review and analysis of the report information. Reports are received from case management systems and from a compilation of the results of retrospective service plan reviews. The LOC Assurance Liaison, within OLTL's BQPM, regularly reviews reports on a semi-annual basis regarding the completion of initial level of care prior to the receipt of waiver services. Quarterly reports are reviewed for compliance with waiver standards with processes and instruments for initial LOC. Monthly reports from the Service Plan retrospective review database are reviewed by the LOC Liaison regarding the timeliness of LOC reevaluations. See

Appendix D for more information about retrospective service plan reviews and Appendix H for more information about Assurance Liaisons.

Additional information on the Bureau of Quality & Provider Management (BQPM) can be found in Appendix H.

**b. Methods for Remediation/Fixing Individual Problems**

    **i.** Describe the State's method for addressing individual problems as they are discovered. Include information regarding responsible parties and GENERAL methods for problem correction. In addition, provide information on the methods used by the State to document these items.

        If the BQPM's review of LOC data in the case management or Retrospective Service Plan Review tracking systems identifies non-compliance regarding the timeliness or specifications of initial or annual LOC reassessments, a Quality Improvement Plan (QIP) is requested from BPO.  More information on QIPs can be found in Appendix H.

    **ii.** **Remediation Data Aggregation**
        **Remediation-related Data Aggregation and Analysis (including trend identification)**

| Responsible Party*(check each that applies):* | Frequency of data aggregation and analysis*(check each that applies):* |
|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** |
| ☐ **Operating Agency** | ☐ **Monthly** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** |
| ☐ **Other**<br>Specify: | ☐ **Annually** |
|  | ☐ **Continuously and Ongoing** |
|  | ☐ **Other**<br>Specify: |

**c. Timelines**

When the State does not have all elements of the Quality Improvement Strategy in place, provide timelines to design methods for discovery and remediation related to the assurance of Level of Care that are currently non-operational.

◉ **No**

◯ **Yes**

    Please provide a detailed strategy for assuring Level of Care, the specific timeline for implementing identified strategies, and the parties responsible for its operation.

## Appendix B: Participant Access and Eligibility

### B-7: Freedom of Choice

*Freedom of Choice. As provided in 42 CFR §441.302(d), when an individual is determined to be likely to require a level of care for this waiver, the individual or his or her legal representative is:*

    *i.  informed of any feasible alternatives under the waiver; and*
    *ii. given the choice of either institutional or home and community-based services.*

**a. Procedures.** Specify the State's procedures for informing eligible individuals (or their legal representatives) of the feasible alternatives available under the waiver and allowing these individuals to choose either institutional or waiver services. Identify the form(s) that are employed to document freedom of choice. The form or forms are available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

PARTICIPANT FREEDOM OF CHOICE

Participants have the right to freedom of choice of providers and of choice of feasible alternatives.

The Commonwealth of Pennsylvania assures CMS that when a Nursing Facility (NF) or community resident applies for Independence Waiver services and the participant is determined to likely require Nursing Facility level of care, the individual will be:

• Informed by the IEB of all available home and community-based service delivery alternatives, including the Living Independence for the Elderly (LIFE) program for individuals aged 55 and over; and,

• Given the choice of receiving Nursing Facility institutional services, waiver services, LIFE program services as appropriate, or no services

**Participant Freedom of Choice of Care Alternatives**

All individuals who are determined to be eligible to receive community services in the waiver will be informed in writing, initially by the IEB and ongoing by their Service Coordinator, of their right to choose between receiving community services in the waiver, NF services, remain in their present program, or choose not to receive services. All eligible participants will execute his/her choice by completing the OLTL Freedom of Choice Form during the initial enrollment process and on-going as part of the person-centered planning process. Documentation is made in the participant's file that the form was completed; completed forms are maintained in the participant's file.

**Participant Freedom of Choice of Providers**

The IEB is responsible for ensuring that all individuals who are determined eligible for waiver services are given a list of all enrolled Service Coordination agencies, and documenting the participant's choice of Service Coordinator on the OLTL Service Provider Choice Form. In addition, the IEB is responsible for educating the participants of their right to choose from any qualified provider, their right to self-direct some or all of their direct services, and that they have the right to change providers at any time. The IEB will give each participant information about the Services and Supports Directory - a web-based listing of all qualified and enrolled waiver providers. The information contained in the Services and Supports Directory will also be made available in a non-web-based format, as necessary or when requested. Notation is made in the participant's record of receipt of the OLTL Service Provider Choice Form; completed forms are maintained in the participant's file with the Service Coordination Entity. OLTL monitors participant receipt of forms as part of its biennial review of providers.

The Service Coordination Entity is responsible for ensuring participants are fully informed of their right to choose service providers at the time of development of the initial Individual Service Plan, at each reevaluation, and at any time during the year when a participant requests a change of providers. The Service Coordination Entity is responsible for providing the participant with the OLTL Service Provider Choice Form, and ensuring that the participant has reviewed, completed and signed the form. Notation is made in the participant's record of receipt of the form; completed forms are maintained in the participant's file with the Service Coordination Entity. OLTL monitors participant receipt of the forms as part of its biennial provider reviews.

b. **Maintenance of Forms.** Per 45 CFR §92.42, written copies or electronically retrievable facsimiles of Freedom of Choice forms are maintained for a minimum of three years. Specify the locations where copies of these forms are maintained.

Service Coordinators maintain copies of the OLTL Freedom of Choice and OLTL Service Provider Choice forms in the participant's record located at the Service Coordination Entity.

## Appendix B: Participant Access and Eligibility

### B-8: Access to Services by Limited English Proficiency Persons

**Access to Services by Limited English Proficient Persons.** Specify the methods that the State uses to provide meaningful access to the waiver by Limited English Proficient persons in accordance with the Department of Health and Human Services "Guidance to Federal Financial Assistance Recipients Regarding Title VI Prohibition Against National Origin Discrimination Affecting Limited English Proficient Persons" (68 FR 47311 - August 8, 2003):
Service Coordination Entities and Direct Service Providers will make waiver documents available in different languages upon request, at no charge. Language assistance will be provided by the provider without charge. In addition, sign language services must be made available, at no charge, to individuals who are deaf or hard of hearing.

All providers are required to have and implement policies and procedures for participants with limited English proficiency to ensure meaningful access to language services as required by 55 Pa. Code Chapter 52. In addition, OLTL's contract with the Independent Enrollment Broker (IEB) requires the IEB to provide enrollment documents as well as language assistance available upon request, at no charge. Sign language services must also be made available, at no charge, to individuals who are deaf or hard of hearing.

Providers are required to provide a copy of their LEP policies and procedures to OLTL prior to enrollment as an HCBS waiver provider. In addition, as part of the monitoring reviews conducted by QMET, documentation of the LEP policies and procedures are reviewed. Corrective action plans are developed if the documentation cannot be verified.

OLTL has also designated an LEP Coordinator to monitor any complaints from providers, participants, etc. relating to the lack of LEP services. Follow-ups are conducted to ensure that the necessary services are received.

## Appendix C: Participant Services

### C-1: Summary of Services Covered (1 of 2)

a. **Waiver Services Summary.** *List the services that are furnished under the waiver in the following table. If case management is not a service under the waiver, complete items C-1-b and C-1-c:*

| Service Type | Service | | |
|---|---|---|---|
| Statutory Service | Adult Daily Living | | |
| Statutory Service | Employment Skills Development | | |
| Statutory Service | Job Coaching | | |
| Statutory Service | Personal Assistance Services | | |

Case 5:17-cv-02165-JLS    Document 23-1    Filed 07/14/17    Page 55 of 234

| Service Type | Service | | |
|---|---|---|---|
| Statutory Service | Respite | | |
| Statutory Service | Service Coordination | | |
| Statutory Service | Supported Employment | | |
| Extended State Plan Service | Behavior Therapy Services | | |
| Extended State Plan Service | Counseling Services | | |
| Extended State Plan Service | Home Health | | |
| Extended State Plan Service | Nursing Services | | |
| Extended State Plan Service | Occupational Therapy Services | | |
| Extended State Plan Service | Physical Therapy Services | | |
| Extended State Plan Service | Specialized Medical Equipment and Supplies | | |
| Extended State Plan Service | Speech and Language Therapy Services | | |
| Other Service | Assistive Technology | | |
| Other Service | Benefits Counseling | | |
| Other Service | Career Assessment | | |
| Other Service | Cognitive Rehabilitation Therapy Services | | |
| Other Service | Community Integration | | |
| Other Service | Community Transition Services | | |
| Other Service | Home Adaptations | | |
| Other Service | Job Finding | | |
| Other Service | Non-Medical Transportation | | |
| Other Service | Nutritional Consultation Services | | |
| Other Service | Personal Emergency Repsonse (PERS) | | |
| Other Service | Therapeutic and Counseling Services | | |
| Other Service | Vehicle Modifications | | |

## Appendix C: Participant Services

### C-1/C-3: Service Specification

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

**Service Type:**

Statutory  Service ☐

**Service:**

Adult Day Health ☐

**Alternate Service Title (if any):**

Adult Daily Living

**HCBS Taxonomy:**

**Category 1:**

04 Day Services ☐

**Sub-Category 1:**

04060 adult day services (social model) ☐

**Category 2:**

☐

**Sub-Category 2:**

☐

**Category 3:**

☐

**Sub-Category 3:**

☐

**Category 4:**

☐

**Sub-Category 4:**

☐

**Service Definition** *(Scope):*

Adult Daily Living services are designed to assist participants in meeting, at a minimum, personal care, social, nutritional and therapeutic needs. Adult Daily Living services are necessary, as specified by the service plan, to enable the participant to integrate more fully into the community and ensure the health, welfare and safety of the participant.

This service will be provided to meet the participant's needs as determined by the assessment performed in accordance with Department requirements and as outlined in the participant's service plan.

Adult Daily Living services are generally furnished for four (4) or more hours per day on a regularly scheduled basis for one or more days per week, or as specified in the service plan, in a non-institutional, community-based center encompassing both health and social services needed to ensure the optimal functioning of the participant.

Adult Daily Living includes two components:
• Basic Adult Daily Living services
• Enhanced Adult Daily Living services.


Basic Adult Daily Living services are comprehensive services provided to meet the needs noted above in a licensed center.

Per Subchapter A, and 11.123 Core Services, the required core services for these settings include personal assistance, nursing in accordance with regulation, social and therapeutic services, nutrition and therapeutic diets and emergency care for participants. Basic Adult Daily Living services can be provided as either a full day or a half day. The individual's service plan initiates and directs the services they receive while at the center.

In addition to providing Basic Adult Daily Living services, Enhanced Adult Daily Living services must include the following additional service elements:

• Nursing Requirement: The Enhanced Adult Daily Living provider shall directly provide, contract for, or otherwise arrange for nursing services. In addition to the requirements found in the Older Adult Daily Living Center (OADLC) Regulations § 11.123 (2), a Registered Nurse (RN) must be available on-site one (1) hour weekly for each enrolled waiver participant. At a minimum, each waiver participant must be observed every other week by the RN with the appropriate notations recorded in the participant's service plan, with the corresponding follow-ups being made with the participant, family, or physician.

• Staff to Participant Ratio: Staffing of OADLC providing Enhanced services will be at a staff to participant ratio of 1:5.

• Operating Hours: To be eligible for the minimum rate associated with Enhanced Services, the OADLC must be open a minimum of eleven (11) hours daily during the normal work week. A normal work week is defined as Monday through Friday. (If open on a Saturday or Sunday the eleven hour requirement is not in effect for the weekend days of operation.)

• The guidelines for the required specialized services for the OADLC provider to include physical therapy, occupational therapy, speech therapy, and medical services can be found in Subchapter B, § 11.402.

• Enhanced Adult Daily Living services can be provided as either a full day or a half day.

• Adult Daily Living providers that are certified as Enhanced receive the Enhanced full day or Enhanced half day rate for all participants attending the Enhanced center.

As necessary, Adult Daily Living may include assistance in completing activities of daily living and instrumental activities of daily living. This service also includes assistance with medication administration and the performance of health-related tasks to the extent State law permits.

**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**

Adult Daily Living services may only be funded through the waiver when the services are not covered by another responsible third-party, such as Medicare or private insurance. Service Coordinators must assure that coverage of services provided under a responsible third-party continues until the plan limitations have been reached or a determination of non-coverage has been established prior to this service's inclusion in the service plan. Documentation in accordance with Department requirements must be maintained in the participant's file by the Service Coordinator and updated with each reauthorization, as applicable.


Except as permitted in accordance with requirements contained in Department guidance, policy and regulations, this service may not be provided on the same day and at the same time as services that contain elements integral to the delivery of this service.


Adult Daily Living services with transportation cannot be provided simultaneously with Non-Medical Transportation.


The frequency and duration of this service are based upon the participant's needs as identified and documented in the participant's service plan. Providers may bill for one (1) day when Basic or Enhanced Adult Daily Living services are provided for four (4) or more hours in a day. Providers must bill for a half day when Basic or Enhanced services are provided for fewer than four (4) hours in a day.


**Service Delivery Method** (check each that applies):

☐ **Participant-directed as specified in Appendix E**
☐ **Provider managed**


**Specify whether the service may be provided by** (check each that applies):

☐ **Legally Responsible Person**
☐ **Relative**
☐ **Legal Guardian**

**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Agency | Adult Day Center |
| Agency | Older Adult Daily Living Center |

**Appendix C: Participant Services**

## C-1/C-3: Provider Specifications for Service

---

**Service Type:** Statutory Service
**Service Name:** Adult Daily Living

---

**Provider Category:**

Agency ☐

**Provider Type:**
Adult Day Center

**Provider Qualifications**

**License** *(specify):*
Meet licensing regulations under Title 55 PA Code, Chapter 2380, Subchapter A

**Certificate** *(specify):*
N/A

**Other Standard** *(specify):*
• Comply with 55 PA Code 1101 and have a waiver provider agreement;
• Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code, Chapter 52;
• Comply with 42 CFR §441.301(c)(4) and (5) specific to allowable settings for home and community-based waiver services;
• Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service;
• Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania;
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
• Have Commercial General Liability insurance; and
• Ensure that employees (direct, contracted or in a consulting capacity) have been trained to meet the unique needs of the participant, for example, communication, mobility and behavioral needs.
Individuals working for or contracted with agencies must meet the following standards:
• Be at least 18 years of age;
• Have a minimum of 1 year of experience providing care to an individual with a disability or support needs commensurate with the participants served in the waiver or related educational experience;
• Have a high school diploma or GED;
• Comply with all Department standards, regulations, policies and procedures related to provider qualifications, including 55 PA Code, Chapter 52;
• Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs;
• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service; and
• Have disability-specific training as required by the Department.

**Verification of Provider Qualifications**

**Entity Responsible for Verification:**
DHS, Office of Administration, Human Services Licensing Management/OLTL

**Frequency of Verification:**
DHS– Annually
OLTL – At least every 2 years and more frequently when deemed necessary by the Department

**Appendix C: Participant Services**

## C-1/C-3: Provider Specifications for Service

---

**Service Type:** Statutory Service
**Service Name:** Adult Daily Living

---

**Provider Category:**

Agency ☐

**Provider Type:**
Older Adult Daily Living Center

**Provider Qualifications**

**License** *(specify):*
Meet licensing regulations under Title 6 PA Code, Chapter 11, Subchapter A

**Certificate** *(specify):*
N/A

**Other Standard** *(specify):*
• Comply with 55 PA Code 1101 and have a waiver provider agreement;
• Comply with Department standards, regulations, policies relating to provider qualifications, including 55

PA Code, Chapter 52;
• Comply with 42 CFR §441.301(c)(4) and (5) specific to allowable settings for home and community-based waiver services;
• Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service;
• Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania;
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
• Have Commercial General Liability insurance; and
• Ensure that employees (direct, contracted or in a consulting capacity) have been trained to meet the unique needs of the participant, for example, communication, mobility and behavioral needs.
Individuals working for or contracted with agencies must meet the following standards:
• Be at least 18 years of age;
• Have a minimum of 1 year of experience providing care to an individual with a disability or support needs commensurate with the participants served in the waiver or related educational experience;
• Have a high school diploma or GED;
• Comply with all Department standards, regulations, policies and procedures related to provider qualifications, including 55 PA Code, Chapter 52;
• Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs;
• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service; and
• Have disability-specific training as required by the Department.

**Verification of Provider Qualifications**
    **Entity Responsible for Verification:**
    Department of Aging/OLTL
    **Frequency of Verification:**
    Aging – Annually
    OLTL - At least every 2 years and more frequently when deemed necessary by the Department


## Appendix C: Participant Services

### C-1/C-3: Service Specification

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

**Service Type:**
Statutory  Service ☐

**Service:**
Prevocational  Services ☐

**Alternate Service Title (if any):**
Employment Skills Development

**HCBS Taxonomy:**

| **Category 1:** | **Sub-Category 1:** |
|---|---|
| 04 Day Services ☐ | 04010 prevocational services ☐ |

| **Category 2:** | **Sub-Category 2:** |
|---|---|
| ☐ | ☐ |

| **Category 3:** | **Sub-Category 3:** |
|---|---|
| ☐ | ☐ |

| **Category 4:** | **Sub-Category 4:** |
|---|---|
| ☐ | ☐ |

**Service Definition** *(Scope):*

Employment Skills Development services are available in the waiver effective October 1, 2016.

Employment Skills Development services provide learning and work experiences, including volunteer work, where the participant can develop strengths and skills that contribute to employability in paid employment in integrated community settings. Services are aimed at furthering habilitation goals that will lead to greater opportunities for competitive and integrated employment and career advancement at or above minimum wage. Employment Skills Development services are necessary, as specified in the service plan, to support the participant to live and work successfully in home and community-based settings, enable the participant to integrate more fully into the community and ensure the health, welfare and safety of the participant.

Employment Skills Development services are designed to:
• Be individually tailored to directly address the participant's employment goals as identified in the needs assessment and included in the service plan. If the participant has received a Career Assessment that has determined that the participant is in need of acquiring particular skills in order to enhance their employability, those identified skills development areas must be addressed within the participant's service plan and by the Employment Skills Development service
• Enable each participant to attain the highest level of work in the most integrated setting and with the job matched to the participant's career goals, interests, strengths, priorities, abilities and capabilities, while following applicable federal and State wage guidelines
• Support acquisition of skills needed to obtain competitive, integrated employment in the community
• Develop and teach general, translatable skills including, but not limited to, the ability to communicate effectively with supervisors, coworkers and customers; generally accepted community workplace conduct and dress; basic workplace requirements, like adherence to time and attendance expectations; ability to follow directions; ability to attend to tasks; workplace problem solving skills and strategies; general workplace safety; and training to enable the effective use of transportation resources
• Provide and support the acquisition of skills necessary to enable the participant to obtain competitive, integrated work where the compensation for the participant is at or above the minimum wage, but not less than the customary wage and level of benefits paid by the employer for the same or similar work performed by participants without disabilities, which is considered to be the optimal outcome of Employment Skills Development services.

Support may be provided to participants for unpaid volunteer placement and training experiences, which may be provided in community-based settings. Volunteering is not an alternative to paid employment, but rather must be an avenue for building skills and connections that are expected to lead to competitive integrated employment.  Volunteer placements used for the purpose of Employment Skills Development must be time limited, and it must be documented in the service plan how the volunteer placement is expected to achieve the goal of competitive integrated employment.  Skills development as a part of placement and training may occur as a one to one training experience or in a group setting in accordance with Department requirements.

Employment Skills Development includes transportation as an integral component of the service, for example, transportation to a volunteer or training activity.

Employment Skills Development includes Personal Assistance, but may not comprise the entirety of the service.

Employment Skills Development may be provided in facilities licensed under PA Code 2390 but only after the participant has been referred to OVR and the following is documented:  "the participant was either determined ineligible by OVR or their OVR case is closed and the provision of Employment Skills Development services has already been attempted in a competitive integrated employment setting or an unlicensed community-based setting outside the participant's home."

Participants receiving Employment Skills Development services must have measureable employment-related goals in their service plan.

Services must be delivered in a manner that supports the participant's communication needs including, but not limited to, age appropriate communication, translation services for participants that are of limited-English proficiency or who have other communication needs requiring translation, assistance with the provider's understanding and use of communication devices used by the participant.

If the participant receives Behavior Therapy services, this service includes implementation of the behavior support plan and, if necessary, the crisis support plan. The service includes collecting and recording the data necessary to support the review of the service plan, the behavior support plan and the crisis support plan, as appropriate.

Employment Skills Development services are delivered up to a 1:3 staff to client ratio when the service is delivered in the community, and up to a 1:15 staff to client ratio when delivered in a facility-based environment in accordance with 55 PA Code Chapter 2390.

The Employment Skills Development service provider must maintain documentation in accordance with Department requirements. The documentation must be available to the Service Coordinator for monitoring at all times on an ongoing basis. The Service Coordinator will monitor on a quarterly basis to see if the training objectives re being met.
**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**
Employment Skills Development services may not be rendered under the waiver to a participant under a program funded by either the Rehabilitation Act of 1973 as amended or the Individuals with Disabilities Education Act (IDEA) or any other small business development resource available to the participant. This means that Employment Skills Development may only be provided when documentation has been obtained that one of the following has occurred:
1. OVR has closed a case for the participant or has stopped providing services to the participant;
2. The participant was determined ineligible for OVR services; or
3. For anyone eligible for IDEA services, it has been verified that the services are not available in a complete and approved Individualized Education Program (IEP) developed pursuant to IDEA.
Documentation in accordance with Department requirements must be maintained in the file by the Service Coordinator and updated with

each reauthorization to satisfy the State assurance that the service is not otherwise available to the participant under other federal programs.

Total combined hours for Employment Skills Development, and Job Coaching services are limited to 50 hours in a calendar week.

Except as permitted in accordance with requirements contained in Department guidance, policy and regulations, this service may not be provided on the same day and at the same time as services that contain elements integral to the delivery of this service.

Handicapped employment, as defined in Title 55, Chapter 2390, may not be funded through the waiver. Waiver funding is not available for the provision of Employment Skills Development (e.g., sheltered work performed in a facility) where participants are supervised in producing goods or performing services under contract to third parties.

Employment Skills Development services are limited to 36 continuous months, at which time the participant should be able to pursue Job Finding, Job Coaching or another service setting where they may utilize skills they have gained. Exceptions to this limit may be considered based upon a needs assessment or Career Assessment and prior authorization by the Department.

Employment Skills Development services are not a pre-requisite for Job Finding or Job Coaching.

**Service Delivery Method** *(check each that applies)*:

☐ **Participant-directed as specified in Appendix E**
☐ **Provider managed**

**Specify whether the service may be provided by** *(check each that applies)*:

☐ **Legally Responsible Person**
☐ **Relative**
☐ **Legal Guardian**

**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Agency | Vocational Facilities |
| Individual | Employment Skills Development Provider |

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Statutory Service**
**Service Name: Employment Skills Development**

**Provider Category:**
Agency ☐

**Provider Type:**
Vocational Facilities

**Provider Qualifications**
  **License** *(specify):*
  Licensed under 55 PA Code Chapter 2390
  **Certificate** *(specify):*
  Current State motor vehicle registration is required for all vehicles owned, leased and/or hired and used as a component of the Employment Skills Development service
  **Other Standard** *(specify):*
  • Comply with 55 PA Code 1101 and have a waiver provider agreement
  • Comply with Department standards, including regulations, policies and procedures relating to provider qualifications
  • Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service
  • Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania
  • Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies
  • Have Commercial General Liability insurance
  • Ensure that employees (direct, contracted or in a consulting capacity) have been trained to meet the unique needs of the participant; for example, communication, mobility and behavioral needs
  Individuals working for or contracted with agencies must meet the following standards:
  • Be at least 18 years of age
  • Have a minimum of 1 year of experience living or working with an individual with a disability or individuals with support needs commensurate with participants served in the waiver or related educational experience
  • Comply with all Department standards including regulations, policies and procedures related to provider qualifications
  • Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs
  • Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15
  • Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service

**Verification of Provider Qualifications**
  **Entity Responsible for Verification:**

Department or designee
**Frequency of Verification:**
At least every 2 years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Statutory Service**
**Service Name: Employment Skills Development**

**Provider Category:**
Individual ☐
**Provider Type:**
Employment Skills Development Provider
**Provider Qualifications**
    **License** *(specify):*

    **Certificate** *(specify):*
    Current State motor vehicle registration is required for all vehicles owned, leased and/or hired and used as a component of
    the Employment Skills Development service

    One of the following within 18 months of employment:
    1. Holds a Certified Employment Support Professional (CESP) credential from the Association of People Supporting
    Employment First (APSE)
    2. Has been awarded a Basic Employment Services Certificate of Achievement or a Professional Certificate of Achievement
    in Employment Services from an Association of Community Rehabilitation Educators (ACRE) organizational member that
    has ACRE-approved training.
    **Other Standard** *(specify):*
    • Comply with 55 PA Code 1101 and have a waiver provider agreement
    • Comply with Department standards, including regulations, policies and procedures relating to provider qualifications
    • Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the
    service
    • Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania
    • Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies
    • Have Commercial General Liability insurance
    • Ensure that employees (direct, contracted or in a consulting capacity) have been trained to meet the unique needs of the
    participant; for example, communication, mobility and behavioral needs
    Individuals working for or contracted with agencies must meet the following standards:
    • Be at least 18 years of age
    • Have a minimum of 1 year of experience living or working with an individual with a disability or individuals with support
    needs commensurate with participants served in the waiver or related educational experience
    • Comply with all Department standards including regulations, policies and procedures related to provider qualifications
    • Complete Department required training, including training on the participant's service plan and the participant's unique
    needs, which may include, but is not limited to, communication, mobility and behavioral needs
    • Individuals without certification must be supervised by an individual holding the above certification until certification is
    achieved. Certification must be achieved within 18 months of employment.
    • Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15
    • Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide
    the service
**Verification of Provider Qualifications**
    **Entity Responsible for Verification:**
    Department or designee
    **Frequency of Verification:**
    At least every 2 years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Service Specification

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency
or the operating agency (if applicable).
**Service Type:**

Statutory  Service ☐

**Service:**

Supported  Employment ☐

**Alternate Service Title (if any):**
Job Coaching

**HCBS Taxonomy:**

**Category 1:** | **Sub-Category 1:**
--- | ---
03 Supported Employment ☐ | 03021 ongoing supported employment, individual ☐

**Category 2:** | **Sub-Category 2:**
--- | ---
☐ | ☐

**Category 3:** | **Sub-Category 3:**
--- | ---
☐ | ☐

**Category 4:** | **Sub-Category 4:**
--- | ---
☐ | ☐

**Service Definition** *(Scope):*
Effective October 1, 2016 Job Coaching replaces Supported Employment.

Job Coaching services are individualized services providing supports to participants who need ongoing support to learn a new job and maintain a job that meets the definition of competitive integrated employment.  Competitive integrated employment is full or part-time work at minimum wage or higher, with wages and benefits similar to those without disabilities performing the same work, and fully integrated with co-workers without disabilities.  Job Coaching can also be used to support participants who are self-employed. Job Coaching services are necessary, as specified in the service plan, to support the participant to live and work successfully in home and community-based settings, enable the participant to integrate more fully into the community and ensure the health, welfare and safety of the participant.

Competitive integrated employment, including self-employment, shall be considered the first option when serving persons with disabilities who are of working age.

Job Coaching provides two components in accordance with an assessment: Intensive Job Coaching and Extended Follow-along.

Intensive Job Coaching
Intensive Job Coaching is an essential component of Job Coaching services and may include:
• On the-job training and skills development;
• Assisting the participant with development of natural supports in the workplace; and,
• Coordinating with employers or employees, coworkers and customers, as necessary.
Intensive Job Coaching includes assisting the participant in meeting employment expectations, performing business functions, addressing issues as they arise, and also includes travel training and diversity training to the specific business where the participant is employed. Intensive Job Coaching provides support to assist participants in stabilizing in an integrated situation (including self-employment) and may include meeting with the employer on behalf of the participant when the participant is not present to assist in maintaining job placement. Participants receiving Intensive Job Coaching require on-the-job support for more than 20% of their work week at the outset of the service, phasing down to 20% per week during the Intensive Job Coaching period (at which time, Extended Follow-along will be provided if ongoing support is needed). Job Coaching supports within this range should be determined based on the participant's needs.

Intensive Job Coaching for the same employment site and/or position may only be authorized for up to 6 months and may be reauthorized for additional 6 month periods, upon review with the service planning team. Intensive Job Coaching may only be reauthorized twice, for a total of 18 consecutive months of Intensive Job Coaching support for the same employment site and/or position. Any exceptions require prior approval from the Department or its designee. Intensive Job Coaching is recommended for new employment placements or may be reauthorized for the same location after a period of Extended Follow-along, due to change in circumstances (new work responsibilities, personal life changes, etc.). Intensive Job Coaching can support up to four participants in an integrated employment setting at one time.

Extended Follow Along
Extended Follow-along is ongoing support available for an indefinite period as needed by the participant to maintain their paid employment position once they have been stabilized in their position (receiving less than 20% onsite support for at least four weeks). Extended Follow-along support may include reminders of effective workplace practices and reinforcement of skills gained during the period of Intensive Job Coaching. Once transitioned to Extended Follow-along, providers are required to make at least 2 visits per month, up to a maximum of 240 hours per service plan year. This allows an average of 20 hours per month to manage difficulties which may occur in the workplace and the limit may be used for the participant over an annual basis, as needed. If circumstances require more than

that amount per service plan year, the service must be billed as Intensive Job Coaching.

Services must be delivered in a manner that supports the participant's communication needs including, but not limited to, age appropriate communication, translation services for participants that are of limited-English proficiency or who have other communication needs requiring translation, assistance with the provider's understanding and use of communication devices used by the participant.

Job Coaching does not include the provision of Personal Assistance Services.

If the participant receives Behavior Therapy services, this service includes implementation of the behavior support plan and, if necessary, the crisis support plan. The service includes collecting and recording the data necessary to support the review of the service plan, the behavior support plan and the crisis support plan, as appropriate.

The Job Coaching service provider must maintain documentation in accordance with Department requirements. The documentation must be available to the Service Coordinator for monitoring at all times on an ongoing basis. The Service Coordinator will monitor on a quarterly basis to see if the employment objectives and outcomes are being met.

**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**
Job Coaching services may not be rendered under the waiver to a participant under a program funded by either the Rehabilitation Act of 1973 as amended or the Individuals with Disabilities Education Act (IDEA) or any other small business development resource available to the participant. This means that Job Coaching may only be provided when documentation has been obtained that one of the following has occurred:
1. OVR has closed a case for the participant or has stopped providing services to the participant;
2. The participant was determined ineligible for OVR services; or
3. For anyone eligible for IDEA services, it has been verified that the services are not available in a complete and approved Individualized Education Program (IEP) developed pursuant to IDEA.
Documentation in accordance with Department requirements must be maintained in the file by the Service Coordinator and updated with each reauthorization to satisfy the State assurance that the service is not otherwise available to the participant under other federal programs.
Total combined hours for Employment Skills Development, or Job Coaching services are limited to 50 hours in a calendar week. A participant whose needs exceed 50 hours a week must obtain prior approval.
Except as permitted in accordance with requirements contained in Department guidance, policy and regulations, this service may not be provided on the same day and at the same time as services that contain elements integral to the delivery of this service.
Federal Financial Participation is not claimed for incentive payments, subsidies or unrelated vocational training expenses such as the following:
• Incentive payments made to an employer to encourage or subsidize the employer's participation in Job Coaching services
• Payments that are passed through to users of Job Coaching services
Job Coaching does not include facility-based or other similar types of vocational services furnished in specialized facilities that are not a part of the general workplace.
Job Coaching does not include payment for supervision, training, support and adaptations typically available to other non-disabled workers filling similar positions in the business.

**Service Delivery Method** (check each that applies):

- ☐ **Participant-directed as specified in Appendix E**
- ☐ **Provider managed**

**Specify whether the service may be provided by** (check each that applies):

- ☐ **Legally Responsible Person**
- ☐ **Relative**
- ☐ **Legal Guardian**

**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Agency | Job Coaching Provider Agency |
| Individual | Job Coaching Provider |

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Statutory Service**
**Service Name: Job Coaching**

**Provider Category:**
Agency ☐

**Provider Type:**
Job Coaching Provider Agency
**Provider Qualifications**

**License** *(specify):*

**Certificate** *(specify):*
Current State motor vehicle registration is required for all vehicles owned, leased and/or hired and used as a component of the Job Coaching service
**Other Standard** *(specify):*
Comply with 55 PA Code 1101 and have a waiver provider agreement
Comply with Department standards, including regulations, policies and procedures relating to provider qualifications
Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service
Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania
Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies
Have Commercial General Liability insurance
Ensure that employees (direct, contracted or in a consulting capacity) have been trained to meet the unique needs of the participant; for example, communication, mobility and behavioral needs
Individuals working for or contracted with agencies must meet the following standards:
Be at least 18 years of age, and
Have a High School Diploma or GED and 2 years related experience, or
Bachelor's degree and a minimum of 1 year of experience living or working with an individual with a disability or support needs commensurate with the participants served in the waiver or related educational experience
Comply with all Department standards including regulations, policies and procedures related to provider qualifications
Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs
Have criminal clearances as per 35 P.S.§10225.101 et seq. and 6 Pa. Code Chapter 15
Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service
Individuals working directly with the participant to provide job coaching services shall hold one of the following  within 18 months of employment:
• Holds a Certified Employment Support Professional (CESP) credential from the Association of People Supporting Employment First (APSE)
• Has been awarded a Basic Employment Services Certificate of Achievement or a Professional Certificate of Achievement in Employment Services from an Association of Community Rehabilitation Educators (ACRE) organizational member that has ACRE-approved training.
Individuals without certification must be supervised by an individual holding the above certification until certification is achieved.  Certification must be achieved within 18 months of employment.
**Verification of Provider Qualifications**
**Entity Responsible for Verification:**
OLTL
**Frequency of Verification:**
At least every 2 years and more frequently when deemed necessary by the Department


## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Statutory Service**
**Service Name: Job Coaching**

**Provider Category:**
Individual ☐
**Provider Type:**
Job Coaching Provider
**Provider Qualifications**
**License** *(specify):*

**Certificate** *(specify):*
Current State motor vehicle registration is required for all vehicles owned, leased and/or hired and used as a component of the Job Coaching service
One of the following within 18 months of employment:
1.  Holds a Certified Employment Support Professional (CESP) credential from the Association of People Supporting Employment First (APSE)
2.  Has been awarded a Basic Employment Services Certificate of Achievement or a Professional Certificate of Achievement in Employment Services from an Association of Community Rehabilitation Educators (ACRE) organizational member that has ACRE-approved training.
**Other Standard** *(specify):*

• Comply with 55 PA Code 1101 and have a waiver provider agreement
• Comply with Department standards, including regulations, policies and procedures relating to provider qualifications
• Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service
• Be a resident of Pennsylvania or a state contiguous to Pennsylvania
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies
• Have Commercial General Liability insurance
• Be at least 18 years of age
• Have a minimum of 1 year of experience living or working with an individual with a disability or support needs commensurate with the participants served in the waiver or related educational experience, and
• Have a High School Diploma or GED and 2 years related experience, or
• Bachelor's degree
• Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs
• Individuals without certification must be supervised by an individual holding the above certification until certification is achieved.  Certification must be achieved within 18 months of employment.
• Have criminal clearances as per 35 P.S.§10225.101 et seq. and 6 Pa. Code Chapter 15

**Verification of Provider Qualifications**
    **Entity Responsible for Verification:**
    OLTL
    **Frequency of Verification:**
    At least every 2 years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Service Specification

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

**Service Type:**
Statutory  Service ☐

**Service:**
Personal  Care ☐

**Alternate Service Title (if any):**
Personal Assistance Services

**HCBS Taxonomy:**

| **Category 1:** | **Sub-Category 1:** |
|---|---|
| 08 Home-Based Services ☐ | 08030 personal care ☐ |

| **Category 2:** | **Sub-Category 2:** |
|---|---|
| ☐ | ☐ |

| **Category 3:** | **Sub-Category 3:** |
|---|---|
| ☐ | ☐ |

| **Category 4:** | **Sub-Category 4:** |
|---|---|
| ☐ | ☐ |

**Service Definition** *(Scope):*
Personal Assistance Services primarily provide hands-on assistance to participants that are necessary, as specified in the service plan, to enable the participant to integrate more fully into the community and ensure the health, welfare and safety of the participant.

This service will be provided to meet the participant's needs, as determined by an assessment, in accordance with Department requirements and as outlined in the participant's service plan.

Personal Assistance Services are aimed at assisting the individual to complete tasks of daily living that would be performed independently if the individual had no disability. These services include:

• Care to assist with activities of daily living (e.g., eating, bathing, dressing, personal hygiene), cueing to prompt the participant to perform a task, and providing supervision to assist a participant who cannot be safely left alone.

• Health maintenance activities provided for the participant, such as bowel and bladder routines, ostomy care, catheter, wound care and range of motion as indicated in the individual's service plan and permitted under applicable State requirements.

• Routine support services, such as meal planning, keeping of medical appointments and other health regimens needed to support the participant.

• Assistance and implementation of prescribed therapies.

• Overnight Personal Assistance Services provide intermittent or ongoing awake, overnight assistance to a participant in their home for up to eight hours. Overnight Personal Assistance Services require awake staff.


Personal Assistance may include assistance with the following activities when incidental to personal assistance and necessary to complete activities of daily living:

• Activities that are incidental to the delivery of Personal Assistance to assure the health, welfare and safety of the participant such as changing linens, doing the dishes associated with the preparation of a meal, laundering of towels from bathing may be provided and must not comprise the majority of the service.

• Services to accompany the participant into the community for purposes related to personal care, such as shopping in a grocery store, picking up medications and providing assistance with any of the activities noted above to enable the completion of those tasks.

**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**

Personal Assistance Services may only be funded through the waiver when the services are not covered by the State Plan, EPSDT, or a responsible third-party, such as Medicare or private insurance. Service Coordinators must assure that coverage of services provided under the State Plan, EPSDT, or a responsible third-party continues until the plan limitations have been reached or a determination of non-coverage has been established prior to this service's inclusion in the service plan. Documentation in accordance with Department requirements must be maintained in the participant's file by the Service Coordinator and updated with each reauthorization, as applicable. This waiver service is only provided to individuals age 21 and over. All medically necessary Personal Assistance Services for children under age 21 are covered in the State plan pursuant to the EPSDT benefit.


Costs incurred by the personal assistance workers while accompanying the participant into the community are not reimbursable under the waiver as Personal Assistance Services. The transportation costs associated with the provision of Personal Assistance outside the participant's home must be billed separately and may not be included in the scope of Personal Assistance. Personal Assistance workers may provide and bill for Non-Medical Transportation, however it may not be billed simultaneously with Personal Assistance Services. The Personal Assistance worker providing the non-medical transportation must meet the state's provider qualifications for transportation services, whether medical transportation under the State plan or non-medical transportation under the waiver.


Activities that are incidental to the delivery of Personal Assistance Services are provided only when neither the participant nor anyone else in the household is capable of performing or financially providing for them, and where no other relative, caregiver, landlord, community/volunteer agency, or third party payer is capable of or responsible for their provision.


Personal Assistance Services cannot be provided simultaneously with Respite. An individual cannot provide both Personal Assistance Services and Non-Medical Transportation simultaneously.


**Service Delivery Method** *(check each that applies)*:

☐ **Participant-directed as specified in Appendix E**
☐ **Provider managed**


**Specify whether the service may be provided by** *(check each that applies)*:

☐ **Legally Responsible Person**
☐ **Relative**
☐ **Legal Guardian**

**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Agency | Home Care Agency |
| Individual | Individual Support Service Worker |


## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Statutory Service**
**Service Name: Personal Assistance Services**

**Provider Category:**

Agency ☐

**Provider Type:**

Home Care Agency

**Provider Qualifications**

 **License** *(specify):*
 Licensed by the PA Department of Health, per 28 PA Code Part IV, Subpart H, Chapter 611 (Home Care Agencies and Home Care Registries), under Act 69
 **Certificate** *(specify):*
 N/A
 **Other Standard** *(specify):*
 Agency:
 •  Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
 • Comply with Department standards, regulations, and policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
 • Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania; Have Commercial General Liability Insurance
 • Have Professional Liability Errors and Omissions Insurance
 • Have Workers' Compensation Insurance in accordance with State statute and in accordance with Department policies
 • Ensure that employees have been trained to meet the unique needs of the participant; for example, communication, mobility and behavioral needs; and
 • Provide staff training pursuant to 55PA Code Chapter 52, Section 52.21.
 • Individuals working for agencies must meet the following standards:  Be 18 years of age or older;
 • Possess basic math, reading, and writing skills;
 • Complete training or demonstrate competency by passing a competency test as outlined in Section 611.55 under Title 28, Part IV Subpart H of the Health Care Facilities Act;
 • Have the required skills to perform services as specified in the participant's service plan;
 • Complete any necessary pre/in-service training related to the participant's service plan;
 • Agree to carry-out outcomes included in the participant's service plan;
 • Possess a valid Social Security number;
 • Must pass criminal records check as required in 55PA Code Chapter 52 Section 52.19;
 • Have a child abuse clearance (as per 23 PA C.S. Chapter 63); and
 • Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service.

**Verification of Provider Qualifications**
 **Entity Responsible for Verification:**
 OLTL/Department of Health
 **Frequency of Verification:**
 At least every two years and more frequently when deemed necessary by the Department


## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

---

**Service Type: Statutory Service**
**Service Name: Personal Assistance Services**

---

**Provider Category:**
Individual ☐
**Provider Type:**
Individual Support Service Worker
**Provider Qualifications**
 **License** *(specify):*
 N/A
 **Certificate** *(specify):*
 N/A
 **Other Standard** *(specify):*
 Support Service workers must:
 • Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
 • Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
 • Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service;
 • Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service;
 • Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
 • Be a resident of Pennsylvania or a state contiguous to Pennsylvania;
 • Be 18 years of age or older;
 • Possess basic math, reading, and writing skills;
 • Possess a valid Social Security number;
 • Submit to a criminal records check;

- Have a child abuse clearance (as per 23 PA C.S. Chapter 63);
- Have the required skills to perform Personal Assistance Services as specified in the participant's service plan;
- Complete any necessary pre/in-service training related to the participant's service plan;
- Agree to carry-out outcomes included in the participant's service plan; and
- Be able to demonstrate the capability to perform health maintenance activities specified in the participant's service plan or receive necessary training

**Verification of Provider Qualifications**
    **Entity Responsible for Verification:**
    Fiscal Employer Agent/OLTL
    **Frequency of Verification:**
    At least every two years and more frequently when deemed necessary by the Department.


## Appendix C: Participant Services

### C-1/C-3: Service Specification

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

**Service Type:**
| Statutory  Service | ☐ |

**Service:**
| Respite | ☐ |

**Alternate Service Title (if any):**

|  | ☐ |
|  | ☐ |

**HCBS Taxonomy:**

| Category 1: | | Sub-Category 1: | |
|---|---|---|---|
| 09 Caregiver Support | ☐ | 09012 respite, in-home | ☐ |

| Category 2: | | Sub-Category 2: |
|---|---|---|
|  | ☐ | ☐ |

| Category 3: | | Sub-Category 3: |
|---|---|---|
|  | ☐ | ☐ |

| Category 4: | | Sub-Category 4: |
|---|---|---|
|  | ☐ | ☐ |

**Service Definition** *(Scope):*
Respite services are provided to support individuals on a short-term basis due to the absence or need for relief of those persons normally providing care. Respite Services are provided to individuals in their own home, or the home of relative, friend, or other family, and are provided in quarter hour units.  Respite services may be provided by a relative or family member as long as the relative or family member is not a legal guardian, power of attorney, or reside in the home.

**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**
Respite Services may only be funded through the waiver when the services are not covered by another responsible third-party, such as Medicare or private insurance. Service Coordinators must assure that coverage of services provided under a responsible third-party continues until the plan limitations have been reached or a determination of non-coverage has been established prior to this service's inclusion in the service plan. Documentation in accordance with Department requirements must be maintained in the participant's file by the Service Coordinator and updated with each reauthorization, as applicable.

In-home Respite Services cannot be provided simultaneously with Personal Assistance Services.

The frequency and duration of this service are based upon the participant's needs as identified and documented in the participant's service plan.

**Service Delivery Method** *(check each that applies)*:

☐ **Participant-directed as specified in Appendix E**

☐ **Provider managed**

**Specify whether the service may be provided by** *(check each that applies)*:

☐ **Legally Responsible Person**

☐ **Relative**

☐ **Legal Guardian**

**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Individual | Individual Respite Worker |
| Agency | Home Care Agency |
| Agency | Home Health Agency |

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Statutory Service**
**Service Name: Respite**

**Provider Category:**

Individual ☐

**Provider Type:**
Individual Respite Worker

**Provider Qualifications**

**License** *(specify):*
N/A

**Certificate** *(specify):*
N/A

**Other Standard** *(specify):*
• Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
• Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
• Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service;
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service;
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
• Be a resident of Pennsylvania or a state contiguous to Pennsylvania;
• Be 18 years of age or older;
• Possess basic math, reading, and writing skills;
• Possess a valid Social Security number;
• Submit to a criminal record check;
• Have a child abuse clearance (as per 23 PA C.S. Chapter 63);
• Have the required skills to perform Respite Services as specified in the participant's service plan;
• Complete any necessary pre/in-service training related to the participant's service plan;
• Agree to carry-out outcomes included in the participant's service plan; and
• Be able to demonstrate the capability to perform health maintenance activities specified in the participant's service plan or receive necessary training.

**Verification of Provider Qualifications**

**Entity Responsible for Verification:**
Fiscal Employer Agent/OLTL

**Frequency of Verification:**
At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Statutory Service**
**Service Name: Respite**

**Provider Category:**

Agency ☐

**Provider Type:**

Home Care Agency

**Provider Qualifications**

   **License** *(specify):*

   Licensed by the PA Department of Health, per 28 PA Code Chapter 611 (Home Care Agencies and Home Care Registries)

   **Certificate** *(specify):*

   N/A

   **Other Standard** *(specify):*

   Agency:

   • Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;

   • Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;

   • Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania;

   • Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;

   • Have Commercial General Liability Insurance;

   • Have Professional Liability Errors and Omissions Insurance;

   • Ensure that employees have been trained to meet the unique needs of the participant, for example, communication, mobility and behavioral needs; and

   • Provide staff training pursuant to 55PA Code Chapter 52, Section 52.21.

   Individuals working for agencies must meet the following standards:

   • Be 18 years of age or older;

   • Possess basic math, reading and writing skills;

   • Complete training or demonstrate competency by passing a competency test as outlined in Section 611.55 under Title 28, Part IV Subpart H of the Health Care Facilities Act;

   • Have the required skills to perform services as specified in the participant's service plan;

   • Complete any necessary pre/in-service training related to the participant's service plan;

   • Agree to carry-out outcomes included in the participant's service plan;

   • Possess a valid Social Security number;

   • Must pass criminal records check as required in 55PA Code Chapter 52 Section 52.19;

   • Have a child abuse clearance (as per 23 PA C.S. Chapter 63); and

   • Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service.

**Verification of Provider Qualifications**

   **Entity Responsible for Verification:**

   OLTL/PA Department of Health

   **Frequency of Verification:**

   At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

---

   **Service Type: Statutory Service**

   **Service Name: Respite**

---

**Provider Category:**

Agency ☐

**Provider Type:**

Home Health Agency

**Provider Qualifications**

   **License** *(specify):*

   Licensed by the PA Department of Health, per 28 PA Code, Part IV, Health Facilities, Subpart G. Chapter 601 and Subpart A. Chapter 51.

   **Certificate** *(specify):*

   Certification as required by 42CFR Part 484

   **Other Standard** *(specify):*

   • Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;

   • Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;

   • Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania;

   • Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;

   • Have Commercial General Liability insurance and

   • Ensure that employees (direct, contracted or in a consulting capacity) have been trained to meet the unique needs of the participant, for example, communication, mobility and behavioral needs.

   Individuals working for or contracted with agencies must meet the following standards:

   • Be at least 18 years of age;

   • Comply with all Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;

• Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs;
• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;
• Have a child abuse clearance (as per 23 PA C.S. Chapter 63);
• Be supervised by a registered nurse;
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service; and
• Successfully completed a State-established or other training program that meets the requirements of Sec. 484.36(a) and a competency evaluation program or State licensure program that meets the requirements of Sec. 484.36 (b) or (e), or a competency evaluation program or State licensure program that meets the requirements of Sec. 484.36 (b) or (e).

**Verification of Provider Qualifications**
    **Entity Responsible for Verification:**
    OLTL/PA Department of Health
    **Frequency of Verification:**
    At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services
### C-1/C-3: Service Specification

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

**Service Type:**
Statutory Service ☐

**Service:**
Case Management ☐

**Alternate Service Title (if any):**
Service Coordination

**HCBS Taxonomy:**

| **Category 1:** | **Sub-Category 1:** |
|---|---|
| 01 Case Management ☐ | 01010 case management ☐ |

| **Category 2:** | **Sub-Category 2:** |
|---|---|
| ☐ | ☐ |

| **Category 3:** | **Sub-Category 3:** |
|---|---|
| ☐ | ☐ |

| **Category 4:** | **Sub-Category 4:** |
|---|---|
| ☐ | ☐ |

**Service Definition** *(Scope):*
Service Coordination identifies, coordinates and assists participants to gain access to needed waiver services and State Plan services, as well as non-Medicaid funded medical, social, housing, educational and other services and supports. Service Coordination includes the primary functions of providing information to participants and facilitating access, locating, coordinating and monitoring needed services and supports for waiver participants.

This service will be provided to meet the participant's needs as determined by an assessment performed in accordance with Department requirements, and as outlined in the participant's service plan.

In the performance of providing information to participants, the Service Coordinator will:
• Inform participants about the waiver, required needs assessments, the participant-centered planning process, service alternatives, service delivery options (opportunities for participant-direction), roles, rights, risks and responsibilities.
• Inform participants on fair hearing rights and assist with fair hearing requests when needed and upon request.
•
In the performance of facilitating access to needed services and supports, the Service Coordinator will:

• Collect additional necessary information, including, at a minimum, participant preferences, strengths and goals to inform the development of the participant-centered service plan.
• Conduct reevaluation of level of care annually or more frequently as needed in accordance with Department requirements.
• Assist the participant and his/her service planning team in identifying and choosing willing and qualified providers.
• Coordinate efforts and prompt the participant to ensure the completion of activities necessary to maintain waiver eligibility.

In the performance of the coordinating function, the Service Coordinator will:
• Coordinate efforts in accordance with Department requirements and prompt the participant to participate in the completion of a needs assessment as required by the State to identify appropriate levels of need and to serve as the foundation for the development of and updates to the service plan.
• Use a person-centered planning approach and a team process to develop the participant's service plan to meet the participant's needs in the least restrictive manner possible. At a minimum, the approach shall:
— Include people chosen by the participant for service plan meetings, review assessments, including discussion of needs, to gain understanding of the participant's preferences, suggestions for services and other activities key to ensure a participant-centered service plan.
— Provide necessary information and support to ensure that the participant directs the process to the maximum extent possible and is enabled to make informed choices and decisions.
— Be timely and occur at times and locations of convenience to the participant.
— Reflect cultural considerations of the participant.
— Include strategies for solving conflict or disagreement within the process.
— Offer choices to the participant regarding the services and supports they receive and the providers who may render them.
— Inform participants of the method to request updates to the service plan.
— Ensure and document the participant's participation in the development of the service plan.
• Develop and update the service plan in accordance with Appendix D, based upon the standardized needs assessment and participant-centered planning process annually, or more frequently as needed.
• Explore coverage of services to address participant identified needs through other sources, including services provided under the State Plan, Medicare and/or private insurance or other community resources. These resources shall be used until the plan limitations have been reached or a determination of non-coverage has been established and prior to any service's inclusion in the service plan, in accordance with Department standards.
• Actively coordinate with other individuals and/or entities essential in the physical and/or behavioral care delivery for the participant, including HealthChoices care coordinators, to ensure seamless coordination between physical, behavioral and support services.
• Coordinate with providers and potential providers of services to ensure seamless service access and delivery.
• Coordinate with the participant's family, friends and other community members to cultivate the participant's natural support network, to the extent that the participant (adult) has provided permission for such coordination.

In the performance of the monitoring function, the Service Coordinator will:
• Ensure that services are furnished in accordance with the ISP.
• Ensure that services meet participant needs.
• Monitor the health, welfare and safety of the participant and service plan implementation through regular contacts (monitoring visits with the participant, paid and unpaid caregivers and others) at a minimum frequency as required by the Department.
• Respond to and assess emergency situations and incidents and assure that appropriate actions are taken to protect the health, welfare and safety of the participant in accordance with Appendix G.
• Monitor the effectiveness of back-up plans.
• Review provider documentation of service provision and monitor participant progress on outcomes and initiate service plan team discussions or meetings when services are not achieving desired outcomes.
• Through the service plan monitoring process, solicit input from participant and/or family, as appropriate, related to satisfaction with services.
• Arrange for modifications in services and service delivery, as necessary, to address the needs of the participant, consistent with an assessment of need and Department requirements, and modify the service plan accordingly.
• Advocate for continuity of services, system flexibility and integration, proper utilization of facilities and resources, accessibility and participant rights.
• Participate in any Department identified activities related to quality oversight.

Service Coordination includes functions necessary to facilitate community transition for participants who received Medicaid-funded institutional services (i.e. Nursing Facilities) and who lived in an institution for at least 90 consecutive days prior to their transition to the waiver. Service Coordination activities for participants leaving institutions must be coordinated with, and must not duplicate, institutional discharge planning. This service may be provided up to 180 days in advance of anticipated movement to the community. Providers may not bill for this service until the date of the person's entry into the waiver program.

Service Coordination entities must use an information system as approved and required by the Department to maintain case records in accordance with Department requirements.

Services must be delivered in a manner that supports the participant's communication needs, including, but not limited to, age appropriate communication, translation services for participants that are of limited-English proficiency or who have other communication needs requiring translation, assistance with the provider's understanding and use of communication devices used by the participant.
**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**
Service Coordination is limited to 144 units over a 12-month period. However, in order to meet the varying needs of individuals for service coordination services, this service limitation may be waived when reviewed and approved by OLTL.

The following activities are excluded from Service Coordination as a billable waiver service:
• Outreach or eligibility activities (other than transition services) before participant enrollment in the waiver.
• Travel time incurred by the Service Coordinator may not be billed as a discrete unit of service.
• Services that constitute the administration of another program such as protective services, parole and probation functions, legal services, and public guardianship.
• Representative payee functions.
• Other activities identified by the Department.

Service Coordination must be conflict free and may only be provided by agencies and individuals employed by agencies who are not:
• Related by blood or marriage to the participant or to any paid service provider of the participant
• Financially or legally responsible for the participant.
• Empowered to make financial or health-related decisions on behalf of the participant.
• Sharing any financial or controlling interest in any entity that is paid to provide care for or conduct other activities on behalf of the participant.
• Individuals employed by agencies paid to render direct or indirect services (as defined by the Department) to the participant, or an employee of an agency that is paid to render direct or indirect services to the participant.

Claims for costs incurred on behalf of participants transitioning from an institutional setting may only be paid after the transition to the community.

Except as permitted in accordance with requirements contained in Department guidance, policy and regulations, this service may not be provided on the same day and at the same time as services that contain elements integral to the delivery of this service.

**Service Delivery Method** (*check each that applies*):

☐ **Participant-directed as specified in Appendix E**
☐ **Provider managed**

**Specify whether the service may be provided by** (*check each that applies*)**:**

☐ **Legally Responsible Person**
☐ **Relative**
☐ **Legal Guardian**

**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Agency | Service Coordination Entity |

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Statutory Service**
**Service Name: Service Coordination**

**Provider Category:**
☐ Agency
**Provider Type:**
Service Coordination Entity
**Provider Qualifications**
**License** (*specify*):
N/A
**Certificate** (*specify*):
N/A
**Other Standard** (*specify*):
Service Coordination Entities must:
• Comply with 55 PA Code 1101 and have a waiver provider agreement;
• Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
• Meet the conflict free requirements pursuant to 55 PA Code, Chapter 52, §52.28;
• Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service;
• Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania;
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
• Have Commercial General Liability insurance;
• Ensure that employees (direct, contracted or in a consulting capacity) have been trained to meet the unique needs of the participant, for example, communication, mobility and behavioral needs;
• Comply with and meet all standards as applied through each phase of the standard, annual Department performed

monitoring process;
• Ensure 24-hour access to Service Coordination personnel (via direct employees or a contract) for response to emergency situations that are related to the Service Coordination service or other waiver services;
• Sufficient professional staff to perform the needed assessment/reevaluation, service coordination and support activities; and
• Registered nurse (RN) consulting services available, either by a staffing arrangement or through a contracted consulting arrangement.
Service Coordinators must meet the following:
• Be at least 18 years of age;
• Meet the qualification and training requirements pursuant to PA Code, Chapter 52, §52.27;
• Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;
• Have a child abuse clearance (as per 23 PA C.S. Chapter 63); and
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service.
Service Coordination Supervisors must meet the following:
• Be at least 18 years of age;
• Meet the qualification and training requirements pursuant to PA Code, Chapter 52, §52.27;
• Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;
• Have a child abuse clearance (as per 23 PA C.S. Chapter 63); and
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service.

**Verification of Provider Qualifications**
  **Entity Responsible for Verification:**
  OLTL
  **Frequency of Verification:**
  At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Service Specification

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).
**Service Type:**
| Statutory  Service | ☐ |

**Service:**
| Habilitation | ☐ |

**Alternate Service Title (if any):**
Supported Employment

**HCBS Taxonomy:**

**Category 1:**
| 03 Supported Employment | ☐ |

**Sub-Category 1:**
| 03021 ongoing supported employment, individual | ☐ |

**Category 2:**
| | ☐ |

**Sub-Category 2:**
☐

**Category 3:**
| | ☐ |

**Sub-Category 3:**
☐

**Category 4:**
| | ☐ |

**Sub-Category 4:**
☐

**Service Definition** *(Scope):*

SUPPORTED EMPLOYMENT IS NO LONGER A SERVICE IN THE WAIVER EFFECTIVE OCTOBER 1,2016.  JOB COACHING REPLACES SUPPORTED EMPLOYMENT.

Supported Employment Services are paid employment services for persons for whom competitive employment at or above the minimum wage is unlikely without intensive ongoing support, and who because of their disability need intensive ongoing support to perform in a work setting.  Supported employment is conducted in a variety of settings, particularly work sites in which persons without disabilities are employed.  Supported employment includes activities needed to sustain paid work by individuals receiving waiver services including supervision and training.  When supported employment services are provided at a work site in which persons without disabilities are employed, payment will be made only for the adaptations, supervision, and training of the individuals receiving waiver services as a result of their disabilities and will not include payment for supervisory activities rendered as a normal part of the business setting.

The Supported Employment service definition will be revised and submitted to CMS no later than March 31, 2016.
**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**
SUPPORTED EMPLOYMENT IS NO LONGER A SERVICE IN THE WAIVER EFFECTIVE OCTOBER 1,2016.  JOB COACHING REPLACES SUPPORTED EMPLOYMENT.

When Supported employment services are provided at a work site where persons without disabilities are employed, payment is made only for the adaptations, supervision and training required by participants receiving waiver services as a result of their disabilities but does not include payment for the supervisory activities rendered as a normal part of the business setting.  Federal financial participation is not claimed for incentive payments, subsidies, or unrelated vocational training expenses such as the following:
• Incentive payments made to an employer to encourage or subsidize the employer's participation in a supported employment program;
• Payments that are passed through to users of Supported employment programs; or
• Payments for training that is not directly related to an individual's Supported employment program.

Waiver funding is not available for the provision of vocational services (e.g., sheltered work performed in a facility) where individuals are supervised in producing goods or performing services under contract to third parties.

This service may not exceed eight (8) hours per day.

The frequency and duration of this service are based upon the participant's needs as identified and documented in the participant's service plan.

**Service Delivery Method** *(check each that applies)*:

☐ **Participant-directed as specified in Appendix E**
☐ **Provider managed**

**Specify whether the service may be provided by** *(check each that applies)*:

☐ **Legally Responsible Person**
☐ **Relative**
☐ **Legal Guardian**

**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Agency | Supported Employment Agency |

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Statutory Service**
**Service Name: Supported Employment**

**Provider Category:**
Agency ☐

**Provider Type:**
Supported Employment Agency
**Provider Qualifications**
  **License** *(specify)*:
  N/A
  **Certificate** *(specify)*:
  N/A
  **Other Standard** *(specify)*:
  • Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
  • Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
  • Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the

service
• Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
• Have Commercial General Liability insurance;
• Have Professional Liability Errors and Omissions Insurance;
• Ensure that employees (direct, contracted or in a consulting capacity) have been trained to meet the unique needs of the participant; for example, communication, mobility and behavioral needs

Individuals working for or contracted with agencies must meet the following standards:
• Be at least 18 years of age;
• Have a high school diploma or GED and six months of paid or volunteer experience in working with people with physical disabilities and/or older adults
• Have the required skills to perform the Supported Employment services specified in the participant's service plan
• Have completed a service specific training program related to goals in the participant's service plan
• Possess a valid Social Security number;
• Comply with all Department standards including regulations, policies and procedures related to provider qualifications
• Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavior needs;
• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;
• Have a child abuse clearance (as per 23 PA C.S. Chapter 63); and
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service

**Verification of Provider Qualifications**
  **Entity Responsible for Verification:**
  OLTL
  **Frequency of Verification:**
  Every Two Years

## Appendix C: Participant Services
### C-1/C-3: Service Specification

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).
**Service Type:**
Extended State Plan Service ☐

**Service Title:**
Behavior Therapy Services

**HCBS Taxonomy:**

**Category 1:**
10 Other Mental Health and Behavioral Services ☐

**Sub-Category 1:**
10040 behavior support ☐

**Category 2:**

**Sub-Category 2:**
☐

**Category 3:**

**Sub-Category 3:**
☐

**Category 4:**

**Sub-Category 4:**
☐

**Service Definition** *(Scope):*
Effective October 1, 2016 Behavior Therapy Services are a separate and distinct service; they were previously included under the service definition of Therapeutic and Counseling Services.

Behavior Therapy services are services that assist individuals to improve functioning and independence, are not covered by the Medicaid State Plan, and are necessary to improve the individual's inclusion in their community.  Services are provided by professionals and/or

paraprofessionals in behavior management. The service may include assessing the individual, developing a home treatment/support plan, training family members/staff and providing technical assistance to carry out the plan, and monitoring of the individual in the implementation of the plan. This service may be delivered in the individual's home or in the community as described in the service plan.

Behavior Therapy services include the completion of a functional behavioral assessment; the development of an individualized, comprehensive behavioral support plan; and the provision of training to individuals, family members and direct service providers. Services include consultation, monitoring the implementation of the behavioral support plan and revising the plan as necessary.

If there is a mental health or substance abuse diagnosis, including adjustment disorder, the State Plan, through the Office of Mental Health and Substance Abuse Services, will cover the visit outside of the home and community-based services waiver up to pre-specified limits. Behavior Therapy services are utilized only when no diagnosis is present or the service is deemed to not be medically necessary or not making meaningful progress under State Plan standards.

Behavior Therapy services are provided by a licensed psychologist, licensed social worker, licensed behavior specialist, licensed professional counselor, or a home health agency that employs them. Individuals with a master's degree in social work, psychology, education, counseling, or a related human services field who are not licensed or certified may practice under the supervision of a practitioner who is licensed.

**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**
Participants must access State Plan services, including Outpatient Psychiatric Clinic Services, Outpatient Drug and Alcohol Services and services through the Behavioral Health Managed Care Organizations before accessing Behavior Therapy services through the Waiver.

Behavior Therapy Services may only be funded through the waiver when the service is not covered by the Medicaid State Plan or a responsible third party, such as Medicare or private insurance, unless the required expertise and experience specific to the disability is not available through the Medicaid State Plan or private insurance providers. This may be because the Medicaid State Plan, Medicare or insurance limitations have been reached, or the service is not covered under the Medicaid State Plan, Medicare or private insurance, or the provider does not have the expertise or experience specific to the disability. This waiver service is only provided to individuals age 21 and over. All medically necessary Behavior Therapy services for children under age 21 are covered in the State plan pursuant to the EPSDT benefit.

The Service Coordinator is responsible for verifying and documenting in the participant's file that the Medicaid State Plan and private insurance limitations have been exhausted or that the Medicaid State Plan or private insurance provider does not have the expertise or experience specific to the disability prior to funding services through the waiver. Documentation must be maintained in the individual's file by the Service Coordinator. This documentation must be updated annually.

The frequency and duration of this service are based upon the participant's needs as identified and documented in the participant's service plan.

**Service Delivery Method** (*check each that applies*):

☐ **Participant-directed as specified in Appendix E**
☐ **Provider managed**

**Specify whether the service may be provided by** (*check each that applies*):

☐ **Legally Responsible Person**
☐ **Relative**
☐ **Legal Guardian**

**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Agency | Home Health Agency |
| Individual | Licensed Behavior Specialist |
| Individual | Licensed Professional Counselor |
| Individual | Licensed Social Worker |
| Individual | Licensed Psychologist |

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Extended State Plan Service**
**Service Name: Behavior Therapy Services**

**Provider Category:**
Agency ☐

**Provider Type:**
Home Health Agency

**Provider Qualifications**
    **License** *(specify):*
    Licensed by the PA Department of Health, per 28 PA Code, Part IV, Health Facilities, Subpart G. Chapter 601 and Subpart A. Chapter 51
    **Certificate** *(specify):*
    Certification as required by 42CFR Part 484
    **Other Standard** *(specify):*
    Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
    Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
    Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania;
    Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
    • Have Commercial General Liability Insurance;
    • Have Professional Liability Errors and Omissions Insurance;
    Ensure that employees have been trained to meet the unique needs of the participant, for example, communication, mobility and behavioral needs; and
    Provide staff training pursuant to 55PA Code Chapter 52, Section 52.21.

    Individuals working for or contracted with agencies must meet the following standards:
    • Be 18 years of age or older;
    • Possess basic math, reading and writing skills;
    • Complete training or demonstrate competency by passing a competency test as outlined in Section 611.85 under Title 28, Part IV Subpart H of the Health Care Facilities Act;
    • Have the required skills to perform services as specified in the participant's service plan;
    • Complete any necessary pre/in-service training related to the participant's service plan;
    • Agree to carry-out outcomes included in the participant's service plan;
    • Possess a valid Social Security number;
    • Must pass criminal records check as required in 55PA Code Chapter 52 Section 52.19;
    Have a child abuse clearance (as per 23 PA C.S. Chapter 63); and
    Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service.
**Verification of Provider Qualifications**
    **Entity Responsible for Verification:**
    OLTL/PA Department of Health
    **Frequency of Verification:**
    At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Extended State Plan Service**
**Service Name: Behavior Therapy Services**

**Provider Category:**
Individual ☐
**Provider Type:**
Licensed Behavior Specialist
**Provider Qualifications**
    **License** *(specify):*
    Licensed by the State Board of Medicine, per 49 Pa, Code §§ 18.521 - 18.527
    **Certificate** *(specify):*

    **Other Standard** *(specify):*
    Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
    Comply with Department standards, including regulations, policies and procedures relating to provider qualifications;
    Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service;
    Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service;
    Be a resident of Pennsylvania or a state contiguous to Pennsylvania;
    Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
    Have Commercial General Liability insurance in accordance with Department policies;
    Be at least 18 years of age;
    Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15; and
    Have a child abuse clearance (as per 23 PA C.S. Chapter 63).
**Verification of Provider Qualifications**

**Entity Responsible for Verification:**
OLTL/ PA State Board of Medicine
**Frequency of Verification:**
At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Extended State Plan Service**
**Service Name: Behavior Therapy Services**

**Provider Category:**
Individual ☐
**Provider Type:**
Licensed Professional Counselor
**Provider Qualifications**
   **License** *(specify):*
   Licensed by the State Board of Social Workers, Marriage and Family Therapists and Professional Counselors, per 49 PA.
   Code Chapter 47, 48 and 49
   **Certificate** *(specify):*

   **Other Standard** *(specify):*
   Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
   Comply with Department standards, including regulations, policies and procedures relating to provider qualifications;
   Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the
   service;
   Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the
   service;
   Be a resident of Pennsylvania or a state contiguous to Pennsylvania;
   Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
   Have Commercial General Liability insurance in accordance with Department policies;
   Be at least 18 years of age;
   Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15; and
   Have a child abuse clearance (as per 23 PA C.S. Chapter 63).
**Verification of Provider Qualifications**
   **Entity Responsible for Verification:**
   OLTL/PA State Board of Social Workers, Marriage and Family Therapists and Professional Counselors
   **Frequency of Verification:**
   At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Extended State Plan Service**
**Service Name: Behavior Therapy Services**

**Provider Category:**
Individual ☐
**Provider Type:**
Licensed Social Worker
**Provider Qualifications**
   **License** *(specify):*
   Licensed by the State Board of Social Workers, Marriage and Family Therapists and Professional Counselors, per 49 PA.
   Code Chapter 47, 48 and 49
   **Certificate** *(specify):*

   **Other Standard** *(specify):*
   Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
   Comply with Department standards, including regulations, policies and procedures relating to provider qualifications;
   Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the
   service;
   Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the

service;
Be a resident of Pennsylvania or a state contiguous to Pennsylvania;
Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
Have Commercial General Liability insurance in accordance with Department policies;
Be at least 18 years of age;
Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15; and
Have a child abuse clearance (as per 23 PA C.S. Chapter 63).

**Verification of Provider Qualifications**
  **Entity Responsible for Verification:**
  OLTL/PA State Board of Social Workers, Marriage and Family Therapists and Professional Counselors
  **Frequency of Verification:**
  At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

| |
|---|
| **Service Type: Extended State Plan Service** |
| **Service Name: Behavior Therapy Services** |

**Provider Category:**
Individual ☐

**Provider Type:**
Licensed Psychologist

**Provider Qualifications**
  **License** *(specify):*
  Licensed by the State Board of Psychology Professional Psychologists Practice Act, 63 P.S. §§ 1201-1218, per 49 PA Code
  Chapter 41
  **Certificate** *(specify):*

| |
|---|
| |

  **Other Standard** *(specify):*
  Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
  Comply with Department standards, including regulations, policies and procedures relating to provider qualifications;
  Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the
  service;
  Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the
  service;
  Be a resident of Pennsylvania or a state contiguous to Pennsylvania;
  Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
  Have Commercial General Liability insurance in accordance with Department policies;
  Be at least 18 years of age;
  Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;
  Have a child abuse clearance (as per 23 PA C.S. Chapter 63); and
  Comply with all Department standards related to provider qualifications.

**Verification of Provider Qualifications**
  **Entity Responsible for Verification:**
  OLTL/PA State Board of Psychology Professional Psychologists
  **Frequency of Verification:**
  At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Service Specification

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency
or the operating agency (if applicable).

**Service Type:**
Extended State Plan Service ☐

**Service Title:**
Counseling Services

**HCBS Taxonomy:**

**Category 1:**

| 10 Other Mental Health and Behavioral Services ☐ |

**Sub-Category 1:**

| 10060  counseling ☐ |

**Category 2:**

☐

**Sub-Category 2:**

☐

**Category 3:**

☐

**Sub-Category 3:**

☐

**Category 4:**

☐

**Sub-Category 4:**

☐

**Service Definition** *(Scope):*
Effective October 1, 2016 Counseling Services are a separate and distinct service; they were previously included under the service definition of Therapeutic and Counseling Services.

Counseling Services are services that assist individuals to improve functioning and independence, are not covered by the Medicaid State Plan, and are necessary to improve the individual's inclusion in their community.  Services are provided by a licensed psychologist, licensed social worker, licensed professional counselor, or a home health agency that employs them.  The service may include assessing the individual, developing a home treatment/support plan, training family members/staff and providing technical assistance to carry out the plan, and monitoring of the individual in the implementation of the plan.  This service may be delivered in the individual's home or in the community as described in the service plan.

Counseling services are non-medical counseling services provided to participants in order to resolve individual or social conflicts and family issues.  While counseling services may include family members, the therapy must be on behalf of the participant and documented in his/her service plan.  Services include initial consultation and ongoing counseling performed by a licensed psychologist, licensed social worker, or licensed professional counselor.  If there is a mental health or substance abuse diagnosis, including adjustment disorder, the State Plan, through the Office of Mental Health and Substance Abuse Services, will cover the visit outside of the home and community-based services waiver up to pre-specified limits.  Counseling services are utilized only when no diagnosis is present or the service is deemed to not be medically necessary or not making meaningful progress under State Plan standards.  Counseling for unpaid caregivers services must be aimed at assisting the unpaid caregiver in understanding and meeting the needs of the participant and be documented in his/her service plan.
**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**
Participants must access State Plan services, including Outpatient Psychiatric Clinic Services, Outpatient Drug and Alcohol Services and services through the Behavioral Health Managed Care Organizations before accessing Counseling Services through the Waiver.

Counseling Services may only be funded through the waiver when the service is not covered by the Medicaid State Plan or a responsible third party, such as Medicare or private insurance, unless the required expertise and experience specific to the disability is not available through the Medicaid State Plan or private insurance providers.  This may be because the Medicaid State Plan, Medicare or insurance limitations have been reached, or the service is not covered under the Medicaid State Plan, Medicare or private insurance, or the provider does not have the expertise or experience specific to the disability. This waiver service is only provided to individuals age 21 and over.  All medically necessary Counseling services for children under age 21 are covered in the State plan pursuant to the EPSDT benefit.

The Service Coordinator is responsible for verifying and documenting in the participant's file that the Medicaid State Plan and private insurance limitations have been exhausted or that the Medicaid State Plan or private insurance provider does not have the expertise or experience specific to the disability prior to funding services through the waiver.  Documentation must be maintained in the individual's file by the Service Coordinator.  This documentation must be updated annually.
The frequency and duration of this service are based upon the participant's needs as identified and documented in the participant's service plan.

**Service Delivery Method** (check each that applies):

☐ **Participant-directed as specified in Appendix E**
☐ **Provider managed**

**Specify whether the service may be provided by** (check each that applies):

☐ **Legally Responsible Person**
☐ **Relative**
☐ **Legal Guardian**
**Provider Specifications:**

| Provider Category | Provider Type Title |

| Provider Category | Provider Type Title |
|---|---|
| Individual | Licensed Psychologist |
| Individual | Licensed Social Worker |
| Individual | Licensed Professional Counselor |
| Agency | Home Health Agency |

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Extended State Plan Service**
**Service Name: Counseling Services**

**Provider  Category:**

Individual ☐

**Provider Type:**
Licensed Psychologist
**Provider Qualifications**
**License** *(specify):*
Licensed by the State Board of Psychology Professional Psychologists Practice Act, 63 P.S. §§ 1201-1218, per 49 PA Code Chapter 41
**Certificate** *(specify):*

**Other Standard** *(specify):*
Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
Comply with Department standards, including regulations, policies and procedures relating to provider qualifications;
Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service;
Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service;
Be a resident of Pennsylvania or a state contiguous to Pennsylvania;
Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
Have Commercial General Liability insurance in accordance with Department policies;
Be at least 18 years of age;
Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;
Have a child abuse clearance (as per 23 PA C.S. Chapter 63); and
Comply with all Department standards related to provider qualifications.
**Verification of Provider Qualifications**
**Entity Responsible for Verification:**
OLTL/PA State Board of Psychology Professional Psychologists
**Frequency of Verification:**
At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Extended State Plan Service**
**Service Name: Counseling Services**

**Provider  Category:**

Individual ☐

**Provider Type:**
Licensed Social Worker
**Provider Qualifications**
**License** *(specify):*
Licensed by the State Board of Social Workers, Marriage and Family Therapists and Professional Counselors, per 49 PA. Code Chapter 47, 48 and 49
**Certificate** *(specify):*

**Other Standard** *(specify):*
Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
Comply with Department standards, including regulations, policies and procedures relating to provider qualifications;

Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service;

Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service;

Be a resident of Pennsylvania or a state contiguous to Pennsylvania;

Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;

Have Commercial General Liability insurance in accordance with Department policies;

Be at least 18 years of age;

Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15; and

Have a child abuse clearance (as per 23 PA C.S. Chapter 63).

**Verification of Provider Qualifications**

**Entity Responsible for Verification:**

OLTL/PA State Board of Social Workers, Marriage and Family Therapists and Professional Counselors

**Frequency of Verification:**

At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Extended State Plan Service**
**Service Name: Counseling Services**

**Provider Category:**

Individual ☐

**Provider Type:**

Licensed Professional Counselor

**Provider Qualifications**

**License** *(specify):*

Licensed by the State Board of Social Workers, Marriage and Family Therapists and Professional Counselors, per 49 PA. Code Chapter 47, 48 and 49

**Certificate** *(specify):*

**Other Standard** *(specify):*

Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;

Comply with Department standards, including regulations, policies and procedures relating to provider qualifications;

Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service;

Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service;

Be a resident of Pennsylvania or a state contiguous to Pennsylvania;

Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;

Have Commercial General Liability insurance in accordance with Department policies;

Be at least 18 years of age;

Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15; and

Have a child abuse clearance (as per 23 PA C.S. Chapter 63).

**Verification of Provider Qualifications**

**Entity Responsible for Verification:**

OLTL/PA State Board of Social Workers, Marriage and Family Therapists and Professional Counselors

**Frequency of Verification:**

At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Extended State Plan Service**
**Service Name: Counseling Services**

**Provider Category:**

Agency ☐

**Provider Type:**

Home Health Agency

**Provider Qualifications**

**License** *(specify):*

Licensed by the PA Department of Health, per 28 PA Code, Part IV, Health Facilities, Subpart G.  Chapter 601 and Subpart A. Chapter 51

**Certificate** *(specify):*
Certification as required by 42CFR Part 484

**Other Standard** *(specify):*
Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania;
Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
• Have Commercial General Liability Insurance;
• Have Professional Liability Errors and Omissions Insurance;
Ensure that employees have been trained to meet the unique needs of the participant, for example, communication, mobility and behavioral needs; and
Provide staff training pursuant to 55PA Code Chapter 52, Section 52.21.


Individuals working for or contracted with agencies must meet the following standards:
• Be 18 years of age or older;
• Possess basic math, reading and writing skills;
• Complete training or demonstrate competency by passing a competency test as outlined in Section 611.85 under Title 28, Part IV Subpart H of the Health Care Facilities Act;
• Have the required skills to perform services as specified in the participant's service plan;
• Complete any necessary pre/in-service training related to the participant's service plan;
• Agree to carry-out outcomes included in the participant's service plan;
• Possess a valid Social Security number;
• Must pass criminal records check as required in 55PA Code Chapter 52 Section 52.19;
Have a child abuse clearance (as per 23 PA C.S. Chapter 63); and
Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service.

**Verification of Provider Qualifications**
**Entity Responsible for Verification:**
OLTL/PA Department of Health
**Frequency of Verification:**
At least every two (2) years and more frequently when deemed necessary by the Department



## Appendix C: Participant Services

### C-1/C-3: Service Specification


State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).
**Service Type:**
Extended State Plan Service  ☐

**Service Title:**
Home Health

**HCBS Taxonomy:**


| **Category 1:** | **Sub-Category 1:** |
| --- | --- |
| 05  Nursing  ☐ | 05020 skilled nursing  ☐ |

| **Category 2:** | **Sub-Category 2:** |
| --- | --- |
| 11 Other Health and Therapeutic Services  ☐ | 11080 occupational therapy  ☐ |

| **Category 3:** | **Sub-Category 3:** |
| --- | --- |
| 11 Other Health and Therapeutic Services  ☐ | 11090 physical therapy  ☐ |

| **Category 4:** | **Sub-Category 4:** |
| --- | --- |

| 11 Other Health and Therapeutic Services ☐ | 11100 speech, hearing, and language therapy ☐ |

**Service Definition** *(Scope):*
HOME HEALTH SERVICES ARE NO LONGER A SERVICE IN THE INDEPENDENCE WAIVER EFFECTIVE OCTOBER 1, 2016.  SEE NEW SERVICE DEFINITIONS FOR NURSING SERVICES, PHYSICAL THERAPY, OCCUPATIONAL THERAPY, AND SPEECH AND LANGUAGE THERAPY.

Home Health Services consist of the following components:  Nursing Services, Physical Therapy, Occupational Therapy and Speech and Language Therapy.

1. Nursing Services
Nursing services are direct services prescribed by a physician, in addition to any services under the State Plan, that are needed by the participant, as specified by the service plan, to enable the participant to integrate more fully into the community and to ensure the health, welfare and safety of the participant.

Nursing services must be performed by a Registered Nurse or Licensed Practical Nurse.  49 PA Code Chapter 21 (State Board of Nursing) provides the following service definition for the practice of professional nursing, "Diagnosing and treating human responses to actual or potential health problems through such service as case finding, health teaching, health counseling, provision of care supportive to or restorative of life and well-being, and executing medical regimens as prescribed by a licensed physician or dentist.  The term does not include acts of medical diagnosis or prescription of medical, therapeutic or corrective measures, except as may be authorized by rules and regulations jointly promulgated by the State Board of Medicine and the Board, which rules and regulations will be implemented by the Board."

Nursing Services must be ordered by a physician and are within the scope of the State's Nurse Practice Act and are provided by a registered professional nurse, or licensed practical nurse under the supervision of a registered nurse, licensed to practice in the state.  The physician's order must be obtained every sixty (60) days for continuation of service. Nursing services are individual, and can be continuous, intermittent, or short-term based on individual's assessed need.

• Short-term or Intermittent Nursing — Nursing that is provided on a short-term or intermittent basis, not expected to exceed 75 units of service in a service plan year and are over and above services available to the participant through the State Plan
• Long-term or Continuous Nursing — Long-term or continuous nursing is needed to meet ongoing assessed needs that are likely to require services in excess of 75 units per service plan year, are provided on a regular basis and are over and above services available to the participant through the State Plan
The nurse is responsible for reporting, to the ordering physician and Service Coordinator, changes in the participant's status that take place after the physician's order, but prior to the reauthorization of the service, if the change should result in a change in the level of Nursing services authorized in the service plan

2. Physical Therapy

Physical Therapy services are direct services prescribed by a physician, in addition to any services furnished under the State Plan, that assist participants in the acquisition, retention or improvement of skills necessary to enable the participant to integrate more fully into the community and to ensure the health, welfare and safety of the participant.

Physical Therapy services must address an assessed need as documented in the participant's service plan.  Training caretakers and developing a home program for caretakers to implement the recommendations of the therapist are included in the provision of services.  The physician's order to reauthorize the service must be obtained every sixty (60) days for continuation of service.  The therapist is responsible for reporting, to the ordering physician and Service Coordinator, changes in the participant's status that take place after the physician's order, but prior to the reauthorization of the service, if the change should result in a change in the level of Physical Therapy services authorized in the service plan.

Physical Therapy can be provided by a licensed physical therapist or physical therapist assistant as prescribed by a physician, and documented in the service plan.  Per the Physical Therapy Practice Act (63 P.S. §1301 et seq.), physical therapy means, "the evaluation and treatment of any person by the utilization of the effective properties of physical measures such as mechanical stimulation, heat, cold, light, air, water, electricity, sound, massage, mobilization, and the use of therapeutic exercises and rehabilitative procedures including training in functional activities, with or without assistive devices, for the purpose of limiting or preventing disability and alleviating or correcting any physical or mental conditions, and the performance of tests and measurements as an aid in diagnosis or evaluation of function."

3. Occupational Therapy
Occupational Therapy services are direct services prescribed by a physician, in addition to any services furnished under the State Plan, that  assist participants in the acquisition, retention or improvement of skills necessary to enable the participant to integrate more fully into the community and to ensure the health, welfare and safety of the participant.

Occupational Therapy services must address an assessed need documented in the participant's service plan. Training caretakers and developing a home program for caretakers to implement the recommendations of the therapist are included in the provision of services. The physician's order must be obtained every sixty (60) days for continuation of service. The therapist is responsible for reporting, to the ordering physician and Service Coordinator, changes in the participant's status that take place after the physician's order, but prior to the reauthorization of the service, if the change should  result in a change in the level of Occupational Therapy services authorized in the service plan.

Occupational Therapy can be provided by a licensed occupational therapist or occupational therapy assistant in accordance with applicable State standards.The Occupational Therapy Practice Act (63 P.S. §1501 et seq.) defines occupational therapy as follows, "The evaluation of learning and performance skills and the analysis, selection and adaptation of activities for an individual whose abilities to cope with the activities of daily living, to perform tasks normally performed at a given stage of development and to perform essential vocational tasks which are threatened or impaired by that person's developmental deficiencies, aging process, environmental deprivation or physical, developmental, injury or illness, through specific techniques which include: (1) Planning and implementing activity programs to improve sensory and motor functioning at the level of performance for the individual's stage of development. (2) Teaching skills, behaviors and attitudes crucial to the individual's independent, productive and satisfying social functioning. (3) The design, fabrication and application of splints, not to include prosthetic or orthotic devices, and the adaptation of equipment necessary to assist patients in adjusting to a potential or actual impairment and instructing in the use of such devices and equipment. (4) Analyzing, selecting and adapting activities to maintain the individual's optimal performance of tasks to prevent disability."

4. Speech and Language Therapy
Speech and Language Therapy services are direct services prescribed by a physician, in addition to any services furnished under the State Plan, that assist participants in the acquisition, retention or improvement of skills necessary to enable the participant to integrate more fully into the community and to ensure the health, welfare and safety of the participant.
Speech and Language Therapy Services must address an assessed need as documented in the participant's service plan. Training caretakers and development of a home program for caretakers to implement the recommendations of the therapist are included in the provision of Speech and Language Therapy services. The physician's order to receive the service must be obtained every sixty (60) days for continuation of service.  The therapist is responsible for reporting, to the ordering physician and Service Coordinator, changes in the participant's status that take place after the physician's order, but prior to the reauthorization of the service, if the change should result in a change in the level of Speech and Language Therapy services authorized in the service plan.

Speech and Language Therapy services are provided by a licensed American Speech Language Hearing Associate or certified speech-language pathologist in accordance with applicable State standards including the evaluation, counseling, habilitation and rehabilitation of individuals whose communicative disorders involve the functioning of speech, voice or language, including the prevention, identification, examination, diagnosis and treatment of conditions of the human speech language system.  Speech and Language Therapy services also include the examination for, and adapting and use of augmentative and alternative communication strategies.

The service provider must maintain documentation in accordance with Department requirements. The documentation must be available to the Service Coordinator for monitoring at all times on an ongoing basis. The Service Coordinator will monitor on a quarterly basis to see if the objectives and outcomes are being met.
**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**
HOME HEALTH SERVICES ARE NO LONGER A SERVICE IN THE INDEPENDENCE WAIVER EFFECTIVE OCTOBER 1, 2016.  SEE NEW SERVICE DEFINITIONS FOR NURSING SERVICES, PHYSICAL THERAPY, OCCUPATIONAL THERAPY, AND SPEECH AND LANGUAGE THERAPY.

Home Health services may only be funded through the waiver when the services are not covered by the State Plan, Medicare or private insurance.  This may be because the State Plan, Medicare or private insurance limitations have been reached, or the service is not covered under the State Plan, Medicare or private insurance.

Service Coordinators must seek coverage of services provided under the State Plan, Medicare and/or private insurance plans until the plan limitations have been reached, prior to requesting services in the service plan.
Home Health Care Aide services cannot be provided simultaneously with Personal Assistance Services, Adult Daily Living Services, or Respite Services.
Service is limited to needs determined during the assessment and identified in the participant's service plan.
The most appropriate level of staffing, as determined by the assessment, must be used for a task.
The frequency and duration of this service are based upon the participant's needs as identified and documented in the participant's service plan.

**Service Delivery Method** (*check each that applies*):

☐ **Participant-directed as specified in Appendix E**
☐ **Provider managed**

**Specify whether the service may be provided by** (*check each that applies*)**:**

☐ **Legally Responsible Person**
☐ **Relative**
☐ **Legal Guardian**
**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Individual | Occupational Therapist or Assistant (Agency affiliated or individual) |
| Individual | Speech Therapist (Agency affiliated or individual) |
| Agency | Home Health Agency |
| Individual | Physical Therapist or Assistant (Agency affiliated or individual) |
| Agency | Out-Patient or Community-Based Rehabilitation Agency |

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Extended State Plan Service**
**Service Name: Home Health**

**Provider Category:**

Individual ☐

**Provider Type:**
Occupational Therapist or Assistant (Agency affiliated or individual)

**Provider Qualifications**

**License** *(specify):*
Licensed under the PA Department of State, per 49 PA Code Chapter 42, including 42.22 pertaining to assistants (Occupational Therapy and Education Licensing Board)

**Certificate** *(specify):*
Certification as required by 42CFR Part 484

**Other Standard** *(specify):*
• Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
• Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service;
• Be a resident of Pennsylvania or a state contiguous to Pennsylvania;
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
• Have Commercial General Liability insurance in accordance with Department policies;
• Be at least 18 years of age;
• Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs;
• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15; and
• Have a child abuse clearance (as per 23 PA C.S. Chapter 63).

**Verification of Provider Qualifications**

**Entity Responsible for Verification:**
PA Department of State Occupational Therapy and Education Licensing Board

**Frequency of Verification:**
At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Extended State Plan Service**
**Service Name: Home Health**

**Provider Category:**

Individual ☐

**Provider Type:**
Speech Therapist (Agency affiliated or individual)

**Provider Qualifications**

**License** *(specify):*
Licensed under the PA Department of State, per 49 PA Code Chapter 45 (Language and Hearing Examiner's Board)

**Certificate** *(specify):*
Certification as required by 42CFR Part 484

**Other Standard** *(specify):*
• Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
• Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service;
• Be a resident of Pennsylvania or a state contiguous to Pennsylvania;
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
• Have Commercial General Liability insurance in accordance with Department policies;
• Be at least 18 years of age;
• Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs;
• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15; and
• Have a child abuse clearance (as per 23 PA C.S. Chapter 63).

**Verification of Provider Qualifications**
   **Entity Responsible for Verification:**
   PA Department of State Language and Hearing Examiner's Board
   **Frequency of Verification:**
   At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Extended State Plan Service**
**Service Name: Home Health**

**Provider Category:**
Agency ☐

**Provider Type:**
Home Health Agency

**Provider Qualifications**
   **License** *(specify)*:
   Licensed by the PA Department of Health, per 28 PA Code, Part IV, Health Facilities, Subpart G. Chapter 601 and Subpart A. Chapter 51.
   **Certificate** *(specify)*:
   Certification as required by per
   42CFR Part 484
   **Other Standard** *(specify)*:
   • Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
   • Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
   • Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania;
   • Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
   • Have Commercial General Liability insurance; and
   • Ensure that employees (direct, contracted or in a consulting capacity) have been trained to meet the unique needs of the participant, for example, communication, mobility and behavioral needs.
   Individuals working for or contracted with agencies must meet the following standards:
   • Be at least 18 years of age;
   • Comply with all Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
   • Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs;
   • Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;
   • Have a child abuse clearance (as per 23 PA C.S. Chapter 63);
   • Be supervised by a registered nurse;
   • Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service; and
   • Successfully completed a State-established or other training program that meets the requirements of Sec. 484.36(a) and a competency evaluation program or State licensure program that meets the requirements of Sec. 484.36 (b) or (e), or a competency evaluation program or State licensure program that meets the requirements of Sec. 484.36 (b) or (e).

**Verification of Provider Qualifications**
   **Entity Responsible for Verification:**
   OLTL/PA Department of Health
   **Frequency of Verification:**
   At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Extended State Plan Service**
**Service Name: Home Health**

**Provider Category:**
Individual ☐

**Provider Type:**
Physical Therapist or Assistant (Agency affiliated or individual)

**Provider Qualifications**
   **License** *(specify)*:

Licensed under PA Department of State, per 49 PA Code Chapter 40, including 40.53 pertaining to delegation of duties and use of assistants (Physical Therapy Licensing Board)

**Certificate** *(specify)*:
Certification as required by 42CFR Part 484

**Other Standard** *(specify)*:
• Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
• Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service;
• Be a resident of Pennsylvania or a state contiguous to Pennsylvania;
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
• Have Commercial General Liability insurance in accordance with Department policies;
• Be at least 18 years of age;
• Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs;
• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15; and
• Have a child abuse clearance (as per 23 PA C.S. Chapter 63).

**Verification of Provider Qualifications**
**Entity Responsible for Verification:**
PA Department of State Physical Therapy Licensing Board
**Frequency of Verification:**
At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

| Service Type: Extended State Plan Service |
|---|
| Service Name: Home Health |

**Provider Category:**
Agency ☐

**Provider Type:**
Out-Patient or Community-Based Rehabilitation Agency

**Provider Qualifications**
**License** *(specify)*:
Licensed by the PA Department of Health, per 28 PA Code
**Certificate** *(specify)*:
Certification as required by 42CFR Part 484
**Other Standard** *(specify)*:
• Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
• Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
• Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania;
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
• Have Commercial General Liability insurance; and
• Ensure that employees (direct, contracted or in a consulting capacity) have been trained to meet the unique needs of the participant, for example, communication, mobility and behavioral needs.
Individuals working for or contracted with agencies must meet the following standards:
• Be at least 18 years of age;
• Comply with all Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
• Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs;
• Must hold an appropriate active license in the State of Pennsylvania;
• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;
• Have a child abuse clearance (as per 23 PA C.S. Chapter 63); and
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service.

**Verification of Provider Qualifications**
**Entity Responsible for Verification:**
OLTL/PA Department of Health
**Frequency of Verification:**
At least every two (2) years and more frequently when deemed necessary by the Department

Application for 1915(c) HCBS Waiver: PA.0319.R04.02 - Oct 01, 2016 (as of Oct 01, 2016)    Page 87 of 228
Case 5:17-cv-02165-JLS    Document 23-1    Filed 07/14/17    Page 90 of 234
Appendix C: Participant Services

## C-1/C-3: Service Specification

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

**Service Type:**
Extended State Plan Service ☐

**Service Title:**
Nursing Services

**HCBS Taxonomy:**

| Category 1: | Sub-Category 1: |
|---|---|
| 05  Nursing ☐ | 05020 skilled nursing ☐ |

| Category 2: | Sub-Category 2: |
|---|---|
| ☐ | ☐ |

| Category 3: | Sub-Category 3: |
|---|---|
| ☐ | ☐ |

| Category 4: | Sub-Category 4: |
|---|---|
| ☐ | ☐ |

**Service Definition** *(Scope)*:
Effective October 1, 2016, Nursing Services are a separate and distinct service; they were previously included under the service definition of Home Health Services.

Nursing services are direct services prescribed by a physician, in addition to any services under the State Plan, that are needed by the participant, as specified by the service plan, to enable the participant to integrate more fully into the community and to ensure the health, welfare and safety of the participant.

Nursing services must be performed by a Registered Nurse or Licensed Practical Nurse. 49 PA Code Chapter 21 (State Board of Nursing) provides the following service definition for the practice of professional nursing, "Diagnosing and treating human responses to actual or potential health problems through such service as case finding, health teaching, health counseling, provision of care supportive to or restorative of life and well-being, and executing medical regimens as prescribed by a licensed physician or dentist. The term does not include acts of medical diagnosis or prescription of medical, therapeutic or corrective measures, except as may be authorized by rules and regulations jointly promulgated by the State Board of Medicine and the Board, which rules and regulations will be implemented by the Board."

Nursing Services must be ordered by a physician and are within the scope of the State's Nurse Practice Act and are provided by a registered professional nurse, or licensed practical nurse under the supervision of a registered nurse, licensed to practice in the state. The physician's order must be obtained every sixty (60) days for continuation of service. Nursing services are individual, and can be continuous, intermittent, or short-term based on individual's assessed need.

Short-term or Intermittent Nursing — Nursing that is provided on a short-term or intermittent basis, not expected to exceed 75 units of service in a service plan year and are over and above services available to the participant through the State Plan
Long-term or Continuous Nursing — Long-term or continuous nursing is needed to meet ongoing assessed needs that are likely to require services in excess of 75 units per service plan year, are provided on a regular basis and are over and above services available to the participant through the State Plan
The nurse is responsible for reporting, to the ordering physician and Service Coordinator, changes in the participant's status that take place after the physician's order, but prior to the reauthorization of the service, if the change should result in a change in the level of Nursing services authorized in the service plan

The service provider must maintain documentation in accordance with Department requirements. The documentation must be available to the Service Coordinator for monitoring at all times on an ongoing basis. The Service Coordinator will monitor on a quarterly basis to see if the objectives and outcomes are being met.

**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**
Nursing services may only be funded through the waiver when the services are not covered by the State Plan, Medicare or private insurance. This may be because the State Plan, Medicare or private insurance limitations have been reached, or the service is not covered under the State Plan, Medicare or private insurance. This waiver service is only provided to individuals age 21 and over. All medically

Case 5:17-cv-02165-JLS    Document 23-1    Filed 07/14/17    Page 91 of 234

necessary Nursing services for children under age 21 are covered in the State plan pursuant to the EPSDT benefit.

Service Coordinators must seek coverage of services provided under the State Plan, Medicare and/or private insurance plans until the plan limitations have been reached, prior to requesting services in the service plan.

Service is limited to needs determined during the assessment and identified in the participant's service plan.

Long-term or continuous nursing cannot be provided simultaneously with Personal Assistance Services, Adult Daily Living Services, or Respite Services.

The most appropriate level of staffing, as determined by the assessment, must be used for a task.

The frequency and duration of this service are based upon the participant's needs as identified and documented in the participant's service plan.

**Service Delivery Method** *(check each that applies)*:

☐ **Participant-directed as specified in Appendix E**
☐ **Provider managed**

**Specify whether the service may be provided by** *(check each that applies)*:

☐ **Legally Responsible Person**
☐ **Relative**
☐ **Legal Guardian**

**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Agency | Home Health Agency |

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Extended State Plan Service**
**Service Name: Nursing Services**

**Provider  Category:**
Agency ☐
**Provider Type:**
Home Health Agency
**Provider Qualifications**
**License** *(specify):*
Licensed by the PA Department of Health, per 28 PA Code, Part IV, Health Facilities, Subpart G. Chapter 601 and Subpart A. Chapter 51.
**Certificate** *(specify):*
Certification as required by 42CFR Part 484
**Other Standard** *(specify):*
Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania;
Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
Have Commercial General Liability insurance; and
Ensure that employees have been trained to meet the unique needs of the participant, for example, communication, mobility and behavioral needs.
Individuals working for agencies must meet the following standards:
Be at least 18 years of age;
Comply with all Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs;
Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;
Have a child abuse clearance (as per 23 PA C.S. Chapter 63);
Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service; and
Successfully completed a State-established or other training program that meets the requirements of Sec. 484.36(a) and a competency evaluation program or State licensure program that meets the requirements of Sec. 484.36 (b) or (e), or a competency evaluation program or State licensure program that meets the requirements of Sec. 484.36 (b) or (e).

**Verification of Provider Qualifications**
**Entity Responsible for Verification:**
OLTL/PA Department of Health
**Frequency of Verification:**
At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Service Specification

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

**Service Type:**
Extended State Plan Service ☐

**Service Title:**
Occupational Therapy Services

**HCBS Taxonomy:**

| **Category 1:** | **Sub-Category 1:** |
|---|---|
| 11 Other Health and Therapeutic Services ☐ | 11080 occupational therapy ☐ |

| **Category 2:** | **Sub-Category 2:** |
|---|---|
|  ☐ | ☐ |

| **Category 3:** | **Sub-Category 3:** |
|---|---|
|  ☐ | ☐ |

| **Category 4:** | **Sub-Category 4:** |
|---|---|
|  ☐ | ☐ |

**Service Definition** *(Scope):*
Effective October 1, 2016, Occupational Therapy Services are a separate and distinct service; they were previously included under the service definition of Home Health Services.

Occupational Therapy services are direct services prescribed by a physician, in addition to any services furnished under the State Plan, that assist participants in the acquisition, retention or improvement of skills necessary to enable the participant to integrate more fully into the community and to ensure the health, welfare and safety of the participant.

Occupational Therapy services must address an assessed need documented in the participant's service plan. Training caretakers and developing a home program for caretakers to implement the recommendations of the therapist are included in the provision of services. The physician's order must be obtained every sixty (60) days for continuation of service. The therapist is responsible for reporting, to the ordering physician and Service Coordinator, changes in the participant's status that take place after the physician's order, but prior to the reauthorization of the service, if the change should result in a change in the level of Occupational Therapy services authorized in the service plan.

Occupational Therapy can be provided by a licensed occupational therapist or occupational therapy assistant in accordance with applicable State standards. The Occupational Therapy Practice Act (63 P.S. §1501 et seq.) defines occupational therapy as follows, "The evaluation of learning and performance skills and the analysis, selection and adaptation of activities for an individual whose abilities to cope with the activities of daily living, to perform tasks normally performed at a given stage of development and to perform essential vocational tasks which are threatened or impaired by that person's developmental deficiencies, aging process, environmental deprivation or physical, psychological, injury or illness, through specific techniques which include: (1) Planning and implementing activity programs to improve sensory and motor functioning at the level of performance for the individual's stage of development. (2) Teaching skills, behaviors and attitudes crucial to the individual's independent, productive and satisfying social functioning. (3) The design, fabrication and application of splints, not to include prosthetic or orthotic devices, and the adaptation of equipment necessary to assist patients in adjusting to a potential or actual impairment and instructing in the use of such devices and equipment. (4) Analyzing, selecting and adapting activities to maintain the individual's optimal performance of tasks to prevent disability."

The service provider must maintain documentation in accordance with Department requirements. The documentation must be available to

the Service Coordinator for monitoring at all times on an ongoing basis. The Service Coordinator will monitor on a quarterly basis to see if the objectives and outcomes are being met.

**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**

Occupational Therapy services may only be funded through the waiver when the services are not covered by the State Plan, Medicare or private insurance. This may be because the State Plan, Medicare or private insurance limitations have been reached, or the service is not covered under the State Plan, Medicare or private insurance. This waiver service is only provided to individuals age 21 and over.  All medically necessary Occupational Therapy services for children under age 21 are covered in the State plan pursuant to the EPSDT benefit.


Service Coordinators must seek coverage of services provided under the State Plan, Medicare and/or private insurance plans until the plan limitations have been reached, prior to requesting services in the service plan.
Service is limited to needs determined during the assessment and identified in the participant's service plan.
The most appropriate level of staffing, as determined by the assessment, must be used for a task.
The frequency and duration of this service are based upon the participant's needs as identified and documented in the participant's service plan.

**Service Delivery Method** (check each that applies):

- ☐ **Participant-directed as specified in Appendix E**
- ☐ **Provider managed**

**Specify whether the service may be provided by** (check each that applies)**:**

- ☐ **Legally Responsible Person**
- ☐ **Relative**
- ☐ **Legal Guardian**

**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Agency | Out-Patient or Community-Based Rehabilitation Agency |
| Agency | Home Health Agency |
| Individual | Occupational Therapist |

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Extended State Plan Service**
**Service Name: Occupational Therapy Services**

**Provider  Category:**
Agency ☐
**Provider Type:**
Out-Patient  or Community-Based Rehabilitation Agency
**Provider Qualifications**
  **License** (specify):
  Licensed by the PA Department of Health, per 28 PA Code
  **Certificate** (specify):
  Certification as required by 42CFR Part 485
  **Other Standard** (specify):
  Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
  Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
  Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania;
  Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
  Have Commercial General Liability insurance; and
  Ensure that employees have been trained to meet the unique needs of the participant, for example, communication, mobility and behavioral needs.
  Individuals working for agencies must meet the following standards:
  Be at least 18 years of age;
  Comply with all Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
  Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs;
  Must hold an appropriate active license in the State of Pennsylvania;
  Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;
  Have a child abuse clearance (as per 23 PA C.S. Chapter 63); and

Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service.

**Verification of Provider Qualifications**

**Entity Responsible for Verification:**
OLTL/PA Department of Health

**Frequency of Verification:**
At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Extended State Plan Service**
**Service Name: Occupational Therapy Services**

**Provider Category:**
Agency ☐

**Provider Type:**
Home Health Agency

**Provider Qualifications**

**License** *(specify):*
Licensed by the PA Department of Health, per 28 PA Code, Part IV, Health Facilities, Subpart G. Chapter 601 and Subpart A. Chapter 51.

**Certificate** *(specify):*
Certification as required by 42CFR Part 484

**Other Standard** *(specify):*
Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania;
Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
Have Commercial General Liability insurance; and
Ensure that employees have been trained to meet the unique needs of the participant, for example, communication, mobility and behavioral needs.
Individuals working for agencies must meet the following standards:
Be at least 18 years of age;
Comply with all Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs;
Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;
Have a child abuse clearance (as per 23 PA C.S. Chapter 63);
Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service; and
Successfully completed a State-established or other training program that meets the requirements of Sec. 484.36(a) and a competency evaluation program or State licensure program that meets the requirements of Sec. 484.36 (b) or (e), or a competency evaluation program or State licensure program that meets the requirements of Sec. 484.36 (b) or (e).

**Verification of Provider Qualifications**

**Entity Responsible for Verification:**
OLTL/PA Department of Health

**Frequency of Verification:**
At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Extended State Plan Service**
**Service Name: Occupational Therapy Services**

**Provider Category:**
Individual ☐

**Provider Type:**
Occupational Therapist

**Provider Qualifications**

**License** *(specify):*

Licensed under the PA Department of State, per 49 PA Code Chapter 42, including 42.22 pertaining to assistants (Occupational Therapy and Education Licensing Board)

**Certificate** *(specify):*

Certification as required by 42CFR Part 484

**Other Standard** *(specify):*

Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;

Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;

Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service;

Be a resident of Pennsylvania or a state contiguous to Pennsylvania;

Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;

Have Commercial General Liability insurance in accordance with Department policies;

Be at least 18 years of age;

Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs;

Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15; and

Have a child abuse clearance (as per 23 PA C.S. Chapter 63).

**Verification of Provider Qualifications**

**Entity Responsible for Verification:**

OLTL/PA Department of State Occupational Therapy and Education Licensing Board

**Frequency of Verification:**

At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Service Specification

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

**Service Type:**

Extended State Plan Service ☐

**Service Title:**

Physical Therapy Services

**HCBS Taxonomy:**

| Category 1: | Sub-Category 1: |
|---|---|
| 11 Other Health and Therapeutic Services ☐ | 11090 physical therapy ☐ |

| Category 2: | Sub-Category 2: |
|---|---|
| ☐ | ☐ |

| Category 3: | Sub-Category 3: |
|---|---|
| ☐ | ☐ |

| Category 4: | Sub-Category 4: |
|---|---|
| ☐ | ☐ |

**Service Definition** *(Scope):*

Effective October 1, 2016 Physical Therapy Services are a separate and distinct service; they were previously included under the service definition of Home Health Services.

Physical Therapy services are direct services prescribed by a physician, in addition to any services furnished under the State Plan, that assist participants in the acquisition, retention or improvement of skills necessary to enable the participant to integrate more fully into the community and to ensure the health, welfare and safety of the participant.

Physical Therapy services must address an assessed need as documented in the participant's service plan. Training caretakers and developing a home program for caretakers to implement the recommendations of the therapist are included in the provision of

services.  The physician's order to reauthorize the service must be obtained every sixty (60) days for continuation of service.  The therapist is responsible for reporting, to the ordering physician and Service Coordinator, changes in the participant's status that take place after the physician's order, but prior to the reauthorization of the service, if the change should result in a change in the level of Physical Therapy services authorized in the service plan.

Physical Therapy can be provided by a licensed physical therapist or physical therapist assistant as prescribed by a physician, and documented in the service plan.  Per the Physical Therapy Practice Act (63 P.S. §1301 et seq.), physical therapy means, "the evaluation and treatment of any person by the utilization of the effective properties of physical measures such as mechanical stimulation, heat, cold, light, air, water, electricity, sound, massage, mobilization, and the use of therapeutic exercises and rehabilitative procedures including training in functional activities, with or without assistive devices, for the purpose of limiting or preventing disability and alleviating or correcting any physical or mental conditions, and the performance of tests and measurements as an aid in diagnosis or evaluation of function."

The service provider must maintain documentation in accordance with Department requirements. The documentation must be available to the Service Coordinator for monitoring at all times on an ongoing basis. The Service Coordinator will monitor on a quarterly basis to see if the objectives and outcomes are being met.

**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**
Physical Therapy services may only be funded through the waiver when the services are not covered by the State Plan, Medicare or private insurance. This may be because the State Plan, Medicare or private insurance limitations have been reached, or the service is not covered under the State Plan, Medicare or private insurance. This waiver service is only provided to individuals age 21 and over.  All medically necessary Physical Therapy services for children under age 21 are covered in the State plan pursuant to the EPSDT benefit.

Service Coordinators must seek coverage of services provided under the State Plan, Medicare and/or private insurance plans until the plan limitations have been reached, prior to requesting services in the service plan.
Service is limited to needs determined during the assessment and identified in the participant's service plan.
The most appropriate level of staffing, as determined by the assessment, must be used for a task.
The frequency and duration of this service are based upon the participant's needs as identified and documented in the participant's service plan.

**Service Delivery Method** (*check each that applies*):

- ☐ **Participant-directed as specified in Appendix E**
- ☐ **Provider managed**

**Specify whether the service may be provided by** (*check each that applies*)**:**

- ☐ **Legally Responsible Person**
- ☐ **Relative**
- ☐ **Legal Guardian**

**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Agency | Out-Patient or Community-Based Rehabilitation Agency |
| Agency | Home Health Agency |
| Individual | Physical Therapist |

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Extended State Plan Service**
**Service Name: Physical Therapy Services**

**Provider Category:**
Agency ☐

**Provider Type:**
Out-Patient or Community-Based Rehabilitation Agency

**Provider Qualifications**
  **License** (*specify*):
  Licensed by the PA Department of Health, per 28 PA Code
  **Certificate** (*specify*):
  Certification as required by 42CFR Part 485
  **Other Standard** (*specify*):
  Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
  Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
  Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania;
  Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;

Have Commercial General Liability insurance; and

Ensure that employees have been trained to meet the unique needs of the participant, for example, communication, mobility and behavioral needs.

Individuals working for agencies must meet the following standards:

Be at least 18 years of age;

Comply with all Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;

Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs;

Must hold an appropriate active license in the State of Pennsylvania;

Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;

Have a child abuse clearance (as per 23 PA C.S. Chapter 63); and

Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service.

**Verification of Provider Qualifications**
   **Entity Responsible for Verification:**
   OLTL/PA Department of Health
   **Frequency of Verification:**
   At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Extended State Plan Service**
**Service Name: Physical Therapy Services**

**Provider Category:**

Agency ☐

**Provider Type:**
Home Health Agency

**Provider Qualifications**
   **License** *(specify):*
   Licensed by the PA Department of Health, per 28 PA Code, Part IV, Health Facilities, Subpart G. Chapter 601 and Subpart A. Chapter 51.
   **Certificate** *(specify):*
   Certification as required by 42CFR Part 484
   **Other Standard** *(specify):*
   Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
   Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
   Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania;
   Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
   Have Commercial General Liability insurance; and
   Ensure that employees have been trained to meet the unique needs of the participant, for example, communication, mobility and behavioral needs.
   Individuals working for agencies must meet the following standards:
   Be at least 18 years of age;
   Comply with all Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
   Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs;
   Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;
   Have a child abuse clearance (as per 23 PA C.S. Chapter 63);
   Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service; and
   Successfully completed a State-established or other training program that meets the requirements of Sec. 484.36(a) and a competency evaluation program or State licensure program that meets the requirements of Sec. 484.36 (b) or (e), or a competency evaluation program or State licensure program that meets the requirements of Sec. 484.36 (b) or (e).

**Verification of Provider Qualifications**
   **Entity Responsible for Verification:**
   OLTL/PA Department of Health
   **Frequency of Verification:**
   At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

**C-1/C-3: Provider Specifications for Service**

---

**Service Type: Extended State Plan Service**
**Service Name: Physical Therapy Services**

---

**Provider Category:**

Individual ☐

**Provider Type:**

Physical Therapist

**Provider Qualifications**

**License** *(specify):*

Licensed under PA Department of State, per 49 PA Code Chapter 40, including 40.53 pertaining to delegation of duties and use of assistants (Physical Therapy Licensing Board

**Certificate** *(specify):*

Certification as required by 42CFR Part 484

**Other Standard** *(specify):*

Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;

Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;

Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service;

Be a resident of Pennsylvania or a state contiguous to Pennsylvania;

Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;

Have Commercial General Liability insurance in accordance with Department policies;

Be at least 18 years of age;

Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs;

Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15; and

Have a child abuse clearance (as per 23 PA C.S. Chapter 63).

**Verification of Provider Qualifications**

**Entity Responsible for Verification:**

OLTL/PA Department of State Physical Therapy Licensing Board

**Frequency of Verification:**

At least every two (2) years and more frequently when deemed necessary by the Department

**Appendix C: Participant Services**

**C-1/C-3: Service Specification**

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

**Service Type:**

Extended State Plan Service ☐

**Service Title:**

Specialized Medical Equipment and Supplies

**HCBS Taxonomy:**

**Category 1:**                                          **Sub-Category 1:**

14 Equipment, Technology, and Modifications ☐          14031 equipment and technology ☐

**Category 2:**                                          **Sub-Category 2:**

14 Equipment, Technology, and Modifications ☐          14032  supplies ☐

**Category 3:**                                          **Sub-Category 3:**

☐                                                        ☐

**Category 4:**                                          **Sub-Category 4:**

**Service Definition** *(Scope):*
Specialized Medical Equipment and Supplies are services or items that provide direct medical or remedial benefit to the participant and are directly related to a participant's disability. These services or items are necessary to ensure health, welfare and safety of the participant and enable the participant to function in the home and community with greater independence. This service is intended to enable participants to increase, maintain, or improve their ability to perform activities of daily living. Specialized Medical Equipment and Supplies are specified in the participant's service plan and determined necessary in accordance with the participant's assessment.

Specialized Medical Equipment and Supplies includes:
• Devices, controls or appliances, specified in the service plan, that enable participants to increase, maintain or improve their ability to perform activities of daily living.
• Equipment repair and maintenance, unless covered by the manufacturer warrantyItems that exceed the limits set for Medicaid State plan covered services
• Rental Equipment. In certain circumstances, needs for equipment or supplies may be time-limited. The Service Coordinator must initially verify that the rental costs cannot be covered by the State Plan. If the State Plan does not cover the rental for the particular piece of equipment needed, then the cost of the rental can be funded through Specialized Medical Equipment and Supplies
Non-Covered Items:
• All prescription and over-the-counter medications, compounds and solutions (except wipes and barrier cream)
• Items covered under third party payer liability
• Items that do not provide direct medical or remedial benefit to the participant and/or are not directly related to a participant's disability
• Food, food supplements, food substitutes (including formulas), and thickening agents;
• Eyeglasses, frames, and lenses;
• Dentures
• Hearing Aids
• Any item labeled as experimental that has been denied by Medicare and/or Medicaid
• Recreational or exercise equipment and adaptive devices for such
All items shall meet applicable standards of manufacture, design and installation.
If the participant receives Speech, Occupational, or Physical Therapy or Behavior Support services that may relate to, or are impacted by, the use of the Specialized Medical Equipment and Supplies, the Specialized Medical Equipment and Supplies must be consistent with the participant's behavior support plan or Speech, Occupational or Physical Therapy service.
**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**
Specialized Medical Equipment and Supplies may only be funded through the waiver when the services are not covered by the State Plan, EPSDT or a responsible third-party, such as Medicare or private insurance. Service Coordinators must assure that coverage of services provided under the State Plan, EPSDT or a responsible third-party continues until the State Plan limitations have been reached or a determination of non-coverage has been established prior to this service's inclusion in the service plan. Documentation in accordance with Department requirements must be maintained in the participant's file by the Service Coordinator and updated with each reauthorization, as applicable. This waiver service is only provided to individuals age 21 and over. All medically necessary Specialized Medical Equipment services for children under age 21 are covered in the State plan pursuant to the EPSDT benefit.

This service does not include, but requires, an independent evaluation and a physician's prescription. The independent evaluation may be conducted by an occupational therapist; a speech, hearing or language therapist; or physical therapist meeting all applicable Department standards, including regulations, policies and procedures relating to provider qualifications. Such assessments may be covered through one of the following services offered through the waiver; Physical Therapy, Occupational Therapy, or Speech Therapy, or the State Plan as appropriate.

Specialized Medical Equipment and Supplies exclude Assistive Technology.

Except as permitted in accordance with requirements contained in Department guidance, policy and regulations, this service may not be provided on the same day and at the same time as services that contain elements integral to the delivery of this service.

**Service Delivery Method** *(check each that applies)*:

    ☐ **Participant-directed as specified in Appendix E**
    ☐ **Provider managed**

**Specify whether the service may be provided by** *(check each that applies)*:

    ☐ **Legally Responsible Person**
    ☐ **Relative**
    ☐ **Legal Guardian**
**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Agency | Pharmacy |
| Agency | Durable Medical Equipment |

## Appendix C: Participant Services

## C-1/C-3: Provider Specifications for Service

---

**Service Type: Extended State Plan Service**
**Service Name: Specialized Medical Equipment and Supplies**

---

**Provider Category:**

Agency ☐

**Provider Type:**
Pharmacy

**Provider Qualifications**

**License** *(specify):*
Permit to conduct a pharmacy, under 49 PA Code, Part I, Subpart A. Chapter 27

**Certificate** *(specify):*
Drug and Device Registration with the PA Department of Health as required by the Controlled Substance, Drug, Device and Cosmetic Act and 28 PA Code Chapter 25

**Other Standard** *(specify):*
• Comply with 55 PA Code 1101 and have a waiver provider agreement
• Comply with Department standards, including regulations, policies and procedures relating to provider qualifications
• Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies
• Have Commercial General Liability insurance
• Ensure that employees (direct, contracted or in a consulting capacity) have been trained to meet the unique needs of the participant; for example, communication, mobility and behavioral needs
• Meet State regulations under 55 PA Code 1123 regarding participation for medical supplies
Individuals working for or contracted with agencies must meet the following standards:
• Be at least 18 years of age
• Comply with all Department standards including regulations, policies and procedures related to provider qualifications
• Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs
• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15
• Have a child abuse clearance (as per 23 PA C.S. Chapter 63)
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service

**Verification of Provider Qualifications**
**Entity Responsible for Verification:**
OLTL/PA Department of State
**Frequency of Verification:**
At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

## C-1/C-3: Provider Specifications for Service

---

**Service Type: Extended State Plan Service**
**Service Name: Specialized Medical Equipment and Supplies**

---

**Provider Category:**

Agency ☐

**Provider Type:**
Durable Medical Equipment

**Provider Qualifications**

**License** *(specify):*
N/A

**Certificate** *(specify):*
Drug and Device Registration with the PA Department of Health as required by the Controlled Substance, Drug, Device and Cosmetic Act and 28 PA Code Chapter 25

**Other Standard** *(specify):*
• Comply with 55 PA Code 1101 and have a waiver provider agreement
• Comply with Department standards, including regulations, policies and procedures relating to provider qualifications
• Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies
• Have Commercial General Liability insurance
• Ensure that employees (direct, contracted or in a consulting capacity) have been trained to meet the unique needs of the participant; for example, communication, mobility and behavioral needs
• Meet enrolled provider participation requirements as described in Chapter 1101 Medical Assistance Provider participation requirement
• Meet State regulations under 55 PA Code 1123 regarding participation for medical supplies
Individuals working for or contracted with agencies must meet the following standards:

- Be at least 18 years of age
- Comply with Department standards, including regulations, policies and procedures relating to provider qualifications
- Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility, and behavioral needs
- Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15
- Have a child abuse clearance (as per 23 PA C.S. Chapter 63)
- Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service

**Verification of Provider Qualifications**
**Entity Responsible for Verification:**
OLTL
**Frequency of Verification:**
At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Service Specification

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

**Service Type:**
Extended State Plan Service

**Service Title:**
Speech and Language Therapy Services

**HCBS Taxonomy:**

| Category 1: | Sub-Category 1: |
|---|---|
| 11 Other Health and Therapeutic Services | 11100 speech, hearing, and language therapy |

| Category 2: | Sub-Category 2: |
|---|---|
| | |

| Category 3: | Sub-Category 3: |
|---|---|
| | |

| Category 4: | Sub-Category 4: |
|---|---|
| | |

**Service Definition** *(Scope):*
Effective October 1, 2016, Speech and Language Therapy Services are a separate and distinct service; they were previously included under the service definition of Home Health Services.

Speech and Language Therapy services are direct services prescribed by a physician, in addition to any services furnished under the State Plan, that assist participants in the acquisition, retention or improvement of skills necessary to enable the participant to integrate more fully into the community and to ensure the health, welfare and safety of the participant.
Speech and Language Therapy Services must address an assessed need as documented in the participant's service plan. Training caretakers and development of a home program for caretakers to implement the recommendations of the therapist are included in the provision of Speech and Language Therapy services. The physician's order to reauthorize the service must be obtained every sixty (60) days for continuation of service. The therapist is responsible for reporting, to the ordering physician and Service Coordinator, changes in the participant's status that take place after the physician's order, but prior to the reauthorization of the service, if the change should result in a change in the level of Speech and Language Therapy services authorized in the service plan.

Speech and Language Therapy services are provided by a licensed American Speech Language Hearing Associate or certified speech-language pathologist in accordance with applicable State standards including the evaluation, counseling, habilitation and rehabilitation of individuals whose communicative disorders involve the functioning of speech, voice or language, including the prevention, identification, examination, diagnosis and treatment of conditions of the human speech language system. Speech and Language Therapy services also include the examination for, and adapting and use of augmentative and alternative communication strategies.

The service provider must maintain documentation in accordance with Department requirements. The documentation must be available to the Service Coordinator for monitoring at all times on an ongoing basis. The Service Coordinator will monitor on a quarterly basis to see if the objectives and outcomes are being met.

**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**

Speech and Language Therapy services may only be funded through the waiver when the services are not covered by the State Plan, Medicare or private insurance.  This may be because the State Plan, Medicare or private insurance limitations have been reached, or the service is not covered under the State Plan, Medicare or private insurance. This waiver service is only provided to individuals age 21 and over.  All medically necessary Speech and Language Therapy services for children under age 21 are covered in the State plan pursuant to the EPSDT benefit.


Service Coordinators must seek coverage of services provided under the State Plan, Medicare and/or private insurance plans until the plan limitations have been reached, prior to requesting services in the service plan.
Service is limited to needs determined during the assessment and identified in the participant's service plan.
The most appropriate level of staffing, as determined by the assessment, must be used for a task.
The frequency and duration of this service are based upon the participant's needs as identified and documented in the participant's service plan.

**Service Delivery Method** (check each that applies):

☐ **Participant-directed as specified in Appendix E**
☐ **Provider managed**

**Specify whether the service may be provided by** (check each that applies):

☐ **Legally Responsible Person**
☐ **Relative**
☐ **Legal Guardian**

**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Individual | Speech Therapist |
| Agency | Home Health Agency |
| Agency | Out-Patient or Community-Based Rehabilitation Agency |

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Extended State Plan Service**
**Service Name: Speech and Language Therapy Services**

**Provider Category:**
Individual ☐
**Provider Type:**
Speech Therapist
**Provider Qualifications**
  **License** (specify):
  Licensed under the PA Department of State, per 49 PA Code Chapter 45 (Language and Hearing Examiner's Board)
  **Certificate** (specify):
  Certification as required by 42CFR Part 484
  **Other Standard** (specify):
  Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
  Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
  Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service;
  Be a resident of Pennsylvania or a state contiguous to Pennsylvania;
  Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
  Have Commercial General Liability insurance in accordance with Department policies;
  Be at least 18 years of age;
  Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs;
  Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15; and
  Have a child abuse clearance (as per 23 PA C.S. Chapter 63).
**Verification of Provider Qualifications**
  **Entity Responsible for Verification:**
  OLTL/PA Department of State Language and Hearing Examiner's Board
  **Frequency of Verification:**

At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Extended State Plan Service**
**Service Name: Speech and Language Therapy Services**

**Provider Category:**

Agency ☐

**Provider Type:**
Home Health Agency

**Provider Qualifications**

**License** *(specify):*
Licensed by the PA Department of Health, per 28 PA Code, Part IV, Health Facilities, Subpart G. Chapter 601 and Subpart A. Chapter 51.

**Certificate** *(specify):*
Certification as required by 42CFR Part 484

**Other Standard** *(specify):*
Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania;
Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
Have Commercial General Liability insurance; and
Ensure that employees have been trained to meet the unique needs of the participant, for example, communication, mobility and behavioral needs.
Individuals working for agencies must meet the following standards:
Be at least 18 years of age;
Comply with all Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs;
Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;
Have a child abuse clearance (as per 23 PA C.S. Chapter 63);
Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service; and
Successfully completed a State-established or other training program that meets the requirements of Sec. 484.36(a) and a competency evaluation program or State licensure program that meets the requirements of Sec. 484.36 (b) or (e), or a competency evaluation program or State licensure program that meets the requirements of Sec. 484.36 (b) or (e).

**Verification of Provider Qualifications**

**Entity Responsible for Verification:**
OLTL/PA Department of Health

**Frequency of Verification:**
At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Extended State Plan Service**
**Service Name: Speech and Language Therapy Services**

**Provider Category:**

Agency ☐

**Provider Type:**
Out-Patient or Community-Based Rehabilitation Agency

**Provider Qualifications**

**License** *(specify):*
Licensed by the PA Department of Health, per 28 PA Code

**Certificate** *(specify):*
Certification as required by 42CFR Part 485

**Other Standard** *(specify):*
Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;

Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania;

Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;

Have Commercial General Liability insurance; and

Ensure that employees have been trained to meet the unique needs of the participant, for example, communication, mobility and behavioral needs.

Individuals working for agencies must meet the following standards:

Be at least 18 years of age;

Comply with all Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;

Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs;

Must hold an appropriate active license in the State of Pennsylvania;

Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;

Have a child abuse clearance (as per 23 PA C.S. Chapter 63); and

Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service.

**Verification of Provider Qualifications**
    **Entity Responsible for Verification:**
    OLTL/PA Department of Health
    **Frequency of Verification:**
    At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Service Specification

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

**Service Type:**

Other Service ☐

As provided in 42 CFR §440.180(b)(9), the State requests the authority to provide the following additional service not specified in statute.

**Service Title:**

Assistive Technology

**HCBS Taxonomy:**

| **Category 1:** | **Sub-Category 1:** |
|---|---|
| 14 Equipment, Technology, and Modifications ☐ | 14031 equipment and technology ☐ |

| **Category 2:** | **Sub-Category 2:** |
|---|---|
| | ☐ |

| **Category 3:** | **Sub-Category 3:** |
|---|---|
| | ☐ |

| **Category 4:** | **Sub-Category 4:** |
|---|---|
| | ☐ |

**Service Definition** *(Scope):*

Assistive Technology service is an item, piece of equipment or product system — whether acquired commercially, modified or customized — that is needed by the participant, as specified in the participant's individual service plan (ISP) and determined necessary in accordance with the participant's assessment. The service is intended to ensure the health, welfare and safety of the participant and to increase, maintain or improve a participant's functioning in communication, self-help, self-direction, life supports or adaptive capabilities. Assistive Technology includes supports to a participant in the selection, acquisition or use of an Assistive Technology device. Training to utilize adaptations, modifications and devices is included in the purchase, as applicable. Independent evaluations conducted by a certified professional, not otherwise covered under the State Plan or other waiver services, may be reimbursed as a part of this service.

Assistive Technology is limited to:

• Services consisting of purchasing, leasing or otherwise providing for the acquisition of Assistive Technology devices for participants

• Services consisting of selecting, designing, fitting, customizing, adapting, applying, maintaining, repairing or replacing Assistive

Technology devices. Repairs are covered when it is more cost effective than purchasing a new device
• Electronic systems that enable someone with limited mobility to control various appliances, lights, telephone, doors and security systems in their room, home or other surroundings
• Training or technical assistance for the participant, paid caregiver and unpaid caregiver
• An independent evaluation of the Assistive Technology needs of a participant. This includes a functional evaluation of the Assistive Technology needs and appropriate services for the participant in his/her customary environment
• Extended warranties
• Ancillary supplies, software and equipment necessary for the proper functioning of Assistive Technology devices, such as replacement batteries and materials necessary to adapt low-tech devices. This includes applications for electronic devices that assist participants with a need identified through the evaluation described below
All items shall meet the applicable standards of manufacture, design and installation.
If the participant receives Speech, Occupational or Physical Therapy or Behavior Support services that may relate to, or are impacted by, the use of the Assistive Technology, the Assistive Technology must be consistent with the participant's behavior support plan or Speech, Occupational or Physical Therapy service.

The provision of this service may be facilitated by an OHCDS as described in Appendix I.3.g.ii.
**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**
Assistive Technology services may only be funded through the waiver when the services are not covered by the State Plan, EPSDT or a responsible third-party, such as Medicare or private insurance. Supports Coordinators must assure that coverage of services provided under the State Plan, EPSDT or a responsible third-party continues until the State Plan limitations have been reached or a determination of non-coverage has been established prior to this service's inclusion in the service plan. Documentation in accordance with Department requirements must be maintained in the participant's file by the Service Coordinator and updated with each reauthorization, as applicable. This waiver service is only provided to individuals age 21 and over.  All medically necessary Assistive Technology services for children under age 21 are covered in the State plan pursuant to the EPSDT benefit.

This service excludes those items that are not of direct medical or remedial benefit to the participant. Assistive Technology devices must be recommended by an independent evaluation or physician's prescription. They will only be approved by the OLTL when an independent evaluation specifies that the item is primarily used for a participant's specific therapeutic purpose and serves as a less costly alternative than other suitable devices and alternative methods.
The following are specifically excluded from this service definition
• Recreational items
• Items that do not provide direct remedial benefit or improve the participant's ability to communicate with others
Depending on the type of technology, and in accordance with their scopes of practice and expertise, the independent evaluation may be conducted by an occupational therapist; a speech, hearing or language therapist; physical therapist; or other certified professional meeting all applicable Department standards, including regulations, policies and procedures relating to provider qualifications. Independent evaluations conducted by a certified professional as defined in the provider qualifications for this service, not otherwise covered under the State Plan or other waiver services, may be reimbursed as a part of this service.
Except as permitted in accordance with requirements contained in Department guidance, policy and regulations, this service may not be provided on the same day and at the same time as services that contain elements integral to the delivery of this service..
This service does not include TeleCare services. Data plans are excluded from coverage.

**Service Delivery Method** (*check each that applies*)*:*

☐ **Participant-directed as specified in Appendix E**
☐ **Provider managed**

**Specify whether the service may be provided by** (*check each that applies*)**:**

☐ **Legally Responsible Person**
☐ **Relative**
☐ **Legal Guardian**

**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Agency | Durable Medical Equipment |
| Individual | Contractor |

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

| | |
|---|---|
| **Service Type: Other Service** | |
| **Service Name: Assistive Technology** | |

**Provider  Category:**
Agency ☐
**Provider Type:**
Durable Medical Equipment

**Provider Qualifications**

**License** *(specify):*
N/A

**Certificate** *(specify):*
Drug and Device Registration with the PA Dept of Health as required by the Controlled Substance, Drug, Device and Cosmetic Act and 28 PA Code Chapter 25.

**Other Standard** *(specify):*
• Comply with 55 PA Code 1101 and have a waiver provider agreement
• Comply with Department standards, including regulations, policies and procedures relating to provider qualifications
• Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies
• Have Commercial General Liability insurance
• Ensure that employees (direct, contracted or in a consulting capacity) have been trained to meet the unique needs of the participant; for example, communication, mobility and behavioral needs
• Meet enrolled provider participation requirements as described in Chapter 1101 Medical Assistance Provider participation requirement
• Meet State regulations under 55 PA Code 1123 regarding participation for medical supplies
• Assessment performed by a Certified Assistive Technology Professional with certification in good standing. Assistive Technology Professional must be a graduate of a Department approved Rehabilitative Sciences program that is Certified by RESNA, the Rehabilitation Engineering and Assistive Technology Society of North America; or a Rehabilitative Sciences degree with at least one year in evaluation and assessment of assistive technology needs for individuals with disabilities.

Individuals working for or contracted with agencies must meet the following standards:
• Be at least 18 years of age
• Comply with all Department standards including regulations, policies and procedures related to provider qualifications
• Assessment performed by a Certified Assistive Technology Professional with certification in good standing. Assistive Technology Professional must be a graduate of a Department approved Rehabilitative Sciences program that is Certified by RESNA, the Rehabilitation Engineering and Assistive Technology Society of North America; or a Rehabilitative Sciences degree with at least one year in evaluation and assessment of assistive technology needs for individuals with disabilities.
• Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs
• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15
• Have a child abuse clearance (as per 23 PA C.S. Chapter 63)
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service

**Verification of Provider Qualifications**
**Entity Responsible for Verification:**
OHCDS or OLTL
**Frequency of Verification:**
OHCDS - Upon purchase
OLTL - At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Assistive Technology**

**Provider Category:**
Individual ☐

**Provider Type:**
Contractor

**Provider Qualifications**

**License** *(specify):*
N/A

**Certificate** *(specify):*
N/A

**Other Standard** *(specify):*
• Comply with 55 PA Code 1101 and have a waiver provider agreement
• Comply with Department standards, including regulations, policies and procedures relating to provider qualifications
• Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service
• Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania (A company that the provider secures the item(s) from can be located anywhere)
• Adhere to all applicable local and State codes
• Have Commercial General Liability Insurance
• Have Workers Compensation Insurance, in accordance with State statute

Verification of Provider Qualifications
**Entity Responsible for Verification:**
OHCDS
**Frequency of Verification:**
Upon purchase

## Appendix C: Participant Services

### C-1/C-3: Service Specification

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).
**Service Type:**
Other Service ☐

As provided in 42 CFR §440.180(b)(9), the State requests the authority to provide the following additional service not specified in statute.
**Service Title:**
Benefits Counseling

**HCBS Taxonomy:**

| Category 1: | Sub-Category 1: |
|---|---|
| 17 Other Services ☐ | 17990 other ☐ |

| Category 2: | Sub-Category 2: |
|---|---|
| ☐ | ☐ |

| Category 3: | Sub-Category 3: |
|---|---|
| ☐ | ☐ |

| Category 4: | Sub-Category 4: |
|---|---|
| ☐ | ☐ |

**Service Definition** *(Scope):*
Benefits Counseling will be available in the waiver effective October 1, 2016.

Benefits Counseling is a service designed to inform, and answer questions from, a participant about competitive integrated employment and how and whether it will result in increased economic self-sufficiency and/or net financial benefit through the use of various work incentives. This service provides an accurate, individualized assessment. The service provides information to the individual regarding the full array of available work incentives for essential benefit programs including SSI, SSDI, Medicaid, Medicare, housing subsidies, food stamps, etc.

The service also will provide information and education to the participant regarding income reporting requirements for public benefit programs, including the Social Security Administration.

Benefits counseling provides work incentives counseling and planning services to persons actively considering or seeking competitive integrated employment or career advancement.

Services must be provided in a manner that supports the person's communication style and needs. Benefits

Counseling services are paid for in a 15-minute unit of service and limited in the following ways:
a. Initial Benefits Counseling for someone actively considering or seeking individualized integrated employment or self-employment, or career advancement in these types of employment: up to twenty (20) hours. This service may be authorized no more than once every two (2) years (with a minimum of two 365-day intervals between services).
b. Supplementary Benefits Counseling for a participant evaluating a job offer/promotion or self-employment opportunity: up to an additional six (6) hours.
c. Problem-Solving services for a participant to maintain competitive integrated employment: up to eight (8) hours per situation. This service may be authorized up to four (4) times per year if necessary for the individual to maintain individualized integrated employment or self-employment.
**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**

Benefits Counseling may not be rendered under the waiver to a participant under a program funded by either the Rehabilitation Act of 1973 as amended or the Individuals with Disabilities Education Act (IDEA) or any other small business development resource available to the participant.  Initial Benefits Counseling may only be provided if it is documented in the service plan that Benefits Counseling services provided by a Certified Work Incentives Counselor through a Pennsylvania-based federal Work Incentives Planning and Assistance (WIPA) program were sought and it was determined that such services were not available either because of ineligibility or because of wait lists that would result in services not being available within 30 calendar days.

Documentation in accordance with Department requirements must be maintained in the file by the Service Coordinator and updated with each reauthorization to satisfy the State assurance that the service is not otherwise available to the participant under other federal programs.

Except as permitted in accordance with requirements contained in Department guidance, policy and regulations, this service may not be provided on the same day and at the same time as services that contain elements integral to the delivery of this service.

**Service Delivery Method** *(check each that applies)*:

- [ ] **Participant-directed as specified in Appendix E**
- [ ] **Provider managed**

**Specify whether the service may be provided by** *(check each that applies)*:

- [ ] **Legally Responsible Person**
- [ ] **Relative**
- [ ] **Legal Guardian**

**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Agency | Benefits Counseling Agency |
| Individual | Benefits Counselor |

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Benefits Counseling**

**Provider  Category:**
Agency [ ]
**Provider Type:**
Benefits Counseling Agency
**Provider Qualifications**
**License** *(specify):*

**Certificate** *(specify):*
Current State motor vehicle registration is required for all vehicles owned, leased and/or hired and used as a component of this service
**Other Standard** *(specify):*
• Comply with 55 PA Code 1101 and have a waiver provider agreement
• Comply with Department standards, including regulations, policies and procedures relating to provider qualifications
• Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service
• Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies
• Have Commercial General Liability insurance
• Ensure that employees (direct, contracted or in a consulting capacity) have been trained to meet the unique needs of the participant; for example, communication, mobility and behavioral needs
Individuals working for or contracted with agencies must meet the following standards:
• Be at least 18 years of age
• Comply with all Department standards regarding regulations, policies and procedures related to provider qualifications
• Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs
• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service

Individuals working directly with the participant to provide Benefits Counseling services shall hold the following:

- A Certified Work Incentives Counselor certification that is accepted by the Social Security Administration for its Work Incentives Planning and Assistance program.

**Verification of Provider Qualifications**

**Entity Responsible for Verification:**
OLTL

**Frequency of Verification:**
At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Benefits Counseling**

**Provider Category:**
Individual ☐

**Provider Type:**
Benefits Counselor

**Provider Qualifications**

**License** (specify):

**Certificate** (specify):
Current State motor vehicle registration is required for all vehicles owned, leased and/or hired and used as a component of this service

A Certified Work Incentives Counselor certification that is accepted by the Social Security Administration for its Work Incentives Planning and Assistance program.

**Other Standard** (specify):
• Comply with 55 PA Code 1101 and have a waiver provider agreement
• Comply with Department standards, including regulations, policies and procedures relating to provider qualifications
• Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service
• Be a resident of Pennsylvania or a state contiguous to Pennsylvania
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies
• Have Commercial General Liability insurance in accordance with Department policies
• Be at least 18 years of age
• Have a bachelor's degree and 1 year of documented related experience, or
• Have an associate's degree and 2 years of documented related experience, or
• Have a high school diploma or GED and at least 3 years of documented related experience
• Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs
• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15

**Verification of Provider Qualifications**

**Entity Responsible for Verification:**
OLTL

**Frequency of Verification:**
At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Service Specification

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

**Service Type:**
Other Service ☐

As provided in 42 CFR §440.180(b)(9), the State requests the authority to provide the following additional service not specified in statute.

**Service Title:**
Career Assessment

**HCBS Taxonomy:**

| Category 1: | Sub-Category 1: |
|---|---|
| 17 Other Services ☐ | 17990 other ☐ |

| Category 2: | Sub-Category 2: |
|---|---|
| ☐ | ☐ |

| Category 3: | Sub-Category 3: |
|---|---|
| ☐ | ☐ |

| Category 4: | Sub-Category 4: |
|---|---|
| ☐ | ☐ |

**Service Definition** *(Scope):*

Career Assessment Services are available in the waiver effective October 1, 2016.

Career Assessment is an individualized employment assessment used to assist in the identification of potential career options based upon the interests and strengths of the participant. Career Assessment services are necessary, as specified in the service plan, to support the participant to live and work successfully in home and community-based settings, enable the participant to integrate more fully into the community and ensure the health, welfare and safety of the participant.

Competitive and integrated employment, including self-employment, shall be considered the first option when serving persons with disabilities who are of working age.
Career Assessment is an individualized employment assessment that includes:
• Conducting a review of the participant's work and volunteer history, interests and skills, which may include information gathering or interviewing
• Conducting situational assessments to assess the participant's interest and aptitude in a particular type of job
• Identifying types of jobs in the community that match the participant's interests, strengths and skills
• Developing a Career Assessment Report that specifies recommendations regarding the participant's needs, interests, strengths, and characteristics of potential work environments. The Career Assessment Report must also specify training or skills development necessary to achieve the participant's employment or career goals, that could be addressed by other waiver services in the participant's service plan

This service includes Discovery for individuals who due to the impact of their disability, their skills, preferences, and potential contributions cannot be best captured through traditional, standardized means, such as functional task assessments, situational assessments, and/or traditional normative assessments which compare the individual to others or arbitrary standards of performance and/or behavior. Discovery involves a comprehensive analysis of the person in relation to following:
o Strongest interests toward one or more specific aspects of the labor market;
o Skills, strengths and other contributions likely to be valuable to employers or valuable to the community if offered through self-employment;
o Conditions necessary for successful employment or self-employment.

Discovery includes the following activities: observation of person in familiar places and activities, interviews with family, friends and others who know the person well, observation of the person in an unfamiliar place and activity, identification of the person's strong interests and existing strengths and skills that are transferable to individualized integrated employment or self-employment. Discovery also involves identification of conditions for success based on experience shared by the person and others who know the person well, and observation of the person during the Discovery process. The information developed through Discovery allows for activities of typical life to be translated into possibilities for individualized integrated employment or self-employment.

The service also includes transportation as an integral component, such as transportation to a situational assessment during the delivery of Career Assessment.

Services must be delivered in a manner that supports the participant's communication needs including, but not limited to, age appropriate communication, translation services for participants that are of limited-English proficiency or who have other communication needs requiring translation, assistance with the provider's understanding and use of communication devices used by the participant.

If the participant receives Behavior Therapy services, this service includes implementation of the behavior support plan and, if necessary, the crisis support plan. The service includes collecting and recording the data necessary to support the review of the service plan, the behavior support plan and the crisis support plan, as appropriate.

Results of Career Assessment needs to be documented and incorporated into the participant's service plan and shared, as appropriate.

Career Assessment is provided on a 1:1 client to staff ratio.
**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**

Career Assessment services may not be rendered under the waiver to a participant under a program funded by either the Rehabilitation Act of 1973 as amended or the Individuals with Disabilities Education Act (IDEA) or any other small business development resource available to the participant. This means that Career Assessment services may only be provided when documentation has been obtained that one of the following has occurred:

1. OVR has closed a case for the participant or has stopped providing services to the participant;
2. The participant was determined ineligible for OVR services; or
3. For anyone eligible for IDEA services, it has been verified that the services are not available in a complete and approved Individualized Education Program (IEP) developed pursuant to IDEA.

Documentation in accordance with Department requirements must be maintained in the file by the Service Coordinator and updated with each reauthorization to satisfy the State assurance that the service is not otherwise available to the participant under other federal programs.

Career Assessment does not include supports to continue paid or volunteer work once it is obtained.

Career Assessment services may only occur once per service plan year; payment will be made in 15-minute units of service.

Except as permitted in accordance with requirements contained in Department guidance, policy and regulations, this service may not be provided on the same day and at the same time as services that contain elements integral to the delivery of this service.

Federal Financial Participation is not claimed for incentive payments, subsidies or unrelated vocational training expenses such as the following:
• Incentive payments made to an employer to encourage or subsidize the employer's participation in Career Assessment services
• Payments that are passed through to users of Career Assessment services

**Service Delivery Method** (check each that applies):

☐ **Participant-directed as specified in Appendix E**
☐ **Provider managed**

**Specify whether the service may be provided by** (check each that applies)**:**

☐ **Legally Responsible Person**
☐ **Relative**
☐ **Legal Guardian**

**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Individual | Career Assessment Provider |
| Agency | Career Assessment Agency |

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Career Assessment**

**Provider Category:**
Individual ☐

**Provider Type:**
Career Assessment Provider

**Provider Qualifications**
**License** (specify):

**Certificate** (specify):
Current State motor vehicle registration is required for all vehicles owned, leased and/or hired and used as a component of this service

**Other Standard** (specify):
• Comply with 55 PA Code 1101 and have a waiver provider agreement
• Comply with Department standards, including regulations, policies and procedures relating to provider qualifications
• Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service
• Be a resident of Pennsylvania or a state contiguous to Pennsylvania
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies

• Have Commercial General Liability insurance in accordance with Department policies
• Be at least 18 years of age
• A master's degree in vocational/career evaluation or another field with a logical relationship to the provision of the service, or
• A bachelor's degree in a field with a logical relationship to the provision of the service and 1 year of documented related experience, and
• One of the following:
- Holds a Certified Employment Support Professional (CESP) credential from the Association of People Supporting Employment First (APSE)
- Has been awarded a Basic Employment Services Certificate of Achievement or a Professional Certificate of Achievement in Employment Services from an Association of Community Rehabilitation Educators (ACRE) organizational member that has ACRE-approved training.
Individuals without certification must be supervised by an individual holding the above certification until certification is achieved.  Certification must be achieved within 18 months of employment.
• Required certification for any assessment/evaluation tools utilized
• Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs
• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15

**Verification of Provider Qualifications**
**Entity Responsible for Verification:**
OLTL
**Frequency of Verification:**
At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Career Assessment**

**Provider Category:**
Agency ☐

**Provider Type:**
Career Assessment Agency
**Provider Qualifications**
**License** *(specify):*

**Certificate** *(specify):*
Current State motor vehicle registration is required for all vehicles owned, leased and/or hired and used as a component of this service
**Other Standard** *(specify):*
• Comply with 55 PA Code 1101 and have a waiver provider agreement
• Comply with Department standards, including regulations, policies and procedures relating to provider qualifications
• Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service
• Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies
• Have Commercial General Liability insurance
• Ensure that employees (direct, contracted or in a consulting capacity) have been trained to meet the unique needs of the participant; for example, communication, mobility and behavioral needs
Individuals working for or contracted with agencies must meet the following standards:
• Be at least 18 years of age
• A master's degree in vocational/career evaluation or another field with a logical relationship to the provision of the service, or
• A bachelor's degree in a field with a logical relationship to the provision of the service and 1 year of documented related experience, and
• One of the following:
- Holds a Certified Employment Support Professional (CESP) credential from the Association of People Supporting Employment First (APSE)
- Has been awarded a Basic Employment Services Certificate of Achievement or a Professional Certificate of Achievement in Employment Services from an Association of Community Rehabilitation Educators (ACRE) organizational member that has ACRE-approved training.
Individuals without certification must be supervised by an individual holding the above certification until certification is achieved.  Certification must be achieved within 18 months of employment.
• Required certification for any assessment/evaluation tools utilized
• Comply with all Department standards including regulations, policies and procedures related to provider qualifications

- Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs
- Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15
- Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service

**Verification of Provider Qualifications**
**Entity Responsible for Verification:**
OLTL
**Frequency of Verification:**
At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Service Specification

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

**Service Type:**

Other Service ☐

As provided in 42 CFR §440.180(b)(9), the State requests the authority to provide the following additional service not specified in statute.

**Service Title:**

Cognitive Rehabilitation Therapy Services

**HCBS Taxonomy:**

| Category 1: | | Sub-Category 1: | |
|---|---|---|---|
| 11 Other Health and Therapeutic Services ☐ | | 11120 cognitive rehabilitative therapy ☐ | |
| **Category 2:** | | **Sub-Category 2:** | |
| ☐ | | ☐ | |
| **Category 3:** | | **Sub-Category 3:** | |
| ☐ | | ☐ | |
| **Category 4:** | | **Sub-Category 4:** | |
| ☐ | | ☐ | |

**Service Definition** *(Scope):*
Effective October 1, 2016 Cognitive Rehabilitation Therapy Services are a separate and distinct service; they were previously included under the service definition of Therapeutic and Counseling Services.

Cognitive Rehabilitation Therapy services are services that assist individuals to improve functioning and independence, are not covered by the Medicaid State Plan, and are necessary to improve the individual's inclusion in their community.  Services are provided by an occupational therapist,
licensed psychologist, licensed social worker, licensed professional counselor, or a home health agency that employs them.  Individuals with a bachelor's or master's degree in communication disorders, counseling, education, psychology, physical therapy, occupational therapy, recreation therapy, social work, or special education who are not licensed or certified may practice under the supervision of a practitioner who is licensed. The service may include assessing the individual, developing a home treatment/support plan, training family members/staff and providing technical assistance to carry out the plan, and monitoring of the individual in the implementation of the plan.  This service may be delivered in the individual's home or in the community as described in the service plan.

Cognitive Rehabilitation Therapy services focus on the attainment/re-attainment of cognitive skills.  The aim of therapy is the enhancement of the participant's functional competence in real-world situations.  The process includes the use of compensatory strategies, and use of cognitive orthotics and prostheses.  Services include consultation, ongoing counseling, and coaching/cueing.

**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**
Cognitive Rehabilitation Therapy services may only be funded through the waiver when the service is not covered by another responsible third party, such as Medicare or private insurance, unless the required expertise and experience specific to the disability is not available through private insurance providers.  This may be because the Medicare or insurance limitations have been reached, or the service is not covered under Medicare or private insurance, or the provider does not have the expertise or experience specific to the disability. This

waiver service is only provided to individuals age 21 and over. All medically necessary Cognitive Rehabilitation Therapy services for children under age 21 are covered in the State Plan pursuant to the EPSDT benefit.

The Service Coordinator is responsible for verifying and documenting in the participant's file that the Medicaid State Plan and private insurance limitations have been exhausted or that the Medicaid State Plan or private insurance provider does not have the expertise or experience specific to the disability prior to funding services through the waiver. Documentation must be maintained in the individual's file by the Service Coordinator. This documentation must be updated annually.

The frequency and duration of this service are based upon the participant's needs as identified and documented in the participant's service plan.

**Service Delivery Method** *(check each that applies)*:

☐ **Participant-directed as specified in Appendix E**
☐ **Provider managed**

**Specify whether the service may be provided by** *(check each that applies)***:**

☐ **Legally Responsible Person**
☐ **Relative**
☐ **Legal Guardian**

**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Individual | Speech and Language Therapist |
| Individual | Licensed Professional Counselor |
| Individual | Licensed Social Worker |
| Individual | Licensed Psychologist |
| Individual | Occupational Therapist |
| Agency | Home Health Agency |

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Cognitive Rehabilitation Therapy Services**

**Provider Category:**
Individual ☐
**Provider Type:**
Speech and Language Therapist
**Provider Qualifications**
**License** *(specify):*
Licensed under the PA Department of State, per 49 PA Code Chapter 45 (Language and Hearing Examiner's Board)
**Certificate** *(specify):*
Certification as required by 42CFR Part 484
**Other Standard** *(specify):*
• Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
• Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service;
• Be a resident of Pennsylvania or a state contiguous to Pennsylvania;
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
• Have Commercial General Liability insurance in accordance with Department policies;
• Be at least 18 years of age;
• Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs;
• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15; and
• Have a child abuse clearance (as per 23 PA C.S. Chapter 63).
**Verification of Provider Qualifications**
**Entity Responsible for Verification:**
OLTL/PA Department of State Language and Hearing Examiner's Board
**Frequency of Verification:**
At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

---

**Service Type: Other Service**
**Service Name: Cognitive Rehabilitation Therapy Services**

---

**Provider Category:**

Individual ☐

**Provider Type:**

Licensed Professional Counselor

**Provider Qualifications**

**License** *(specify):*

Licensed by the State Board of Social Workers, Marriage and Family Therapists and Professional Counselors, per 49 PA. Code Chapter 47, 48 and 49

**Certificate** *(specify):*

**Other Standard** *(specify):*

• Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
• Comply with Department standards, including regulations, policies and procedures relating to provider qualifications;
• Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service;
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service;
• Be a resident of Pennsylvania or a state contiguous to Pennsylvania;
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
• Have Commercial General Liability insurance in accordance with Department policies;
• Be at least 18 years of age;
• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15; and
• Have a child abuse clearance (as per 23 PA C.S. Chapter 63).

**Verification of Provider Qualifications**

**Entity Responsible for Verification:**

OLTL/PA State Board of Social Workers, Marriage and Family Therapists and Professional Counselors

**Frequency of Verification:**

At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

---

**Service Type: Other Service**
**Service Name: Cognitive Rehabilitation Therapy Services**

---

**Provider Category:**

Individual ☐

**Provider Type:**

Licensed Social Worker

**Provider Qualifications**

**License** *(specify):*

Licensed by the State Board of Social Workers, Marriage and Family Therapists and Professional Counselors, per 49 PA. Code Chapter 47, 48 and 49

**Certificate** *(specify):*

**Other Standard** *(specify):*

• Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
• Comply with Department standards, including regulations, policies and procedures relating to provider qualifications;
• Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service;
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service;
• Be a resident of Pennsylvania or a state contiguous to Pennsylvania;
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
• Have Commercial General Liability insurance in accordance with Department policies;
• Be at least 18 years of age;
• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15; and
Have a child abuse clearance (as per 23 PA C.S. Chapter 63).

**Verification of Provider Qualifications**

**Entity Responsible for Verification:**

OLTL/PA State Board of Social Workers, Marriage and Family Therapists and Professional Counselors

**Frequency of Verification:**

At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Cognitive Rehabilitation Therapy Services**

**Provider Category:**

Individual ☐

**Provider Type:**

Licensed Psychologist

**Provider Qualifications**

**License** *(specify):*

Licensed by the State Board of Psychology Professional Psychologists Practice Act, 63 P.S. §§ 1201-1218, per 49 PA Code Chapter 41

**Certificate** *(specify):*

**Other Standard** *(specify):*

• Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
• Comply with Department standards, including regulations, policies and procedures relating to provider qualifications;
• Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service;
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service;
• Be a resident of Pennsylvania or a state contiguous to Pennsylvania;
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
• Have Commercial General Liability insurance in accordance with Department policies;
• Be at least 18 years of age;
• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;
• Have a child abuse clearance (as per 23 PA C.S. Chapter 63); and
• Comply with all Department standards related to provider qualifications.

**Verification of Provider Qualifications**

**Entity Responsible for Verification:**

OLTL/PA State Board of Psychology Professional Psychologists

**Frequency of Verification:**

At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Cognitive Rehabilitation Therapy Services**

**Provider Category:**

Individual ☐

**Provider Type:**

Occupational Therapist

**Provider Qualifications**

**License** *(specify):*

Licensed under the PA Department of State, per 49 PA Code Chapter 42, including 42.22 pertaining to assistants (Occupational Therapy and Education Licensing Board)

**Certificate** *(specify):*

Certification as required by 42CFR Part 484

**Other Standard** *(specify):*

• Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
• Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service;

- Be a resident of Pennsylvania or a state contiguous to Pennsylvania;
- Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
- Have Commercial General Liability insurance in accordance with Department policies;
- Be at least 18 years of age;
- Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs;
- Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15; and
Have a child abuse clearance (as per 23 PA C.S. Chapter 63).

**Verification of Provider Qualifications**
**Entity Responsible for Verification:**
PA Department of State Occupational Therapy and Education Licensing Board
**Frequency of Verification:**
At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services
### C-1/C-3: Provider Specifications for Service

| Service Type: Other Service |
| --- |
| Service Name: Cognitive Rehabilitation Therapy Services |

**Provider Category:**
Agency ☐

**Provider Type:**
Home Health Agency

**Provider Qualifications**
**License** *(specify):*
Licensed by the PA Department of Health, per 28 PA Code, Part IV, Health Facilities, Subpart G. Chapter 601 and Subpart A. Chapter 51

**Certificate** *(specify):*
Certification as required by 42CFR Part 484

**Other Standard** *(specify):*
Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania;
Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
- Have Commercial General Liability Insurance;
- Have Professional Liability Errors and Omissions Insurance;
Ensure that employees have been trained to meet the unique needs of the participant, for example, communication, mobility and behavioral needs; and
Provide staff training pursuant to 55PA Code Chapter 52, Section 52.21.

Individuals working for or contracted with agencies must meet the following standards:
- Be 18 years of age or older;
- Possess basic math, reading and writing skills;
- Complete training or demonstrate competency by passing a competency test as outlined in Section 611.85 under Title 28, Part IV Subpart H of the Health Care Facilities Act;
- Have the required skills to perform services as specified in the participant's service plan;
- Complete any necessary pre/in-service training related to the participant's service plan;
- Agree to carry-out outcomes included in the participant's service plan;
- Possess a valid Social Security number;
- Must pass criminal records check as required in 55PA Code Chapter 52 Section 52.19;
Have a child abuse clearance (as per 23 PA C.S. Chapter 63); and
Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service.

**Verification of Provider Qualifications**
**Entity Responsible for Verification:**
OLTL/PA Department of Health
**Frequency of Verification:**
At least every two (2) years and more frequently when deemed necessary by the Department

Appendix C: Participant Services

## C-1/C-3: Service Specification

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

**Service Type:**

Other Service ☐

As provided in 42 CFR §440.180(b)(9), the State requests the authority to provide the following additional service not specified in statute.

**Service Title:**

Community Integration

**HCBS Taxonomy:**

| **Category 1:** | **Sub-Category 1:** |
|---|---|
| 04 Day Services ☐ | 04070 community integration ☐ |

| **Category 2:** | **Sub-Category 2:** |
|---|---|
| ☐ | ☐ |

| **Category 3:** | **Sub-Category 3:** |
|---|---|
| ☐ | ☐ |

| **Category 4:** | **Sub-Category 4:** |
|---|---|
| ☐ | ☐ |

**Service Definition** *(Scope):*

Community Integration is a short-term, goal-based support service designed to assist participants in acquiring, retaining, and improving self-help, communication, socialization and adaptive skills necessary to reside in the community. Community integration can include cueing and on-site modeling of behavior to assist the participant in developing maximum independent functioning in community living activities.

Community Integration is goal-based and situational to assist individuals in achieving maximum function during life-changing events such as a transition from a nursing facility, moving to a new community or from a parent's home, or a change in condition that requires new skill sets. Services and training must focus on specific skills and be related to the expected outcomes outlined in the participant's service plan.

Community Integration goals must be reviewed and/or updated at least quarterly by the Service Coordinator in conjunction with the participant to assure that expected outcomes are met and the service plan is modified accordingly.

Services must be provided at a 1:1 ratio.

**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**

Community Integration cannot be billed simultaneously with Personal Assistance Services.

Community Integration is reviewed quarterly to determine the progress of how the strategies utilized are affecting the participant's ability to independently complete tasks identified in the ISP. If the individual can complete the task independently, then the goal and CI service should be removed from the ISP. The length of service should not exceed thirteen (13) weeks on new plans.

If the participant has not reached the goal at the end of 13 weeks, then documentation of the justification for continued training on the desired outcome must be incorporated into the ISP at the time of the quarterly review.

If the participant has not reached his/her CI goals by the end of twenty-six (26) weeks, the goals need to change or it is concluded that the individual will not independently complete the goal and the SC must assess for a more appropriate service to meet the individual's need.

Each distinct goal may not remain on the ISP for more than twenty-six (26) weeks.

No more than 32 units per week for one CI goal will be approved in the ISP. If the participant has multiple CI goals, no more than 48 units per week will be approved in the ISP.

OLTL retains the discretion to 1) authorize CI for individuals who have not experienced a "life-changing event"; and 2) authorize more than 48 units (12 hours) of CI in one week for up to 21 hours per week and for periods longer than 26 weeks.

**Service Delivery Method** *(check each that applies)*:

☐ **Participant-directed as specified in Appendix E**
☐ **Provider managed**

**Specify whether the service may be provided by** *(check each that applies)***:**

☐ **Legally Responsible Person**
☐ **Relative**
☐ **Legal Guardian**

**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Agency | Community Integration Agency |

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Community Integration**

**Provider  Category:**

Agency ☐

**Provider Type:**
Community Integration Agency

**Provider Qualifications**
    **License** *(specify):*
    N/A
    **Certificate** *(specify):*
    N/A
    **Other Standard** *(specify):*
    • Comply with 55 PA Code 1101 and have a waiver provider agreement;
    • Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code, Chapter 52;
    • Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service;
    • Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania;
    • Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
    • Have Commercial General Liability insurance;
    • Professional Liability Errors and Omissions Insurance, and
    • Ensure that employees (direct, contracted or in a consulting capacity) have been trained to meet the unique needs of the participant, for example, communication, mobility and behavioral needs.

    • Individuals working for or contracted with agencies must meet the following standards: Be 18 years of age or older;
    • Have a high school diploma or GED
    • Have a minimum of six months of paid or volunteer experience in working with people with physical disabilities and/or older adults
    • Comply with all Department standards including regulations, policies and procedures related to provider qualifications
    • Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs
    • Have the required skills to perform the Community Integration services specified in the participant's service plan;
    • Possess a valid Social Security number; and
    • Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15
    • Have child abuse clearance as per 23 Pa. C.S. Chapter 63.
    •

**Verification of Provider Qualifications**
    **Entity Responsible for Verification:**
    OLTL
    **Frequency of Verification:**
    At least every 2 years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Service Specification

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

**Service Type:**

Other  Service ☐

As provided in 42 CFR §440.180(b)(9), the State requests the authority to provide the following additional service not specified in statute.

**Service Title:**

Community Transition Services

**HCBS Taxonomy:**

**Category 1:**

16 Community Transition Services ☐

**Sub-Category 1:**

16010 community transition services ☐

**Category 2:**

☐

**Sub-Category 2:**

☐

**Category 3:**

☐

**Sub-Category 3:**

☐

**Category 4:**

☐

**Sub-Category 4:**

☐

**Service Definition** *(Scope):*

Community Transition Services are one-time expenses for individuals that make the transition from an institution to their own home, apartment or family/friend living arrangement. The service must be specified in the service plan as necessary to enable the participant to integrate more fully into the community and to ensure health, welfare and safety of the participant.

Community Transition Services may be used to pay the necessary expenses for an individual to establish his or her basic living arrangement and to move into that arrangement.  The following are categories of expenses that may be incurred:
• Equipment, essential furnishings and initial supplies.  Examples—e.g. household products, dishes, chairs, tables;
• Moving Expenses;
• Security deposits or other such one-time payments that are required to obtain or retain a lease on an apartment, home or community living arrangement;
• Set-up fees or deposits for utility or service access, Examples – e.g. telephone, electricity, heating;
• Items for personal and environmental health and welfare (Examples –personal items for inclement weather, pest eradication, allergen control, one-time cleaning prior to occupancy.)
The provision of this service may be facilitated by an Organized Health Care Delivery System as described in Appendix I.3.g.ii.
**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**
• Community Transition Services are furnished only to the extent that they are reasonable and necessary, as determined through the ISP development process; clearly identified in the service plan and the participant is unable to meet such expense; or when the service cannot be obtained from other resources
• Expenditures may not include ongoing payment for rent or mortgage expenses.
• Community Transition Services do not include food, regular utility charges and/or household appliances or items that are intended for purely for diversion/recreational purposes.
• Community Transition Services are limited to the purchase of the specific items to facilitate transition and not the supports or activities provided to obtain the items.
• Community Transition Services are limited to an aggregate of $4,000 per participant, per lifetime, as pre-authorized by the State Medicaid Agency program office.

This service does not cover those services available under Assistive Technology, Home Adaptations, Specialized Medical Equipment and Supplies, and Vehicle Modifications.

**Service Delivery Method** *(check each that applies)*:

☐ **Participant-directed as specified in Appendix E**
☐ **Provider managed**

**Specify whether the service may be provided by** *(check each that applies)***:**

☐ **Legally Responsible Person**
☐ **Relative**
☐ **Legal Guardian**
**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Agency | Transitional Service Provider |
| Individual | Independent Vendor |

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Community Transition Services**

**Provider Category:**
Agency ☐

**Provider Type:**
Transitional Service Provider

**Provider Qualifications**

**License** *(specify):*
N/A

**Certificate** *(specify):*
N/A

**Other Standard** *(specify):*
• Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
• Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
• Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania;
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
• Have Commercial General Liability insurance;
• Ensure that employees (direct, contracted or in a consulting capacity) have been trained to meet the unique needs of the participant, for example, communication, mobility and behavioral needs; and
• Meet all local and State requirements for the service. All items and services shall be provided according to applicable State and local standards of manufacture, design and installation.
Individuals working for or contracted with agencies must meet the following standards:
• Be at least 18 years of age;
• Comply with all Department standards, regulations, policies and procedures related to provider qualifications;
• Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs;
• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;
• Have a child abuse clearance (as per 23 PA C.S. Chapter 63); and
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service.

**Verification of Provider Qualifications**

**Entity Responsible for Verification:**
OLTL/OHCDS

**Frequency of Verification:**
OHCDS - Upon Purchase and Annually thereafter
At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Community Transition Services**

**Provider Category:**
Individual ☐

**Provider Type:**
Independent Vendor

**Provider Qualifications**

**License** *(specify):*
N/A

**Certificate** *(specify):*
N/A

**Other Standard** *(specify):*
• Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
• Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
• Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania;

• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;

• Have Commercial General Liability insurance;

• Ensure that employees (direct, contracted or in a consulting capacity) have been trained to meet the unique needs of the participant, for example, communication, mobility and behavioral needs; and

• Meet all local and State requirements for the service. All items and services shall be provided according to applicable State and local standards of manufacture, design and installation.

Individuals working for or contracted with agencies must meet the following standards:

• Be at least 18 years of age;

• Comply with all Department standards, regulations, policies and procedures related to provider qualifications, including 55 PA Code Chapter 52;

• Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs;

• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;

• Have a child abuse clearance (as per 23 PA C.S. Chapter 63); and

• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service.

**Verification of Provider Qualifications**
    **Entity Responsible for Verification:**
    OHCDS/OLTL
    **Frequency of Verification:**
    OHCDS - Upon Purchase and Annually thereafter
    At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services
### C-1/C-3: Service Specification

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

**Service Type:**

| Other Service | ☐ |

As provided in 42 CFR §440.180(b)(9), the State requests the authority to provide the following additional service not specified in statute.

**Service Title:**
Home Adaptations

**HCBS Taxonomy:**

| Category 1: | | Sub-Category 1: |
|---|---|---|
| 14 Equipment, Technology, and Modifications ☐ | | 14020 home and/or vehicle accessibility adaptations ☐ |

| Category 2: | | Sub-Category 2: |
|---|---|---|
| ☐ | | ☐ |

| Category 3: | | Sub-Category 3: |
|---|---|---|
| ☐ | | ☐ |

| Category 4: | | Sub-Category 4: |
|---|---|---|
| ☐ | | ☐ |

**Service Definition** *(Scope):*

Home Adaptations are physical adaptations to the private residence of the participant, as specified in the participant's individual service plan (ISP) and determined necessary in accordance with the participant's assessment, to ensure the health, welfare and safety of the participant, and enable the participant to function with greater independence in the home. This includes primary egress into and out of the home, facilitating personal hygiene, and the ability to access common shared areas within the home.

Home Adaptations consist of installation, repair, maintenance, permits, necessary inspections, extended warranties for the adaptations.

Adaptations to a household are limited to the following:

• Ramps from street, sidewalk or house

• Installation of specialized electric and plumbing systems that are necessary to accommodate the medical equipment and supplies necessary for the health, welfare and safety of the participant

- Vertical lifts
- Portable or track lift systems. A portable lift system is a standing structure that can be wheeled around. A track lift system involves the installation of a "track" in the ceiling for moving a participant with a disability from one location to another
- Handrails and grab-bars in and around the home
- Accessible alerting systems for smoke/fire/carbon monoxide for participants with sensory impairments
- Outside railing to safely access the home
- Widened doorways, landings and hallways
- Swing-clear and expandable offset door hinges
- Flush entries and leveled thresholds
- Slip resistant flooring
- Kitchen counter, sink and other cabinet modifications (including brackets for appliances)
- Bathroom adaptations for bathing, showering, toileting and personal care needs
- Stair gliders and stair lifts. A stair lift is a chair or platform that travels on a rail, installed to follow the slope and direction of a staircase, which allows a user to ride up and down stairs safely
- Raised electrical switches and sockets
- Other adaptations, subject to OLTL approval, to address specific assessed needs as identified in the service plan

All adaptations to the home shall be provided in accordance with applicable building codes.

Home Adaptations shall meet standards of manufacture, design and installation.

Home Adaptations must be an item of modification that the family would not be expected to provide to a family member without a disability or specialized needs.

The provision of this service may be facilitated by an OHCDS as described in Appendix I.3.g.ii.

**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**

Home Adaptations may only be funded through the waiver when the services are not covered by another responsible third-party, such as Medicare or private insurance. Supports Coordinators must assure that coverage of services provided under a responsible third-party continues until the plan limitations have been reached or a determination of non-coverage has been established prior to this service's inclusion in the service plan. Documentation in accordance with OLTL requirements must be maintained in the participant's file by the Service Coordinator and updated with each authorization.

This service does not include, but requires, an independent evaluation. Depending on the type of adaptation, and in accordance with their scopes of practice and expertise, the independent evaluation may be conducted by an occupational therapist; a speech, hearing and language therapist; or physical therapist meeting all applicable Department standards, including regulations, policies and procedures relating to provider qualifications. Such assessments may be covered through another waiver service, as appropriate. Home Adaptations included in the service plan and begun while the person was institutionalized are not considered complete and may not be billed until the date the participant leaves the institution and enters the waiver.

Home adaptations must be obtained at the lowest cost.

Building a new room is excluded. Specialized Medical Equipment and Supplies is excluded.

Also excluded are those adaptations or improvements to the home that are of general maintenance and upkeep and are not of direct medical or remedial benefit to the participant this includes items that are not up to code. Adaptations that add to the total square footage of the home are excluded from this benefit, except when necessary for the addition of an accessible bathroom when the cost of adding the bathroom is less than retrofitting an existing bathroom.

Materials and equipment must be based on the participant's need as documented in the ISP.

Rented property adaptations must meet the following:

- there is a reasonable expectation that the participant will continue to live in the home;
- written permission is secured from the property owner for the adaptation;
- the landlord will not increase the rent because of the adaptation.
- there is no expectation that waiver funds will be used to return the home to its original state.


Except as permitted in accordance with requirements contained in Department guidance, policy and regulations, this service may not be provided on the same day and at the same time as services that contain elements integral to the delivery of this service.

**Service Delivery Method** (check each that applies):

- [ ] **Participant-directed as specified in Appendix E**
- [ ] **Provider managed**

**Specify whether the service may be provided by** (check each that applies):

- [ ] **Legally Responsible Person**
- [ ] **Relative**
- [ ] **Legal Guardian**

**Provider Specifications:**

| Provider Category | Provider Type Title |
| --- | --- |
| Individual | Contractor |
| Agency | Durable Medical Equipment |

**Appendix C: Participant Services**

## C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Home Adaptations**

**Provider Category:**

Individual ☐

**Provider Type:**
Contractor

**Provider Qualifications**

**License** *(specify):*
Contractor's license for the State of Pennsylvania or a state contiguous to Pennsylvania, if required by trade.

**Certificate** *(specify):*
N/A

**Other Standard** *(specify):*
• Comply with 55 PA Code 1101 and have a waiver provider agreement
• Comply with Department standards, including regulations, policies and procedures relating to provider qualifications
• Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service
• Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies
• Have Commercial General Liability insurance
• Ensure that employees (direct, contracted or in a consulting capacity) have been trained to meet the unique needs of the participant; for example, communication, mobility and behavioral needs, if applicable.
• All Home Adaptations installed shall be certified as meeting standards for safety and use, as may be promulgated by any governing body, including any electrical, communications, consumer or other standards, rules or regulations that may apply
• Providers with a waiver service location in states contiguous to Pennsylvania must have a comparable license
• Compliance with the Pennsylvania Home Improvement Consumer Protection Act and other applicable standards
Individuals working for or contracted with agencies must meet the following standards:
• Be at least 18 years of age
• Comply with Department standards, including regulations, policies and procedures relating to provider qualifications
• Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs, if applicable.
• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15
• Have a child abuse clearance (as per 23 PA C.S. Chapter 63)
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service

**Verification of Provider Qualifications**
**Entity Responsible for Verification:**
OHCDS or OLTL
**Frequency of Verification:**
OHCDS – At time of service
OLTL - At least every two (2) years and more frequently when deemed necessary by the Department

**Appendix C: Participant Services**

## C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Home Adaptations**

**Provider Category:**

Agency ☐

**Provider Type:**
Durable Medical Equipment
**Provider Qualifications**

**License** *(specify):*
N/A

**Certificate** *(specify):*
Drug and Device Registration with the PA Dept of Health as required by the Controlled Substance, Drug, Device and Cosmetic Act and 28 PA Code Chapter 25.

**Other Standard** *(specify):*
• Comply with 55 PA Code 1101 and have a waiver provider agreement
• Comply with Department standards, including regulations, policies and procedures relating to provider qualifications
• Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service

• Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies
• Have Commercial General Liability insurance
• Ensure that employees (direct, contracted or in a consulting capacity) have been trained to meet the unique needs of the participant; for example, communication, mobility and behavioral needs, if applicable.
• All Home Adaptations installed shall be certified as meeting standards for safety and use, as may be promulgated by any governing body, including any electrical, communications, consumer or other standards, rules or regulations that may apply
• Organizations must have capacity to provide 24-hour coverage by trained professionals, 365 days/year
Individuals working for or contracted with agencies must meet the following standards:
• Be at least 18 years of age
• Be a Licensed Contractor
• Comply with Department standards, including regulations, policies and procedures relating to provider qualifications
• Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs
• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15
• Have a child abuse clearance (as per 23 PA C.S. Chapter 63)
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service

**Verification of Provider Qualifications**
    **Entity Responsible for Verification:**
    OHCDS or OLTL
    **Frequency of Verification:**
    OHCDS – At time of service
    OLTL - At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Service Specification

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

**Service Type:**

Other Service ☐

As provided in 42 CFR §440.180(b)(9), the State requests the authority to provide the following additional service not specified in statute.

**Service Title:**

Job Finding

**HCBS Taxonomy:**

| **Category 1:** | **Sub-Category 1:** |
|---|---|
| 17 Other Services ☐ | 17990  other ☐ |

| **Category 2:** | **Sub-Category 2:** |
|---|---|
| ☐ | ☐ |

| **Category 3:** | **Sub-Category 3:** |
|---|---|
| ☐ | ☐ |

| **Category 4:** | **Sub-Category 4:** |
|---|---|
| ☐ | ☐ |

**Service Definition** *(Scope)*:

Job Finding Services are available in the waiver effective October 1, 2016.

Job Finding is an individualized service that assists participants to obtain competitive, integrated employment.  Competitive integrated employment is full or part-time work at minimum wage or higher, with wages and benefits similar to those without disabilities performing the same work, and fully integrated with co-workers without disabilities. Job Finding services are necessary, as specified in the service plan, to support the participant to live and work successfully in home and community-based settings, enable the participant to integrate more fully into the community and ensure the health, welfare and safety of the participant.

Job Finding identifies and/or develops potential jobs and assists the participant in securing a job that fits the participant's skills and preferences and employer's needs. If the participant has received a Career Assessment, the results of that assessment must be included within the participant's service plan and considered by the Job Finding service.

Job Finding may include customized job development. Customized job development is based on individualizing the employment relationship between employees and employers in a way that matches the needs of the employer with the assessed strengths, skills, needs, and interests of the participant, either through task reassignment, job carving, or job sharing.

Job Finding, which may include prospective employer relationship building, is time-limited. Job Finding requires authorization up to 90 days, with re authorization every 90 days, for up to 1 year. At each 90-day interval, the service plan team will meet to clarify employment goals and expectations and review the job finding strategy.

Services must be delivered in a manner that supports the participant's communication needs including, but not limited to, age appropriate communication, translation services for participants that are of limited-English proficiency or who have other communication needs requiring translation, assistance with the provider's understanding and use of communication devices used by the participant.

The service also includes transportation as an integral component of the service, such as to a job interview, during the delivery of Job Finding.

If the participant receives Behavior Therapy services, this service includes implementation of the behavior support plan and, if necessary, the crisis support plan. The service includes collecting and recording the data necessary to support the review of the service plan, the behavior support plan and the crisis support plan, as appropriate.

Job Finding is provided on a 1:1 basis.

Complete payment for Job Finding will require achievement of milestones as identified by the Department.
**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**
Job Finding services may not be rendered under the waiver to a participant under a program funded by either the Rehabilitation Act of 1973 as amended or the Individuals with Disabilities Education Act (IDEA) or any other small business development resource available to the participant. This means that Job Finding may only be provided when documentation has been obtained that one of the following has occurred:
1. OVR has closed a case for the participant or has stopped providing services to the participant;
2. The participant was determined ineligible for OVR services; or
3. For anyone eligible for IDEA services, it has been verified that the services are not available in a complete and approved Individualized Education Program (IEP) developed pursuant to IDEA.

Documentation in accordance with Department requirements must be maintained in the file by the Service Coordinator and updated with each reauthorization to satisfy the State assurance that the service is not otherwise available to the participant under other federal programs.

The Job Finding service provider must maintain documentation in accordance with Department requirements. The documentation must be available to the Service Coordinator for monitoring at all times on an ongoing basis. The Service Coordinator will monitor on a quarterly basis to see if the employment objectives and outcomes are being met.

Except as permitted in accordance with requirements contained in Department guidance, policy and regulations, this service may not be provided on the same day and at the same time as services that contain elements integral to the delivery of this service. The Job Finding Service may be provided in conjunction with other employment related services such as Career Assessment, Employment Skills Training and Job Coaching.

Job Finding does not include activities covered through Job Coaching once employment is obtained.

Job Finding does not include skills training to qualify for a job.

Federal Financial Participation is not claimed for incentive payments, subsidies or unrelated vocational training expenses such as the following:
• Incentive payments made to an employer to encourage or subsidize the employer's participation in Job Finding services
• Payments that are passed through to users of the Job Finding services

**Service Delivery Method** *(check each that applies)*:

☐ **Participant-directed as specified in Appendix E**
☐ **Provider managed**

**Specify whether the service may be provided by** *(check each that applies)*:

☐ **Legally Responsible Person**
☐ **Relative**
☐ **Legal Guardian**

**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Individual | Job Finding Provider |
| Agency | Job Finding Agency |

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Job Finding**

**Provider Category:**

Individual ☐

**Provider Type:**
Job Finding Provider

**Provider Qualifications**

**License** *(specify):*

**Certificate** *(specify):*
Current State motor vehicle registration is required for all vehicles owned, leased and/or hired and used as a component of this service
One of the following within 18 months of employment:
1.  Holds a Certified Employment Support Professional (CESP) credential from the Association of People Supporting Employment First (APSE)
2.  Has been awarded a Basic Employment Services Certificate of Achievement or a Professional Certificate of Achievement in Employment Services from an Association of Community Rehabilitation Educators (ACRE) organizational member that has ACRE-approved training.

**Other Standard** *(specify):*
• Comply with 55 PA Code 1101 and have a waiver provider agreement
• Comply with Department standards, including regulations, policies and procedures relating to provider qualifications
• Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service
• Be a resident of Pennsylvania or a state contiguous to Pennsylvania
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies
• Have Commercial General Liability insurance in accordance with Department policies
• Be at least 18 years of age
• Have a bachelor's degree in rehabilitation, psychology, sociology, business, marketing or related field and 1 year of documented related experience, or
• Have an associate's degree in rehabilitation, psychology, sociology, business, marketing or related field and 2 years of documented related experience, or
• Have a high school diploma or GED and at least 3 years of documented related experience
• Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs
• Individuals without certification must be supervised by an individual holding the above certification until certification is achieved.  Certification must be achieved within 18 months of employment.
• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15

**Verification of Provider Qualifications**
**Entity Responsible for Verification:**
OLTL
**Frequency of Verification:**
At least every 2 years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Job Finding**

**Provider  Category:**

Agency ☐

**Provider Type:**
Job Finding Agency

**Provider Qualifications**

**License** *(specify):*

**Certificate** *(specify):*
Current State motor vehicle registration is required for all vehicles owned, leased and/or hired and used as a component of this service

**Other Standard** *(specify):*
Comply with 55 PA Code 1101 and have a waiver provider agreement
Comply with Department standards, including regulations, policies and procedures relating to provider qualifications
Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service
Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania
Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies
Have Commercial General Liability insurance
Ensure that employees (direct, contracted or in a consulting capacity) have been trained to meet the unique needs of the participant; for example, communication, mobility and behavioral needs
Individuals working for or contracted with agencies must meet the following standards:
Be at least 18 years of age
Have a bachelor's degree in rehabilitation, psychology, sociology, business, marketing or related field and 1 year of documented related experience, or
Have an associate's degree in rehabilitation, psychology, sociology, business, marketing or related field and 2 years of documented related experience, or
Have a high school diploma or GED and at least 3 years of documented related experience
Comply with all Department standards regarding regulations, policies and procedures related to provider qualifications
Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility and behavioral needs
Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15
Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service
Individuals working directly with the participant to provide job finding services shall hold one of the following within 18 months of employment:

• Holds a Certified Employment Support Professional (CESP) credential from the Association of People Supporting Employment First (APSE)
• Has been awarded a Basic Employment Services Certificate of Achievement or a Professional Certificate of Achievement in Employment Services from an Association of Community Rehabilitation Educators (ACRE) organizational member that has ACRE-approved training.
Individuals without certification must be supervised by an individual holding the above certification until certification is achieved.  Certification must be achieved within 18 months of employment.

**Verification of Provider Qualifications**
**Entity Responsible for Verification:**
OLTL
**Frequency of Verification:**
At least every 2 years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Service Specification

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).
**Service Type:**
Other  Service ☐
As provided in 42 CFR §440.180(b)(9), the State requests the authority to provide the following additional service not specified in statute.
**Service Title:**
Non-Medical Transportation

**HCBS Taxonomy:**

| Category 1: | Sub-Category 1: |
|---|---|
| 15 Non-Medical Transportation ☐ | 15010 non-medical transportation ☐ |

**Category 2:**

**Sub-Category 2:**

☐

**Category 3:**

**Sub-Category 3:**

☐

**Category 4:**

**Sub-Category 4:**

☐

**Service Definition** *(Scope):*
Non-Medical Transportation services are offered in order to enable participants to gain access to waiver services as specified in the individualized service plan.  This service is offered in addition to medical transportation services required under 42 CFR 440.170 (a) (if applicable), and shall not replace them.  Non-Medical Transportation services include mileage reimbursement for drivers and others to transport a participant and/or the purchase of tickets or tokens to secure transportation for a participant. Non-Medical Transportation must be billed per one-way trip or billed per item, for example a monthly bus pass. Transportation services must be tied to a specific objective identified on the participant's service plan.

The provision of this service may be facilitated by an Organized Health Care Delivery System as described in Appendix I.3.g.ii
**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**
Medical Assistance Transportation Program (MATP) services will be used for obtaining State Plan services. The participant's service plan must document the need for those Non-medical Transportation services that are not covered under the Medical Assistance Transportation Program.

Non-medical Transportation services may only be authorized on the service plan after an individualized determination that the method is the most cost-effective manner to provide needed Transportation services to the participant, and that all other non-Medicaid sources of transportation which can provide this service without charge (such as family, neighbors, friends, community agencies) have been exhausted.

Non-Medical Transportation does not cover reimbursement to the participant or another individual when driving the participant's vehicle.   Non-Medical Transportation does not pay for vehicle purchases, rentals, modifications or repairs.

Non-Medical Transportation cannot be provided at the same time as Adult Daily Living services with transportation.  An individual cannot provide both Personal Assistance Services and Non-Medical Transportation simultaneously.

The Service Coordinator will monitor this service quarterly and will provide ongoing assistance to the participant to identify alternative community-based sources of Transportation.

The frequency and duration of this service are based upon the participant's needs as identified and documented in the participant's service plan

**Service Delivery Method** *(check each that applies)*:

☐ **Participant-directed as specified in Appendix E**
☐ **Provider managed**

**Specify whether the service may be provided by** *(check each that applies)***:**

☐ **Legally Responsible Person**
☐ **Relative**
☐ **Legal Guardian**

**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Individual | Individual Driver |
| Agency | Licensed Transportation Agency, Public Transit Authority |

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Non-Medical Transportation**

**Provider Category:**
Individual ☐

**Provider Type:**
Individual Driver
**Provider Qualifications**
    **License** *(specify):*
    Valid Pennsylvania driver's license appropriate to the vehicle
    **Certificate** *(specify):*
    Current State motor vehicle registration is required for all vehicles owned, leased and/or hired and used to provide the Transportation service.
    **Other Standard** *(specify):*
    Drivers must meet the following:
    • 18 years of age;
    • Must have appropriate insurance coverage ($100,000/$300,000 bodily injury);
    • Have automobile insurance for all automobiles used to provide the Transportation service;
    • Vehicles must be registered with the PA Department of Transportation;
    • Receive a physical examination (including a vision test) at the time of hire and at least every 2 years; and
    • Be willing to provide door-to-door services.
**Verification of Provider Qualifications**
    **Entity Responsible for Verification:**
    OHCDS/OLTL
    **Frequency of Verification:**
    OHCDS verifies provider qualifications prior to service approval; annually thereafter
    OLTL monitors the OHCDS every two years

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Non-Medical Transportation**

**Provider  Category:**
Agency ☐
**Provider Type:**
Licensed Transportation Agency, Public Transit Authority
**Provider Qualifications**
    **License** *(specify):*
    Licensed by the P.U.C and/or be a Public Transit Authority, a Community Transportation Provider or Community Transportation Subcontractor
    **Certificate** *(specify):*
    N/A
    **Other Standard** *(specify):*
    Agencies must:
    • Meet PA Vehicle Code (Title 75);
    • Have Commercial General Liability insurance;
    • Have automobile insurance for all automobiles owned, leased and/or hired and used to provide the Transportation service;
    • Have Workers' Compensation insurance in accordance with State statute;
    • Ensure that employees (direct, contracted or in a consulting capacity) have been trained to meet the unique needs of the participant, which includes, but is not limited to, communication, mobility and behavioral needs; and
    • Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code, Chapter 52.
    Drivers employed by licensed transportation agencies and public transit authorities must meet the following:
    • be at least 18 years of age;
    • Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 Pa. Code Chapter 15;
    • Have child abuse clearance (as per 23 Pa. C.S. Chapter 63);
    • Agree to carry out the Transportation outcomes included in the participant's service plan; and
    • Have a valid driver's license if the operation of a vehicle is necessary to provide Transportation services.
**Verification of Provider Qualifications**
    **Entity Responsible for Verification:**
    OHCDS/OLTL
    **Frequency of Verification:**
    OHCDS verifies provider qualifications prior to service approval; annually thereafter
    OLTL monitors OHCDS every two years

## Appendix C: Participant Services

**C-1/C-3: Service Specification**

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

**Service Type:**

Other Service ☐

As provided in 42 CFR §440.180(b)(9), the State requests the authority to provide the following additional service not specified in statute.

**Service Title:**

Nutritional Consultation Services

**HCBS Taxonomy:**

| **Category 1:** | **Sub-Category 1:** |
|---|---|
| 11 Other Health and Therapeutic Services ☐ | 11040 nutrition consultation ☐ |

| **Category 2:** | **Sub-Category 2:** |
|---|---|
| ☐ | ☐ |

| **Category 3:** | **Sub-Category 3:** |
|---|---|
| ☐ | ☐ |

| **Category 4:** | **Sub-Category 4:** |
|---|---|
| ☐ | ☐ |

**Service Definition** *(Scope):*

Effective October 1, 2016 Nutritional Consultation Services are a separate and distinct service; they were previously included under the service definition of Therapeutic and Counseling Services.

Nutritional Consultation services are services that assist individuals to improve functioning and independence, are not covered by the Medicaid State Plan, and are necessary to improve the individual's inclusion in their community. Services are provided by professionals and/or paraprofessionals in nutritional counseling. The service may include assessing the individual, developing a home treatment/support plan, training family members/staff and providing technical assistance to carry out the plan, and monitoring of the individual in the implementation of the plan. This service may be delivered in the individual's home or in the community as described in the service plan.

Nutritional Consultation assists the participant and/or their paid and unpaid caregivers in developing a diet and planning meals that meet the participant's nutritional needs, while avoiding any problem foods that have been identified by a physician. The service may include initial assessment and reassessment, the development of a home treatment/support plan, training and technical assistance to carry out the plan, and monitoring of the individual in the implementation of the plan. Services include counseling performed by a Registered Dietitian or a Certified Nutrition Specialist. Nutritional Consultation services may be delivered in the participant's home or in the community, as specified in the service plan. The purpose of Nutritional Consultation services is to improve the ability of participants, paid and/or unpaid caregivers and providers to carry out nutritional interventions. Nutritional Counseling services are limited to 90-minutes (6 units) of nutritional consultations per month. Home Health Agencies that employ licensed and registered dieticians may provide nutritional counseling.

**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**

Nutritional Consultation Services may only be funded through the waiver when the service is not covered by another responsible third party, such as Medicare or private insurance. This may be because Medicare or insurance limitations have been reached, or the service is not covered under Medicare or private insurance. This waiver service is only provided to individuals age 21 and over. All medically necessary Nutritional Consultation services for children under age 21 are covered in the State plan pursuant to the EPSDT benefit.

Service Coordinators must assure that coverage of services provided under a responsible third-party continues until the plan limitations have been reached or a determination of non-coverage has been established prior to this service's inclusion in the service plan. Documentation in accordance with Department requirements must be maintained in the individual's file by the Service Coordinator. This documentation must be updated annually.

The frequency and duration of this service are based upon the participant's needs as identified and documented in the participant's service plan.

**Service Delivery Method** *(check each that applies)*:

☐  Participant-directed as specified in Appendix E
☐  Provider managed

**Specify whether the service may be provided by** *(check each that applies)*:

☐ **Legally Responsible Person**
☐ **Relative**
☐ **Legal Guardian**

**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Individual | Registered Dietitian or a Certified Nutrition Specialist |
| Agency | Home Health Agency |

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Nutritional Consultation Services**

**Provider Category:**
Individual ☐

**Provider Type:**
Registered Dietitian or a Certified Nutrition Specialist

**Provider Qualifications**
**License** *(specify):*
Licensed by the PA State Board of Dietitian-Nutritionists, per 49 PA Code Chapter 21, subchapter G

**Certificate** *(specify):*

**Other Standard** *(specify):*
Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
Comply with Department standards, including regulations, policies and procedures relating to provider qualifications;
Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service;
Be a resident of Pennsylvania or a state contiguous to Pennsylvania;
Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
Have Commercial General Liability insurance in accordance with Department policies;
Be at least 18 years of age;
Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;
Have a child abuse clearance (as per 23 PA C.S. Chapter 63); and
Title 49 PA Code Ch. 21 Subchapter G relates to the general provisions, licensure requirements and the responsibilities of the licensed dietician-nutritionist issued under sections 2.1(k) and 11(c) of the Professional Nursing Law (63 P. S. § 212(k) and 221(c).

**Verification of Provider Qualifications**
**Entity Responsible for Verification:**
OLTL/PA Department of State Board of Dietitian-Nutritionists

**Frequency of Verification:**
At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Nutritional Consultation Services**

**Provider Category:**
Agency ☐

**Provider Type:**
Home Health Agency

**Provider Qualifications**
**License** *(specify):*
Licensed by the PA Department of Health, per 28 PA Code, Part IV, Health Facilities, Subpart G. Chapter 601 and Subpart A. Chapter 51

**Certificate** *(specify):*
Certification as required by 42CFR Part 484

**Other Standard** *(specify):*
Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;

Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania;

Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;

• Have Commercial General Liability Insurance;

• Have Professional Liability Errors and Omissions Insurance;

Ensure that employees have been trained to meet the unique needs of the participant, for example, communication, mobility and behavioral needs; and

Provide staff training pursuant to 55PA Code Chapter 52, Section 52.21.


Individuals working for or contracted with agencies must meet the following standards:

• Be 18 years of age or older;

• Possess basic math, reading and writing skills;

• Complete training or demonstrate competency by passing a competency test as outlined in Section 611.85 under Title 28, Part IV Subpart H of the Health Care Facilities Act;

• Have the required skills to perform services as specified in the participant's service plan;

• Complete any necessary pre/in-service training related to the participant's service plan;

• Agree to carry-out outcomes included in the participant's service plan;

• Possess a valid Social Security number;

• Must pass criminal records check as required in 55PA Code Chapter 52 Section 52.19;

Have a child abuse clearance (as per 23 PA C.S. Chapter 63); and

Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service.

### Verification of Provider Qualifications
**Entity Responsible for Verification:**
OLTL/PA Department of Health
**Frequency of Verification:**
At least every two (2) years and more frequently when deemed necessary by the Department


## Appendix C: Participant Services

### C-1/C-3: Service Specification


State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

**Service Type:**

Other  Service  ☐

As provided in 42 CFR §440.180(b)(9), the State requests the authority to provide the following additional service not specified in statute.

**Service Title:**

Personal Emergency Repsonse (PERS)


**HCBS Taxonomy:**


**Category 1:**

14 Equipment, Technology, and Modifications  ☐

**Sub-Category 1:**

14010 personal emergency response system (PERS)  ☐


**Category 2:**

**Sub-Category 2:**

☐


**Category 3:**

**Sub-Category 3:**

☐


**Category 4:**

**Sub-Category 4:**

☐


**Service Definition** *(Scope):*

PERS is an electronic device which enables waiver participants to secure help in an emergency.  The individual may also wear a portable "help" button to allow for mobility.  The system is connected to the person's phone and programmed to signal a response center once a "help" button is activated.  The response center is staffed by trained professionals, as specified.  The PERS vendor must provide 24 hour staffing, by trained operators of the emergency response center, 365 days a year.

PERS services are limited to those individuals who:
• Live alone.
• Are alone for significant parts of the day as determined in consideration of their health status, disability, risk factors, support needs and other circumstances.
• Live with an individual that may be limited in their ability to access a telephone quickly when a participant has an emergency.
• Would otherwise require extensive in-person routine monitoring and assistance. Installation, repairs, monitoring and maintenance are included in this service.

The provision of this service may be facilitated by an Organized Health Care Delivery System as described in Appendix I.3.g.ii
**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**
This service is not covered in the State Plan. Participants can only receive PERS services when they meet eligibility criteria specified in accordance with Department standards, and the services are not covered under Medicare or other third-party resources.

The Service Coordinators must assure that coverage of services provided under a responsible third-party continues until the plan limitations have been reached or a determination of non-coverage has been established prior to this service's inclusion in the service plan. Documentation in accordance with Department requirements must be maintained in the participant's file by the Service Coordinator and updated with each reauthorization.

Installation is covered one time per residential site.

Stand-alone smoke detectors will not be billed under PERS.

PERS covers the actual cost of the service and does not include any additional administrative costs.

The frequency and duration of this service is based upon the participant's needs as identified and documented in the participant's service plan.

**Service Delivery Method** *(check each that applies)*:

☐ **Participant-directed as specified in Appendix E**
☐ **Provider managed**

**Specify whether the service may be provided by** *(check each that applies)*:

☐ **Legally Responsible Person**
☐ **Relative**
☐ **Legal Guardian**

**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Agency | Vendors of Personal Emergency Response Systems |
| Agency | Home Health Agency |
| Agency | Durable Medical Equipment and Supply Company |

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Personal Emergency Repsonse (PERS)**

**Provider Category:**
Agency ☐
**Provider Type:**
Vendors of Personal Emergency Response Systems
**Provider Qualifications**
**License** *(specify):*
N/A
**Certificate** *(specify):*
N/A
**Other Standard** *(specify):*
• Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
• Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
• Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania;
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
• Have Commercial General Liability insurance;
• All PERS installed shall be certified as meeting standards for safety and use, as may be promulgated by any governing

body, including any electrical, communications, consumer or other standards, rules or regulations that may apply, including any applicable business license; and

• Organization must have capacity to provide 24-hour coverage by trained professionals, 365 days/year.

Individuals working for or contracted with agencies must meet the following standards:

• Be at least 18 years of age;

• Comply with all Department standards, regulations, policies and procedures related to provider qualifications, including 55 PA Code Chapter 52;

• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;

• Have a child abuse clearance (as per 23 PA C.S. Chapter 63); and

• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service.

**Verification of Provider Qualifications**
**Entity Responsible for Verification:**
OLTL/OHCDS
**Frequency of Verification:**
OHCDS - Upon Installation and Annually thereafter
OLTL – At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Personal Emergency Repsonse (PERS)**

**Provider  Category:**
Agency ☐
**Provider Type:**
Home Health Agency
**Provider Qualifications**
  **License** *(specify):*
  Licensed by the PA Department of Health, per 28 PA Code, Part IV, Health Facilities Subpart G. Chapter 601 and Subpart A Chapter 51
  **Certificate** *(specify):*
  Certification as required by 42CFR Part 484
  **Other Standard** *(specify):*
• Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;

• Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;

• Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania;

• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;

• Have Commercial General Liability insurance; and

• Meet State regulations under 55 PA Code 1123 regarding participation for medical supplies.

Individuals working for or contracted with agencies must meet the following standards:

• Be at least 18 years of age;

• Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;

• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;

• Have a child abuse clearance (as per 23 PA C.S. Chapter 63); and

• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service.

**Verification of Provider Qualifications**
**Entity Responsible for Verification:**
OLTL/OHCDS
**Frequency of Verification:**
OHCDS - Upon Installation and Annually thereafter
OLTL – At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Personal Emergency Repsonse (PERS)**

**Provider Category:**
Agency ☐

**Provider Type:**
Durable Medical Equipment and Supply Company
**Provider Qualifications**
    **License** *(specify):*
    N/A
    **Certificate** *(specify):*
    N/A
    **Other Standard** *(specify):*
    • Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
    • Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
    • Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania;
    • Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
    • Have Commercial General Liability insurance; and
    • Meet State regulations under 55 PA Code 1123 regarding participation for medical supplies.
    Individuals working for or contracted with agencies must meet the following standards:
    • Be at least 18 years of age;
    • Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
    • Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;
    • Have a child abuse clearance (as per 23 PA C.S. Chapter 63); and
    • Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service.
**Verification of Provider Qualifications**
    **Entity Responsible for Verification:**
    OLTL/OHCDS
    **Frequency of Verification:**
    OHCDS - Upon Installation and Annually thereafter
    OLTL – At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Service Specification

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).
**Service Type:**
Other Service ☐
As provided in 42 CFR §440.180(b)(9), the State requests the authority to provide the following additional service not specified in statute.
**Service Title:**
Therapeutic and Counseling Services

**HCBS Taxonomy:**

| **Category 1:** | | **Sub-Category 1:** | |
|---|---|---|---|
| 11 Other Health and Therapeutic Services | ☐ | 11040 nutrition consultation | ☐ |
| **Category 2:** | | **Sub-Category 2:** | |
| 11 Other Health and Therapeutic Services | ☐ | 11120 cognitive rehabilitative therapy | ☐ |
| **Category 3:** | | **Sub-Category 3:** | |
| 10 Other Mental Health and Behavioral Services | ☐ | 10040 behavior support | ☐ |
| **Category 4:** | | **Sub-Category 4:** | |
| 10 Other Mental Health and Behavioral Services | ☐ | 10060  counseling | ☐ |

**Service Definition** *(Scope):*
THERAPEUTIC AND COUNSELING SERVICES ARE NO LONGER A SERVICE IN THE INDEPENDENCE WAIVER EFFECTIVE OCTOBER 1, 2016.  SEE NEW SERVICE DEFINITIONS FOR COGNITIVE REHABILITATION THERAPY

SERVICES, COUNSELING SERVICES, BEHAVIOR THERAPY SERVICES, AND NUTRITIONAL CONSULTATION SERVICES.

Therapeutic and counseling services are services that assist individuals to improve functioning and independence, are not covered by the Medicaid State Plan, and are necessary to improve the individual's inclusion in their community. Therapeutic and Counseling Services are provided by professionals and/or paraprofessionals in cognitive rehabilitation therapy, counseling, nutritional counseling and behavior management. The service may include assessing the individual, developing a home treatment/support plan, training family members/staff and providing technical assistance to carry out the plan, and monitoring of the individual in the implementation of the plan. This service may be delivered in the individual's home or in the community as described in the service plan.

• Cognitive Rehabilitation Therapy services focus on the attainment/re-attainment of cognitive skills. The aim of therapy is the enhancement of the participant's functional competence in real-world situations. The process includes the use of compensatory strategies, and use of cognitive orthotics and prostheses. Services include consultation, ongoing counseling, and coaching/cueing performed by a certified Cognitive Rehabilitation Therapist.

• Counseling services are non-medical counseling services provided to participants in order to resolve individual or social conflicts and family issues. While counseling services may include family members, the therapy must be on behalf of the participant and documented in his/her service plan. Services include initial consultation and ongoing counseling performed by a licensed psychologist, licensed social worker, or licensed professional counselor. If there is a mental health or substance abuse diagnosis, including adjustment disorder, the State Plan, through the Office of Mental Health and Substance Abuse Services, will cover the visit outside of the home and community-based services waiver up to pre-specified limits. Counseling services are utilized only once State Plan limitations have been reached, no diagnosis is present or the service is deemed to not be medically necessary or not making meaningful progress under State Plan standards. Counseling for unpaid caregivers services must be aimed at assisting the unpaid caregiver in understanding and meeting the needs of the participant and be documented in his/her service plan.

• Nutritional Consultation assists the participant and/or their paid and unpaid caregivers in developing a diet and planning meals that meet the participant's nutritional needs, while avoiding any problem foods that have been identified by a physician. The service may include initial assessment and reassessment, the development of a home treatment/support plan, training and technical assistance to carry out the plan, and monitoring of the participant, caregiver and any providers in the implementation of the plan. Services include counseling performed by a Registered Dietitian or a Certified Nutrition Specialist. Nutritional Consultation services may be delivered in the participant's home or in the community, as specified in the service plan. The purpose of Nutritional Consultation services is to improve the ability of participants, paid and/or unpaid caregivers and providers to carry out nutritional interventions. Nutritional Counseling services are limited to 90-minutes (6 units) of nutritional consultations per month. Home Health Agencies that employ licensed and registered dieticians may provide nutritional counseling.

• Behavior Therapy services include the completion of a functional behavioral assessment; the development of an individualized, comprehensive behavioral support plan; and the provision of training to individuals, family members and direct service providers. Services include consultation, monitoring the implementation of the behavioral support plan and revising the plan as necessary. Behavior Therapy services are provided by a licensed psychologist, licensed social worker, behavior specialist, or licensed professional counselor. A Masters level clinician without licensure, certification or registration, must be supervised by a licensed psychologist, licensed social worker, licensed professional counselor or licensed behavior analyst.

**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**
THERAPEUTIC AND COUNSELING SERVICES ARE NO LONGER A SERVICE IN THE INDEPENDENCE WAIVER EFFECTIVE OCTOBER 1, 2016. SEE NEW SERVICE DEFINITIONS FOR COGNITIVE REHABILITATION THERAPY SERVICES, COUNSELING SERVICES, BEHAVIOR THERAPY SERVICES, AND NUTRITIONAL CONSULTATION SERVICES.

Participants must access State Plan services, including Outpatient Psychiatric Clinic Services, Outpatient Drug and Alcohol Services and services through the Behavioral Health Managed Care Organizations before accessing therapeutic and counseling services through the Independence Waiver.

Therapeutic and Counseling Services may only be funded through the waiver when the service is not covered by the Medicaid State Plan or a responsible third party, such as Medicare or private insurance, unless the required expertise and experience specific to the disability is not available through the Medicaid State Plan or private insurance providers. This may be because the Medicaid State Plan, Medicare or insurance limitations have been reached, or the service is not covered under the Medicaid State Plan, Medicare or private insurance, or the provider does not have the expertise or experience specific to the disability.

The Service Coordinator is responsible for verifying and documenting in the participant's file that the Medicaid State Plan and private insurance limitations have been exhausted or that the Medicaid State Plan or private insurance provider does not have the expertise or experience specific to the disability prior to funding services through the waiver. Documentation must be maintained in the individual's file by the Service Coordinator. This documentation must be updated annually.

The frequency and duration of this service are based upon the participant's needs as identified and documented in the participant's service plan.

**Service Delivery Method** (check each that applies):

☐ **Participant-directed as specified in Appendix E**
☐ **Provider managed**

**Specify whether the service may be provided by** (check each that applies):

☐ **Legally Responsible Person**
☐ **Relative**
☐ **Legal Guardian**

**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Agency | Home Health Agency |
| Individual | Cognitive Rehabilitation Therapist |
| Individual | Licensed Professional Counselor |
| Individual | Licensed Social Worker |
| Individual | Registered Dietitian or a Certified Nutrition Specialist |
| Individual | Behavioral Specialist |
| Individual | Licensed Psychologist |

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Therapeutic and Counseling Services**

**Provider Category:**
Agency ☐
**Provider Type:**
Home Health Agency
**Provider Qualifications**
    **License** *(specify):*
    Licensed by the PA Department of Health, per 28 PA Code, Part IV, Health Facilities Subpart G. Chapter 601 and Subpart A. Chapter 51
    **Certificate** *(specify):*
    Certification as required by 42CFR Part 484
    **Other Standard** *(specify):*
    Agency:
    • Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
    • Comply with Department standards, regulations, policies and procedures relating to provider qualifications, including 55 PA Code Chapter 52;
    • Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania;
    • Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
    • Have Commercial General Liability Insurance;
    • Have Professional Liability Errors and Omissions Insurance;
    • Ensure that employees have been trained to meet the unique needs of the participant, for example, communication, mobility and behavioral needs; and
    • Provide staff training pursuant to 55PA Code Chapter 52, Section 52.21.

    Individuals working for or contracted with agencies must meet the following standards:
    • Be 18 years of age or older;
    • Possess basic math, reading and writing skills;
    • Complete training or demonstrate competency by passing a competency test as outlined in Section 611.85 under Title 28, Part IV Subpart H of the Health Care Facilities Act;
    • Have the required skills to perform services as specified in the participant's service plan;
    • Complete any necessary pre/in-service training related to the participant's service plan;
    • Agree to carry-out outcomes included in the participant's service plan;
    • Possess a valid Social Security number;
    • Must pass criminal records check as required in 55PA Code Chapter 52 Section 52.19;
    • Have a child abuse clearance (as per 23 PA C.S. Chapter 63); and
    • Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service.
**Verification of Provider Qualifications**
    **Entity Responsible for Verification:**
    OLTL/PA Department of Health
    **Frequency of Verification:**
    At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

---

**Service Type: Other Service**
**Service Name: Therapeutic and Counseling Services**

---

**Provider Category:**

Individual ☐

**Provider Type:**
Cognitive Rehabilitation Therapist

**Provider Qualifications**

**License** *(specify):*
Licensure specific to discipline

**Certificate** *(specify):*
Certified Brain Injury Specialist (CBIS); OR Certification by the Society for Cognitive Rehabilitation.
Certifications or registration specific to discipline

**Other Standard** *(specify):*
• Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
• Comply with Department standards, including regulations, policies and procedures relating to provider qualifications;
• Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies
• Have Commercial General Liability insurance in accordance with Department policies;
• Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service;
• Be at least 18 years of age;
• Individuals providing waiver services must have a Masters or Bachelors degree in an allied field with licensure, certification or registration where applicable.  If credentialing is not available, a Bachelors or Masters degreed professional must be supervised by a licensed psychologist, a Certified Brain Injury Specialist or a professional certified by the Society for Cognitive Rehabilitation.
• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15; and
• Have a child abuse clearance (as per 23 PA C.S. Chapter 63).
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service;

**Verification of Provider Qualifications**

**Entity Responsible for Verification:**
OLTL

**Frequency of Verification:**
At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

---

**Service Type: Other Service**
**Service Name: Therapeutic and Counseling Services**

---

**Provider Category:**

Individual ☐

**Provider Type:**
Licensed Professional Counselor

**Provider Qualifications**

**License** *(specify):*
Licensed by the State Board of Social Workers, Marriage and Family Therapists and Professional Counselors, per 49 PA. Code Chapter 47, 48, and 49

**Certificate** *(specify):*
N/A

**Other Standard** *(specify):*
• Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
• Comply with Department standards, including regulations, policies and procedures relating to provider qualifications;
• Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service;
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service;
• Be a resident of Pennsylvania or a state contiguous to Pennsylvania;
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
• Have Commercial General Liability insurance in accordance with Department policies;
• Be at least 18 years of age;

• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15; and
• Have a child abuse clearance (as per 23 PA C.S. Chapter 63).
**Verification of Provider Qualifications**
    **Entity Responsible for Verification:**
    OLTL/PA State Board of Social Workers, Marriage and Family Therapists and Professional Counselors
    **Frequency of Verification:**
    At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Therapeutic and Counseling Services**

**Provider Category:**
Individual ☐
**Provider Type:**
Licensed Social Worker
**Provider Qualifications**
    **License** *(specify):*
    Licensed by the State Board of Social Workers, Marriage and Family Therapists and Professional Counselors, per 49 PA.
    Code Chapter 47, 48, and 49
    **Certificate** *(specify):*
    N/A
    **Other Standard** *(specify):*
    • Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
    • Comply with Department standards, including regulations, policies and procedures relating to provider qualifications;
    • Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the
    service;
    • Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide
    the service;
    • Be a resident of Pennsylvania or a state contiguous to Pennsylvania;
    • Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
    • Have Commercial General Liability insurance in accordance with Department policies;
    • Be at least 18 years of age;
    • Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15; and
    • Have a child abuse clearance (as per 23 PA C.S. Chapter 63).
**Verification of Provider Qualifications**
    **Entity Responsible for Verification:**
    OLTL/PA State Board of Social Workers, Marriage and Family Therapists and Professional Counselors
    **Frequency of Verification:**
    At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Therapeutic and Counseling Services**

**Provider Category:**
Individual ☐
**Provider Type:**
Registered Dietitian or a Certified Nutrition Specialist
**Provider Qualifications**
    **License** *(specify):*
    Licensed by the PA State Board of Dietitian-Nutritionists, per 49 PA Code Chapter 21, subchapter G
    **Certificate** *(specify):*
    N/A
    **Other Standard** *(specify):*
    • Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
    • Comply with Department standards, including regulations, policies and procedures relating to provider qualifications;
    • Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide
    the service;
    • Be a resident of Pennsylvania or a state contiguous to Pennsylvania;
    • Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;

- Have Commercial General Liability insurance in accordance with Department policies;
- Be at least 18 years of age;
- Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;
- Have a child abuse clearance (as per 23 PA C.S. Chapter 63); and
- Title 49 PA Code Ch. 21 Subchapter G relates to the general provisions, licensure requirements and the responsibilities of the licensed dietician-nutritionist issued under sections 2.1(k) and 11(c) of the Professional Nursing Law (63 P. S. § 212(k) and 221(c).

**Verification of Provider Qualifications**
    **Entity Responsible for Verification:**
    OLTL/PA Department of State Board of Dietitian-Nutritionists
    **Frequency of Verification:**
    At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Therapeutic and Counseling Services**

**Provider  Category:**
Individual ☐
**Provider Type:**
Behavioral Specialist
**Provider Qualifications**
    **License** (specify):
    N/A
    **Certificate** (specify):
    N/A
    **Other Standard** (specify):
    • Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
    • Comply with Department standards, including regulations, policies and procedures relating to provider qualifications;
    • Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service;
    • Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service;
    • Be a resident of Pennsylvania or a state contiguous to Pennsylvania;
    • Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
    • Have Commercial General Liability insurance in accordance with Department policies;
    • Be at least 18 years of age;
    • Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15; and
    • Have a child abuse clearance (as per 23 PA C.S. Chapter 63).
    • Minimum of a Master's degree in Social Work, Psychology, Education, Counseling or related human services field.  Individuals without licensure or certification must be supervised by a licensed psychologist, licensed social worker, licensed professional counselor or licensed behavior analyst.
**Verification of Provider Qualifications**
    **Entity Responsible for Verification:**
    OLTL
    **Frequency of Verification:**
    At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Therapeutic and Counseling Services**

**Provider Category:**
Individual ☐
**Provider Type:**
Licensed Psychologist
**Provider Qualifications**
    **License** (specify):
    Licensed by the State Board of Psychology Professional Psychologists Practice Act, 63 P.S. §§ 1201-1218, per 49 PA Code Chapter 41
    **Certificate** (specify):

N/A
**Other Standard** *(specify)*:
• Comply with 55 PA Code 1101 and have a signed Medicaid waiver provider agreement;
• Comply with Department standards, including regulations, policies and procedures relating to provider qualifications;
• Have or ensure automobile insurance for any automobiles owned, leased and/or hired when used as a component of the service;
• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service;
• Be a resident of Pennsylvania or a state contiguous to Pennsylvania;
• Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies;
• Have Commercial General Liability insurance in accordance with Department policies;
• Be at least 18 years of age;
• Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15;
• Have a child abuse clearance (as per 23 PA C.S. Chapter 63); and
• Comply with all Department standards related to provider qualifications.
•
**Verification of Provider Qualifications**
    **Entity Responsible for Verification:**
    OLTL/PA State Board of Psychology Professional Psychologists
    **Frequency of Verification:**
    At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1/C-3: Service Specification

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).
**Service Type:**
| Other Service ☐ |

As provided in 42 CFR §440.180(b)(9), the State requests the authority to provide the following additional service not specified in statute.
**Service Title:**
Vehicle Modifications

**HCBS Taxonomy:**

| **Category 1:** | **Sub-Category 1:** |
|---|---|
| 14 Equipment, Technology, and Modifications ☐ | 14020 home and/or vehicle accessibility adaptations ☐ |

| **Category 2:** | **Sub-Category 2:** |
|---|---|
| | ☐ |

| **Category 3:** | **Sub-Category 3:** |
|---|---|
| | ☐ |

| **Category 4:** | **Sub-Category 4:** |
|---|---|
| | ☐ |

**Service Definition** *(Scope)*:
Vehicle Modifications are modifications or alterations to an automobile or van that is the participant's means of transportation in order to accommodate the special needs of the participant. Vehicle Modifications are modifications needed by the participant, as specified in the service plan and determined necessary in accordance with the participant's assessment, to ensure the health, welfare and safety of the participant and enable the participant to integrate more fully into the community. The following are specifically excluded:
• Modifications or improvements to the vehicle that are of general utility and are not of direct medical or remedial benefit to the participant
• Purchase or lease of a vehicle with or without existing adaptations
• Regularly scheduled upkeep and maintenance of a vehicle, except upkeep and maintenance of the modifications
The waiver cannot be used to purchase vehicles for participants, their families or legal guardians. Vehicle Modifications funded through the waiver are limited to the following:

- Vehicular lifts
- Portable ramps when the sole purpose of the ramp is for the participant to access the vehicle
- Interior alterations to seats, head and leg rests and belts
- Customized devices necessary for the participant to be transported safely in the community, including driver control devices
- Modifications needed to accommodate a participant's special sensitivity to sound, light or other environmental conditions
- Raising the roof or lowering the floor to accommodate wheelchairs
- The vehicle must be less than 5 years old, and have less than 50,000 miles for vehicle modification requests over $3,000

All Vehicle Modifications shall meet applicable standards of manufacture, design and installation.

The provision of this service may be facilitated by an OHCDS as described in Appendix I.3.g.ii.

**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**

A vehicle is required to have passed all applicable State standards.

This service does not include, but requires, an independent evaluation. Depending on the type of modification, and in accordance with their scopes of practice and expertise, the independent evaluation may be conducted by an occupational therapist; a speech, hearing and language therapist; or physical therapist meeting all applicable Department standards, including regulations, policies and procedures relating to provider qualifications. Such assessments may be covered through another waiver service or the State Plan, as appropriate. The vehicle that is modified may be owned by the participant, a family member with whom the participant lives, or a non-relative who provides primary support to the participant and is not a paid provider agency of services. Except as permitted in accordance with requirements contained in Department guidance, policy and regulations, this service may not be provided on the same day and at the same time as services that contain elements integral to the delivery of this service.

**Service Delivery Method** *(check each that applies)*:

☐ **Participant-directed as specified in Appendix E**
☐ **Provider managed**

**Specify whether the service may be provided by** *(check each that applies)***:**

☐ **Legally Responsible Person**
☐ **Relative**
☐ **Legal Guardian**

**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Agency | Vehicle Modifications Contractor |

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Other Service**
**Service Name: Vehicle Modifications**

**Provider Category:**
Agency ☐

**Provider Type:**
Vehicle Modifications Contractor

**Provider Qualifications**
**License** *(specify)*:
N/A
**Certificate** *(specify)*:
Quality Assurance Program (QAP) Accreditation by the National Mobility Equipment Dealers Association (NMEDA).
**Other Standard** *(specify)*:
- Comply with 55 PA Code 1101 and have a waiver provider agreement
- Comply with Department standards, including regulations, policies and procedures relating to provider qualifications
- Have a waiver service location in Pennsylvania or a state contiguous to Pennsylvania
- Have Worker's Compensation insurance in accordance with State statute and in accordance with Department policies
- Have Commercial General Liability insurance
- Ensure that employees (direct, contracted or in a consulting capacity) have been trained to meet the unique needs of the participant; for example, communication, mobility and behavioral needs
- Adhere to all applicable local and State codes
Individuals working for or contracted with agencies must meet the following standards:
- Be at least 18 years of age
- Comply with all Department standards including regulations, policies and procedures related to provider qualifications
- Complete Department required training, including training on the participant's service plan and the participant's unique needs, which may include, but is not limited to, communication, mobility, and behavioral needs
- Have criminal clearances as per 35 P.S. §10225.101 et seq. and 6 PA Code Chapter 15
- Have a child abuse clearance (as per 23 PA C.S. Chapter 63)

• Have a valid driver's license from Pennsylvania or a contiguous state if the operation of a vehicle is necessary to provide the service

**Verification of Provider Qualifications**

    **Entity Responsible for Verification:**

OHCDS or OLTL

    **Frequency of Verification:**

OHCDS – At time of service

OLTL - At least every two (2) years and more frequently when deemed necessary by the Department

## Appendix C: Participant Services

### C-1: Summary of Services Covered (2 of 2)

**b.** **Provision of Case Management Services to Waiver Participants.** Indicate how case management is furnished to waiver participants (*select one*):

    ○ **Not applicable** - Case management is not furnished as a distinct activity to waiver participants.

    ◉ **Applicable** - Case management is furnished as a distinct activity to waiver participants.

    *Check each that applies:*

    ☐ **As a waiver service defined in Appendix C-3.** *Do not complete item C-1-c.*

    ☐ **As a Medicaid State plan service under §1915(i) of the Act (HCBS as a State Plan Option).** *Complete item C-1-c.*

    ☐ **As a Medicaid State plan service under §1915(g)(1) of the Act (Targeted Case Management).** *Complete item C-1-c.*

    ☐ **As an administrative activity.** *Complete item C-1-c.*

**c.** **Delivery of Case Management Services.** Specify the entity or entities that conduct case management functions on behalf of waiver participants:

## Appendix C: Participant Services

### C-2: General Service Specifications (1 of 3)

**a.** **Criminal History and/or Background Investigations.** Specify the State's policies concerning the conduct of criminal history and/or background investigations of individuals who provide waiver services (select one):

    ○ **No. Criminal history and/or background investigations are not required.**

    ◉ **Yes. Criminal history and/or background investigations are required.**

Specify: (a) the types of positions (e.g., personal assistants, attendants) for which such investigations must be conducted; (b) the scope of such investigations (e.g., state, national); and, (c) the process for ensuring that mandatory investigations have been conducted. State laws, regulations and policies referenced in this description are available to CMS upon request through the Medicaid or the operating agency (if applicable):

Criminal history checks are required for all support service workers and must be conducted in accordance with 55 PA Code, Chapter 52, Sections 52.19 and 52.20. Individuals choosing to self-direct their services have the right to employ a worker regardless of the outcome of the background check. Support service workers who are employed by waiver participants must have criminal history clearances completed prior to hire, facilitated through the FEA as described below, so that participants can make an informed decision on whether to employ a worker who has a criminal record.

Criminal history clearances are obtained from the Pennsylvania State Police within 30 work days from the date that the employee/provider initiates services to the participant. The Pennsylvania State Police access the Pennsylvania Crime Information Center (PCIC) and the National Crime Information Center (NCIC) for this information; results are typically available within 1-2 business days. A Federal Bureau of Investigation (FBI) federal criminal history record is required for applicants who have resided in Pennsylvania for less than two years.

The home care/personal assistance agency is responsible for securing criminal history background checks for their employees. The agency must have a system in place to document that the criminal history background check was conducted, as well as the results of the background check.

The Fiscal Employer/Agent (F/EA) is responsible for securing criminal history background checks for prospective support service workers prior to hiring workers. The cost of conducting criminal history background checks is included in the monthly per member per month rate paid to the F/EA. In addition, the F/EA must have a system in place to 1) document that the criminal history background check was conducted, and 2) notify individuals of the results of the background check, and 3) document the individual's decision to employ a support service worker with a criminal record and their acceptance of responsibility for their decision.

OLTL reviews provider personnel records as part of the biennial monitoring to ensure that criminal history checks are conducted and documented as referenced in the Quality Improvement section in this Appendix. In addition to regularly scheduled monitoring, OLTL may review records as necessary during incident report investigations or other circumstances as warranted.

**b. Abuse Registry Screening.** Specify whether the State requires the screening of individuals who provide waiver services through a State-maintained abuse registry (select one):

○ **No. The State does not conduct abuse registry screening.**

◉ **Yes. The State maintains an abuse registry and requires the screening of individuals through this registry.**

Specify: (a) the entity (entities) responsible for maintaining the abuse registry; (b) the types of positions for which abuse registry screenings must be conducted; and, (c) the process for ensuring that mandatory screenings have been conducted. State laws, regulations and policies referenced in this description are available to CMS upon request through the Medicaid agency or the operating agency (if applicable):

Clearances are required for all direct care workers and service providers, including service coordinators and contractors, providing services in homes where children reside.  A child is defined as an individual under 18 years of age.
The following three certifications must be obtained prior to providing services in homes where children reside:

• Report of criminal history from the Pennsylvania State Police (PSP);

• Fingerprint based federal criminal history submitted through the Pennsylvania State Police or its authorized agent (FBI); and

• Child Abuse History Certification from the Department of Human Services (Child Abuse).

Requests for criminal history reports can be processed through the Pennsylvania State Police web-based computer application called "Pennsylvania Access To Criminal History" (PATCH), at https://epatch.state.pa.us, or by submitting the "Request For Criminal Record Check" form
SP4-164 (updated 7/2015) to the following address:  Pennsylvania State Police, Central Repository – 164, 1800 Elmerton Avenue, Harrisburg, PA 17110-9758, (717) 425-5546.

The Department of Human Services is utilizing Cogent Systems to process fingerprint-based FBI record checks. The fingerprint based background check is a multiple step process. The Cogent Systems Web site https://www.pa.cogentid.com/index_dpwNew.htm allows individuals to apply online, as well as provide detailed information regarding the application process.

Child Abuse History Certifications are obtained online at http://www.compass.state.pa.us/CWIS, or through the DHS ChildLine and Abuse Registry, P.O. Box 8170, Harrisburg, Pennsylvania 17105-8170, (717) 783-6211 or toll free at (877) 371-5422.

For those workers required to have clearances (see above), written results are required prior to the employee/provider initiating services in the participant's home.  Workers who are employed by waiver participants who have children residing in their homes must have child abuse clearances completed prior to hire so that participants can make an informed decision on whether to employ a worker who has been named as a perpetrator of founded or indicated child abuse.

Beginning July 1, 2015, certifications must be obtained every 60 months regardless of service model.  Any employee with current certification issued prior to July 1, 2015, must renew their certifications within 60 months from the date of their oldest certification or if their current certification is older than 60 months.

If an employee is arrested for or convicted of an offense that would constitute grounds for denying employment or participation in a program, activity or service, or is named as a perpetrator in a founded or indicated report, the employee must provide the administrator or their designee with written notice not later than 72 hours after the arrest, conviction or notification that the person has been listed as a perpetrator in the statewide database.  An employee who willfully fails to disclose information as required above commits a misdemeanor of the third degree and shall be subject to discipline up to and including termination or denial of employment.

The employer, administrator, supervisor or other person responsible for employment decisions or acceptance of the individual to serve in any capacity requiring certifications, shall maintain copies of the required information

The F/EA is responsible for securing clearances for prospective support service workers.  The cost of conducting clearances is included in the monthly per member per month rate paid to the F/EA.  In addition, the F/EA must have a system in place to document that the clearances were conducted.

OLTL reviews provider personnel records as part of the biennial monitoring to ensure that the clearances are conducted and documented as referenced in the Quality Improvement section.  In addition to regularly scheduled monitoring, OLTL may review records as necessary during incident report investigations or other circumstances as warranted.

## Appendix C: Participant Services

### C-2: General Service Specifications (2 of 3)

**c. Services in Facilities Subject to §1616(e) of the Social Security Act.** *Select one:*

◉ **No. Home and community-based services under this waiver are not provided in facilities subject to §1616(e) of the Act.**

○ **Yes. Home and community-based services are provided in facilities subject to §1616(e) of the Act. The standards that apply to each type of facility where waiver services are provided are available to CMS upon request through the Medicaid agency or the operating agency (if applicable).**

## Appendix C: Participant Services

### C-2: General Service Specifications (3 of 3)

d. **Provision of Personal Care or Similar Services by Legally Responsible Individuals.** A legally responsible individual is any person who has a duty under State law to care for another person and typically includes: (a) the parent (biological or adoptive) of a minor child or the guardian of a minor child who must provide care to the child or (b) a spouse of a waiver participant. Except at the option of the State and under extraordinary circumstances specified by the State, payment may not be made to a legally responsible individual for the provision of personal care or similar services that the legally responsible individual would ordinarily perform or be responsible to perform on behalf of a waiver participant. *Select one*:

○ **No. The State does not make payment to legally responsible individuals for furnishing personal care or similar services.**

○ **Yes. The State makes payment to legally responsible individuals for furnishing personal care or similar services when they are qualified to provide the services.**

Specify: (a) the legally responsible individuals who may be paid to furnish such services and the services they may provide; (b) State policies that specify the circumstances when payment may be authorized for the provision of ***extraordinary care*** by a legally responsible individual and how the State ensures that the provision of services by a legally responsible individual is in the best interest of the participant; and, (c) the controls that are employed to ensure that payments are made only for services rendered. *Also, specify in Appendix C-1/C-3 the personal care or similar services for which payment may be made to legally responsible individuals under the State policies specified here.*

e. **Other State Policies Concerning Payment for Waiver Services Furnished by Relatives/Legal Guardians.** Specify State policies concerning making payment to relatives/legal guardians for the provision of waiver services over and above the policies addressed in Item C-2-d. *Select one*:

○ **The State does not make payment to relatives/legal guardians for furnishing waiver services.**

◉ **The State makes payment to relatives/legal guardians under specific circumstances and only when the relative/guardian is qualified to furnish services.**

Specify the specific circumstances under which payment is made, the types of relatives/legal guardians to whom payment may be made, and the services for which payment may be made. Specify the controls that are employed to ensure that payments are made only for services rendered. *Also, specify in Appendix C-1/C-3 each waiver service for which payment may be made to relatives/legal guardians.*

Family members can provide Personal Assistance Services; however, the following exclusions apply:

• The Independence Waiver will not pay for services furnished by the participant's spouse.

• The Independence Waiver will not pay for services furnished by a legal guardian.

• The Independence Waiver will not pay for services furnished by a Representative Payee.

• The Independence Waiver will not pay for services furnished by a Power of Attorney (POA).

Aside from the exceptions noted above, there are no restrictions on the types of family members who may provide Personal Assistance Services.  The state assures that services are furnished in the best interest of the individual through the participant-centered planning process carried out by the service coordinators.  This includes assessment of the participant's needs, preferences, strengths, and goals, development of the participant's service plan to meet the participant's needs in the least restrictive manner possible, and monitoring the effectiveness of the service plan.  Monitoring includes a minimum of two face-to face visits with the participant annually and the utilization of a Participant Review Tool to interview the participant.  The Participant Review Tool allows the participant to provide direct input into the delivery of their services.

Family members who provide Personal Assistance Services must meet the same provider qualification standards as Support Services workers who provide Personal Assistance Services to non-relatives.  Individual service plans for individuals who receive more than 40 hours per week of services from one individual (family member or non-family member) will be reviewed and approved by OLTL.  Service Coordinators will monitor the provision of services in accordance with OLTL established protocols.

OLTL will review participant records as part of the biennial monitoring to ensure that Service Coordinators have monitored the provision of services and documented their monitoring activities in accordance with OLTL protocols.

Family members who  provide Personal Assistance Services, like all providers, must submit signed time sheets of service delivery hours to

the F/EA. The F/EA reviews authorized billable units through the Home and Community Based Services Information System (HCSIS). Reimbursement for services rendered is generated through the Provider Reimbursement Operations Management Information System (PROMISe).

Service delivery is monitored electronically through HCSIS and PROMISe to provide reimbursement for services approved in the participant's ISP. The F/EA will not pay for services that are not documented as necessary on the ISP.

○ **Relatives/legal guardians may be paid for providing waiver services whenever the relative/legal guardian is qualified to provide services as specified in Appendix C-1/C-3.**

Specify the controls that are employed to ensure that payments are made only for services rendered.

○ **Other policy.**

Specify:

f. **Open Enrollment of Providers.** Specify the processes that are employed to assure that all willing and qualified providers have the opportunity to enroll as waiver service providers as provided in 42 CFR §431.51:

All willing and qualified providers have the opportunity to enroll as waiver providers at any time. OLTL has continuous open enrollment of providers and does not limit the application for provider enrollment to a specific timeframe. Copies of the forms for provider enrollment are available upon request from the OLTL, and are also available to potential providers online through the DHS website http://www.dhs.state.pa.us/provider/promise/enrollmentinformation/index.htm.

As a condition of participation in the Independence waiver, potential providers must meet the requirements set forth in 55PA Code, Chapter 52, as well as other applicable regulatory provisions. OLTL maintains responsibility for ensuring providers meet the approved provider qualifications, including certification and licensure, as referenced in the Quality Improvement section below. In addition, OLTL is responsible for enrolling qualified providers as a Medicaid waiver provider.

## Appendix C: Participant Services

### Quality Improvement: Qualified Providers

*As a distinct component of the State's quality improvement strategy, provide information in the following fields to detail the State's methods for discovery and remediation.*

a. **Methods for Discovery: Qualified Providers**

   *The state demonstrates that it has designed and implemented an adequate system for assuring that all waiver services are provided by qualified providers.*

   i. **Sub-Assurances:**

      a. *Sub-Assurance: The State verifies that providers initially and continually meet required licensure and/or certification standards and adhere to other standards prior to their furnishing waiver services.*

      **Performance Measures**

      *For each performance measure the State will use to assess compliance with the statutory assurance, complete the following. Where possible, include numerator/denominator.*

      *For each performance measure, provide information on the aggregated data that will enable the State to analyze and assess progress toward the performance measure. In this section provide information on the method by which each source of data is analyzed statistically/deductively or inductively, how themes are identified or conclusions drawn, and how recommendations are formulated, where appropriate.*

      **Performance Measure:**
      **QP-1: Number and Percent of newly enrolled providers who meet required licensure, regulatory and appicable waiver standards prior to service provision Numerator: Number of newly enrolled providers who meet required licensure and initial QP standards prior to service provision Denominator: Number of newly enrolled providers**

      **Data Source** (Select one):
      **Record reviews, off-site**
      If 'Other' is selected, specify:

| Responsible Party for data collection/generation(check each that applies): | Frequency of data collection/generation(check each that applies): | Sampling Approach(check each that applies): |
|---|---|---|
| ☐ State Medicaid Agency | ☐ Weekly | ☐ 100% Review |
| ☐ Operating Agency | ☐ Monthly | ☐ Less than 100% Review |
| ☐ Sub-State Entity | ☐ Quarterly | ☐ Representative Sample Confidence Interval = ☐ |
| ☐ Other Specify: ☐ ☐ | ☐ Annually | ☐ Stratified Describe Group: ☐ |
| | ☐ Continuously and Ongoing | ☐ Other Specify: ☐ |
| | ☐ Other Specify: ☐ | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis (check each that applies): | Frequency of data aggregation and analysis (check each that applies): |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |
| ☐ Other Specify: ☐ | ☐ Annually |
| | ☐ Continuously and Ongoing |
| | ☐ Other Specify: ☐ ☐ |

**Performance Measure:**
**QP-2: Number and percent of providers continuing to meet applicable licensure/ certification and applicable waiver standards following initial enrollment Numerator: Number of providers who continue to meet required licensure and initial QP standards Denominator: Number of providers reviewed**

**Data Source** (Select one):
**Record reviews, on-site**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation(check each that applies): | Frequency of data collection/generation(check each that applies): | Sampling Approach(check each that applies): |
|---|---|---|
| ☐ State Medicaid Agency | ☐ Weekly | ☐ 100% Review |
| ☐ Operating Agency | ☐ Monthly | ☐ Less than 100% Review |
| ☐ Sub-State Entity | ☐ Quarterly | ☐ Representative Sample |

Confidence Interval = 95% + - 5%

| | | |
|---|---|---|
| ☐ **Other** <br> Specify: | ☐ **Annually** | ☐ **Stratified** <br> Describe Group: |
| | ☐ **Continuously and Ongoing** | ☐ **Other** <br> Specify: |
| | ☐ **Other** <br> Specify: | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies)*: | Frequency of data aggregation and analysis *(check each that applies)*: |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |
| ☐ Other <br> Specify: | ☐ Annually |
| | ☐ Continuously and Ongoing |
| | ☐ Other <br> Specify: |

**b.** *Sub-Assurance: The State monitors non-licensed/non-certified providers to assure adherence to waiver requirements.*

*For each performance measure the State will use to assess compliance with the statutory assurance, complete the following. Where possible, include numerator/denominator.*

*For each performance measure, provide information on the aggregated data that will enable the State to analyze and assess progress toward the performance measure. In this section provide information on the method by which each source of data is analyzed statistically/deductively or inductively, how themes are identified or conclusions drawn, and how recommendations are formulated, where appropriate.*

**Performance Measure:**
**QP-5: Number and percent of newly enrolled non-licensed or non-certified waiver providers who regulatory and applicable waiver standards prior to service provision Numerator: Number and percent of newly enrolled waiver providers who meet required licensure and initial QPstandards prior to service provision Denominator: Number of newly enrolled provider applications**

**Data Source** (Select one):
**Record reviews, off-site**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation *(check each that applies)*: | Frequency of data collection/generation *(check each that applies)*: | Sampling Approach *(check each that applies)*: |
|---|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** | ☐ **100% Review** |
| ☐ **Operating Agency** | ☐ **Monthly** | ☐ **Less than 100% Review** |

| | | |
|---|---|---|
| ☐ **Sub-State Entity** | ☐ **Quarterly** | ☐ **Representative Sample**<br>Confidence Interval = |
| ☐ **Other**<br>Specify: | ☐ **Annually** | ☐ **Stratified**<br>Describe Group: |
| | ☐ **Continuously and Ongoing** | ☐ **Other**<br>Specify: |
| | ☐ **Other**<br>Specify: | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies):* | Frequency of data aggregation and analysis *(check each that applies):* |
|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** |
| ☐ **Operating Agency** | ☐ **Monthly** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** |
| ☐ **Other**<br>Specify: | ☐ **Annually** |
| | ☐ **Continuously and Ongoing** |
| | ☐ **Other**<br>Specify: |

**Performance Measure:**
**QP-6: Number and percent of non-licensed/non-certified providers who continue to meet waiver provider qualifications Numerator: Number of non-licensed/non-certified providers who continue to meet required required licensure standards Denominator: Number of non-licensed/non-certified providers reviewed**

**Data Source** (Select one):
**Record reviews, on-site**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation *(check each that applies):* | Frequency of data collection/generation *(check each that applies):* | Sampling Approach *(check each that applies):* |
|---|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** | ☐ **100% Review** |
| ☐ **Operating Agency** | ☐ **Monthly** | ☐ **Less than 100% Review** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** | ☐ **Representative Sample**<br>Confidence Interval =<br>95% + - 5% |
| ☐ **Other**<br>Specify: | ☐ **Annually** | ☐ **Stratified**<br>Describe Group: |

| | ☐ **Continuously and Ongoing** | ☐ **Other** Specify: |
|---|---|---|
| | ☐ **Other** Specify: | |

**Data Aggregation and Analysis:**

| **Responsible Party for data aggregation and analysis** *(check each that applies):* | **Frequency of data aggregation and analysis** *(check each that applies):* |
|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** |
| ☐ **Operating Agency** | ☐ **Monthly** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** |
| ☐ **Other** Specify: | ☐ **Annually** |
| | ☐ **Continuously and Ongoing** |
| | ☐ **Other** Specify: |

c.  *Sub-Assurance: The State implements its policies and procedures for verifying that provider training is conducted in accordance with state requirements and the approved waiver.*

   *For each performance measure the State will use to assess compliance with the statutory assurance, complete the following. Where possible, include numerator/denominator.*

   *For each performance measure, provide information on the aggregated data that will enable the State to analyze and assess progress toward the performance measure. In this section provide information on the method by which each source of data is analyzed statistically/deductively or inductively, how themes are identified or conclusions drawn, and how recommendations are formulated, where appropriate.*

**Performance Measure:**
**QP-7: Number and percent of providers meeting provider training requirements Numerator: Number of providers who meet training requirements Denominator: Total number of providers reviewed**

**Data Source** (Select one):
**Training verification records**

| **Responsible Party for data collection/generation** *(check each that applies):* | **Frequency of data collection/generation** *(check each that applies):* | **Sampling Approach** *(check each that applies):* |
|---|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** | ☐ **100% Review** |
| ☐ **Operating Agency** | ☐ **Monthly** | ☐ **Less than 100% Review** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** | ☐ **Representative Sample** Confidence Interval = 95% + - 5% |
| ☐ **Other** Specify: | ☐ **Annually** | ☐ **Stratified** Describe Group: |

| | | |
|---|---|---|
| If 'Other' is selected, specify: | ☐ **Continuously and Ongoing** | ☐ **Other** Specify: ☐ ☐ |
| | ☐ **Other** Specify: ☐ ☐ | |

| Responsible Party for data collection/generation *(check each that applies):* | Frequency of data collection/generation *(check each that applies):* | Sampling Approach *(check each that applies):* |
|---|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** | ☐ **100% Review** |
| ☐ **Operating Agency** | ☐ **Monthly** | ☐ **Less than 100% Review** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** | ☐ **Representative Sample** Confidence Interval = 95% + - 5% |
| ☐ **Other** Specify: ☐ ☐ | ☐ **Annually** | ☐ **Stratified** Describe Group: ☐ ☐ |

| | ☐ **Continuously and Ongoing** | ☐ **Other** Specify: |
|---|---|---|
| | ☐ **Other** Specify: | |

**Data Aggregation and Analysis:**

| **Responsible Party for data aggregation and analysis** (check each that applies): | **Frequency of data aggregation and analysis** (check each that applies): |
|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** |
| ☐ **Operating Agency** | ☐ **Monthly** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** |
| ☐ **Other** Specify: | ☐ **Annually** |
| | ☐ **Continuously and Ongoing** |
| | ☐ **Other** Specify: |

**ii.** If applicable, in the textbox below provide any necessary additional information on the strategies employed by the State to discover/identify problems/issues within the waiver program, including frequency and parties responsible.
The Quality Management Efficiency Teams (QMETs) are OLTL's regional provider monitoring agents. The QMETs monitor providers of direct services as well as agencies having delegated functions. Each regional QMET is comprised of a Program Specialist (regional team lead), Registered Nurses, Social Workers, and Fiscal Representatives. Five teams are dispersed throughout the state of Pennsylvania, and report directly to the OLTL QMET State Coordinator.

The Quality Management Efficiency Teams (QMETs) monitor the HCBS Waiver providers on a biennial basis. The QMET utilizes a standardized monitoring tool for each monitoring, and monitors providers against standards derived from Title 55, Chapter 52 of the Pennsylvania Code and the provider requirements of the established, approved waivers. QMET also reviews if the provider has the appropriate licensure as required by the waiver. QMET reviews each provider at a 95% accuracy rating for each waiver in which the provider is enrolled.

**b. Methods for Remediation/Fixing Individual Problems**
**i.** Describe the State's method for addressing individual problems as they are discovered. Include information regarding responsible parties and GENERAL methods for problem correction. In addition, provide information on the methods used by the State to document these items.
Subassurance a.i.a - Before a provider is enrolled as a qualified waiver provider, it must provide written documentation to the State Medicaid Agency (OLTL) of all state licensing and certification requirements. Additionally, a licensed or certified provider is required to submit written documentation that it meets regulatory and initial qualified waiver requirements that are not part of its licensure or certification. When OLTL discovers an applicant provider does not meet licensure or certification requirements, the provider is not enrolled to provide services until the appropriate license or certification is obtained. When it is discovered that an existing provider is enrolled as a waiver provider, but has not obtained appropriate certification or licensure, OLTL issues a Statement of Findings as required by 55 Pa. Code Chapter 52. The provider is required to respond to the findings with a Corrective Action Plan (CAP) to remediate each finding. If a provider fails to submit a CAP which remediates the lack of licensure or certification requirement, OLTL begins disenrollment proceedings. The provider has the right to appeal.

Subassurance a.i.b- Upon application, OLTL reviews verification submitted by providers who are not required to receive a license or certification in order to provide services. OLTL verifies each provider meets the established regulations and criteria to be a qualified waiver provider. If a provider does not meet one or more of the waiver qualifications, OLTL notifies the provider of the unmet qualifications and provide information on available resources the provider can access to improve or develop internal systems to meet required provider qualifications. If a provider is unable to meet qualifications, the application to provide waiver services is denied. The provider may reapply with OLTL if verification is obtained.

Within two years of becoming a waiver provider (and every two years thereafter), OLTL conducts a provider monitoring of each waiver provider to ascertain whether they continue to meet the regulatory requirements and provider qualifications, including training, outlined in this waiver. The Quality Management Efficiency Teams (QMETs) are the monitoring agent for OLTL. The QMET monitoring tool and database outlines each qualification a provider must meet. The qualifications are categorized according to provider type. Provider type is defined as the service(s) the provider offers to waiver participants as outlined in the service definition. The QMET monitoring tool and database collects the information discovered by the QMETs during reviews for data analysis and aggregation purposes. Through this process, if a QMET discovers a provider does not meet one or more of the qualifications, the provider develops a Corrective Action Plan (CAP). The provider needs to demonstrate through the CAP that it can meet the regulations and waiver provider qualifications and develop a process on how to continue compliance in the future. The provider has 15 business days to submit a completed CAP to the appropriate regional QMET, and OLTL reviews and approves (or disapproves) the CAP within 30 business days of submission.

The QMET verifies the approved CAP action steps are in place according to the timeframe as written the CAP. If the CAP is insufficient, OLTL works with the provider to develop an appropriate CAP. If the provider is unable or unwilling to develop a CAP which addresses and remediates each of the findings, OLTL takes action against the provider up to and including disenrollment. The provider has the right to appeal.

Subassurance a.i.c- The QMET monitoring tool ascertains if the provider has completed training in accordance with regulations and waiver requirements. OLTL directly supervises QMET activities through the QMET statewide coordinator to ensure that providers fulfill training requirements in accordance with state and waiver requirements. If a provider has not met training requirements, the provider is required to submit a CAP. The provider has 15 business days to submit a completed CAP to the appropriate regional QMET, and OLTL reviews and approves the CAP within 30 business days of submission. The QMET verifies the CAP action steps are in place according to the timeframe as written in the CAP. If the CAP is insufficient, OLTL works with the provider to develop an appropriate CAP. If the CAP is insufficient, OLTL works with the provider to develop an appropriate CAP. If the provider is unable or unwilling to develop a CAP which addresses and remediates each of the findings, OLTL takes action against the provider up to and including disenrollment. The provider has the right to appeal.

ii. **Remediation Data Aggregation**
**Remediation-related Data Aggregation and Analysis (including trend identification)**

| **Responsible Party**(check each that applies): | **Frequency of data aggregation and analysis**(check each that applies): |
|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** |
| ☐ **Operating Agency** | ☐ **Monthly** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** |
| ☐ **Other**<br>Specify: | ☐ **Annually** |
| | ☐ **Continuously and Ongoing** |
| | ☐ **Other**<br>Specify: |

c. **Timelines**

When the State does not have all elements of the Quality Improvement Strategy in place, provide timelines to design methods for discovery and remediation related to the assurance of Qualified Providers that are currently non-operational.

◉ **No**

○ **Yes**

Please provide a detailed strategy for assuring Qualified Providers, the specific timeline for implementing identified strategies, and the parties responsible for its operation.

## Appendix C: Participant Services

### C-3: Waiver Services Specifications

Section C-3 'Service Specifications' is incorporated into Section C-1 'Waiver Services.'

Application for 1915(c) HCBS Waiver: PA.0319.R04.02 - Oct 01, 2016 (as of Oct 01, 2016)          Page 151 of 228
Case 5:17-cv-02165-JLS    Document 23-1    Filed 07/14/17    Page 156 of 234
Appendix C: Participant Services

## C-4: Additional Limits on Amount of Waiver Services

**a.** **Additional Limits on Amount of Waiver Services.** Indicate whether the waiver employs any of the following additional limits on the amount of waiver services (*select one*).

○ **Not applicable** - The State does not impose a limit on the amount of waiver services except as provided in Appendix C-3.

○ **Applicable** - The State imposes additional limits on the amount of waiver services.

When a limit is employed, specify: (a) the waiver services to which the limit applies; (b) the basis of the limit, including its basis in historical expenditure/utilization patterns and, as applicable, the processes and methodologies that are used to determine the amount of the limit to which a participant's services are subject; (c) how the limit will be adjusted over the course of the waiver period; (d) provisions for adjusting or making exceptions to the limit based on participant health and welfare needs or other factors specified by the state; (e) the safeguards that are in effect when the amount of the limit is insufficient to meet a participant's needs; (f) how participants are notified of the amount of the limit. (*check each that applies*)

☐ **Limit(s) on Set(s) of Services.** There is a limit on the maximum dollar amount of waiver services that is authorized for one or more sets of services offered under the waiver.
*Furnish the information specified above.*

☐ **Prospective Individual Budget Amount.** There is a limit on the maximum dollar amount of waiver services authorized for each specific participant.
*Furnish the information specified above.*

☐ **Budget Limits by Level of Support.** Based on an assessment process and/or other factors, participants are assigned to funding levels that are limits on the maximum dollar amount of waiver services.
*Furnish the information specified above.*

☐ **Other Type of Limit.** The State employs another type of limit.
*Describe the limit and furnish the information specified above.*

## Appendix C: Participant Services

## C-5: Home and Community-Based Settings

Explain how residential and non-residential settings in this waiver comply with federal HCB Settings requirements at 42 CFR 441.301(c)(4)-(5) and associated CMS guidance. Include:

**1.** Description of the settings and how they meet federal HCB Settings requirements, at the time of submission and in the future.

**2.** Description of the means by which the state Medicaid agency ascertains that all waiver settings meet federal HCB Setting requirements, at the time of this submission and ongoing.

*Note instructions at Module 1, Attachment #2, HCB Settings Waiver Transition Plan for description of settings that do not meet requirements at the time of submission. Do not duplicate that information here.*

Please see Module 1, Attachment #2 HCBS Settings Waiver Transition Plan. At the time of submission OLTL is gathering relevant information needed for compliance.

## Appendix D: Participant-Centered Planning and Service Delivery

## D-1: Service Plan Development (1 of 8)

**State Participant-Centered Service Plan Title:**
Individual Service Plan

**a.** **Responsibility for Service Plan Development.** Per 42 CFR §441.301(b)(2), specify who is responsible for the development of the service plan and the qualifications of these individuals (*select each that applies*):

☐ **Registered nurse, licensed to practice in the State**

☐ **Licensed practical or vocational nurse,** acting within the scope of practice under State law

☐ **Licensed physician (M.D. or D.O)**

☐ **Case Manager** (qualifications specified in Appendix C-1/C-3)

☐ **Case Manager** (qualifications not specified in Appendix C-1/C-3).

*Specify qualifications:*

☐ **Social Worker**

*Specify qualifications:*

☐ **Other**

*Specify the individuals and their qualifications:*

## Appendix D: Participant-Centered Planning and Service Delivery

### D-1: Service Plan Development (2 of 8)

b.  **Service Plan Development Safeguards.** *Select one:*

○  **Entities and/or individuals that have responsibility for service plan development may not provide other direct waiver services to the participant.**

⦿  **Entities and/or individuals that have responsibility for service plan development may provide other direct waiver services to the participant.**

The State has established the following safeguards to ensure that service plan development is conducted in the best interests of the participant. *Specify:*

Service Coordination entities are required to be conflict free as defined in 55 PA Code, Chapter 52.28. A Service Coordination Entity may not provide other waiver services if the Service Coordination Entity provides service coordination services, unless they are an authorized OHCDS. Upon enrollment as an OHCDS, OLTL's Division of Provider Management ensures the provider is an SCE and meets the applicable qualifications. If a service coordination entity is an OHCDS, it may subcontract the services outlined below. In its subcontracting activities, the provider must have a written agreement containing the OHCDS and the subcontractor's duties, responsibilities and compensation. The Quality Management Efficiency Teams ensure the OHCDS remains compliant.

Service Coordination agencies may provide only the following services by serving as an Organized Health Care Delivery System (OHCDS).
• Community Transition Services;
• Personal Emergency Response System (PERS);
• Home Adaptations;
• Assistive Technology;
• Vehicle Modifications; and/or
• Non-medical Transportation.

Service Coordinators acting as an OHCDS to provide community transition services, PERS, home adaptations, assistive technology, vehicle modifications, and non-medical transportation are not the only willing and qualified providers of these services. Participants are not required to receive vendor services subcontracted through an OHCDS. Participants are able to select any qualified provider that has either contracted with the OHCDS or select any other qualified provider. Service Coordination providers who also serves as an OHCDS, cannot require a participant to use their OHCDS as a condition to receive service coordination services from their agency.

Service Coordinators are responsible for developing the person-centered service plan along with the participant, and may not provide direct services to the participant. Service Coordinators are responsible for ensuring participants are fully informed of all services available in the waiver and their right to choose from and among all willing and qualified providers. Service Coordinators are also responsible for providing participants with information about the Services and Supports Directory - a web-based listing of all qualified and enrolled waiver providers – during the ISP development process. The information contained in the Services and Supports Directory will also be made available in a non-web-based format, as necessary or when requested. The Services and Supports Directory allows individuals receiving OLTL services, family members, service coordinators and the general public to access timely and up to date information on providers and services being offered in their area. In addition, Service Coordinators are responsible for obtaining the participant's signature on the Service Provider Choice form indicating they were fully informed of all available qualified providers and documenting receipt of the Service Provider Choice form in the participant's record. Completed Service Provider Choice forms are also maintained in the participant's file with the participant's current Service Coordination provider. OLTL monitors receipt of the forms as part of its biennial provider reviews by OLTL as listed in the Quality Improvement section in Appendix H.

Service Coordinators provide participants with a standard packet of information developed by OLTL. The packet contains information on participant rights and responsibilities, participant choice, applying for home and community-based services programs, the role of the Service Coordinator, participant complaints, appeals and fair hearings, how to connect to other community resources, and fraud and abuse. The packet provides participants with a basis for self-advocacy safeguards.

OLTL also provides a toll-free HelpLine for participants to report concerns about their provider. This toll-free HelpLine information is incorporated into the above-referenced participant information materials, the OLTL Service Provider Choice Form and the OLTL Participant Satisfaction Surveys.

## Appendix D: Participant-Centered Planning and Service Delivery

### D-1: Service Plan Development (3 of 8)

c. **Supporting the Participant in Service Plan Development.** Specify: (a) the supports and information that are made available to the participant (and/or family or legal representative, as appropriate) to direct and be actively engaged in the service plan development process and (b) the participant's authority to determine who is included in the process.

The Individual Service Plan (ISP) development process is a collaborative process between the participant and Service Coordinator that includes people chosen by the participant, provides necessary information and support to ensure that the individual directs the process to the maximum extent possible, and is enabled to make informed choices and decisions, is timely and occurs at times and locations of convenience to the individual, and reflect cultural considerations and communication needs of the individual. The Service Coordinator provides information to the individual in advance of the planning meeting so that he/she can make informed choices about their services and service delivery.

A key step in developing the ISP is to complete OLTL's standardized needs assessment, which secures information about the participant's strengths, capacities, needs, preferences, health status, risk factors, and desired goals and outcomes. It also includes other necessary medical, functional, cognitive/emotional and social information used to develop the participant's ISP. The Service Coordinator reviews the information gathered with the participant, family, friends, advocates or others that are identified and chosen by the participant to be part of the service plan development process. If the participant uses an alternative means of communication or if their primary language is not English, the process utilizes the participant's primary means of communication, an interpreter, or someone identified by the participant that has a close enough relationship with the participant to accurately speak on his/her behalf.

When identifying services and supports, the participant and family, friends, advocates or others consider all available resources. The ISP includes informal supports in the participant's community, such as friends, family, neighbors, local businesses, schools, civic organizations, and employers.

Prior to the ISP meeting(s), the Service Coordinator works with the participant to coordinate invitations and ISP/Annual Review meetings, dates, times and locations. The process of coordinating invitations includes the participant's input as to who to invite to the meeting(s) and at times and locations of convenience to the participant.

The Service Coordinator assists the participant in the development of the ISP based on assessed needs.

## Appendix D: Participant-Centered Planning and Service Delivery

### D-1: Service Plan Development (4 of 8)

d. **Service Plan Development Process.** In four pages or less, describe the process that is used to develop the participant-centered service plan, including: (a) who develops the plan, who participates in the process, and the timing of the plan; (b) the types of assessments that are conducted to support the service plan development process, including securing information about participant needs, preferences and goals, and health status; (c) how the participant is informed of the services that are available under the waiver; (d) how the plan development process ensures that the service plan addresses participant goals, needs (including health care needs), and preferences; (e) how waiver and other services are coordinated; (f) how the plan development process provides for the assignment of responsibilities to implement and monitor the plan; and, (g) how and when the plan is updated, including when the participant's needs change. State laws, regulations, and policies cited that affect the service plan development process are available to CMS upon request through the Medicaid agency or the operating agency (if applicable):

The individual service plan (ISP), contains essential information about the individual, which is used for planning, and implementing supports necessary for the participant to successfully live the life that they choose. ISP's are based on written assessments and other supplemental documentation that supports the participant's need for each Waiver and Non-Waiver funded service in order to address the full range of individual needs. All service plans must be developed in accordance with 55 PA Code, Chapter 52. The Commonwealth also expects that the person-centered service plan must reflect the services that are important for the individual to meet individual services and support needs as assessed through a person-centered functional assessment, as well as what is important to the person with regard to preferences for the delivery of such supports. In order to make fully informed decisions, the Service Coordinator provides and reviews with the participant a standard packet of information developed by OLTL in advance of the ISP meeting. The packet contains information on participant rights and responsibilities, participant choice, applying for home and community-based services programs, the role of the Service Coordinator, participant complaints, appeals and fair hearings, how to connect to other community resources, and fraud and abuse.

Who develops plan and participates in the process:

The participant and the participant's Service Coordinator develop the service plan utilizing a participant-centered approach. This process includes the participant, people chosen by the participant, and the Service Coordinator, The Service Coordinator reviews with the participant

the services available through the waiver that would benefit or assist the participant to meet the participant's identified needs. The Service Coordinator must discuss the participant's preferences and strengths including existing support systems and available community resources and incorporate those items into the ISP.

The timing of the plan and how and when it is updated:

The Service Coordinator ensures that the ISP is updated, approved, and authorized as changes occur. The Service Coordinator ensures that the ISP is reviewed and updated at least once every 365 days with the reevaluation of the participant's needs or more frequently if there is a change in the participant's needs. The Service Coordinator schedules the service planning meetings at times and places that are convenient to the participant.

The Service Coordinator gathers information on an ongoing basis to assure the ISP reflects the participant's current needs. The Service Coordinator discusses potential revisions to the ISP with the participant and individuals important to the participant. When there is a potential change in the ISP, the Service Coordinator submits that change to OLTL through the Home and Community Based Information System (HCSIS). All changes to existing ISPs must be entered into HCSIS by Service Coordinators within three business days of identifying that the participant's needs have changed.

OLTL is responsible for the review and approval of plan changes. OLTL staff receives all ISP review alerts in HCSIS. OLTL staff reviews these alerts each work day and may request additional details or ask for clarification regarding the information that the Service Coordinator has included in the HCSIS ISP and comments. Once the ISP is authorized by OLTL, the Service Coordinator ensures that the service plan change or changes are communicated to the participant and shared with the participant's appropriate service provider or providers to ensure that service delivery matches the approved ISP. Changes to the ISP must be approved by OLTL prior to initiating changes in the service plan.

The types of assessments that are conducted:

Part of the enrollment process involves the IEB assessor's completion of a level of care evaluation tool to determine whether the participant meets the Nursing Facility level of care. In addition a physician completes a physician certification form which indicates the physician's level of care recommendation.

At the time of enrollment, the independent enrollment Entity completes OLTL's standardized needs assessment, which secures information about the participant's strengths, capacities, needs, preferences, health status, risk factors, and desired goals and outcomes. It also includes other necessary medical, functional, cognitive/emotional and social information used to develop the participant's ISP. The Service Coordinator uses the information gathered from the level of care assessment and the standardized needs assessment to develop the participant's Individual Service Plan.

The Service Coordinator also reviews and updates the needs assessment at least once every 365 days or on an as needed basis to determine if the ISP requires any changes. If there are changes in the participant's needs, the Service Coordinator must revise the ISP and have the participant sign the signature page of the ISP.

How the participant is informed of the services available under the waiver:

The Service Coordinator is responsible to ensure all waiver participants are informed of home and community-based services funded through the Independence Waiver. The Service Coordinator describes and explains the concept of participant-centered service planning, as well as the types of services available through the Independence Waiver, to the participant at home visits and through ongoing discussions with the participant. In addition to describing the services available through the waiver, the SC also provides detailed information (described further in Appendix E) regarding opportunities and responsibilities of participant direction. These discussions are documented in the HCSIS service notes for each participant.

How the process ensures that the service plan addresses participant's desired goals, outcomes, needs and preferences:

The Service Coordinator reviews the participant's assessed needs with the participant to identify waiver and non-waiver services that will best meet the individual's goals, needs, and preferences. If non-waiver services are not utilized, justification must be provided in the service notes for the use of waiver services. In addition, Service Coordinators review with the participant their identified unmet needs and ensures that the service plan includes sufficient and appropriate services to maintain health, safety and welfare, and provides the support that an individual needs or is likely to need in the community and to avoid institutionalization.

The Service Coordinator utilizes the assessments and discussions with the participant to secure information about the participant's needs, including health care needs, preferences, goals, and health status to develop the ISP. This information is captured by the Service Coordinator onto a standard service plan form and then documented in the Home and Community Services Information System (HCSIS). OLTL reviews the participant's record in HCSIS against the requirements. The QMET review a sample of claims to ensure they meet the type, scope, amount, duration and frequency of services listed in the ISP. Furthermore, QMET reviews to ensure services are delivered in the type, scope, amount, duration and frequency as indicated in the approved ISP.

To ensure health care needs are addressed, a registered nurse is either on staff with the Service Coordination Entity or is available under contract as a nursing consultant to the Service Coordination Entity. The RN is required to review and sign the standardized needs assessment for individuals who are ventilator dependent, technology dependent, require wound care, are non-compliant with medications, non-compliant with self-care or if the participant requests to have an RN involved with the assessment of needs. The Service Coordinator is responsible for notifying waiver participants that an RN is available should the participant wish to have a nurse included in the assessment process. This option is also incorporated into the standardized information packets that are distributed to all waiver participants.

The Service Coordinator, in conjunction with the participant, gathers information on an ongoing basis to assure the ISP reflects the participants' needs. Revisions are discussed with the participant and entered into the ISP in HCSIS for OLTL review and if approved by OLTL, the updated service information is shared with the participant and service providers.

All service plan meetings and discussions with the participant are documented in the service notes.

How responsibilities are assigned for implementing the plan:
SCs are responsible for addressing and documenting the following information in the ISP to meet the requirements of OLTL for approval and implementation:
- OLTL services reflect identified unmet needs
- Participant's goals, strengths, and capabilities
- Coordination of waiver/program and non-waiver/program services
- Justification of services
- Preferences addressed
- Third Party Liability
- Informal Supports
- Community resources
- Any barriers/risks
- Assignment of responsibilities to implement and monitor the plan
- Individual back-up plan
- Emergency back-up plan
- Freedom of choice of service alternatives
- Choice of providers is offered
- Chosen service model
- Chosen providers
- Review of rights and responsibilities
- Contact with the participant, families and providers in service/journal notes
- Individuals who participated in the development of the ISP
- The frequency and duration of all services

The SC must obtain the signatures of the participant, participant's representative and any others involved in the planning process, indicating they participated in, approve and understand the services outlined in the ISP and that services are adequate and appropriate to the participant's needs. Every participant must receive a copy of his/her ISP. A copy of the signed ISP is given to the participant and a copy of the signed ISP must be kept in the participant's file at the SC Entity.

The Service Coordinator, in conjunction with the participant, is responsible for developing ISPs and updating annually by performing the following roles in accordance with specific requirements and timeframes, as established by OLTL:
- Developing the initial ISP, and subsequent revisions as required
- Entering ISP's into HCSIS
- Conducting the annual reevaluation at least once every 365 days and whenever needs change
- Documenting contacts with individuals, families and providers
- Recordkeeping
- Locating services
- Coordinating service coverage through internal or external sources
- Monitoring services
- Ensuring health and welfare of waiver participants
- Follow-up and tracking of remediation activities
- Sharing information
- Assuring information is in completed ISP
- Participating in ISP reviews
- Coordinating recommended services
- Assuring participants are given choice of providers at least annually at the reassessment visit
- Reviewing plan implementation

The direct service provider is responsible for providing the services in the amount, type, frequency, and duration that is authorized in the ISP. The provider is responsible to notify the participant's SC when the participant refuses services or is not home to receive the services as indicated in the authorized ISP.

The participant is responsible to notify their service provider when they are unable to keep scheduled appointments, or when they will be hospitalized or away from home for a significant period of time. The participant is responsible for notifying their SC when a provider does not show up to provide the authorized services and is responsible to initiate their individual back-up plan in such instances.

How waiver and other services are coordinated:

A team consisting of the participant, Service Coordinator, and others of the participant's choosing consider all other potential sources of coverage as part of the service plan development process. The team reviews for any service coverage that may be available under the State Plan or other possible Federal programs or non-governmental programs before utilizing waiver services. The team also reviews for the availability of informal supports in the person's community such as friends, family, neighbors, local businesses, schools, civic organizations

and employers. Coordination of these services is guided by the principles of preventing institutional placement and protecting the person's health, safety and welfare in the most cost effective manner. All identified services, whether available through the waiver or other funding sources, are outlined in the participant's ISP, which is distributed by the Service Coordinator to the participant and providers of service. The Service Coordinator is responsible for ensuring that there is coordination between services in the ISP, including facilitating access to needed State Plan benefits, maintaining collaboration between OLTL sponsored services and informal supports, as well as ensuring consistency in service delivery among providers. Justification for limitations and/or not utilizing non-waiver services must be documented in service notes. OLTL reviews service plans to ensure that non-waiver resources, including MA covered services including State Plan Covered Services, are documented on the participant's ISP.

The assignment of responsibility to monitor and oversee the implementation of the service plan:

Upon authorization of the ISP, the Service Coordination Entity forwards a copy of the OLTL Service Authorization Form to identified service providers. The Service Authorization Form provides detailed information regarding the type, scope, amount, duration, and frequency of the service authorized. Also included on the form are demographic information necessary for the delivery of the service (i.e. address, phone) and any information specific to the participant's needs and preferences that are directly related to the service being rendered by the provider. The Service Coordinator must communicate service plan approval and changes to the participant and the appropriate service provider to ensure that service delivery is consistent with the approved ISP. The Quality Management Efficiency Teams (QMET) review the service plan against participant records and claims at a minimum biennially to ensure that the type, scope, amount, duration and frequency of services is actually provided by the direct service provider. The QMET also review the service coordination notes to ensure that the Service Coordination Entity is monitoring that services are appropriately delivered. The appropriate delivery of services is a regulatory requirement of all service providers, and failure to deliver services as identified in the ISP result in a Statement of Findings and potential penalties against the provider including and up to disenrollment.

Service Coordinators are responsible for monitoring the full implementation of the service plan, including the health, safety and welfare of the participant and the quality of the participant's service plan through personal visits at a minimum of twice per year and telephone calls at least quarterly. Service Coordinator monitoring ensures that reasonable safeguards exist for the person's health and well-being in the home and community. Personal visits and telephone contacts can be done more frequently to assure provision of services and health and welfare of the participant.

Service Coordinators are responsible for documenting and monitoring the following:
- The participant is receiving the amount (units) of services that are in the ISP
- The participant is receiving the frequency of services that are in ISP.
- The participant receives the authorized services that are in the ISP.
- The participant is receiving the duration of services that are in the ISP.

OLTL monitors ISPs as part of the biennial monitoring for compliance with waiver requirements and ISP policies. OLTL also provides a toll-free HelpLine for participants to report concerns about their provider or the delivery of services. The toll-free HelpLine information is provided at enrollment, at annual reevaluations, and during the Service Coordinator's participant service monitoring visits.

During the course of performing Retrospective Review of service plans, BQPM staff may notice issues regarding the implementation of the plan or regarding health and safety. BQPM staff notifies BPO staff for further investigation and resolution of such issues. While reviewing service plans, BQPM staff also looks at the participant's history of incidents and complaints, and provide these details to BPO in addition to issues from the plan. Additional information regarding Retrospective Reviews of service plans is available in the Quality Improvement Section of this Appendix.

## Appendix D: Participant-Centered Planning and Service Delivery

### D-1: Service Plan Development (5 of 8)

e. **Risk Assessment and Mitigation.** Specify how potential risks to the participant are assessed during the service plan development process and how strategies to mitigate risk are incorporated into the service plan, subject to participant needs and preferences. In addition, describe how the service plan development process addresses backup plans and the arrangements that are used for backup.

The service plan assessment process includes the identification of potential risks to the participant.

Risks are initially assessed through the level of care assessment and standardized needs assessment that is completed during a face-to-face interview with the individual at the time of enrollment. Through the level of care assessment and needs assessment, risks will be identified and summarized into categories according to health/medical, community, and behavioral risks. The Service Coordinator will discuss these potential risks with the participant and whomever the participant chooses to have present such as the participant's family and friends during the development of the ISP. The Service Coordinator, participant and any other participant chosen individuals will identify strategies to mitigate such risks that will allow participants to live in the community while assuring their health and welfare. These strategies to prepare for risk are as individualized as the potential risks themselves, and will be incorporated into the ISP. The participant signs a statement as part of the ISP signature page agreement that indicates the Service Coordinator reviewed the risks associated with the participant's goals. This process will verify that the participant has participated in the discussion and has been fully informed of the risks associated with his/her goals, and any identified strategies included in the plan to mitigate risk, while respecting the individual's choice and preferences in the service planning process.

The Service Coordinator will also describe any unique circumstances on the service plan. The Service Coordinator will identify if any of the services available through the waiver would be appropriate for the participants' circumstances. The Service Coordinator will remain sensitive

to the needs and preferences of the participant when identifying any risks or possible services that would assist the participant with addressing these risks. A specific service or combination of services may benefit the participant in these types of circumstances.

Emergency back up plans and priority arrangements to ensure the health, safety and welfare of the participant are developed and documented during the ISP development process. Emergency back up plans are also part of the ongoing service plan monitoring process at the Service Coordinator level. All participants are required to have individualized backup plans and arrangements to cover services they need when the regularly scheduled service worker is not available. Strategies for back up plans may include the use of family and friends of the participants' choice and/or agency staff, based on the needs and preferences of the participant. If the backup plan fails, participants may utilize the agency model to provide emergency backup coverage to meet their immediate needs. The Service Coordinator may reach out to and utilize other home health or home care agencies for backup if necessary and document the details in the ISP. The Service Coordinator is responsible during regular monitoring to validate that the strategies and backup plans are working and are still current. To assist in assuring the health and welfare of the individuals, participants are instructed to contact Service Coordinators to report disruptions of backup plans and strategies.

## Appendix D: Participant-Centered Planning and Service Delivery

### D-1: Service Plan Development (6 of 8)

**f. Informed Choice of Providers.** Describe how participants are assisted in obtaining information about and selecting from among qualified providers of the waiver services in the service plan.

At time of enrollment, the independent enrolling entity educates participants that they have the right to choose the providers of the services they will receive, including Service Coordination providers, and their right to choose a different provider for different services. Participants are free to change providers at any time by informing their Service Coordinator of the desire to make a change.

Participants may also identify other non-waiver providers from whom they would like to receive services. This information will be given to the OLTL or designee who will make every attempt to recruit and enroll the provider in the waiver program.

A current listing of enrolled providers is maintained by OLTL in the Services and Supports Directory. This listing is maintained in HCSIS and automatically updated as new providers are enrolled. The Services and Supports Directory is shared with participants by both the enrollment agency as well as service coordination providers.

Participants are also given the toll free number of the Office of Long-Term Living (OLTL) so they may contact OLTL should they have concerns about their providers or questions regarding their ability to choose providers (including Service Coordination agencies) that provide the services in their service plan. The toll-free HelpLine information is provided to participants at time of enrollment, at annual reevaluations, and during Service Coordinator's participant service monitoring visits.

The enrolling agency is responsible for ensuring all individuals who are determined eligible for waiver services are given a list of all enrolled service coordination providers, and documenting the participant's choice of service coordinator on the OLTL Service Provider Choice Form.

The Service Coordinator is responsible for ensuring participants are fully informed of their right to choose service providers before services begin, at each reevaluation, and at any time during the year when a participant requests a change of providers. The Service Coordination Entity is responsible for providing the participant with the OLTL Service Provider Choice Form, and ensuring that the participant has reviewed and signed the form

The OLTL Service Provider Choice Form emphasizes to participants that they have the right to choose any qualified provider, and that they cannot receive service coordination and service plan services from the same provider. The OLTL Service Provider Choice Form serves to document each individual's choice.

OLTL staff reviews service plan information in the Home and Community Services Information System (HCSIS). Service Coordination providers are required to confirm in HCSIS that the standard OLTL Service Provider Form has been completed whenever the Service Coordination provider submits a plan creation or plan revision to OLTL.

## Appendix D: Participant-Centered Planning and Service Delivery

### D-1: Service Plan Development (7 of 8)

**g. Process for Making Service Plan Subject to the Approval of the Medicaid Agency.** Describe the process by which the service plan is made subject to the approval of the Medicaid agency in accordance with 42 CFR §441.301(b)(1)(i):

OLTL reviews and approves all service plans. The Service Coordinator, in conjunction with the participant, is responsible to modify the ISP if the participant's needs change.

When there is a change in the ISP, the Service Coordinator submits that potential change to OLTL through HCSIS. OLTL is responsible for the review and approval of ISP changes in HCSIS. OLTL reviews a representative sample of ISPs as described in the Quality Improvement section of this Appendix. In addition, OLTL ensures that participant's ISPs are developed according to OLTL requirements and in a fashion that supports participant's health and welfare through the Service Coordination oversight process.

Service Coordinators are required to review and update the participants ISP at least once every 365 days and submit the annual review in HCSIS. OLTL reviews a representative sample of service plans as described in the Quality Improvement section of this Appendix. As stated above, OLTL ensures that participant's service plans are updated according to OLTL requirements and in a fashion that supports participant's

health and welfare through the Service Coordination oversight process.

The process of developing and revising service plans is monitored by OLTL as listed in the Quality Improvement section of this Appendix.

## Appendix D: Participant-Centered Planning and Service Delivery

### D-1: Service Plan Development (8 of 8)

**h. Service Plan Review and Update.** The service plan is subject to at least annual periodic review and update to assess the appropriateness and adequacy of the services as participant needs change. Specify the minimum schedule for the review and update of the service plan:

- ○ **Every three months or more frequently when necessary**
- ○ **Every six months or more frequently when necessary**
- ● **Every twelve months or more frequently when necessary**
- ○ **Other schedule**

*Specify the other schedule:*

**i. Maintenance of Service Plan Forms.** Written copies or electronic facsimiles of service plans are maintained for a minimum period of 3 years as required by 45 CFR §92.42. Service plans are maintained by the following *(check each that applies):*

- ☐ **Medicaid agency**
- ☐ **Operating agency**
- ☐ **Case manager**
- ☐ **Other**

*Specify:*

## Appendix D: Participant-Centered Planning and Service Delivery

### D-2: Service Plan Implementation and Monitoring

**a. Service Plan Implementation and Monitoring.** Specify: (a) the entity (entities) responsible for monitoring the implementation of the service plan and participant health and welfare; (b) the monitoring and follow-up method(s) that are used; and, (c) the frequency with which monitoring is performed.

The Service Coordinator plays a key role in ensuring the implementation and monitoring of the ISP as follows:

• Monitors the health and safety of the participant and the quality of services provided to the participant through personal visits at a minimum of twice per year and telephone calls at least quarterly. Personal visits and telephone contacts may be done more frequently as agreed upon by the participant and team to assure provision of services and health and welfare of the participant or in accordance with OLTL requirements. During monitoring contacts the SC is responsible for discussing the following information with the participant and documenting the information in HCSIS service notes for review by OLTL:
    o The participant is receiving the amount, frequency, and duration of services that are in the approved ISP.
    o The participant is receiving the authorized services that are in the ISP.
    o The participant is receiving the amount of support necessary to ensure health and safety.
    o If the participant has reported any health status or other events (such as a hospitalization, scheduled surgery, etc.) or changes
    o There is no duplication of services including waiver and non-waiver services.
    o Contacts with individuals, families and providers.
    o Ensures that each participant has a comprehensive ISP that meets the identified needs of the participant and is implemented as indicated on the ISP.
    o That the recommended and chosen services are being implemented.
    o That the back-up plan is effective and how often it has been used.

• Initiates and oversees the process of reevaluation of the participant's level of care and review of ISP

• Addresses problems and concerns of participants on an as needed basis and report to OLTL with unresolved concerns

OLTL reviews and approves the ISP through HCSIS. The Service Coordinator receives an alert of approval or disapproval from OLTL in HCSIS once the ISP is reviewed by OLTL staff. The Service Coordinator implements services once the ISP is approved by OLTL.

Additionally, the Quality Management Efficiency Teams monitor the following activities as being provided by the Service Coordination activity. These activities are listed requirements in 55 Pa. Code § 52.26 (service coordination services).
• Services furnished in accordance with the service plan;
• Participant access to waiver services identified in service plan;

- Participants exercise free choice of provider;
- Services meet participants' needs;
- Effectiveness of back-up plans;
- Participant health and welfare; and
- Participant access to non-waiver services in service plan, including health services.

If a provider fails to meet a regulation or waiver requirement, a Corrective Action Plan is issued. For more information on the Corrective Action Plan process, please refer to Appendix C. Furthermore, OLTL has the option to enact sanctions against the provider for failure to meet a regulation, up to and including disenrollment.

Any deficiencies or issues identified through the review of the ISP will be presented to the Service Coordination Entity for remediation. The Service Coordinator will be notified through communication from the Bureau of Participant Operations (BPO) in the comments section of HCSIS. The BPO will expect the Service Coordination Entity to outline a plan to correct the issue(s) and submit to BPO for approval and follow up with notification of remediation. The plan should include communication strategies for notifying the participant of any service that may be affected due to the discrepancy or inappropriateness of the service they have coordinated.

During the course of performing Retrospective Review of service plans, BQPM staff may notice issues regarding the implementation of the plan or regarding health and safety. BQPM staff notifies BPO staff for further investigation and resolution of such issues. While reviewing service plans, BQPM staff also looks at the participant's history of incidents and complaints, and provide these details to BPO in addition to issues from the plan. Additional information regarding Retrospective Reviews of service plans is available in the Quality Improvement Section of this Appendix.

In addition, the F/EA assists both OLTL and the Service Coordinator in monitoring service utilization for participants who are self-directing their services. The F/EA is required to provide monthly reports to common law employers, service coordinators, and OLTL which display individual service utilization (both over and underutilization) and spending patterns. The F/EA is also responsible for providing written notification to the Service Coordinator of any common law employer who does not submit timesheets for two or more consecutive payroll periods.

b. **Monitoring Safeguards.** *Select one:*

○ **Entities and/or individuals that have responsibility to monitor service plan implementation and participant health and welfare may not provide other direct waiver services to the participant.**

● **Entities and/or individuals that have responsibility to monitor service plan implementation and participant health and welfare may provide other direct waiver services to the participant.**

The State has established the following safeguards to ensure that monitoring is conducted in the best interests of the participant. *Specify:*

Service Coordination entities are required to be conflict free as defined in 55 PA Code, Chapter 52.28. A Service Coordination Entity may not provide other waiver services if the Service Coordination Entity provides service coordination services.

Service Coordination entities may provide the following services under an Organized Health Care Delivery System (OHCDS):

- Community Transition Services;
- Personal Emergency Response System (PERS);
- Home Adaptations;
- Assistive Technology;
- Vehicle Modifications; and/or
- Non-medical Transportation

Participants are not required to receive vendor services subcontracted through an OHCDS. Participants are able to either select any qualified provider that has contracted with the OHCDS, or select any other enrolled qualified provider. The Service Coordination provider cannot require a participant to use their OHCDS as a condition to receive service coordination services from their agency.

Service Coordinators are responsible for ensuring participants are fully informed of all services available in the waiver, their right to choose from and among all willing and qualified providers. Service Coordinators are responsible for providing participants with a list of approved qualified providers from the Services and Supports Directory – a web-based listing of all qualified and enrolled waiver providers – to the participant during the ISP development process, and obtain the participant's signature on the Service Provider Choice form, indicating they were fully informed of all available qualified providers. The Services and Supports Directory allows individuals receiving OLTL services, family members, service coordinators and the general public to access timely and up to date information on providers and services being offered in their area. Completed Service Provider Choice forms are also maintained in the participant's file with the participant's current Service Coordination provider. OLTL monitors receipt of the forms as part of its biennial provider reviews by OLTL as listed in the Quality Improvement section in Appendix H.

Participants are given the toll free number of the Office of Long-Term Living (OLTL) so they may contact OLTL should they have concerns about their providers or questions regarding their ability to choose providers (including Service Coordination agencies) that provide the services in their service plan. The toll-free HelpLine information is incorporated into the OLTL Service Provider Choice Form and provided to participants at time of enrollment, at annual reevaluations, and during Service Coordinator's participant service monitoring visits. Additionally, OLTL developed a participant review tool that allows service coordinators to collect information from participants regarding the level of satisfaction with their services. Lastly, the Bureau of Quality and Provider Management distributes a participant satisfaction survey to participants and this provides additional opportunities for participants to report concerns/complaints about their providers.

Appendix D: Participant-Centered Planning and Service Delivery

## Quality Improvement: Service Plan

*As a distinct component of the State's quality improvement strategy, provide information in the following fields to detail the State's methods for discovery and remediation.*

   a. **Methods for Discovery: Service Plan Assurance/Sub-assurances**

     *The state demonstrates it has designed and implemented an effective system for reviewing the adequacy of service plans for waiver participants.*

     i. **Sub-Assurances:**

       a. *Sub-assurance: Service plans address all participants' assessed needs (including health and safety risk factors) and personal goals, either by the provision of waiver services or through other means.*

       **Performance Measures**

       *For each performance measure the State will use to assess compliance with the statutory assurance (or sub-assurance), complete the following. Where possible, include numerator/denominator.*

       *For each performance measure, provide information on the aggregated data that will enable the State to analyze and assess progress toward the performance measure. In this section provide information on the method by which each source of data is analyzed statistically/deductively or inductively, how themes are identified or conclusions drawn, and how recommendations are formulated, where appropriate.*

       **Performance Measure:**
       **SP-1: Number and percent of waiver participants who have Individual Service Plans (ISPs) that are adequate and appropriate to their needs, capabilities, and desired outcomes, as indicated in the assessment Numerator: Number of waiver participants with adequate and appropriate ISPs Denominator: Total number of service plans reviewed**

       **Data Source** (Select one):
       **Operating agency performance monitoring**
       If 'Other' is selected, specify:

| Responsible Party for data collection/generation *(check each that applies):* | Frequency of data collection/generation *(check each that applies):* | Sampling Approach *(check each that applies):* |
|---|---|---|
| ☐ State Medicaid Agency | ☐ Weekly | ☐ 100% Review |
| ☐ Operating Agency | ☐ Monthly | ☐ Less than 100% Review |
| ☐ Sub-State Entity | ☐ Quarterly | ☐ Representative Sample  Confidence Interval = +/- 5% |
| ☐ Other  Specify: | ☐ Annually | ☐ Stratified  Describe Group: |
| | ☐ Continuously and Ongoing | ☐ Other  Specify: |
| | ☐ Other  Specify: | |

       **Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies):* | Frequency of data aggregation and analysis *(check each that applies):* |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |

| Responsible Party for data aggregation and analysis *(check each that applies)*: | Frequency of data aggregation and analysis *(check each that applies)*: |
|---|---|
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |
| ☐ Other<br>Specify: | ☐ Annually |
| | ☐ Continuously and Ongoing |
| | ☐ Other<br>Specify: |

**Performance Measure:**
**SP-2: Number and percent of waiver participant satisfaction survey respondents who reported unmet needs Numerator: Number of waiver participants who reported unmet needs Denominator: Total number of participants responding to the survey**

**Data Source** (Select one):
**Analyzed collected data (including surveys, focus group, interviews, etc)**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation *(check each that applies)*: | Frequency of data collection/generation *(check each that applies)*: | Sampling Approach *(check each that applies)*: |
|---|---|---|
| ☐ State Medicaid Agency | ☐ Weekly | ☐ 100% Review |
| ☐ Operating Agency | ☐ Monthly | ☐ Less than 100% Review |
| ☐ Sub-State Entity | ☐ Quarterly | ☐ Representative Sample<br>Confidence Interval =<br>+/-5% |
| ☐ Other<br>Specify: | ☐ Annually | ☐ Stratified<br>Describe Group: |
| | ☐ Continuously and Ongoing | ☐ Other<br>Specify: |
| | ☐ Other<br>Specify:<br>Two times per year | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies)*: | Frequency of data aggregation and analysis *(check each that applies)*: |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |
| ☐ Other<br>Specify: | ☐ Annually |
| | ☐ Continuously and Ongoing |

| Responsible Party for data aggregation and analysis *(check each that applies):* | Frequency of data aggregation and analysis *(check each that applies):* |
|---|---|
| | ☐ **Other** <br> Specify: <br> Twice per year |

**b.** *Sub-assurance: The State monitors service plan development in accordance with its policies and procedures.*

**Performance Measures**

*For each performance measure the State will use to assess compliance with the statutory assurance (or sub-assurance), complete the following. Where possible, include numerator/denominator.*

*For each performance measure, provide information on the aggregated data that will enable the State to analyze and assess progress toward the performance measure. In this section provide information on the method by which each source of data is analyzed statistically/deductively or inductively, how themes are identified or conclusions drawn, and how recommendations are formulated, where appropriate.*

**c.** *Sub-assurance: Service plans are updated/revised at least annually or when warranted by changes in the waiver participant's needs.*

**Performance Measures**

*For each performance measure the State will use to assess compliance with the statutory assurance (or sub-assurance), complete the following. Where possible, include numerator/denominator.*

*For each performance measure, provide information on the aggregated data that will enable the State to analyze and assess progress toward the performance measure. In this section provide information on the method by which each source of data is analyzed statistically/deductively or inductively, how themes are identified or conclusions drawn, and how recommendations are formulated, where appropriate.*

**Performance Measure:**
**SP-3: Number and percent of waiver participants whose Individual Service Plans (ISPs) reviewed and revised before the waive participants annual review date Numerator: Number of waiver participants whose Individual Service Plans (ISPs) reviewed and revised before the waive participants annual review date Denominator: Total number of service plans reviewed**

**Data Source** (Select one):
**Operating agency performance monitoring**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation:*(check each that applies):* | Frequency of data collection/generation:*(check each that applies):* | Sampling Approach:*(check each that applies):* |
|---|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** | ☐ **100% Review** |
| ☐ **Operating Agency** | ☐ **Monthly** | ☐ **Less than 100% Review** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** | ☐ **Representative Sample** <br> Confidence Interval = <br> 95% +-5% |
| ☐ **Other** <br> Specify: | ☐ **Annually** | ☐ **Stratified** <br> Describe Group: |
| | ☐ **Continuously and Ongoing** | ☐ **Other** <br> Specify: |
| | ☐ **Other** <br> Specify: <br> retrospective service plan review database | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies):* | Frequency of data aggregation and analysis *(check each that applies):* |
|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** |
| ☐ **Operating Agency** | ☐ **Monthly** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** |
| ☐ **Other** <br> Specify: | ☐ **Annually** |
| | ☐ **Continuously and Ongoing** |
| | ☐ **Other** <br> Specify: |

d. *Sub-assurance: Services are delivered in accordance with the service plan, including the type, scope, amount, duration and frequency specified in the service plan.*

**Performance Measures**

*For each performance measure the State will use to assess compliance with the statutory assurance (or sub-assurance), complete the following. Where possible, include numerator/denominator.*

*For each performance measure, provide information on the aggregated data that will enable the State to analyze and assess progress toward the performance measure. In this section provide information on the method by which each source of data is analyzed statistically/deductively or inductively, how themes are identified or conclusions drawn, and how recommendations are formulated, where appropriate.*

**Performance Measure:**
**SP-4: Number and percent of waiver participants who are receiving services in the type, scope, amount, frequency, and duration specified in the ISP Numerator: Number and percent of waiver participants who are receiving services in the type, scope, amount, frequency, and duration specified in the ISP Denominator: Total number of service plans reviewed**

**Data Source** (Select one):
**Operating agency performance monitoring**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation *(check each that applies):* | Frequency of data collection/generation *(check each that applies):* | Sampling Approach *(check each that applies):* |
|---|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** | ☐ **100% Review** |
| ☐ **Operating Agency** | ☐ **Monthly** | ☐ **Less than 100% Review** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** | ☐ **Representative Sample** <br> Confidence Interval = <br> 95% + - 5% |
| ☐ **Other** <br> Specify: | ☐ **Annually** | ☐ **Stratified** <br> Describe Group: |
| | ☐ **Continuously and Ongoing** | ☐ **Other** <br> Specify: |
| | ☐ **Other** <br> Specify: | |

|  | retrospective service plan database review |  |
|---|---|---|

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies)*: | Frequency of data aggregation and analysis *(check each that applies)*: |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |
| ☐ Other<br>Specify: | ☐ Annually |
|  | ☐ Continuously and Ongoing |
|  | ☐ Other<br>Specify: |

**Performance Measure:**
**SP-5: Number and percent of waiver providers who delivered services in the type, scope, amount, frequency, and duration specified in the Individual Service Plan (ISP) Numerator: Number of waiver providers who delivered services in the type, scope, amount, frequency, and duration specified in the Individual Service Plan (ISP) Denominator: Total number of providers reviewed**

**Data Source** (Select one):
**Record reviews, on-site**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation*(check each that applies)*: | Frequency of data collection/generation*(check each that applies)*: | Sampling Approach*(check each that applies)*: |
|---|---|---|
| ☐ State Medicaid Agency | ☐ Weekly | ☐ 100% Review |
| ☐ Operating Agency | ☐ Monthly | ☐ Less than 100% Review |
| ☐ Sub-State Entity | ☐ Quarterly | ☐ Representative Sample<br>Confidence Interval =<br>95% + - 5% |
| ☐ Other<br>Specify: | ☐ Annually | ☐ Stratified<br>Describe Group: |
|  | ☐ Continuously and Ongoing | ☐ Other<br>Specify: |
|  | ☐ Other<br>Specify: |  |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies)*: | Frequency of data aggregation and analysis *(check each that applies)*: |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |

| Responsible Party for data aggregation and analysis *(check each that applies):* | Frequency of data aggregation and analysis *(check each that applies):* |
|---|---|
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |
| ☐ Other<br>Specify: | ☐ Annually |
| | ☐ Continuously and Ongoing |
| | ☐ Other<br>Specify: |

**Performance Measure:**
**SP-6: Number and percent of participant satisfaction survey respondents reporting the receipt of all services in the Individual Service Plan (ISP) Numerator: Total number of participants reporting the receipt of all services in the Individual Service Plan (ISP) Denominator: Total number of participants responding to the survey**

**Data Source** (Select one):
**Analyzed collected data (including surveys, focus group, interviews, etc)**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation *(check each that applies):* | Frequency of data collection/generation *(check each that applies):* | Sampling Approach *(check each that applies):* |
|---|---|---|
| ☐ State Medicaid Agency | ☐ Weekly | ☐ 100% Review |
| ☐ Operating Agency | ☐ Monthly | ☐ Less than 100% Review |
| ☐ Sub-State Entity | ☐ Quarterly | ☐ Representative Sample<br>Confidence Interval = 95% + - 5% |
| ☐ Other<br>Specify: | ☐ Annually | ☐ Stratified<br>Describe Group: |
| | ☐ Continuously and Ongoing | ☐ Other<br>Specify: |
| | ☐ Other<br>Specify:<br>Two times per year | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies):* | Frequency of data aggregation and analysis *(check each that applies):* |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |
| ☐ Other | ☐ Annually |

| Responsible Party for data aggregation and analysis *(check each that applies)*: | Frequency of data aggregation and analysis *(check each that applies)*: |
|---|---|
| | ☐ **Continuously and Ongoing** |
| | ☐ **Other** <br> Specify: <br> Two times per year |

**Performance Measure:**
**SP-7: Number and percent of complaints received regarding non-receipt of services Numerator: Number of complaints received regarding non-receipt of services Denominator: Total number of complaints**

**Data Source** (Select one):
**Critical events and incident reports**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation *(check each that applies)*: | Frequency of data collection/generation *(check each that applies)*: | Sampling Approach *(check each that applies)*: |
|---|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** | ☐ **100% Review** |
| ☐ **Operating Agency** | ☐ **Monthly** | ☐ **Less than 100% Review** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** | ☐ **Representative Sample** <br> Confidence Interval = |
| ☐ **Other** <br> Specify: | ☐ **Annually** | ☐ **Stratified** <br> Describe Group: |
| | ☐ **Continuously and Ongoing** | ☐ **Other** <br> Specify: |
| | ☐ **Other** <br> Specify: | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies)*: | Frequency of data aggregation and analysis *(check each that applies)*: |
|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** |
| ☐ **Operating Agency** | ☐ **Monthly** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** |
| ☐ **Other** <br> Specify: | ☐ **Annually** |
| | ☐ **Continuously and Ongoing** |
| | ☐ **Other** <br> Specify: |

*e. Sub-assurance: Participants are afforded choice: Between waiver services and institutional care; and between/among waiver services and providers.*

**Performance Measures**

*For each performance measure the State will use to assess compliance with the statutory assurance (or sub-assurance), complete the following. Where possible, include numerator/denominator.*

*For each performance measure, provide information on the aggregated data that will enable the State to analyze and assess progress toward the performance measure. In this section provide information on the method by which each source of data is analyzed statistically/deductively or inductively, how themes are identified or conclusions drawn, and how recommendations are formulated, where appropriate.*

**Performance Measure:**
**SP-8: Number and percent of waiver participants whose records documented an opportunity was provided for choice of waiver services and providers Numerator: Number of waiver participants with documented evidence of opportunites of choice of waiver services and providers Denominator: Total number of service plans reviewed**

**Data Source** (Select one):
**Operating agency performance monitoring**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation*(check each that applies)*: | Frequency of data collection/generation*(check each that applies)*: | Sampling Approach*(check each that applies)*: |
|---|---|---|
| ☐ State Medicaid Agency | ☐ Weekly | ☐ 100% Review |
| ☐ Operating Agency | ☐ Monthly | ☐ Less than 100% Review |
| ☐ Sub-State Entity | ☐ Quarterly | ☐ Representative Sample<br>Confidence Interval = 95% +/-5% |
| ☐ Other<br>Specify: | ☐ Annually | ☐ Stratified<br>Describe Group: |
| | ☐ Continuously and Ongoing | ☐ Other<br>Specify: |
| | ☐ Other<br>Specify:<br>retrospective service plan review database | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies)*: | Frequency of data aggregation and analysis *(check each that applies)*: |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |
| ☐ Other<br>Specify: | ☐ Annually |
| | ☐ Continuously and Ongoing |
| | ☐ Other<br>Specify: |

| Responsible Party for data aggregation and analysis *(check each that applies)*: | Frequency of data aggregation and analysis *(check each that applies)*: |
|---|---|
| | |

**ii.** If applicable, in the textbox below provide any necessary additional information on the strategies employed by the State to discover/identify problems/issues within the waiver program, including frequency and parties responsible.
At the Service Coordination Agency, the SC supervisor reviews the ISP for completeness and appropriateness prior to submitting the ISP to OLTL's Bureau of Participant Operations (BPO) for approval. The supervisor is the first step in the monitoring process.

Staff from the Bureau of Participant Operations (BPO) reviews 100% of new ISPs and 100% of ISPs that have a 10% change in services using the guidelines specified in the OLTL Service Plan Review Protocol (prospective review). A representative sample of ISPs is retrospectively reviewed by the Bureau of Quality and Provider Management (BQPM). These reviews are collected in the Retrospective Service Plan Review Database and the data is aggregated monthly, quarterly and yearly for tracking and trending by BQPM. Compliance for twenty nine different SP factors are reviewed and documented in the SP Retrospective Review database. Some Performance Measures (PMs) use multiple factors to determine overall compliance for the PM.  Using CMS sampling parameters, BQPM tracks the sample size to ensure a statistically valid sample has been reviewed. Data regarding Services My Way (SMW) participants is stratified from the total waiver population data for tracking and trending of service plan issues for SMW participants

Data is pulled from the OLTL's Enterprise Incident Management (EIM) database regarding complaints received about service plans. BPQM reviews a 100% sample of the service plan complaints on a monthly basis to track and trend service plan issues for potential system improvement.

BQPM reviews data from the OLTL participant satisfaction surveys for question # 12, pertaining to participant receipt of services in their ISP, and question # 13 pertaining to unmet needs. One hundred percent of returned surveys responses are monitored and aggregated three times a year

**b.  Methods for Remediation/Fixing Individual Problems**
**i.** Describe the State's method for addressing individual problems as they are discovered. Include information regarding responsible parties and GENERAL methods for problem correction. In addition, provide information on the methods used by the State to document these items.
When ISPs are reviewed for compliance and non-compliance is noted, BQPM issues a Quality Improvement Plan (QIP) to the BPO to address the non-compliance. The BPO submits a plan to correct the non-compliance to BQPM within the prescribed timeframes.  As part of the QIP, BPO may contact the SC agency to remediate and follow-up on the issue.  The BPO may also provide technical assistance to aid in that remediation.

Complaints regarding non-receipt of service are addressed in EIM processing, and if classified as Urgent, have a timeframe of one day for investigation initiation. See Appendix F for more information on complaint processing.

ISPs are reviewed for compliance, and any individual issues are addressed as soon as they are discovered.  If issues are identified during the review, immediate remediation is undertaken. The specific problem (individual) is addressed right away through contact with the SC agency. This action will include steps needed to ensure that the individual's ISP is correctly developed, and may also include technical assistance to the provider to both address the individual issue and to prevent future issues.  Immediate attention, as warranted by the circumstances, is undertaken (and overseen by OLTL through BPO in collaboration with BQPM) to ensure that individual health and welfare is assured.  For all other discovered issues, the CAP process is used.

Please see Appendix H for more information on Assurance Liaisons and QIPs.

If, through tracking and trending it is discovered that a specific provider has multiple deficiencies, the Quality Management Efficiency Team (QMET) is alerted. The QMET pulls a random sample of the provider's records and reviews the ISPs to verify they meet participant needs adequately and appropriately. If the sample reveals a provider wide deficiency in developing an ISP which meets the subassurances, the provider must complete a Corrective Action Plan (CAP) within 15 business days. OLTL reviews and approves the CAP within 30 business days of submission. If the CAP is insufficient, OLTL works with the provider to develop an appropriate CAP.

If the New or Annual Participant Satisfaction Survey responses indicate that waiver participants have unmet needs, the BQPM initiates further analysis comparing with other data sources and develops a Quality Improvement Plan (QIP) or System Improvement Plan (SIP) if appropriate.

**ii.  Remediation Data Aggregation**
**Remediation-related Data Aggregation and Analysis (including trend identification)**

| Responsible Party *(check each that applies)*: | Frequency of data aggregation and analysis *(check each that applies)*: |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |

| **Responsible Party***(check each that applies)*: | **Frequency of data aggregation and analysis***(check each that applies)*: |
|---|---|
| ☐ **Other**<br>Specify: | ☐ **Annually** |
| | ☐ **Continuously and Ongoing** |
| | ☐ **Other**<br>Specify: |

**c. Timelines**

When the State does not have all elements of the Quality Improvement Strategy in place, provide timelines to design methods for discovery and remediation related to the assurance of Service Plans that are currently non-operational.

◉ **No**

◯ **Yes**

Please provide a detailed strategy for assuring Service Plans, the specific timeline for implementing identified strategies, and the parties responsible for its operation.

## Appendix E: Participant Direction of Services

**Applicability** *(from Application Section 3, Components of the Waiver Request)*:

◉ **Yes. This waiver provides participant direction opportunities.** Complete the remainder of the Appendix.

◯ **No. This waiver does not provide participant direction opportunities.** Do not complete the remainder of the Appendix.

*CMS urges states to afford all waiver participants the opportunity to direct their services. Participant direction of services includes the participant exercising decision-making authority over workers who provide services, a participant-managed budget or both. CMS will confer the Independence Plus designation when the waiver evidences a strong commitment to participant direction.*

**Indicate whether Independence Plus designation is requested** *(select one)*:

◯ **Yes. The State requests that this waiver be considered for Independence Plus designation.**

◉ **No. Independence Plus designation is not requested.**

## Appendix E: Participant Direction of Services

### E-1: Overview (1 of 13)

**a. Description of Participant Direction.** In no more than two pages, provide an overview of the opportunities for participant direction in the waiver, including: (a) the nature of the opportunities afforded to participants; (b) how participants may take advantage of these opportunities; (c) the entities that support individuals who direct their services and the supports that they provide; and, (d) other relevant information about the waiver's approach to participant direction.

Self-Directed Opportunities Available within the Independence Waiver:

All participants in the Independence waiver have the right to make decisions about and self-direct their own waiver services and may choose to hire and manage staff using Employer Authority. Under Employer Authority, the participant serves as the common-law the employer and is responsible for hiring, firing, training, supervising, and scheduling their support workers.  In addition, participants may choose a combination of service models to meet their individual needs. Participants are encouraged to self-direct their services to the highest degree possible.  During the actual provision of services, the participant is responsible for directing the activities of their support worker.

How Participants May Take Advantage of Self-Directed Opportunities:

Participants may choose to self-direct their services during the development of the initial Individual Service Plan (ISP), at reassessment, or at any time.  The participant's Service Coordinator is responsible for presenting all available service options and ensuring that each participant understands the full range of opportunities within the waiver.  As described in Appendix E-1-e below, the Office of Long-Term Living has developed standardized educational materials and promotional materials with information about self-direction for all waiver participants.  OLTL has also developed and provided regional on-site training for Service Coordinators on self-direction to ensure information is provided accurately and consistently statewide.

As stated previously, the participant may utilize a combination of any model(s) to personalize their service plan. The ISP is developed in conjunction with the Service Coordinator, as described in Appendix D, to ensure that the participant's service needs are met, and reflects the participant's choice of model of service. Service Coordinators shall offer all participants who have chosen to self-direct their services provider-managed services until the individual's support workers are hired. Participants may elect to change their service model at any time by notifying their Service Coordinator. Service Coordinators must work with participants to ensure they do not experience a disruption in services when participants choose to change service models.

Entities That Support Individuals

Participants will receive a full-range of supports, ensuring that they are successful with the participant-directed experience. Individuals choosing Employer Authority will receive support from a certified Fiscal/Employer Agent (F/EA) and Service Coordinators to assist them in their role as the common-law employer of their workers. The Fiscal/Employer Agent will:
• Enroll participants in Financial Management Service (FMS) and apply for and receive approval from the IRS to act as an agent on behalf of the participant;
• Provide orientation and skills training to participants on required documentation for all directly hired support workers, including the completion of federal and state forms; the completion of timesheets; good hiring and firing practices; establishing work schedules; developing job descriptions; training and supervision of workers; effective management of workplace injuries; and workers compensation;
• Establish, maintain and process records for all participants and support workers with confidentiality, accuracy and appropriate safeguards;
• Establish and maintain a separate bank account for the purposes of managing participant directed funds and provide a full accounting of the use of these funds;
• Conduct criminal background checks and when applicable, child abuse clearances, on potential employees;
• Assist participants in verifying support workers citizenship or alien status;
• Distribute, collect and process support worker timesheets as verified and approved by the participant;
• Prepare and issue support workers' payroll checks, as approved in the participant's Individual Support Plan;
• Withhold, file and deposit federal, state and local income taxes in accordance with federal IRS and state Department of Revenue rules and regulations;
• Broker workers' compensation for all support workers through an appropriate agency;
• Process all judgments, garnishments, tax levies, or any related holds on workers' pay as may be required by federal, state or local laws;
• Prepare and disburse IRS Forms W-2's and/or 1099's, wage and tax statements and related documentation annually;
• Assist in implementing the state's quality management strategy related to FMS;
• Establish an accessible customer service system for the participant and the Service Coordinator; and
• Provide written financial reports to the participant, the Service Coordinator and OLTL on a monthly and quarterly basis, and as requested by the participant, Service Coordinator, and OLTL.

In addition, individuals choosing to self-direct their services will receive assistance from their Service Coordinator to develop their Individual Service Plan (ISP). Once the ISP is developed, approved, and authorized, the participant is responsible for arranging and directing the services outlined in their plan with, as appropriate, information and support from the Service Coordinator. During the implementation and management of the ISP, the Service Coordinator will:
• Assist the participant to gain information and access to necessary services, regardless of the funding source of the services;
• Advise, train, and support the participant as needed and necessary;
• Assist the participant to develop an individualized back-up plan;
• Assist the participant to identify risks or potential risks and develop a plan to manage those risks;
• Monitor the provision of services to ensure the participant's health and welfare;
• Assist the participant in understanding and fulfilling their responsibilities outlined in the Common Law Employer Agreement form when the participant chooses to self-direct all or some of their services; and
• Assist the participant to secure training of support workers who deliver services that would require a degree of technical skill, and would require the guidance and instruction from a health care professional such as a Registered Nurse.

## Appendix E: Participant Direction of Services

### E-1: Overview (2 of 13)

b. **Participant Direction Opportunities.** Specify the participant direction opportunities that are available in the waiver. *Select one*:

◉ **Participant: Employer Authority.** As specified in *Appendix E-2, Item a*, the participant (or the participant's representative) has decision-making authority over workers who provide waiver services. The participant may function as the common law employer or the co-employer of workers. Supports and protections are available for participants who exercise this authority.

◯ **Participant: Budget Authority.** As specified in *Appendix E-2, Item b*, the participant (or the participant's representative) has decision-making authority over a budget for waiver services. Supports and protections are available for participants who have authority over a budget.

◯ **Both Authorities.** The waiver provides for both participant direction opportunities as specified in *Appendix E-2*. Supports and protections are available for participants who exercise these authorities.

c. **Availability of Participant Direction by Type of Living Arrangement.** *Check each that applies*:

☐ **Participant direction opportunities are available to participants who live in their own private residence or the home of a family member.**

☐ **Participant direction opportunities are available to individuals who reside in other living arrangements where services (regardless of funding source) are furnished to fewer than four persons unrelated to the proprietor.**

☐ **The participant direction opportunities are available to persons in the following other living arrangements**

Specify these living arrangements:

---

## Appendix E: Participant Direction of Services

### E-1: Overview (3 of 13)

d. **Election of Participant Direction.** Election of participant direction is subject to the following policy *(select one)*:

○ **Waiver is designed to support only individuals who want to direct their services.**

◉ **The waiver is designed to afford every participant (or the participant's representative) the opportunity to elect to direct waiver services. Alternate service delivery methods are available for participants who decide not to direct their services.**

○ **The waiver is designed to offer participants (or their representatives) the opportunity to direct some or all of their services, subject to the following criteria specified by the State. Alternate service delivery methods are available for participants who decide not to direct their services or do not meet the criteria.**

*Specify the criteria*

---

## Appendix E: Participant Direction of Services

### E-1: Overview (4 of 13)

e. **Information Furnished to Participant.** Specify: (a) the information about participant direction opportunities (e.g., the benefits of participant direction, participant responsibilities, and potential liabilities) that is provided to the participant (or the participant's representative) to inform decision-making concerning the election of participant direction; (b) the entity or entities responsible for furnishing this information; and, (c) how and when this information is provided on a timely basis.

The participant's Service Coordinator is responsible for presenting all available service options and ensuring that each participant understands the full range of participant direction opportunities within the waiver.  The Service Coordinator documents the participant's choice of service delivery model on the ISP.  Participants are also advised that they have the opportunity to change their model of service at any time throughout the year.  Participants receive information about participant-direction at time of enrollment, on an annual basis and upon request.

The Office of Long-Term Living has developed consistent materials to inform current and prospective waiver participants about the benefits and potential liabilities of participant-direction.  Participant materials include a comprehensive participant reference manual which contains details about participant-direction roles, responsibilities, and informed decision-making. These materials have been distributed to the Independent Enrollment Entity as well as all Service Coordination agencies, and are available on the OLTL website.  This information is widely available and shared with individuals upon entering service, at monitoring contacts and during annual ISP updates each year thereafter.  This information is written at a level that is easily understood using everyday common language to ensure accessibility, and is provided in advance of the ISP meeting to ensure that individuals have sufficient time to consider their options and the responsibilities.

The F/EA, a single statewide entity providing consistent functions across the Commonwealth, is responsible for providing orientation and training to the participant prior to employing their support service worker.  Orientation is based upon a standard curriculum developed by OLTL and includes the following:
 • Review of the information and forms contained in both the Employer and Support Service Worker enrollment packets and how they should be completed
 • The role and responsibilities of the common law employer;
 • The role and responsibilities of the F/EA;
 • The process for receipt and processing timesheets and employee payroll checks;
 • Effective practices for recruiting potential employees, hiring employees, training employees, supervising and managing employees and firing employees;
 • The process for resolving issues and complaints; and
 • Workers Compensation and the  process for reviewing workplace safety issues.

In addition, the F/EA is responsible for providing ongoing skills training to participants and working with Service Coordinators to identify any participants who may need and/or desire additional employer skills training.

E-1: Overview (5 of 13)

**f. Participant Direction by a Representative.** Specify the State's policy concerning the direction of waiver services by a representative *(select one)*:

○ **The State does not provide for the direction of waiver services by a representative.**

◉ **The State provides for the direction of waiver services by representatives.**

Specify the representatives who may direct waiver services: *(check each that applies)*:

☐ **Waiver services may be directed by a legal representative of the participant.**

☐ **Waiver services may be directed by a non-legal representative freely chosen by an adult participant.**

Specify the policies that apply regarding the direction of waiver services by participant-appointed representatives, including safeguards to ensure that the representative functions in the best interest of the participant:

Waiver services may be directed by a non-legal representative freely chosen by an adult participant or for any individual who is unable to:
- Understand his/her own personal care needs
- Make decisions about his/her own care
- Manage his/her lifestyle and environment by making these choices
- Understand or have the ability to learn how to recruit, hire, train, and supervise providers of care; or
- Understand the impact of his/her decisions and assume responsibility for the results.

The individual, a Service Coordinator, the OLTL, or the F/EA may request a personal representative be appointed, if indicated. A personal representative may be a legal guardian, or other legally appointed personal representative, an income payee, a family member, or friend. The personal representative must be willing and able to fulfill the responsibilities as outlined in the Personal Representative Agreement and must demonstrate:
- A strong personal commitment to the participant;
- Assist the participant in identifying/ obtaining back up services when a support worker does not show;
- Demonstrate knowledge of the participant's preferences;
- Agree to predetermined frequency of contact with the participant as mutually determined by the participant, the personal representative and the Service Coordinator; and
- Be at least 18 years of age.

The Service Coordinator or F/EA may request a personal representative be appointed when circumstances indicate a change in the participant's ability to self-direct or when the participant demonstrates misuse of funds, consistent non-adherence to program policy or an ongoing health and welfare risk.

A representative may not be a paid attendant for the participant.
The F/EA must recognize the participant's personal representative as a decision-maker, and provide the personal representative with all of the information, training, and support it would typically provide to a participant who is self-directing. The F/EA must fully inform the personal representative of the rights and responsibilities of a representative. Once informed, the F/EA must have the representative review and sign the standard Common Law Employer Designation form, which must be given to the representative and maintained in the participant's file. The agreement lists the roles and responsibilities of the representative; states that the representative accepts the roles and responsibilities of this function; and states that the representative will abide by OLTL policies and procedures.

The Service Coordinator is responsible for ensuring the personal representative functions in the best interest of the participant through, at minimum, quarterly monitoring calls, by monitoring the personal representative's adherence to the Common Law Employer Designation form, and ensuring services are being provided as outlined in the participant's ISP. When it appears the personal representative is not acting in the best interest of the participant, and there has been a negative impact on the participant's health and welfare and/or services have not been provided as outlined in the ISP, the Service Coordinator must explore other alternatives, such as appointing a new personal representative or transitioning the participant to the provider managed service delivery model as described in Appendix E-1-m below. The Service Coordinator is also required to report any incidents of suspected abuse, neglect and/or exploitation as described in Appendix G.

In addition, the F/EA is required to address and report any issues identified with the representative OLTL policy on incident reporting and report any incident of suspected fraud or abuse.

## Appendix E: Participant Direction of Services

E-1: Overview (6 of 13)

**g. Participant-Directed Services.** Specify the participant direction opportunity (or opportunities) available for each waiver service that is specified as participant-directed in Appendix C-1/C-3.

| Waiver Service | Employer Authority | Budget Authority |
|---|---|---|
| Personal Assistance Services | ☐ | ☐ |
| Respite | ☐ | ☐ |

## Appendix E: Participant Direction of Services

### E-1: Overview (7 of 13)

h. **Financial Management Services.** Except in certain circumstances, financial management services are mandatory and integral to participant direction. A governmental entity and/or another third-party entity must perform necessary financial transactions on behalf of the waiver participant. *Select one*:

◉ **Yes. Financial Management Services are furnished through a third party entity.** *(Complete item E-1-i).*

Specify whether governmental and/or private entities furnish these services. *Check each that applies*:

☐ **Governmental entities**
☐ **Private entities**

○ **No. Financial Management Services are not furnished. Standard Medicaid payment mechanisms are used.** *Do not complete Item E-1-i.*

## Appendix E: Participant Direction of Services

### E-1: Overview (8 of 13)

i. **Provision of Financial Management Services.** Financial management services (FMS) may be furnished as a waiver service or as an administrative activity. *Select one*:

○ **FMS are covered as the waiver service specified in Appendix C-1/C-3**

**The waiver service entitled:**

[ ]

◉ **FMS are provided as an administrative activity.**

**Provide the following information**

i. **Types of Entities:** Specify the types of entities that furnish FMS and the method of procuring these services:

Financial Management Services are provided to participants across the Commonwealth by one qualified Fiscal Employer Agent, which was selected through a competitive procurement process (RFA).

The Department of Human Services issued a Request for Application (RFA) to secure up to three entities that will provide Vendor F/EA Financial Management Services throughout the Commonwealth or on a regional basis for participants who receive participant-directed services in the Independence waiver. One statewide vendor F/EA was selected as a result of the RFA.

ii. **Payment for FMS.** Specify how FMS entities are compensated for the administrative activities that they perform:

••The statewide F/EA receives a monthly per participant administrative fee for the FMS administrative service provided by the F/EA. The monthly administrative fee was established through the competitive procurement process. The selected vendor must apply the monthly per participant fee consistently with each participant enrolled with the vendor.

•A one-time start-up administrative fee is available for each participant for required activities related to the participant's enrollment with the selected vendor. The start-up administrative fee will be authorized for each participant in the month prior to authorization of the ongoing monthly per participant administrative fee. The one-time start-up administrative fee is established by DHS.

The one-time per participant start-up fee and the ongoing per member per month administrative fee may not be billed simultaneously. Payment for Financial Management Services is not based on a percentage of the total dollar volume of transactions that the FMS entity processes. The percentage of FMS costs relative to the participant's service costs are independent of one another, as service costs are based upon the assessed needs of the participant

iii. **Scope of FMS.** Specify the scope of the supports that FMS entities provide *(check each that applies)*:

| Supports furnished when the participant is the employer of direct support workers: |
|---|
| ☐ **Assist participant in verifying support worker citizenship status** |
| ☐ **Collect and process timesheets of support workers** |

☐ **Process payroll, withholding, filing and payment of applicable federal, state and local employment-related taxes and insurance**

☐ **Other**

*Specify:*

•• Enroll participants in FMS and apply for and receive approval from the IRS to act as a an agent on behalf of the participant;
• Provide orientation and skills training to participants on required documentation for all directly hired support workers, including the completion of federal, state, and local tax forms; the completion of timesheets; good hiring and firing practices; establishing work schedules; developing job descriptions; training and supervision of workers; effective management of workplace injuries; and workers compensation;
• Conduct criminal background checks, and when applicable, child abuse clearances on potential employees;
• Distribute, collect and process support worker timesheets as verified and approved by the participant;
• Prepare and issue support workers' payroll checks, as approved in the participant's Individual Support Plan;
• Compute, withhold, file, and deposit federal, state and local income taxes in compliance with all federal IRS and state Department of Revenue rules and regulations;
• Broker workers' compensation for all support workers through the appropriate agency;
• Process all judgments, garnishments, tax levies, or any related holds on workers' pay as may be required by federal, state or local laws;
• Prepare and distribute IRS Forms W-2's and/or 1099's, wage and tax statements and related documentation annually;
• Assist in implementing the state's quality management strategy related to FMS
• Establish and operate a customer service system for the participant and the Service.
• Assist participants in verifying support workers citizenship or alien status; and
• Provide written financial reports to the participant, the Service Coordinator and OLTL on a monthly and quarterly basis, and as requested by the participant, Service Coordinator, and OLTL.

---

Supports furnished when the participant exercises budget authority:

☐ **Maintain a separate account for each participant's participant-directed budget**

☐ **Track and report participant funds, disbursements and the balance of participant funds**

☐ **Process and pay invoices for goods and services approved in the service plan**

☐ **Provide participant with periodic reports of expenditures and the status of the participant-directed budget**

☐ **Other services and supports**

*Specify:*

---

Additional functions/activities:

☐ **Execute and hold Medicaid provider agreements as authorized under a written agreement with the Medicaid agency**

☐ **Receive and disburse funds for the payment of participant-directed services under an agreement with the Medicaid agency or operating agency**

☐ **Provide other entities specified by the State with periodic reports of expenditures and the status of the participant-directed budget**

☐ **Other**

*Specify:*

---

iv. **Oversight of FMS Entities.** Specify the methods that are employed to: (a) monitor and assess the performance of FMS entities, including ensuring the integrity of the financial transactions that they perform; (b) the entity (or entities) responsible for this monitoring; and, (c) how frequently performance is assessed.

The statewide F/EA contractor is an IRS-Approved Fiscal/Employer Agent and functions as the participant's agent in performing payroll and other employer responsibilities that are required by federal and state law, in accordance with the OLTL F/EA contract requirements. The F/EA provides specific employer agent functions that support the participant with the employer-related functions.

The OLTL Quality Management and Efficiency Teams (QMET conducted a Readiness Review of the selected vendor prior to serving waiver participants. The purpose of the Readiness Review was to assess and document the status of the selected vendor's readiness to meet the requirements as outlined in the competitive procurement documents.

OLTL will monitor the selected vendor to ensure that the contract deliverables are met and participants are in receipt of Financial Management Services in accordance with their ISP. The statewide vendor will be monitored by QMET annually.  OLTL will monitor the FMS organization's performance of administrative activities, as well as adherence to contract conditions and waiver requirements. These requirements include, but are not limited to, participant satisfaction, timeliness and accuracy of payments to workers, accuracy of

information provided to participants and workers by the F/EA, timeliness and accuracy of tax fillings on behalf of the participant, and executed agreements between the F/EA and the workers or other vendors. If the F/EA is not in compliance with contractual or waiver provisions, OLTL will issue a Statement of Findings. The F/EA will be required to develop a Corrective Action Plan (CAP) in response to each finding and remediate areas of non-compliance. The CAP is due to OLTL within 15 days of issuance of findings to the F/EA. OLTL reviews and approves or disapproves the CAP within 15 days of receipt. OLTL will conduct follow-up monitoring activities to ensure the CAP is instituted and identified issues are remediated. In addition to the process described above, OLTL will monitor performance through the use of monthly utilization reports, quarterly and annual status reports, as well as problem identification reports. These reports cover activities performed and issues encountered during the reporting period. OLTL will also conduct on-site monitoring more frequently if utilization or problem identification reports indicate additional review is necessary. Service Coordinators will also be required to report any issues with the statewide FMS organization's performance to OLTL.

Lastly, the F/EA will conduct a Common Law Employer Satisfaction Survey using the survey tool provided by the Department. The survey must be conducted 60 days after enrolling a new common law employer and annually. Survey data must be collected and analyzed by the F/EA, and a report must be prepared and submitted to OLTL based upon specifications determined by the Department.

Through the established claims oversight process, OLTL will monitors claim submitted by the F/EA to ensure the payments to the vendor for both administrative fees and services are in accordance with all applicable regulations and requirements.

## Appendix E: Participant Direction of Services

### E-1: Overview (9 of 13)

**j. Information and Assistance in Support of Participant Direction.** In addition to financial management services, participant direction is facilitated when information and assistance are available to support participants in managing their services. These supports may be furnished by one or more entities, provided that there is no duplication. Specify the payment authority (or authorities) under which these supports are furnished and, where required, provide the additional information requested *(check each that applies)*:

☐ **Case Management Activity.** Information and assistance in support of participant direction are furnished as an element of Medicaid case management services.

*Specify in detail the information and assistance that are furnished through case management for each participant direction opportunity under the waiver:*

|  |
|--|
|  |

☐ **Waiver Service Coverage.** Information and assistance in support of participant direction are provided through the following waiver service coverage(s) specified in Appendix C-1/C-3 (check each that applies):

| Participant-Directed Waiver Service | Information and Assistance Provided through this Waiver Service Coverage |
|---|---|
| Employment Skills Development | ☐ |
| Home Health | ☐ |
| Vehicle Modifications | ☐ |
| Physical Therapy Services | ☐ |
| Benefits Counseling | ☐ |
| Non-Medical Transportation | ☐ |
| Career Assessment | ☐ |
| Personal Assistance Services | ☐ |
| Job Coaching | ☐ |
| Job Finding | ☐ |
| Therapeutic and Counseling Services | ☐ |
| Behavior Therapy Services | ☐ |
| Nursing Services | ☐ |
| Respite | ☐ |
| Supported Employment | ☐ |
| Community Integration | ☐ |
| Service Coordination | ☐ |
| Cognitive Rehabilitation Therapy Services | ☐ |
| Nutritional Consultation Services | ☐ |

| Participant-Directed Waiver Service | Information and Assistance Provided through this Waiver Service Coverage |
|---|---|
| Community Transition Services | ☐ |
| Adult Daily Living | ☐ |
| Counseling Services | ☐ |
| Specialized Medical Equipment and Supplies | ☐ |
| Speech and Language Therapy Services | ☐ |
| Assistive Technology | ☐ |
| Personal Emergency Repsonse (PERS) | ☐ |
| Occupational Therapy Services | ☐ |
| Home Adaptations | ☐ |

☐ **Administrative Activity.** Information and assistance in support of participant direction are furnished as an administrative activity.

*Specify (a) the types of entities that furnish these supports; (b) how the supports are procured and compensated; (c) describe in detail the supports that are furnished for each participant direction opportunity under the waiver; (d) the methods and frequency of assessing the performance of the entities that furnish these supports; and, (e) the entity or entities responsible for assessing performance:*

The Department of Human Services issued a Request for Application (RFA) to secure up to three entities to provide Financial Management Services throughout the Commonwealth or on a regional basis for participants who receive participant-directed services in the Independence waiver. One statewide vendor F/EA was selected as a result of the RFA.

The selected F/EA organization receives a monthly per participant administrative fee for the FMS administrative service provided by the F/EA. In addition, a one-time start-up administrative fee is available for each participant for required activities related to the participant's enrollment with the selected vendor. The initial start-up administrative fee will be authorized for each participant in the month prior to authorization of the ongoing monthly per participant administrative fee The monthly administrative fee was established as part of the competitive procurement process; the one-time start-up administrative fee is established by DPW.

Participants will obtain enrollment and informational materials from the selected F/EA organization under contract with OLTL. In addition, the F/EA is responsible for providing orientation and training to the participant prior to employing their direct care worker. Orientation is based upon a standard curriculum developed by OLTL and includes the following:
  • Review of the information and forms contained in both the Employer and Direct Care Worker enrollment packets and how they should be completed
  • The role and responsibilities of the common law employer;
  • The role and responsibilities of the F/EA;
  • The process for receipt and processing timesheets and employee payroll checks;
  • Effective practices for hiring, training, and supervising employees;
  • The process for resolving issues and complaints; and
  • The process for reviewing workplace safety issues.

In addition, individuals choosing to self-direct their services will receive assistance and support from their Service Coordinator. The Service Coordinator will:
  • Provide participants with information regarding self-direction on an ongoing basis, including information about responsibilities, rights and concepts of self-direction;
  • Work with the F/EA and the participant as necessary to ensure all enrollment and employment paperwork is completed and sent to the F/EA;
  • Assist the participant in understanding and fulfilling their responsibilities outlined in the Common Law Employer Agreement form when the participant chooses to self-direct all or some of their services;
  • Assist the participant to develop job descriptions for support workers to be employed by the participant. Job descriptions must be consistent with the individual service plan;
  • Assist the participant to secure training of support workers who deliver services that would require a degree of technical skill, and would require the guidance and instruction from a health care professional such as a Registered Nurse.
  • Assist the participant in communicating with the F/EA as needed;
  • Support the participant in problem-solving, decision-making, and recognizing and reporting critical incidents; and
  • Monitor the provision and utilization of services to ensure the participant's health and welfare.

The OLTL Quality Management and Efficiency Teams (QMET) conducted a Readiness Review of the selected F/EA prior to serving waiver participants. The purpose of the Readiness Review was to assess and document the status of the selected vendor's readiness to meet the requirements as outlined in the competitive procurement documents. OLTL will monitor the selected F/EA to ensure that the contract deliverables are met and participants are in receipt of Financial Management Services in accordance with their ISP. The statewide F/EA will be monitored by QMET annually. OLTL will monitor the FMS organization's performance of administrative activities, as well as adherence to contract conditions and waiver requirements. These requirements include, but are not limited to, participant satisfaction, timeliness and accuracy of payments to workers, accuracy of information provided to participants and workers by the F/EA, timeliness and accuracy of tax fillings on behalf of the participant, and executed agreements between the F/EA and the workers or other vendors. If the FMS organization is not in compliance with a contractual or waiver provisions, OLTL will issue a Statement of Findings. The F/EA will be required to develop a Corrective Action Plan (CAP) in response to each finding and remediate areas of non-compliance. OLTL will

conduct follow-up monitoring activities to ensure the CAP is instituted and identified issues are remediated. In addition to the process described above, OLTL will monitor performance through the use of quarterly and annual status reports as well as problem identification reports. These reports cover activities performed and issues encountered during the reporting period. OLTL will also conduct on-site monitoring more frequently if utilization or problem identification reports indicate additional review is necessary.

## Appendix E: Participant Direction of Services

### E-1: Overview (10 of 13)

**k.** **Independent Advocacy** *(select one).*

- (●) **No. Arrangements have not been made for independent advocacy.**
- ( ) **Yes. Independent advocacy is available to participants who direct their services.**

*Describe the nature of this independent advocacy and how participants may access this advocacy:*

## Appendix E: Participant Direction of Services

### E-1: Overview (11 of 13)

**l.** **Voluntary Termination of Participant Direction.** Describe how the State accommodates a participant who voluntarily terminates participant direction in order to receive services through an alternate service delivery method, including how the State assures continuity of services and participant health and welfare during the transition from participant direction:

Participants have the option to transition from participant direction to the provider managed service delivery model at any point during their waiver enrollment. When a participant voluntarily chooses to terminate participant direction, they will contact their Service Coordinator who will guide them through the process of transition. The Service Coordinator is responsible for transitioning the participant to the traditional model of service and ensuring that there is not a break in service during the transition period. The change in models will be reflected on a revised ISP.

## Appendix E: Participant Direction of Services

### E-1: Overview (12 of 13)

**m.** **Involuntary Termination of Participant Direction.** Specify the circumstances when the State will involuntarily terminate the use of participant direction and require the participant to receive provider-managed services instead, including how continuity of services and participant health and welfare is assured during the transition.

Participants, or personal representatives, who demonstrate the inability to self-direct their services whether due to misuse of funds, consistent non-adherence to program policy or an on-going health and welfare risk, will be required to transition to provider managed services.

Involuntary Termination from participant direction may also occur after it has been determined that there has been a negative impact on the participant's health and welfare and/or services have not been provided as outlined in the ISP. Involuntary termination would only occur after a thorough review of the participant's health and welfare needs as identified in the service plan.

Termination of participant direction would occur only after a team meeting with the participant, the participant's Service Coordinator, and any family, friends and advocate if requested by the participant and a review of the recommendations by the OLTL.

The Service Coordinator is responsible for transitioning the participant to the traditional model of service and ensuring that there is not a break in service during the transition period.

The participant has the right to an Appeal and Fair Hearing and will be given this opportunity as outlined in Appendix F-1 Right to a Fair Hearing.

## Appendix E: Participant Direction of Services

### E-1: Overview (13 of 13)

**n.** **Goals for Participant Direction.** In the following table, provide the State's goals for each year that the waiver is in effect for the unduplicated number of waiver participants who are expected to elect each applicable participant direction opportunity. Annually, the State will report to CMS the number of participants who elect to direct their waiver services.

**Table E-1-n**

| Waiver Year | Employer Authority Only | Budget Authority Only or Budget Authority in Combination with Employer Authority |
|---|---|---|
| | Number of Participants | Number of Participants |
| Year 1 | | |

Case 5:17-cv-02165-JLS    Document 23-1    Filed 07/14/17    Page 183 of 234

| Waiver Year | Employer Authority Only | Budget Authority Only or Budget Authority in Combination with Employer Authority | |
|---|---|---|---|
| | Number of Participants | Number of Participants | |
| | 4860 | | |
| Year 2 | 5378 | | |
| Year 3 | 5897 | | |
| Year 4 | 6415 | | |
| Year 5 | 0 | | |

## Appendix E: Participant Direction of Services

### E-2: Opportunities for Participant Direction (1 of 6)

a. **Participant - Employer Authority** *Complete when the waiver offers the employer authority opportunity as indicated in Item E-1-b:*

   i. **Participant Employer Status.** Specify the participant's employer status under the waiver. *Select one or both:*

   ☐ **Participant/Co-Employer.** The participant (or the participant's representative) functions as the co-employer (managing employer) of workers who provide waiver services. An agency is the common law employer of participant-selected/recruited staff and performs necessary payroll and human resources functions. Supports are available to assist the participant in conducting employer-related functions.

   Specify the types of agencies (a.k.a., agencies with choice) that serve as co-employers of participant-selected staff:

   |  |
   |---|
   |  |

   ☐ **Participant/Common Law Employer.** The participant (or the participant's representative) is the common law employer of workers who provide waiver services. An IRS-approved Fiscal/Employer Agent functions as the participant's agent in performing payroll and other employer responsibilities that are required by federal and state law. Supports are available to assist the participant in conducting employer-related functions.

   ii. **Participant Decision Making Authority.** The participant (or the participant's representative) has decision making authority over workers who provide waiver services. *Select one or more decision making authorities that participants exercise:*

   ☐ Recruit staff
   ☐ Refer staff to agency for hiring (co-employer)
   ☐ Select staff from worker registry
   ☐ Hire staff common law employer
   ☐ Verify staff qualifications
   ☐ Obtain criminal history and/or background investigation of staff

   Specify how the costs of such investigations are compensated:

   To ensure all participants make an informed choice of service and service delivery, criminal background checks are mandatory for individuals performing personal assistance services. The FMS agency secures and pays for the criminal background check.

   ☐ **Specify additional staff qualifications based on participant needs and preferences so long as such qualifications are consistent with the qualifications specified in Appendix C-1/C-3.**
   ☐ Determine staff duties consistent with the service specifications in Appendix C-1/C-3.
   ☐ Determine staff wages and benefits subject to State limits
   ☐ Schedule staff
   ☐ Orient and instruct staff in duties
   ☐ Supervise staff
   ☐ Evaluate staff performance
   ☐ Verify time worked by staff and approve time sheets
   ☐ Discharge staff (common law employer)
   ☐ Discharge staff from providing services (co-employer)
   ☐ Other

   Specify:

   |  |
   |---|
   |  |

**Appendix E: Participant Direction of Services**

### E-2: Opportunities for Participant-Direction (2 of 6)

**b. Participant - Budget Authority** *Complete when the waiver offers the budget authority opportunity as indicated in Item E-1-b:*

Answers provided in Appendix E-1-b indicate that you do not need to complete this section.

    **i. Participant Decision Making Authority.** When the participant has budget authority, indicate the decision-making authority that the participant may exercise over the budget. *Select one or more:*

- ☐ **Reallocate funds among services included in the budget**
- ☐ **Determine the amount paid for services within the State's established limits**
- ☐ **Substitute service providers**
- ☐ **Schedule the provision of services**
- ☐ **Specify additional service provider qualifications consistent with the qualifications specified in Appendix C-1/C-3**
- ☐ **Specify how services are provided, consistent with the service specifications contained in Appendix C-1/C-3**
- ☐ **Identify service providers and refer for provider enrollment**
- ☐ **Authorize payment for waiver goods and services**
- ☐ **Review and approve provider invoices for services rendered**
- ☐ **Other**

    Specify:

 

**Appendix E: Participant Direction of Services**

### E-2: Opportunities for Participant-Direction (3 of 6)

**b. Participant - Budget Authority**

Answers provided in Appendix E-1-b indicate that you do not need to complete this section.

    **ii. Participant-Directed Budget** Describe in detail the method(s) that are used to establish the amount of the participant-directed budget for waiver goods and services over which the participant has authority, including how the method makes use of reliable cost estimating information and is applied consistently to each participant. Information about these method(s) must be made publicly available.

 

**Appendix E: Participant Direction of Services**

### E-2: Opportunities for Participant-Direction (4 of 6)

**b. Participant - Budget Authority**

Answers provided in Appendix E-1-b indicate that you do not need to complete this section.

    **iii. Informing Participant of Budget Amount.** Describe how the State informs each participant of the amount of the participant-directed budget and the procedures by which the participant may request an adjustment in the budget amount.

 

**Appendix E: Participant Direction of Services**

### E-2: Opportunities for Participant-Direction (5 of 6)

**b. Participant - Budget Authority**

Answers provided in Appendix E-1-b indicate that you do not need to complete this section.

    **iv. Participant Exercise of Budget Flexibility.** *Select one:*

      ○ **Modifications to the participant directed budget must be preceded by a change in the service plan.**

○ **The participant has the authority to modify the services included in the participant directed budget without prior approval.**

Specify how changes in the participant-directed budget are documented, including updating the service plan. When prior review of changes is required in certain circumstances, describe the circumstances and specify the entity that reviews the proposed change:

|  |
|--|

## Appendix E: Participant Direction of Services

### E-2: Opportunities for Participant-Direction (6 of 6)

**b. Participant - Budget Authority**

**Answers provided in Appendix E-1-b indicate that you do not need to complete this section.**

**v. Expenditure Safeguards.** Describe the safeguards that have been established for the timely prevention of the premature depletion of the participant-directed budget or to address potential service delivery problems that may be associated with budget underutilization and the entity (or entities) responsible for implementing these safeguards:

|  |
|--|

## Appendix F: Participant Rights

### Appendix F-1: Opportunity to Request a Fair Hearing

The State provides an opportunity to request a Fair Hearing under 42 CFR Part 431, Subpart E to individuals: (a) who are not given the choice of home and community-based services as an alternative to the institutional care specified in Item 1-F of the request; (b) are denied the service(s) of their choice or the provider(s) of their choice; or, (c) whose services are denied, suspended, reduced or terminated. The State provides notice of action as required in 42 CFR §431.210.

**Procedures for Offering Opportunity to Request a Fair Hearing.** Describe how the individual (or his/her legal representative) is informed of the opportunity to request a fair hearing under 42 CFR Part 431, Subpart E. Specify the notice(s) that are used to offer individuals the opportunity to request a Fair Hearing. State laws, regulations, policies and notices referenced in the description are available to CMS upon request through the operating or Medicaid agency.

An individual/participant is advised routinely of his or her due process and appeal rights in accordance with OLTL policies. A participant will have his or her rights to file a fair hearing request discussed at time of enrollment, annually during the ISP annual review meeting and at any time the participant requests to change services or add new services. The OLTL Participant Information Packet, containing information about appeals and fair hearings, is distributed to the participant at enrollment and during the ISP annual review meeting.

The IEB is required to provide information on due process and appeal rights to the applicant utilizing OLTL issued standard forms when the following circumstances occur:

1. The participant is not given the choice of home or community-based waiver services as an alternative to institutional care

2. The individual is denied his or her preference of waiver or nursing facility services.

The Service Coordinator is required to provide information on due process and appeal rights to the participant utilizing OLTL issued standard forms any time the following circumstances occur:

1. The participant is not given the choice of home or community-based waiver services as an alternative to institutional care

2. The individual is denied his or her preference of waiver or nursing facility services.

3. The participant is denied his or her request for a new Waiver-funded service(s), including the amount, duration, and scope of service(s).

4. The participant is denied the choice of willing and qualified Waiver provider(s).

5. A decision or an action is taken to deny, suspend, reduce, or terminate a Waiver-funded service authorized on the participant's ISP or when the participant is involuntarily terminated from participant direction.

The IEB/Service Coordinator are required to make all such notices in writing utilizing OLTL issued documents. Should the applicant/participant choose to file an appeal, they must do so with the agency that made the determination being questioned. Title 55 Pa. Code §275.4(a)(2) states that individuals must file an appeal with the agency that made the determination being questioned, and §275.1(a)(3) specifically includes social service agencies: "the term Department includes, in addition to County Assistance Offices, agencies which administer or provide social services under contractual agreement with the Department." The agency which receives the appeal from the participant will forward it to the Department's Bureau of

Hearings and Appeals for action.

It is the responsibility of the Service Coordinator/IEB to provide any assistance the participant/applicant needs to request a hearing. This may include the following:
- Clearly explaining the basis for questioned decisions or actions.
- Explaining the rights and fair hearing proceedings of the applicant or participant.
- Providing the necessary forms and explaining to the applicant or participant how to file his or her appeal and, if necessary, how to fill out the forms.
- Advising the applicant or participant that he or she may be represented by an attorney, relative, friend or other spokesman and providing information to assist the applicant or participant to locate legal services available in the county.

Certain Waiver actions related to level of care and Medicaid ineligibility are also subject to fair hearing and appeal procedures established through the local County Assistance Office (CAO). Participation of the Independent Assessment Entity is expected in preparation for the hearing and at the hearing whenever the CAO sends a notice confirming the initial level of care determination and the individual appeals that notice through the CAO. Service Coordinators are expected to participate when the CAO sends a notice confirming the level of care redetermination and the individual appeals that notice through the CAO

The Service Coordinator is required to provide an advance written notice of at least 10 calendar days to the participant anytime the Service Coordinator initiates action to reduce, suspend, change, or terminate a Waiver service. The advance notice, which is sent by the Service Coordinator, shall contain a date that the appeal must be received by the Service Coordinator to have the services that are already being provided at the time of the appeal continue during the appeal process.

The participant has 30 calendar days from the mailing date of the written notification to file an appeal. If the participant files an appeal (written or oral) within 10 calendar days of the mailing date of the written notification from the Service Coordinator, the appealed Waiver service(s) are required to continue until a decision is rendered after the appeal hearing (55 Pa. Code § 275.4(a)(3)(v)(C)(I)). As noted above, the continuation language is included in the written notice that is sent to the participant by the Service Coordinator. The postmark of a mailed appeal will be used to determine if the 10 day requirement was met by the participant.

Fair hearing requests are collected in a statewide database and due process is monitored by OLTL.

## Appendix F: Participant-Rights

### Appendix F-2: Additional Dispute Resolution Process

a. **Availability of Additional Dispute Resolution Process.** Indicate whether the State operates another dispute resolution process that offers participants the opportunity to appeal decisions that adversely affect their services while preserving their right to a Fair Hearing. *Select one:*

- ⦿ **No. This Appendix does not apply**
- ◯ **Yes. The State operates an additional dispute resolution process**

b. **Description of Additional Dispute Resolution Process.** Describe the additional dispute resolution process, including: (a) the State agency that operates the process; (b) the nature of the process (i.e., procedures and timeframes), including the types of disputes addressed through the process; and, (c) how the right to a Medicaid Fair Hearing is preserved when a participant elects to make use of the process: State laws, regulations, and policies referenced in the description are available to CMS upon request through the operating or Medicaid agency.

## Appendix F: Participant-Rights

### Appendix F-3: State Grievance/Complaint System

a. **Operation of Grievance/Complaint System.** *Select one:*

- ◯ **No. This Appendix does not apply**
- ⦿ **Yes. The State operates a grievance/complaint system that affords participants the opportunity to register grievances or complaints concerning the provision of services under this waiver**

b. **Operational Responsibility.** Specify the State agency that is responsible for the operation of the grievance/complaint system:

The Office of Long Term Living (OLTL) is responsible for the operation of the grievance/complaint system.

c. **Description of System.** Describe the grievance/complaint system, including: (a) the types of grievances/complaints that participants may register; (b) the process and timelines for addressing grievances/complaints; and, (c) the mechanisms that are used to resolve grievances/complaints. State laws, regulations, and policies referenced in the description are available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

OLTL operates a Customer Service line, also known as the OLTL HelpLine. The OLTL HelpLine (1-800-757-5042) is located in the Bureau of Participant Operations and is staffed by OLTL personnel during normal business hours. Participants, family members and other interested parties use the HelpLine to report complaints/grievances regarding the provision/timeliness of services, provider performance, and reports of

alleged abuse, neglect or exploitation.

Individuals calling the OLTL HelpLine with a complaint/grievance are logged into the Enterprise Information System (EIM), a web-based database, and the information is then referred to the appropriate Bureau for resolution. Complaints are classified as Urgent if immediate action is required to assist in safeguarding the participant's health and welfare or Non-Urgent if the participant is not at risk of immediate health and jeopardy and immediate action is not required. Any complaints determined to be an incident as described in Appendix G are entered into EIM as an incident and are treated as such for purposes of investigation and follow-through.

Investigations of Urgent complaints must be initiated with one business day, while Non-Urgent complaints have a five day timeframe for complaint initiation of the investigation. Any complaint determined to be an incident as described in Appendix G will be handled in accordance with all applicable requirements. The receiving Bureau contacts the participant, their service coordinator, and/or other necessary parties in order to determine all circumstances regarding the complaint and to make a determination about an appropriate resolution. Documentation of any actions and the resolution is entered into the database by OLTL staff and the complaint is submitted through EIM for supervisory review. The reviewing supervisor can accept the resolution allowing for closure of the complaint or send it back to staff for further action. The timeframe for additional follow-up and resolution is 45 days, but additional time can be requested through EIM in accordance with OLTL requirements. OLTL is able to generate reports from EIM about the types of participant complaints received, timeliness of resolution and examines general patterns and trends for system improvement.

In addition, EIM is designed to collect complaints received from any source, such as direct phone calls, emails, and letters or faxes in order to standardize collection and processing of all complaints in one data collection system. Participants are informed verbally and in the OLTL Participant Information Packet about the OLTL Participant HelpLine at enrollment, during their annual reevaluation, and in the cover letter that accompanies the OLTL Participant Satisfaction Surveys.

Participants are advised through OLTL's standard participant information materials that OLTL's grievance/complaint system is neither a pre-requisite, nor a substitute for a fair hearing.

## Appendix G: Participant Safeguards

### Appendix G-1: Response to Critical Events or Incidents

a. **Critical Event or Incident Reporting and Management Process.** Indicate whether the State operates Critical Event or Incident Reporting and Management Process that enables the State to collect information on sentinel events occurring in the waiver program. *Select one:*

- ◉ **Yes. The State operates a Critical Event or Incident Reporting and Management Process** *(complete Items b through e)*
- ○ **No. This Appendix does not apply** *(do not complete Items b through e)*
  If the State does not operate a Critical Event or Incident Reporting and Management Process, describe the process that the State uses to elicit information on the health and welfare of individuals served through the program.

b. **State Critical Event or Incident Reporting Requirements.** Specify the types of critical events or incidents (including alleged abuse, neglect and exploitation) that the State requires to be reported for review and follow-up action by an appropriate authority, the individuals and/or entities that are required to report such events and incidents and the timelines for reporting. State laws, regulations, and policies that are referenced are available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

The Office of Long-Term Living has initiated a comprehensive incident reporting and management process. Critical events are referred to as critical incidents and defined as an event that jeopardizes the participant's health and welfare. Two OLTL offices are involved in the oversight of the Incident Management process – the Bureau of Quality and Provider Management (BQPM) and the Bureau of Participant Operations (BPO).

Definitions of the types of critical events or incidents that must be reported:

As defined in 55 Pa. Code, Chapter 52, the following are considered critical incidents:
1. Death (other than by natural causes);

2. Serious Injury - that results in emergency room visits, hospitalizations, and death;

3. Hospitalization - except in certain cases, for example hospital stays that were planned in advance*;

4 Provider and staff misconduct – deliberate, willful, unlawful, or dishonest activities;

5. Abuse – the infliction of injury, unreasonable confinement, intimidation, punishment, mental anguish, or sexual abuse of a participant. Types of abuse are, but not necessarily limited to:
  • Physical abuse – defined as a physical act by an individual that may cause physical injury to a participant;
  • Psychological abuse – an act, other than verbal, that may inflict emotional harm, invoke fear, and/or humiliate, intimidate, degrade or demean a participant;
  • Sexual abuse – an act or attempted act, such as rape, incest, sexual molestation, sexual exploitation, or sexual harassment and/or inappropriate or unwanted touching of a participant; and

• Verbal abuse – using words to threaten, coerce, intimidate, degrade, demean, harass, or humiliate a participant.

6. Neglect – the failure to provide a participant the reasonable care that he, or she requires, including, but not limited to food, clothing, shelter, medical care, personal hygiene, and protection from harm. Seclusion, which is the involuntary confinement of an individual alone in a room or an area from which the individual is physically prevented from having contact with others or leaving, is a form of neglect.

7. Exploitation – the act of depriving, defrauding, or otherwise obtaining the personal property from a participant in an unjust, or cruel manner, against one's will, or without one's consent, or knowledge for the benefit of self, or others;

8. Restraint – Any physical, chemical or mechanical intervention that is used to control acute, episodic behavior that restricts the movement or function of the individual or a portion of the individual's body. Use of restraints and seclusion are both restrictive interventions, which are actions and procedures that limit an individual's movement, a person's access to other individuals, locations or activities, or restricts participant rights.

9. Service Interruption – Any event that results in the participant's inability to receive services that places his, or her health, and or safety at risk. This includes involuntary termination by the provider agency, and failure of the participant's back-up plan. If these events occur, the provider agency must have a plan for temporary stabilization.

10. Medication errors that that result in hospitalization, an emergency room visit or other medical intervention.

* Being admitted for a non-routine medical condition that was not scheduled or planned to occur is a critical incident; a routine hospital visit for lab work or routine treatment of illness of a participant is not a critical incident. A death that is suspicious or of unexplained causes is a critical incident. A death due to natural causes is not a critical incident.

Individuals/entities that are required to report critical events:

Per 55 PA Code Chapter 52 and OLTL's Critical Incident Management Bulletin, administrators and employees of waiver service providers, including Service Coordination Entities and individual providers of waiver services, are responsible for reporting critical incidents through the electronic Incident Management system, an electronic data system that collects information regarding critical incidents involving waiver participants. In addition, Direct service providers are required to notify the participant's Service Coordinator when a critical incident occurs.

In addition to reporting an incident to OLTL, in the event a direct service provider/Service Coordination Entity has reasonable suspicion that a participant over age 60 is the victim of a crime, including abuse, neglect or exploitation, or that death is suspicious, the provider must also report under the Older Adults Protective Services Act (35 P.S. §§ 10225.101 – 10225.5102 and Title 6 Pa. Code, Chapter 15) to the local OAPSA agency/the Department of Aging. In the event providers/Service Coordination Entities have reasonable suspicion that a participant between the ages of 18 to 59 is the victim of abandonment, abuse, exploitation, intimidation, neglect, serious injury or bodily injury or sexual abuse, the provider must report under the Adult Protective Services Act (Act 70 of 2010) to the Department of Human Services' APS Hotline. For both OAPSA and APS, the provider must also inform the participant's Service Coordination Entity within 24 hours of knowledge of the incident. For both OAPSA and APS, the direct service provider/Service Coordination Entity must also immediately contact the appropriate law enforcement official to file a report when incidents involve sexual abuse, serious injury, serious bodily injury or suspicious death. These additional reporting requirements do not supplant a provider's reporting responsibilities to OLTL.

Reporting applies to:
• Critical incidents that occur during the time the provider is providing services, and
• Critical incidents that occur during the time the provider is contracted to provide services, but fails to do so, and
• Critical incidents that occur at times other than when the provider is providing, or is contracted to provide services if the administrators, or employees become aware of such incidents.

In addition to reports received from providers through the Enterprise Incident Management (EIM) system, reports are taken from participants, families or other interested parties through OLTL's toll-free Participant HelpLine. Additional information regarding the HelpLine is contained in Appendix F.

Timeframes within which critical events must be reported and the methods for reporting:

Required reporters must report critical incidents to OLTL, and Service Coordination Entities when applicable, within 48 hours of their occurrence or discovery. OLTL has initiated a mandatory electronic reporting system for reporting all critical incidents. The electronic reporting system, referred to as EIM (Enterprise Incident Management), allows Service Coordinators and Direct Service providers to submit critical incidents through a web-based application where they are accessed by OLTL staff.

Incidents reported through the OLTL Participant HelpLine are entered into EIM by OLTL staff and the incidents are handled the same way as those reported directly through the web-based application. The following information is collected for each reported incident, regardless of how it is received: reporter information, participant demographics, OLTL program information, event type/details and description of the incident.

Reporters are notified through EIM that their incident reports have been received. OLTL staff reviews the critical incidents daily to ensure for the health and welfare of participants, to check for completeness and to ensure that what has been reported is truly a critical incident. Supervisors in BPO check the EIM dashboard daily for new incidents and refer cases to their staff for follow-up and action as appropriate.

**c. Participant Training and Education.** Describe how training and/or information is provided to participants (and/or families or legal representatives, as appropriate) concerning protections from abuse, neglect, and exploitation, including how participants (and/or families or legal representatives, as appropriate) can notify appropriate authorities or entities when the participant may have experienced abuse, neglect or exploitation.

At time of enrollment, the IEB informs participants of the incident management process. This information is provided through the participant information materials developed by OLTL. These materials include how to recognize and report abuse, neglect and exploitation, as well as the prohibition on the use of restraints, seclusion and other restrictive interventions. In addition, the information includes OLTL's toll free number and the process for reporting these occurrences to either the participant's Service Coordinator or OLTL directly. The Service Coordinator is responsible for reviewing this information at least annually with the participant at time of reassessment or if there is suspicion of abuse, neglect, exploitation or abandonment.

**d. Responsibility for Review of and Response to Critical Events or Incidents.** Specify the entity (or entities) that receives reports of critical events or incidents specified in item G-1-a, the methods that are employed to evaluate such reports, and the processes and time-frames for responding to critical events or incidents, including conducting investigations.

The entity (or entities) that receives reports of each type of critical event or incident:
BPO receives reports through EIM, the Participant Helpline and any other source and evaluates all critical incidents as defined in Appendix G-1-b above.

The entity that is responsible for evaluating reports and how reports are evaluated:
The Bureau of Participant Operations (BPO) is responsible for evaluating incident reports to ensure that the provider took prompt action to protect the participant's health and welfare. This may include, but is not limited to calling 911, seeking the assistance of law enforcement, arranging medical care, or referring to a victim's assistance program. . OLTL also ensures that the provider meets the additional reporting requirements of the Department of Aging's Older Adult Protective Services Act (35 P.S. §§ 10225.101 – 10225.5102 and 6 PA Code Chapter 15), the Department of Human Services' Adult Protective Services Act (Act of October 7, 2010, P.L. 484, No. 70) or and/or the Department of Health when applicable.

OLTL supervisory staff reviews each incident as documented by the reporter to ensure that the report is complete. If OLTL determines an additional objective investigation is required due to conflict of interest, an OLTL staff member is assigned to complete the investigation and develop corrective action. Once all information is gathered, an OLTL supervisor reviews the incident, works with the Service Coordinator and/or Direct Service provider to ensure the health and welfare of the participant. The incident is closed in EIM when all appropriate actions are taken according to the specifics of the incident and when the participant's health and welfare have been ensured.

The entity that is responsible for conducting investigations and how investigations are conducted:
The Service Coordinator is responsible for conducting an investigation of incidents The Service Coordination Entity has two (2) days to provide initial information to OLTL in cases involving sexual abuse, serious injury, serious bodily injury or suspicious death, and 30 days from the initial report to provide all the information regarding the incident to OLTL.

If the incident meets the standards of 35 P.S. §§ 10225.101 – 10225.5102, Title 6 Pa. Code, Chapter 15) or the Act of Oct. 7, 2010, P.L. 484, No. 70, reporting to the appropriate protective services helpline must be done within required timeframes.

Investigations that are performed by the Service Coordination Entities include:
 • Onsite investigation – An onsite in-person visit is conducted for fact finding. The incident facts, sequence of events, interview of witnesses and observation of the participant and/or environment is required.
 • Telephone investigation - Review of the Incident Report (IR) revealed facts are missing or additional information is required and can be obtained through conducting a telephone investigation.

No further action is required when the incident report meets all three of the following conditions:
1) The facts and sequences of events is outlined with sufficient detail; and
2) Preventative action through the service plan is implemented and documented; and
3) The participant is not placed at any additional risk.

Service Coordinators are required to:
 • Take necessary actions to ensure the health and welfare of the participant
 • Follow up with direct service provider to ensure all appropriate actions have been taken.
 • Complete incident report and submit to OLTL via EIM within the timeframes outlined in the OLTL Incident Management Policy if not already submitted by direct service provider.
 • Conduct an investigation of the incident to determine specifics of the incident which include: Fact finding, identify the sequence of events, identify potential causes, and assess service planning to determine any needed changes and documentation.
 • Provide a report to OLTL within 30 business days of the occurrence. When unable to conclude initial investigation within 30 days, request an extension from OLTL through EIM.

In cases investigated under involving protective services, the Service Coordinator works with the protective service worker to ensure the health and welfare of the participant. This may involve revisions to the service plan as necessary, to meet the participants' needs and to mitigate recurrence of the incident.

In cases where regulatory compliance or failure to effectively safeguard the participant is identified in the investigation, OLTL will conduct an on-site review of the Service Coordination Entity or direct service provider to audit agency procedures and make corrective recommendations resulting in a Statement of Findings.

The timeframes for conducting an investigation and completing an investigation:
The investigation of all critical incidents must be completed within 30 days of receiving the incident report. If the timeframe is not met the details regarding the delay will be documented in EIM. OLTL reviews and approves extension requests and closely monitors any investigative process that is taking beyond the allotted time for completion.

Within 48 hours of the conclusion of the critical incident investigation, participants must be informed of the outcome of investigations. The Service Coordinator is responsible for conveying this information to the participant.

*********************

CMS Questions and OLTL Responses:
5. CMS asked on the informal question, in section G-1-d, please indicate the process and timelines for investigations findings that are not completed within 30 days in the WMS application tool.

State's response to informal question: There are occasions where investigations will not be completed within 30 days. In all cases, OLTL staff located in the Bureau of Participant Operations contacts the Service Coordinator to obtain details about why the investigation is not completed. If necessary, OLTL staff provides technical assistance to resolve the investigation. If these actions are not successful, OLTL staff will take additional steps to contact the Service Coordination Entity Director to ensure resolution.

CMS additional question: Please provide further clarification in the WMS application tool on the minimum intervals of monitoring that the state will complete when following up on investigation findings that are not completed within 30 days.

Response: OLTL runs monthly reports to determine what critical incidents remain open. OLTL staff in the Bureau of Participant Operations is responsible to follow up with the SC to determine what action is needed to support the participant or reduce the risk or prevent reoccurrence. These activities continue until the incident is closed.

e. **Responsibility for Oversight of Critical Incidents and Events.** Identify the State agency (or agencies) responsible for overseeing the reporting of and response to critical incidents or events that affect waiver participants, how this oversight is conducted, and how frequently.

OLTL is responsible for providing oversight of Critical Incidents and events. OLTL staff from BQPM and BPO work together to address critical incidents. BQPM staff reviews reports generated in EIM to track and trend critical incidents. BPO staff work with Service Coordinators and Direct Service providers to assure that participant health and welfare is protected. Together, these two bureaus discuss trends to identify systemic weaknesses or problems with individual providers.

The findings and quality improvement recommendations are shared with OLTL's Executive and Management staff at the monthly Quality Management Meetings (QM2) and the Quality Council Meetings, which are held three times a year. The QM2 and Quality Council make recommendations to the Director of the BQPM who presents them to the OLTL Deputy Secretary.

Additional Agencies responsible for oversight include the Department of Aging, DHS' Adult Protective Services office and the Department of Health. The Department of Health has licensure requirements regarding reporting of incidents and conduct annual licensure of all Home Health and Home Care entities.

The Department of Aging maintains a statewide database on all participants who were referred to the Protective Service Unit for investigation of allegations of abuse, neglect, exploitation and abandonment and oversees the Older Adult Protective Services program. The Department of Human Services has procured an Adult Protect Services vendor that is responsible for receiving and investigating reports of suspected abuse, neglect, abandonment and exploitation for adults with disabilities between the ages of 18 and 59. The Adult Protective Services Program is active as of April 1, 2015.

## Appendix G: Participant Safeguards

### Appendix G-2: Safeguards Concerning Restraints and Restrictive Interventions (1 of 3)

a. **Use of Restraints.** (Select one): (For waiver actions submitted before March 2014, responses in Appendix G-2-a will display information for both restraints and seclusion. For most waiver actions submitted after March 2014, responses regarding seclusion appear in Appendix G-2-c.)

⦿ **The State does not permit or prohibits the use of restraints**

Specify the State agency (or agencies) responsible for detecting the unauthorized use of restraints and how this oversight is conducted and its frequency:

At time of enrollment, the IEB informs participants of the prohibition on the use of restraints, seclusion and other forms of restrictive interventions. This information is provided through the participant information materials developed by OLTL. The Service Coordinator is responsible for reviewing this information at least annually at time of reassessment and discussing the prohibition of restraints with the participant. As part of the participant informational materials, participants are encouraged to either call their Service Coordinator or the OLTL Participant HelpLine to report the unauthorized use of restraints.

The Office of Long Term Living is notified about unauthorized use of restraints through the Service Coordination Entities and participants. Once a complaint has been filed it is recorded by OLTL staff in a central database and appropriate actions are taken, including notification of the local law enforcement agency. To assist in the detection of the unauthorized use of restraints, OLTL requires all Service Coordination providers to provide annual staff training on detection and prevention of abuse and neglect including the use of

restraints. All Service Coordinators are instructed to be vigilant for signs of unauthorized restraints, seclusion or other restrictive interventions through their routine monitoring and engagement with individuals.

Title 55 PA. Code Chapter 52 prohibits the restraint of a participant. Sanctions are available to the OLTL for non-compliance.

This requirement is monitored during onsite provider monitoring activities by the Quality Management Efficiency Teams.

○ **The use of restraints is permitted during the course of the delivery of waiver services**. Complete Items G-2-a-i and G-2-a-ii.

    **i.** **Safeguards Concerning the Use of Restraints.** Specify the safeguards that the State has established concerning the use of each type of restraint (i.e., personal restraints, drugs used as restraints, mechanical restraints). State laws, regulations, and policies that are referenced are available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

    **ii.** **State Oversight Responsibility.** Specify the State agency (or agencies) responsible for overseeing the use of restraints and ensuring that State safeguards concerning their use are followed and how such oversight is conducted and its frequency:

## Appendix G: Participant Safeguards

### Appendix G-2: Safeguards Concerning Restraints and Restrictive Interventions (2 of 3)

  **b.** **Use of Restrictive Interventions.** *(Select one)*:

    ⦿ **The State does not permit or prohibits the use of restrictive interventions**

    Specify the State agency (or agencies) responsible for detecting the unauthorized use of restrictive interventions and how this oversight is conducted and its frequency:

    At time of enrollment, the IEB informs participants of the prohibition on the use of restraint, seclusion and other forms of restrictive interventions. This information is provided through the participant information materials developed by OLTL. The Service Coordinator is responsible for reviewing this information at least annually at time of reassessment and discussing the prohibition of restrictive interventions with the participant. As part of the participant informational materials, participants and their families are encouraged to either call their Service Coordinator or the OLTL Participant HelpLine to report the unauthorized use of restrictive interventions.

    The Office of Long-Term Living is notified about unauthorized use of restrictive interventions through the Service Coordination Entities and participants. Once a complaint has been filed, it is recorded by OLTL staff in a central database and appropriate actions are taken, including notification of the local law enforcement agency. To assist in the detection of the use of restrictive interventions, OLTL requires all Service Coordination providers to provide annual staff training on detection and prevention of abuse and neglect including the use of restrictive interventions. All Service Coordinators are instructed to be vigilant for signs of unauthorized restraints, seclusion or other restrictive interventions through their routine monitoring and engagement with individuals.

    Title 55 PA. Code Chapter 52 prohibits the restraint of a participant. Sanctions are available to the OLTL for non-compliance.

    OLTL Bureau of Quality & Provider Management (BQPM) is responsible for monitoring and oversight of the use of restrictive interventions during onsite provider monitoring conducted every 2 years.

○ **The use of restrictive interventions is permitted during the course of the delivery of waiver services** Complete Items G-2-b-i and G-2-b-ii.

    **i.** **Safeguards Concerning the Use of Restrictive Interventions.** Specify the safeguards that the State has in effect concerning the use of interventions that restrict participant movement, participant access to other individuals, locations or activities, restrict participant rights or employ aversive methods (not including restraints or seclusion) to modify behavior. State laws, regulations, and policies referenced in the specification are available to CMS upon request through the Medicaid agency or the operating agency.

    **ii.** **State Oversight Responsibility.** Specify the State agency (or agencies) responsible for monitoring and overseeing the use of restrictive interventions and how this oversight is conducted and its frequency:

**c.  Use of Seclusion.** *(Select one): (This section will be blank for waivers submitted before Appendix G-2-c was added to WMS in March 2014, and responses for seclusion will display in Appendix G-2-a combined with information on restraints.)*

&#9673; **The State does not permit or prohibits the use of seclusion**

Specify the State agency (or agencies) responsible for detecting the unauthorized use of seclusion and how this oversight is conducted and its frequency:

At time of enrollment, the IEB informs participants of the prohibition on the use of restraint, seclusion and other forms of restrictive interventions.  This information is provided through the participant information materials developed by OLTL. The Service Coordinator is responsible for reviewing this information at least annually at time of reassessment and discussing the prohibition of seclusion with the participant.  As part of the participant informational materials, participants and their families are encouraged to either call their Service Coordinator or the OLTL Participant HelpLine to report the unauthorized use of seclusion.

The Office of Long-Term Living is notified about unauthorized use of seclusion through the Service Coordination Entities and participants.  Once a complaint has been filed, it is recorded by OLTL staff in a central database and appropriate actions are taken, including notification of the local law enforcement agency.  To assist in the detection of the use of seclusion, OLTL requires all Service Coordination providers to provide annual staff training on detection and prevention of abuse and neglect including the use of seclusion.  All Service Coordinators are instructed to be vigilant for signs of unauthorized restraints, seclusion or other restrictive interventions through their routine monitoring and engagement with individuals.

OLTL Bureau of Quality & Provider Management (BQPM) is responsible for monitoring and oversight of the use of restrictive interventions during onsite provider monitoring conducted every 2 years.

The timeframe for conducting the CAP follow-up is dependent upon the dates for completion identified by the provider.  QMET determines the CAP follow-up monitoring schedule and the method (on-site vs in office) based on the action steps that were to be completed.  CAPS are to be followed-up on between 30 and 90 days of the last date listed under timeline for completion.  The provider is notified of the type of follow-up to be performed 10 business days in advance of the follow-up monitoring.  Regardless of the manner of follow-up, all documents reviewed should be of sufficient quantity and scope in order to determine if the action steps have been completed accurately, timely, and in accordance with the approved plan.  If the follow-up is performed and all the action items are verified as complete the CAP is closed.  If some items remain incomplete, QMET will provide technical assistance in order to assist the provider in remediating any outstanding items and work towards closing the CAP.  No CAP is closed until all action steps have been completed.

&#9711; **The use of seclusion is permitted during the course of the delivery of waiver services.** Complete Items G-2-c-i and G-2-c-ii.

    **i.  Safeguards Concerning the Use of Seclusion.** Specify the safeguards that the State has established concerning the use of each type of seclusion. State laws, regulations, and policies that are referenced are available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

    **ii.  State Oversight Responsibility.** Specify the State agency (or agencies) responsible for overseeing the use of seclusion and ensuring that State safeguards concerning their use are followed and how such oversight is conducted and its frequency:

Appendix G: Participant Safeguards

*This Appendix must be completed when waiver services are furnished to participants who are served in licensed or unlicensed living arrangements where a provider has round-the-clock responsibility for the health and welfare of residents. The Appendix does not need to be completed when waiver participants are served exclusively in their own personal residences or in the home of a family member.*

**a.  Applicability.** Select one:

&#9673; **No. This Appendix is not applicable** *(do not complete the remaining items)*

&#9711; **Yes. This Appendix applies** *(complete the remaining items)*

**b.  Medication Management and Follow-Up**

    **i.  Responsibility.** Specify the entity (or entities) that have ongoing responsibility for monitoring participant medication regimens, the methods for conducting monitoring, and the frequency of monitoring.

Case 5:17-cv-02165-JLS     Document 23-1     Filed 07/14/17     Page 193 of 234

**ii.   Methods of State Oversight and Follow-Up.** Describe: (a) the method(s) that the State uses to ensure that participant medications are managed appropriately, including: (a) the identification of potentially harmful practices (e.g., the concurrent use of contraindicated medications); (b) the method(s) for following up on potentially harmful practices; and, (c) the State agency (or agencies) that is responsible for follow-up and oversight.

## Appendix G: Participant Safeguards

### Appendix G-3: Medication Management and Administration (2 of 2)

**c.   Medication Administration by Waiver Providers**

_____
**Answers provided in G-3-a indicate you do not need to complete this section**
_____

**i.   Provider Administration of Medications.** *Select one:*

  ○  **Not applicable.** *(do not complete the remaining items)*

  ○  **Waiver providers are responsible for the administration of medications to waiver participants who cannot self-administer and/or have responsibility to oversee participant self-administration of medications.** *(complete the remaining items)*

**ii.   State Policy.** Summarize the State policies that apply to the administration of medications by waiver providers or waiver provider responsibilities when participants self-administer medications, including (if applicable) policies concerning medication administration by non-medical waiver provider personnel. State laws, regulations, and policies referenced in the specification are available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

**iii.   Medication Error Reporting.** *Select one of the following:*

  ○  **Providers that are responsible for medication administration are required to both record and report medication errors to a State agency (or agencies).**
  *Complete the following three items:*

  (a) Specify State agency (or agencies) to which errors are reported:

  (b) Specify the types of medication errors that providers are required to *record:*

  (c) Specify the types of medication errors that providers must *report* to the State:

  ○  **Providers responsible for medication administration are required to record medication errors but make information about medication errors available only when requested by the State.**

  Specify the types of medication errors that providers are required to record:

**iv.   State Oversight Responsibility.** Specify the State agency (or agencies) responsible for monitoring the performance of waiver providers in the administration of medications to waiver participants and how monitoring is performed and its frequency.

## Quality Improvement: Health and Welfare

*As a distinct component of the State's quality improvement strategy, provide information in the following fields to detail the State's methods for discovery and remediation.*

a. **Methods for Discovery: Health and Welfare**
   ***The state demonstrates it has designed and implemented an effective system for assuring waiver participant health and welfare.*** *(For waiver actions submitted before June 1, 2014, this assurance read "The State, on an ongoing basis, identifies, addresses, and seeks to prevent the occurrence of abuse, neglect and exploitation.")*
   i. **Sub-Assurances:**

      a. ***Sub-assurance: The state demonstrates on an ongoing basis that it identifies, addresses and seeks to prevent instances of abuse, neglect, exploitation and unexplained death.*** *(Performance measures in this sub-assurance include all Appendix G performance measures for waiver actions submitted before June 1, 2014.)*

      **Performance Measures**

      *For each performance measure the State will use to assess compliance with the statutory assurance (or sub-assurance), complete the following. Where possible, include numerator/denominator.*

      *For each performance measure, provide information on the aggregated data that will enable the State to analyze and assess progress toward the performance measure. In this section provide information on the method by which each source of data is analyzed statistically/deductively or inductively, how themes are identified or conclusions drawn, and how recommendations are formulated, where appropriate.*

      **Performance Measure:**
      **HW-1: Number and percent unexplained or suspicious deaths for which review/investigation resulted in findings where appropriate follow-up or steps were taken Numerator: Unexplained or suspicious deaths for which review/investigation resulted in findings where appropriate follow-up or steps were taken Denominator: Total number of unexplained or suspicious deaths**

      **Data Source** (Select one):
      **Critical events and incident reports**
      If 'Other' is selected, specify:

| Responsible Party for data collection/generation *(check each that applies)*: | Frequency of data collection/generation *(check each that applies)*: | Sampling Approach *(check each that applies)*: |
|---|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** | ☐ **100% Review** |
| ☐ **Operating Agency** | ☐ **Monthly** | ☐ **Less than 100% Review** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** | ☐ **Representative Sample** <br> Confidence Interval = |
| ☐ **Other** <br> Specify: | ☐ **Annually** | ☐ **Stratified** <br> Describe Group: |
| | ☐ **Continuously and Ongoing** | ☐ **Other** <br> Specify: |
| | ☐ **Other** <br> Specify: | |

      **Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies):* | Frequency of data aggregation and analysis *(check each that applies):* |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |
| ☐ Other<br>Specify: | ☐ Annually |
| | ☐ Continuously and Ongoing |
| | ☐ Other<br>Specify: |

**Performance Measure:**
**HW-2: Number and percent of substantiated cases of abuse, neglect, or exploitation where recommended actions in the protect health and welfare were implemented Numerator: Number of substantiated cases of abuse, neglect, or exploitation where recommended actions in the protect health and welfare were implemented Denominator: Total number of substantiated cases of abuse, neglect, or exploitation**

**Data Source** (Select one):
**Critical events and incident reports**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation*(check each that applies):* | Frequency of data collection/generation*(check each that applies):* | Sampling Approach*(check each that applies):* |
|---|---|---|
| ☐ State Medicaid Agency | ☐ Weekly | ☐ 100% Review |
| ☐ Operating Agency | ☐ Monthly | ☐ Less than 100% Review |
| ☐ Sub-State Entity | ☐ Quarterly | ☐ Representative Sample<br>Confidence Interval = |
| ☐ Other<br>Specify: | ☐ Annually | ☐ Stratified<br>Describe Group: |
| | ☐ Continuously and Ongoing | ☐ Other<br>Specify: |
| | ☐ Other<br>Specify: | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies):* | Frequency of data aggregation and analysis *(check each that applies):* |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |

| Responsible Party for data aggregation and analysis *(check each that applies):* | Frequency of data aggregation and analysis *(check each that applies):* |
|---|---|
| ☐ **Other**<br>Specify: | ☐ **Annually** |
| | ☐ **Continuously and Ongoing** |
| | ☐ **Other**<br>Specify: |

b. *Sub-assurance: The state demonstrates that an incident management system is in place that effectively resolves those incidents and prevents further similar incidents to the extent possible.*

**Performance Measures**

*For each performance measure the State will use to assess compliance with the statutory assurance (or sub-assurance), complete the following. Where possible, include numerator/denominator.*

*For each performance measure, provide information on the aggregated data that will enable the State to analyze and assess progress toward the performance measure. In this section provide information on the method by which each source of data is analyzed statistically/deductively or inductively, how themes are identified or conclusions drawn, and how recommendations are formulated, where appropriate.*

**Performance Measure:**
**HW-3: Number and percent of urgent complaint with investigation initiated within the required timeframe Numerator: Number and percent of urgent complaints with investigation initiated within the required timeframe Denominator: Total number of urgent complaints**

**Data Source** (Select one):
**Critical events and incident reports**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation *(check each that applies):* | Frequency of data collection/generation *(check each that applies):* | Sampling Approach *(check each that applies):* |
|---|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** | ☐ **100% Review** |
| ☐ **Operating Agency** | ☐ **Monthly** | ☐ **Less than 100% Review** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** | ☐ **Representative Sample**<br>Confidence Interval = |
| ☐ **Other**<br>Specify: | ☐ **Annually** | ☐ **Stratified**<br>Describe Group: |
| | ☐ **Continuously and Ongoing** | ☐ **Other**<br>Specify: |
| | ☐ **Other**<br>Specify: | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies):* | Frequency of data aggregation and analysis *(check each that applies):* |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |
| ☐ Other<br>Specify: | ☐ Annually |
| | ☐ Continuously and Ongoing |
| | ☐ Other<br>Specify: |

**Performance Measure:**

**HW-4: Number and percent of non-urgent complaints with investigation initiated within the required timeframe Numerator: Number of non-urgent complaints with investigation initiated within the required timeframe Denominator: Total number of non-urgent complaints**

**Data Source** (Select one):
**Critical events and incident reports**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation*(check each that applies):* | Frequency of data collection/generation*(check each that applies):* | Sampling Approach*(check each that applies):* |
|---|---|---|
| ☐ State Medicaid Agency | ☐ Weekly | ☐ 100% Review |
| ☐ Operating Agency | ☐ Monthly | ☐ Less than 100% Review |
| ☐ Sub-State Entity | ☐ Quarterly | ☐ Representative Sample<br>Confidence Interval = |
| ☐ Other<br>Specify: | ☐ Annually | ☐ Stratified<br>Describe Group: |
| | ☐ Continuously and Ongoing | ☐ Other<br>Specify: |
| | ☐ Other<br>Specify: | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies):* | Frequency of data aggregation and analysis *(check each that applies):* |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |
| ☐ Other | ☐ Annually |

| Responsible Party for data aggregation and analysis *(check each that applies):* | Frequency of data aggregation and analysis *(check each that applies):* |
|---|---|
| ☐ Specify: | |
| | ☐ Continuously and Ongoing |
| | ☐ Other<br>Specify: |

**Performance Measure:**
**HW-5: Number and percent of complaints, investigated/closed within required timeframe Numerator: Number of complaints, investigated/closed within required timeframe Denominator: Total number of complaints**

**Data Source** (Select one):
**Critical events and incident reports**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation *(check each that applies):* | Frequency of data collection/generation *(check each that applies):* | Sampling Approach *(check each that applies):* |
|---|---|---|
| ☐ State Medicaid Agency | ☐ Weekly | ☐ 100% Review |
| ☐ Operating Agency | ☐ Monthly | ☐ Less than 100% Review |
| ☐ Sub-State Entity | ☐ Quarterly | ☐ Representative Sample<br>Confidence Interval = |
| ☐ Other<br>Specify: | ☐ Annually | ☐ Stratified<br>Describe Group: |
| | ☐ Continuously and Ongoing | ☐ Other<br>Specify: |
| | ☐ Other<br>Specify: | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies):* | Frequency of data aggregation and analysis *(check each that applies):* |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |
| ☐ Other<br>Specify: | ☐ Annually |
| | ☐ Continuously and Ongoing |
| | ☐ Other |

| **Responsible Party for data aggregation and analysis** (check each that applies): | **Frequency of data aggregation and analysis** (check each that applies): |
|---|---|
|  | Specify: |

**Performance Measure:**
**HW-6: Number and percent of waiver participants, responding to the satisfaction survey, who indicate knowledge of how to report abuse, neglect, or exploitation (ANE) Numerator: Number of waiver participants, responding to the satisfaction survey, who indicate knowledge of how to report abuse, neglect, or exploitation (ANE) Denominator: Total number of participants responding to the survey**

**Data Source** (Select one):
**Analyzed collected data (including surveys, focus group, interviews, etc)**
If 'Other' is selected, specify:

| **Responsible Party for data collection/generation** (check each that applies): | **Frequency of data collection/generation** (check each that applies): | **Sampling Approach** (check each that applies): |
|---|---|---|
| ☐ State Medicaid Agency | ☐ Weekly | ☐ 100% Review |
| ☐ Operating Agency | ☐ Monthly | ☐ Less than 100% Review |
| ☐ Sub-State Entity | ☐ Quarterly | ☐ Representative Sample<br>Confidence Interval = 95% + - 5% |
| ☐ Other<br>Specify: | ☐ Annually | ☐ Stratified<br>Describe Group: |
|  | ☐ Continuously and Ongoing | ☐ Other<br>Specify: |
|  | ☐ Other<br>Specify:<br>Two times per year |  |

**Data Aggregation and Analysis:**

| **Responsible Party for data aggregation and analysis** (check each that applies): | **Frequency of data aggregation and analysis** (check each that applies): |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |
| ☐ Other<br>Specify: | ☐ Annually |
|  | ☐ Continuously and Ongoing |
|  | ☐ Other<br>Specify:<br>Two times per year |

**Performance Measure:**
**HW-7: Number and percent of waiver participants who where informed of the reporting process for abuse, neglect, and exploitation Numerator: Number of waiver participants who where informed of the reporting process for abuse, neglect, and exploitation Denominator: Total number of service plans reviewed**

**Data Source** (Select one):
**Operating agency performance monitoring**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation(check each that applies): | Frequency of data collection/generation(check each that applies): | Sampling Approach(check each that applies): |
|---|---|---|
| ☐ State Medicaid Agency | ☐ Weekly | ☐ 100% Review |
| ☐ Operating Agency | ☐ Monthly | ☐ Less than 100% Review |
| ☐ Sub-State Entity | ☐ Quarterly | ☐ Representative Sample Confidence Interval = 95% + - 5% |
| ☐ Other Specify: | ☐ Annually | ☐ Stratified Describe Group: |
| | ☐ Continuously and Ongoing | ☐ Other Specify: |
| | ☐ Other Specify: Retrospective service plan review database | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis (check each that applies): | Frequency of data aggregation and analysis (check each that applies): |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |
| ☐ Other Specify: | ☐ Annually |
| | ☐ Continuously and Ongoing |
| | ☐ Other Specify: |

**Performance Measure:**
**HW-8: Number and percent of waiver participants with more than three reported incidents with the past 365 calendar days Numerator: Number and percent of waiver participants with four or more reported incidents within the past 365 calendar days Denominator: Number of waiver participants with reported critical incidents**

**Data Source** (Select one):
**Critical events and incident reports**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation(check each that applies): | Frequency of data collection/generation(check each that applies): | Sampling Approach(check each that applies): |
|---|---|---|
| ☐ State Medicaid Agency | ☐ Weekly | ☐ 100% Review |
| ☐ Operating Agency | ☐ Monthly | ☐ Less than 100% Review |

| | | |
|---|---|---|
| ☐ **Sub-State Entity** | ☐ **Quarterly** | ☐ **Representative Sample** Confidence Interval = |
| ☐ **Other** Specify: | ☐ **Annually** | ☐ **Stratified** Describe Group: |
| | ☐ **Continuously and Ongoing** | ☐ **Other** Specify: |
| | ☐ **Other** Specify: | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis (check each that applies): | Frequency of data aggregation and analysis (check each that applies): |
|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** |
| ☐ **Operating Agency** | ☐ **Monthly** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** |
| ☐ **Other** Specify: | ☐ **Annually** |
| | ☐ **Continuously and Ongoing** |
| | ☐ **Other** Specify: |

**Performance Measure:**
**HW-9: Number and percent of critical incidents reported within the required timeframe Numerator: Number of critical incidents reported within the required timeframe Denominator: Number of critical incidents reported**

**Data Source** (Select one):
**Critical events and incident reports**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation (check each that applies): | Frequency of data collection/generation (check each that applies): | Sampling Approach (check each that applies): |
|---|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** | ☐ **100% Review** |
| ☐ **Operating Agency** | ☐ **Monthly** | ☐ **Less than 100% Review** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** | ☐ **Representative Sample** Confidence Interval = |
| ☐ **Other** Specify: | ☐ **Annually** | ☐ **Stratified** Describe Group: |

| | Continuously and Ongoing | Other Specify: |
|---|---|---|
| | Other Specify: | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies)*: | Frequency of data aggregation and analysis *(check each that applies)*: |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |
| ☐ Other Specify: | ☐ Annually |
| | ☐ Continuously and Ongoing |
| | ☐ Other Specify: |

**Performance Measure:**
**HW-10: Number and percent of reportable incidents investigated within required timeframe**
**Numerator: Number of reportable incidents investigated within required timeframe Denominator:**
**Total number of reportable critical incidents**

**Data Source** (Select one):
**Critical events and incident reports**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation *(check each that applies)*: | Frequency of data collection/generation *(check each that applies)*: | Sampling Approach *(check each that applies)*: |
|---|---|---|
| ☐ State Medicaid Agency | ☐ Weekly | ☐ 100% Review |
| ☐ Operating Agency | ☐ Monthly | ☐ Less than 100% Review |
| ☐ Sub-State Entity | ☐ Quarterly | ☐ Representative Sample Confidence Interval = |
| ☐ Other Specify: | ☐ Annually | ☐ Stratified Describe Group: |
| | ☐ Continuously and Ongoing | ☐ Other Specify: |
| | ☐ Other Specify: | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies):* | Frequency of data aggregation and analysis *(check each that applies):* |
|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** |
| ☐ **Operating Agency** | ☐ **Monthly** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** |
| ☐ **Other** <br> Specify: | ☐ **Annually** |
| | ☐ **Continuously and Ongoing** |
| | ☐ **Other** <br> Specify: |

**Performance Measure:**
**HW-11: Number and percent of critical incidents requiring investigation where the state adhered to the follow-up methods as specified in the approved waiver Numerator: Number of critical incidents requiring investigation where the state adhered to the follow-up methods as specified in the approved waiver Denominator: Total number of critical incidents requiring investigation**

**Data Source** (Select one):
**Critical events and incident reports**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation *(check each that applies):* | Frequency of data collection/generation *(check each that applies):* | Sampling Approach *(check each that applies):* |
|---|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** | ☐ **100% Review** |
| ☐ **Operating Agency** | ☐ **Monthly** | ☐ **Less than 100% Review** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** | ☐ **Representative Sample** <br> Confidence Interval = |
| ☐ **Other** <br> Specify: | ☐ **Annually** | ☐ **Stratified** <br> Describe Group: |
| | ☐ **Continuously and Ongoing** | ☐ **Other** <br> Specify: |
| | ☐ **Other** <br> Specify: | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies):* | Frequency of data aggregation and analysis *(check each that applies):* |
|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** |
| ☐ **Operating Agency** | ☐ **Monthly** |

| Responsible Party for data aggregation and analysis *(check each that applies):* | Frequency of data aggregation and analysis *(check each that applies):* |
|---|---|
| ☐ **Sub-State Entity** | ☐ **Quarterly** |
| ☐ **Other**<br>Specify: | ☐ **Annually** |
| | ☐ **Continuously and Ongoing** |
| | ☐ **Other**<br>Specify: |

c. *Sub-assurance: The state policies and procedures for the use or prohibition of restrictive interventions (including restraints and seclusion) are followed.*

**Performance Measures**

*For each performance measure the State will use to assess compliance with the statutory assurance (or sub-assurance), complete the following. Where possible, include numerator/denominator.*

<u>*For each performance measure, provide information on the aggregated data that will enable the State to analyze and assess progress toward the performance measure. In this section provide information on the method by which each source of data is analyzed statistically/deductively or inductively, how themes are identified or conclusions drawn, and how recommendations are formulated, where appropriate.*</u>

**Performance Measure:**
**HW-12: Number and percent of incidents where unauthorized uses of restrictive interventions were appropriately reported Numerator: Number of incidents where unauthorized uses of restrictive interventions were appropriately reported Denominator: Total number of incidents where unauthorized uses of restrictive interventions**

**Data Source** (Select one):
**Critical events and incident reports**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation *(check each that applies):* | Frequency of data collection/generation *(check each that applies):* | Sampling Approach *(check each that applies):* |
|---|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** | ☐ **100% Review** |
| ☐ **Operating Agency** | ☐ **Monthly** | ☐ **Less than 100% Review** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** | ☐ **Representative Sample**<br>Confidence Interval = |
| ☐ **Other**<br>Specify: | ☐ **Annually** | ☐ **Stratified**<br>Describe Group: |
| | ☐ **Continuously and Ongoing** | ☐ **Other**<br>Specify: |
| | ☐ **Other**<br>Specify: | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies)*: | Frequency of data aggregation and analysis *(check each that applies)* |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |
| ☐ Other<br>Specify: | ☐ Annually |
| | ☐ Continuously and Ongoing |
| | ☐ Other<br>Specify: |

**d.** *Sub-assurance: The state establishes overall health care standards and monitors those standards based on the responsibility of the service provider as stated in the approved waiver.*

**Performance Measures**

*For each performance measure the State will use to assess compliance with the statutory assurance (or sub-assurance), complete the following. Where possible, include numerator/denominator.*

*For each performance measure, provide information on the aggregated data that will enable the State to analyze and assess progress toward the performance measure. In this section provide information on the method by which each source of data is analyzed statistically/deductively or inductively, how themes are identified or conclusions drawn, and how recommendations are formulated, where appropriate.*

**Performance Measure:**
**HW-13: Number and percent of waiver participants receiving age-appropriate preventative health care**
**Numerator: Number of waiver participants receiving age-appropriate preventative health care**
**Denominator: Number of waiver participants reviewed**

**Data Source** (Select one):
**Operating agency performance monitoring**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation *(check each that applies)*: | Frequency of data collection/generation *(check each that applies)*: | Sampling Approach *(check each that applies)*: |
|---|---|---|
| ☐ State Medicaid Agency | ☐ Weekly | ☐ 100% Review |
| ☐ Operating Agency | ☐ Monthly | ☐ Less than 100% Review |
| ☐ Sub-State Entity | ☐ Quarterly | ☐ Representative Sample<br>Confidence Interval = 95% +/-5% |
| ☐ Other<br>Specify: | ☐ Annually | ☐ Stratified<br>Describe Group: |
| | ☐ Continuously and Ongoing | ☐ Other<br>Specify: |
| | ☐ Other<br>Specify: | |

PROMISe claims data comparison to waiver participants

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis (check each that applies): | Frequency of data aggregation and analysis (check each that applies): |
|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** |
| ☐ **Operating Agency** | ☐ **Monthly** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** |
| ☐ **Other** <br> Specify: | ☐ **Annually** |
| | ☐ **Continuously and Ongoing** |
| | ☐ **Other** <br> Specify: |

**ii.** If applicable, in the textbox below provide any necessary additional information on the strategies employed by the State to discover/identify problems/issues within the waiver program, including frequency and parties responsible.
Statistical reports on 100% of reported critical incidents and complaints are generated from the state's Enterprise Incident Management (EIM) system and these reports are reviewed monthly by the Bureau of Quality & Provider Management (BQPM) HW Assurance Liaison for patterns in the types of incidents and complaints received.   The Liaison is also looking for patterns and issues regarding how the incidents and complaints are processed, i.e. was the reporting timeframe met, etc., according to the elements of the performance measures.

The HW Assurance Liaison reviews data from the OLTL participant satisfaction surveys for question # 16 pertaining to participants who indicate knowledge of how to report abuse, neglect and exploitation. One hundred percent of returned surveys responses are monitored and aggregated three times a year.

Please see Appendix H for more information regarding the Assurance Liaison's role in the Quality Improvement Strategy.

**b.  Methods for Remediation/Fixing Individual Problems**
  **i.** Describe the State's method for addressing individual problems as they are discovered. Include information regarding responsible parties and GENERAL methods for problem correction. In addition, provide information on the methods used by the State to document these items.
  When it is discovered that an incident was not acted upon in accordance with waiver standards (not reported, not investigated within the required timeframe, etc.) OLTL staff that discovered the issues immediately directs the provider to report the incident utilizing OTLT Incident reporting protocols, investigate, make corrections and/or otherwise meet OLTL incident standards.  If immediate action is required to protect the Health and Welfare of the individual the provider is instructed to take such action, The Bureau of Participation Operations may be required to investigate and/or take action if the provider is identified as a source of the incident.  When a pattern of not reporting is determined a referral is made to the Quality Management Efficiency Team (QMET) for review of the providers' incident protocols and implementation.  As issues are discovered, Corrective Action Plans (CAPs) are required of the providers.

Individual incidents of a severe nature are investigated and reviewed in accordance with Appendix G. When it is discovered that a participant has more than three reportable incidents within the past 365 days, the Health & Welfare (HW) Liaison reviews and analyzes the incidents to determine the effect on the participant. If the pattern of incidents has an effect on the health and welfare of the participant, the HW Liaison issues a QIP (see Appendix H) for immediate intervention. The QIP, with the Bureau of Participant Operations (BPO) recommendations or action plan, is returned to the BQPM within 15 business days. The BQPM reviews and approves the QIP, notifying BPO of approval and initiating the follow-up process (QIP Protocol).

The BQPM reviews for patterns involving providers, geographic areas, etc.  If specific provider(s) are involved in a pattern of frequent incidents, a referral is made to the Quality Management Efficiency Unit for a targeted review and possible Corrective Action Plan (CAP).  The BQPM also refers these participants to BPO through the Quality Improvement Plan process (QIP) under the standard of ensuring health and welfare. Individual incidents of a severe nature are investigated and reviewed in accordance with Appendix G.

If the BQPM discovers that a complaint was not acted upon in accordance with waiver standards, the BQPM issues a Statement of Finding and requests a QIP from the BPO.

**ii. Remediation Data Aggregation**

Remediation-related Data Aggregation and Analysis (including trend identification)

| Responsible Party (check each that applies): | Frequency of data aggregation and analysis (check each that applies): |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |
| ☐ Other<br>Specify: | ☐ Annually |
| | ☐ Continuously and Ongoing |
| | ☐ Other<br>Specify: |

**c. Timelines**

When the State does not have all elements of the Quality Improvement Strategy in place, provide timelines to design methods for discovery and remediation related to the assurance of Health and Welfare that are currently non-operational.

◉ **No**

○ **Yes**

Please provide a detailed strategy for assuring Health and Welfare, the specific timeline for implementing identified strategies, and the parties responsible for its operation.

## Appendix H: Quality Improvement Strategy (1 of 2)

Under §1915(c) of the Social Security Act and 42 CFR §441.302, the approval of an HCBS waiver requires that CMS determine that the State has made satisfactory assurances concerning the protection of participant health and welfare, financial accountability and other elements of waiver operations. Renewal of an existing waiver is contingent upon review by CMS and a finding by CMS that the assurances have been met. By completing the HCBS waiver application, the State specifies how it has designed the waiver's critical processes, structures and operational features in order to meet these assurances.

- Quality Improvement is a critical operational feature that an organization employs to continually determine whether it operates in accordance with the approved design of its program, meets statutory and regulatory assurances and requirements, achieves desired outcomes, and identifies opportunities for improvement.

CMS recognizes that a state's waiver Quality Improvement Strategy may vary depending on the nature of the waiver target population, the services offered, and the waiver's relationship to other public programs, and will extend beyond regulatory requirements. However, for the purpose of this application, the State is expected to have, at the minimum, systems in place to measure and improve its own performance in meeting six specific waiver assurances and requirements.

It may be more efficient and effective for a Quality Improvement Strategy to span multiple waivers and other long-term care services. CMS recognizes the value of this approach and will ask the state to identify other waiver programs and long-term care services that are addressed in the Quality Improvement Strategy.

**Quality Improvement Strategy: Minimum Components**

The Quality Improvement Strategy that will be in effect during the period of the approved waiver is described throughout the waiver in the appendices corresponding to the statutory assurances and sub-assurances. Other documents cited must be available to CMS upon request through the Medicaid agency or the operating agency (if appropriate).

In the QIS discovery and remediation sections throughout the application (located in Appendices A, B, C, D, G, and I) , a state spells out:

- The evidence based discovery activities that will be conducted for each of the six major waiver assurances;
- The *remediation* activities followed to correct individual problems identified in the implementation of each of the assurances;

In Appendix H of the application, a State describes (1) the *system improvement* activities followed in response to aggregated, analyzed discovery and remediation information collected on each of the assurances; (2) the correspondent *roles/responsibilities* of those conducting assessing and prioritizing

improving system corrections and improvements; and (3) the processes the state will follow to continuously *assess the effectiveness of the OIS* and revise it as necessary and appropriate.

If the State's Quality Improvement Strategy is not fully developed at the time the waiver application is submitted, the state may provide a work plan to fully develop its Quality Improvement Strategy, including the specific tasks the State plans to undertake during the period the waiver is in effect, the major milestones associated with these tasks, and the entity (or entities) responsible for the completion of these tasks.

When the Quality Improvement Strategy spans more than one waiver and/or other types of long-term care services under the Medicaid State plan, specify the control numbers for the other waiver programs and/or identify the other long-term services that are addressed in the Quality Improvement Strategy. In instances when the QIS spans more than one waiver, the State must be able to stratify information that is related to each approved waiver program. Unless the State has requested and received approval from CMS for the consolidation of multiple waivers for the purpose of reporting, then the State must stratify information that is related to each approved waiver program, i.e., employ a representative sample for each waiver.

## Appendix H: Quality Improvement Strategy (2 of 2)

### H-1: Systems Improvement

**a. System Improvements**

   i. Describe the process(es) for trending, prioritizing, and implementing system improvements (i.e., design changes) prompted as a result of an analysis of discovery and remediation information.

   The Bureau of Quality and Provider Management (BQPM) in the Office of Long Term Living (OLTL) is responsible for developing and maintaining the Quality Improvement Strategy (QIS).
   The OLTL developed a QIS for Home and Community Based Services (HCBS) Waivers to measure performance regarding service provision and to ensure the health and safety of participants. The QIS uses the quality management functions of discovery; remediation and improvement to identify and recommend systems improvements.
   The Division of Quality Assurance in BQPM is responsible for collecting discovery and remediation information, analyzing that information, recommending system improvements and analyzing the effectiveness of the improvement initiatives. This Division is comprised of the Quality Management Unit (QMU) and the Quality Management and Efficiency Teams (QMET).
   The functions of the Division of Quality Assurance are:
   • To conduct quality monitoring of long term living programs and services to ensure compliance with federal and state regulations and the 6 waiver assurances
   • To conduct provider monitoring to align with the 6 assurances to gather accurate data to determine compliance
   • To compile reports for on data for the 6 assurances to measure the effectives of program design and suggest improvement initiatives
   • To use data to support the development and implementation of policies and protocols to insure quality program outcomes
   • To develop and implement training and technical assistance for staff, providers and participants to insure quality service delivery
   • To convene a Technical Assistance Workgroup comprised of OLTL staff to insure consistent policy communication to providers and staff
   • To collaborate with other bureaus in the OLTL, external stakeholders, other state agencies and the Quality Council to effectively implement this QIS
   • To recommend strategies for continuous quality improvement
   • To maximize the quality of life, functional independence, health and welfare and satisfaction of participants in OLTL waivers
   The following reports are used to collect data which is then analyzed by the QMU to implement the QIS. The frequency of data compilation is indicated after each report. Each of the reports listed below was specifically designed to collect the data needed to assure compliance. The QMU works with various other bureaus and divisions in the OLTL to ensure the reports and data collected are valid and being set up and compiled correctly. The reports are monitored to determine possible causes of aberrant data and compliance issues.
   Administrative Authority Assurance:
   • Level of Care Determination Report - Quarterly
   • Independent Enrollment Entity Contractual Obligation Report for Area Agencies on Aging - Quarterly
   • Initial and Annual Level of Care Report - Quarterly
   Qualified Provider Assurance:
   • Qualified Provider Report - Quarterly
   • Initial Provider Enrollment Report - Quarterly
   Service Plan Assurance:
   • Service Plan Assurance Data Report - Monthly
   • Participant Satisfaction Survey Results – 3 times per year
   • QMET Report on Service Delivery - Quarterly
   • Enterprise Incident Management (EIM) Report on Complaints -  Monthly/On Demand
   Health and Welfare Assurance:
   • Three EIM Reports on Complaints and Incidents – Monthly/On Demand
   • Participant Satisfaction Survey Reports – 3 times per year
   Financial Accountability Assurance
   • Onsite Paid Claims Report - Quarterly
   • PROMISe Paid Claims Report - Monthly
   • FEA Deliverable Report - Monthly
   The reports obtained are reviewed by Quality Management Liaisons (QML) in the QMU. Data is analyzed and reviewed for each assurance. When areas of low compliance are identified, strategies to mitigate the non-compliance are discussed first with the Unit Supervisor, then Division Director and subsequently at the Quality Management Meeting with representatives from each bureau in OLTL in attendance.  At that meeting, each member of the group suggests and discusses ideas to increase compliance with the particular

assurance previously identified as problematic. An agreement is reached on a plan to roll out to involved entities, such as providers or contracted entities. The bureau responsible for the entity is directed to implement the plan and follow up for technical assistance. Compliance with the assurance is then monitored closely to insure the compliance rate increases. If this is not the case, the process begins again until the compliance rate increases to the acceptable level.

Also part of the QIS is the Quality Council. The Quality Council meets quarterly is comprised of internal and external stakeholders who are presented with issues regarding non-compliance and make recommendations for change.

Quality information is reported to agencies, waiver providers, participants, families and other interested parties in several ways. The OLTL distributes information 4 times per year at the Quality Management Meeting. After discussion, at the Quality Management Meeting, the data is presented at the Quality Council Meeting quarterly. Quality information is also presented at the Department of Human Services (DHS) Medical Assistance Advisory Committee Meetings as requested. These meetings involve DHS and stakeholders. The OLTL also provides data as requested to providers, participants and other parties. Results from the Participant Satisfaction Survey are posted on the DHS website 3 times per year. Results from provider monitoring are communicated to providers as soon as possible after the monitoring takes place.

ii. **System Improvement Activities**

| **Responsible Party**(check each that applies): | **Frequency of Monitoring and Analysis**(check each that applies): |
|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** |
| ☐ **Operating Agency** | ☐ **Monthly** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** |
| ☐ **Quality Improvement Committee** | ☐ **Annually** |
| ☐ **Other**<br>Specify: | ☐ **Other**<br>Specify: |

b. **System Design Changes**

i.  Describe the process for monitoring and analyzing the effectiveness of system design changes. Include a description of the various roles and responsibilities involved in the processes for monitoring & assessing system design changes. If applicable, include the State's targeted standards for systems improvement.

Summarized below are the system improvement activities followed in response to aggregated, analyzed discovery and remediation information collected on each assurance.
1. The QML for each of the assurances reviews the data collected to determine compliance issues.
2. The data collected is aggregated for tracking and trending.
3. The QML makes initial recommendations and prioritizes issues for problem solving and corrective measures to the Unit Supervisor.
4. The Unit Supervisor reviews the recommendations and presents the issue to the Division Director.
5. Issues are then placed on the agenda for the Quality Management Meeting and the Quality Council Meeting.
6. At the Quality Management Meeting and the Quality Council Meeting, issues and data are presented to the members.
7. Recommendations are made to remediate the issue.
8. The Director of the  BQPM makes the decision on which plan will be used to remediate.
9. The appropriate bureau implements the plan with the responsible entity and provides technical assistance to implement the plan.
10. The QML insures that the plan was successful by reviewing the compliance data following implementation of the plan.
11. The QML reports on the remediation of the issue at Quality Management Meetings.
   This process outlines the OLTL QIS. The QIS is reviewed at each Quality Management meeting (quarterly) to insure the QIS is working and on target.
The roles and responsibilities are as follows:
QML
• Identify and collect needed data
• Insure that data from reports is valid and accurate captures compliance with the 6 assurances
• Aggregate, review and analyze data to identify issues and trends
• Identify compliance issues
• Look for aberrant data and determine causes
• Make initial recommendations for problem solving, corrective measures and system changes
• Follow up on effectiveness of remediation plan and recommend alternatives if plan is not achieving desired result of reducing non-compliance
• Develop mandatory training for Service Coordinators on Assurances
Unit Supervisor and Division Director
• Review QML issues and recommendations for inclusion in Quality Management and Quality Council Meetings
• Maintain an Issues Chart to track progress on remediation and system changes and insure the issue is resolved and non-compliance is reduced
• Hold monthly meetings with other OLTL Directors to discuss trends and plans to correct quality issues.
Representatives from OLTL Bureaus and Quality Council Members:
• Attend meetings

• Make recommendations and suggestions to remediate issues and system changes
• Review recommendations made by QML
• Monitor follow up and results
BQPM Director
• Make final decision on plan to be followed to remediate issues

    **ii.** Describe the process to periodically evaluate, as appropriate, the Quality Improvement Strategy.

The process to continuously assess the effectiveness of this QIS and revise as necessary is as follows:
• Two years after the waiver renewal date, a Quality Management Meeting will be held with the sole purpose of looking at the QIS and evaluating the effectiveness of the strategy.
• Prior to submission of the Evidentiary Based Review for the waiver renewal, another Quality Management Meeting will be held for the same purpose.
• Independent persons not associated with OLTL will be invited to access the effectiveness of the strategy.
• The Issues Chart will be made available along with a summary of the steps taken to resolve the issues.
• The Independent Reviewer will access and make recommendations for change.
• Annually a Quality Management Meeting will be dedicated for review of the Issues Chart and recommendations for change.

The Quality Improvement System outlined also applies to the Aging (control number 0279), Attendant Care (control number 0277), Independence (control number 0319),OBRA (control number 0235), and AIDS (control number 0192) waivers. It is OLTL's intent to include this Quality Improvement Strategy into the renewal application for the additional waivers under its purview. The discovery and remediation data gathered during the implementation of QIS will be waiver specific and stratified. Because the renewals are staggered, the QIS will automatically receive a periodic evaluation during the point of the renewal.

## Appendix I: Financial Accountability

### I-1: Financial Integrity and Accountability

**Financial Integrity.** Describe the methods that are employed to ensure the integrity of payments that have been made for waiver services, including: (a) requirements concerning the independent audit of provider agencies; (b) the financial audit program that the state conducts to ensure the integrity of provider billings for Medicaid payment of waiver services, including the methods, scope and frequency of audits; and, (c) the agency (or agencies) responsible for conducting the financial audit program. State laws, regulations, and policies referenced in the description are available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

The following are the audit and financial review requirements to ensure the financial integrity of the waiver program as specified in PA Code §52.43 Audit Requirements:

1.  Providers shall comply with the Federal audit requirements as specified in Section 74.26 of 45 CFR (relating to non-Federal audits).

2.  Providers who meet certain thresholds as specified in OMB Circular A-133, as revised, and the Department of Human Services' (DHS) Annual Single Audit Supplemental Publication are required to have an audit in compliance with the Single Audit Act of 1984, P.L. 98-502, as amended, and to complete DHS's annual Single Audit Supplement publication.

3.  Providers who which are not required to comply with the Singe Audit Act of 1984 during any program year shall maintain auditable records in compliance with PA Code §52.43.

4.  DHS may request that a provider have the provider's auditor perform an attestation engagement; DHS or DHS's designee may perform an attestation engagement; or DHS may request that the provider's auditor conduct a performance audit in accordance with the following:
    a) Government Auditing Standards issued by the Comptroller General of the United States or the Generally Accepted Government Auditing Standards.
    b) Standards issued by the Auditing Standards Board.
    c) Standards issued by the American Institute of Certified Public Accountants.
    d) Standards issued by the International Auditing and Assurance Standards Board.
    e) Standards issued by the Public Company Accounting Oversight Board.
    f) Standards of successor organizations to those organizations in paragraphs a. through e. above.

In all cases, providers must retain auditable records for at least 5 years from the provider's fiscal year-end. If the provider has a settlement of claims as a result of litigation, then the provider must retain auditable records 5 years from the end date of the litigation or 5 years from the provider's fiscal year-end, whichever is greater. Additionally, the provider must retain records beyond the 5 year period DHS or another State or Federal agency has unresolved questions regarding costs or activities of the provider.

A provider which is not required to meet the threshold for an annual audit will maintain auditable records. The provider will maintain books, records and documents that support the type, scope, amount, duration and frequency of service provision.

Payments to providers are also controlled by edits built into the Commonwealth's MMIS system known as PROMISe. Claims for services are matched against the eligibility system (CIS) so that payments are not made for recipients that have not been approved for Medicaid and for the waiver. Additionally, the PROMISe system will not pay claims if a participant does not have either the service or the provider included in the approved service plan for the recipient in the HCSIS system.

In order to assure that each claim is processed in accordance with the approved waiver OLTL-specific edits and audits were developed and are maintained by the State's CMS certified Medicaid Management Information System (MMIS). PROMISeTM is the MMIS utilized for claims processing. Claims that are incomplete or contain invalid Information are denied to ensure compliance with what is specified in the approved waiver.

The HCBS Field Operations Manager is responsible to direct five (5) regional teams which monitor and report data on provider compliance. These regional teams are collectively called QMET. The majority of QMET is comprised of contract staff. The regional teams include financial representatives that are responsible in conjunction with other team members to perform monitoring reviews.

Responsibilities of the financial representative include, but not limited to, assessing whether or not the provider entity has maintained sound fiscal practices, billed DHS properly, and used DHS funds in accordance with program guidelines, determine the appropriateness of costs claimed for DHS subsidy, determine whether an entity is managing and utilizing its resources economically and effectively and identify the causes of inefficient or uneconomical practices.

The Office of Long Term Living's (OLTL), Quality Management Efficiency Teams (QMET) conduct ongoing monitoring of financial records that document the need for and the cost of services rendered by providers under the waiver. In order to conduct these post payment reviews, the QMET's review PROMISe claims reports against provider's time sheets, paid invoices and other sources provided to verify accuracy of services rendered.

QMET completes a type, scope, amount, duration and frequency (TSADF) claims review of waiver providers as part of the regulatory monitoring which includes initial and follow-up monitoring. Comprehensive on-site monitoring of HCBS providers are conducted every two (2) years. Additional time frames for more frequent monitoring are determined by the existence of an active corrective action plan (CAP), provider history (complaints, incident reports, etc.), provider type and as identified by the OLTL. The size of the provider and the amount of time required for the on-site monitoring is taken into account when scheduling on-site reviews.

Claims are reviewed by QMET to verify that billing is supported in the correct type, scope, amount, duration and frequency (TSADF) as written in the individual service plan (ISP). The ISPs are developed by service coordination entities along with participant input and based upon an assessment of the participants needs. Monitoring of the financial records provides the opportunity to reevaluate the ISPs by looking at utilization of services to identify trends such as underutilizing services and overutilization.

In the agency model of service, the ISP is broken down by service for the Direct Service Providers (DSP) on a Service Authorization Form (SAF). The SAF lists all of the necessary information required to perform the services being ordered and based on the provider type ie: personal assistance service, RN Services, etc.

At a DSP review, QMET requests all SAFs and timesheets for a statistically significant sample of billing. The information requested is for a one year period ending with the month prior to the month of the review. The SAFs and timesheets are compared to confirm that the services ordered were the services provided. Any deviations between the timesheets and SAFs that are not documented will result in a finding and the provider will be cited. Other issues that could result in a provider being cited are: the provider does not maintain documentation in the record of the SAF, the timesheet is not clear and TSADF cannot be determined, timesheets are missing etc.

Depending on the findings of the QMET reviews, remediation may include:
- Suspending claims pending review prior to payment
- Review of provider's records
- Review of provider's written billing policies/procedures.
- Sanctions, prohibition or disenrollment from providing services.
- Prohibition from serving new participants
- Provider refund of inappropriately billed amounts

When overpayments, or payments unsupported by proper documentation are identified during monitoring, the following steps are taken by the Division of Provider and Operations Management. Providers will receive a series of letters outlining what steps they must take, within a specified time frame, to correct the overpayment. The first letter outlines the overpayments that have been identified and allows the agency to submit further supporting documentation to validate the payment received. The provider is given a 15 day window to comply with this request. If the provider cannot or does not respond, a second letter outlines that they have an additional 15 days to comply or the Department will begin to recover the identified overpayments through either adjustments to future claim payments or a lump sum payback. If OLTL receives no response or the provider agrees with the overpayment, the Department discusses payment methods with the agency and either allows a one-time payment via check, a monthly payback via check, or reduces future payments to that agency until the full amount of the overpayment is recovered.

All allegations of suspected fraud and financial abuse are directed to the Bureau of Program Integrity (BPI) within the Department of Human Services. Instances are reported by calls, letters and emails from providers, participants, care workers, witnesses etc. In addition to reports that are received directly to BPI, QMET staff may discover potential instances of fraud and abuse during the course of on-site monitoring. Pertinent information is compiled by QMET and forwarded on to BPI for investigation.

Please note, OLTL does not license or prior authorize services.

Providers may also be selected for a GAGAS performance audit by the DHS Bureau of Financial Operations. Circumstances that would prompt this audit would be that the financial review conducted by QMET revealed egregious billing issues. At this time there are no formal guidelines that must be met prior to referring a provider to the BFO. Disciplinary actions may include recoupment of inappropriately billed amounts.

If issues of financial fraud and abuse are suspected, OLTL through the DHS Office of General Counsel (OGC) will refer such issues to the DHS

Case 5:17-cv-02165-JLS    Document 23-1    Filed 07/14/17    Page 212 of 234

Office of Medical Assistance Programs (OMAP), Bureau of Program Integrity (BPI) for review, investigation, and appropriate action.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Appendix I.3.f Additional Information

Providers submit claims through PROMISe™ (MMIS system) and provider accounts receivables are automatically established in PROMISe™ when the net reimbursement of a claim adjustment transaction is less than zero.

## Appendix I: Financial Accountability

### Quality Improvement: Financial Accountability

*As a distinct component of the State's quality improvement strategy, provide information in the following fields to detail the State's methods for discovery and remediation.*

**a.  Methods for Discovery: Financial Accountability**
   *State financial oversight exists to assure that claims are coded and paid for in accordance with the reimbursement methodology specified in the approved waiver. (For waiver actions submitted before June 1, 2014, this assurance read "State financial oversight exists to assure that claims are coded and paid for in accordance with the reimbursement methodology specified in the approved waiver.")*
   **i.  Sub-Assurances:**

   **a.  Sub-assurance: The State provides evidence that claims are coded and paid for in accordance with the reimbursement methodology specified in the approved waiver and only for services rendered.** *(Performance measures in this sub-assurance include all Appendix I performance measures for waiver actions submitted before June 1, 2014.)*

   **Performance Measures**

   *For each performance measure the State will use to assess compliance with the statutory assurance (or sub-assurance), complete the following. Where possible, include numerator/denominator.*

   *For each performance measure, provide information on the aggregated data that will enable the State to analyze and assess progress toward the performance measure. In this section provide information on the method by which each source of data is analyzed statistically/deductively or inductively, how themes are identified or conclusions drawn, and how recommendations are formulated, where appropriate.*

   **Performance Measure:**
   **FA-1: Number and percent of claims paid in accordance with the approved waiver Numerator: Number of claims paid in accordance with the approved waiver Denominator: Total number of paid claims**

   **Data Source** (Select one):
   **Other**
   If 'Other' is selected, specify:
   **PROMISe claims processing system**

| Responsible Party for data collection/generation*(check each that applies):* | Frequency of data collection/generation*(check each that applies):* | Sampling Approach*(check each that applies):* |
|---|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** | ☐ **100% Review** |
| ☐ **Operating Agency** | ☐ **Monthly** | ☐ **Less than 100% Review** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** | ☐ **Representative Sample**<br>Confidence Interval = |
| ☐ **Other**<br>Specify: | ☐ **Annually** | ☐ **Stratified**<br>Describe Group: |
| | ☐ **Continuously and Ongoing** | ☐ **Other**<br>Specify: |
| | ☐ **Other**<br>Specify: | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies)*: | Frequency of data aggregation and analysis *(check each that applies)*: |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |
| ☐ Other<br>Specify: | ☐ Annually |
| | ☐ Continuously and Ongoing |
| | ☐ Other<br>Specify: |

**Performance Measure:**
FA-2: Number and percent of providers submitting accurate claims for services authorized by the waiver and being paid for those services Numerator: Total number of providers submitting accurate claims for services authorized Denominator: Total number of provider reviewed

**Data Source** (Select one):
**Record reviews, on-site**
If 'Other' is selected, specify:

| Responsible Party for data collection/generation *(check each that applies)*: | Frequency of data collection/generation *(check each that applies)*: | Sampling Approach *(check each that applies)*: |
|---|---|---|
| ☐ State Medicaid Agency | ☐ Weekly | ☐ 100% Review |
| ☐ Operating Agency | ☐ Monthly | ☐ Less than 100% Review |
| ☐ Sub-State Entity | ☐ Quarterly | ☐ Representative Sample<br>Confidence Interval = 95% + - 5% |
| ☐ Other<br>Specify: | ☐ Annually | ☐ Stratified<br>Describe Group: |
| | ☐ Continuously and Ongoing | ☐ Other<br>Specify: |
| | ☐ Other<br>Specify: | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies)*: | Frequency of data aggregation and analysis *(check each that applies)*: |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |

| Responsible Party for data aggregation and analysis *(check each that applies)*: | Frequency of data aggregation and analysis *(check each that applies)*: |
|---|---|
| ☐ **Operating Agency** | ☐ **Monthly** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** |
| ☐ **Other**<br>Specify: | ☐ **Annually** |
| | ☐ **Continuously and Ongoing** |
| | ☐ **Other**<br>Specify: |

b. *Sub-assurance: The state provides evidence that rates remain consistent with the approved rate methodology throughout the five year waiver cycle.*

**Performance Measures**

*For each performance measure the State will use to assess compliance with the statutory assurance (or sub-assurance), complete the following. Where possible, include numerator/denominator.*

*For each performance measure, provide information on the aggregated data that will enable the State to analyze and assess progress toward the performance measure. In this section provide information on the method by which each source of data is analyzed statistically/deductively or inductively, how themes are identified or conclusions drawn, and how recommendations are formulated, where appropriate.*

**Performance Measure:**
**FA-4: Number and percent of provider payment rates that are consistent with rate methodology approved in the approved waiver application or subsequent amendment Numerator: Number of provider payment rates that are consistent with approved rate methodology Denominator: Number of provider payment rates**

**Data Source** (Select one):
Other
If 'Other' is selected, specify:
Claims data, rate setting division data

| Responsible Party for data collection/generation*(check each that applies)*: | Frequency of data collection/generation*(check each that applies)*: | Sampling Approach*(check each that applies)*: |
|---|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** | ☐ **100% Review** |
| ☐ **Operating Agency** | ☐ **Monthly** | ☐ **Less than 100% Review** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** | ☐ **Representative Sample**<br>Confidence Interval = |
| ☐ **Other**<br>Specify: | ☐ **Annually** | ☐ **Stratified**<br>Describe Group: |
| | ☐ **Continuously and Ongoing** | ☐ **Other**<br>Specify: |
| | ☐ **Other**<br>Specify: | |

**Data Aggregation and Analysis:**

| Responsible Party for data aggregation and analysis *(check each that applies):* | Frequency of data aggregation and analysis *(check each that applies):* |
|---|---|
| ☐ State Medicaid Agency | ☐ Weekly |
| ☐ Operating Agency | ☐ Monthly |
| ☐ Sub-State Entity | ☐ Quarterly |
| ☐ Other<br>Specify: | ☐ Annually |
| | ☐ Continuously and Ongoing |
| | ☐ Other<br>Specify: |

ii. If applicable, in the textbox below provide any necessary additional information on the strategies employed by the State to discover/identify problems/issues within the waiver program, including frequency and parties responsible.

A "Paid Claims Report" has been developed that runs every paid claim against a valid list of procedure codes. 100% of all paid claims are run through the query which is written to list any claims that paid with an incorrect code.   If any claims would pay and not be valid, the circumstances of each claim would be investigated (did the codes change, are the codes loaded into PROMISe correctly, etc).

After the end of each calendar quarter, The QMU Liaison runs the reports the following month from the PA EDW (Enterprise Data Warehouse) system as it is updated.  The data is reviewed to determine level of compliance.  Data is tracked and trended against prior periods.  Remediation is taken if needed.

FA-1:  The QMU Liaison reviews the report that has been run.  If no claims are listed on the report, all of the paid claims paid using correct procedure codes that are valid under the waiver.  Any claims that would be listed on the report would be investigated to determine why they are incorrect.

FA-2:  The QMU Liaison reviews the data that has been reported by the QMET teams.  The data is tracked and trended against prior reporting periods to draw conclusions relating to levels of compliance.

FA-4:  The QMU Liaison reviews the report that has been run.  Any claims that do not pay at the correct rate will not meet the Assurance.  These claims would be reprocessed at the correct rate.

Universe.  FA-1:  Numerator:  Total number of claims that paid using correct procedure codes. SFY 2013-14 – 881,396 claims.  Denominator:  Total number of paid claims.  SFY 2013-14 – 881,396 claims.

FA-2.  766 total providers.  Numerator: number of providers reviewed that paid correctly.  Denominator:  number of providers reviewed during each quarter.

FA-4.  140 payment rates.

FA-1:  Paid Claims Report is analyzed.  Based on results, further investigation of the paid claims and processing system may be needed.

FA-2:  Based on the results from QMET on site findings, providers will make necessary changes through the Corrective Action Plan remediation process.  OLTL is exploring the option of collection this data systemically instead of onsite reviews.

FA-4:  Rates will not become official without passing the PA review process that they were done using the correct methodology.  Pennsylvania contracted with a vendor to assist with setting the payment rates.  Parameters were agreed upon that would be critical to achieving the rate setting methodology. The rates went through a comment and vetting process.  These accepted approved rates are loaded into the PA PROMISe payment processing system that the claims pay against.

The Commonwealth would request an explanation from the vendor who set the rate as to why the correct methodology was not used. A detailed break out of the rate setting process would be examined to determine the cause of the incorrect calculation.

The QMET monitoring tool is an Excel based instrument that provides a systematic and comprehensive way to measure and retain information regarding provider compliance.  The tool consists of verifications relative to the regulations set forth by OLTL.  Each monitoring tool is prepared as applicable for the ensuing provider review and is specific to the provider and the waiver services for which they are enrolled to provide services.  Financial accountability requirements are included in both the SCE tool and the DSP tab labeled financial.  The tool calculates if a provider has met or not met each regulation.  See attachment A for a copy of the financial accountability requirements in the monitoring tool.

The process of data collection is done by QMET while performing a monitoring review.  Information from the monitoring reviews is updated weekly for each provider.  That information is then compiled into a monthly reporting form.  That monthly reporting form is then utilized to aggregate data for the PMs.

The sampling methodology is based upon a statistical calculation in which we take each of the items (participants/employees/billed claims) required for review and create a sample based off of a confidence rate of 95% (a 95% certainty) and confidence interval (margin of error) of 10. Additionally, QMET has the option of judgmentally adding to this sample at the professional discretion of the reviewer.  In cases that the random sample has missed items that are may need attention, or if separate items cause issue or suspicion during a review, those items may be added to our sample.

The Quality Management Efficiency Teams (QMETs) are the State Medicaid Agency's (OLTL) regional provider monitoring agents. They conduct monitoring reviews every 2 years with every provider of waiver services. Using a standard monitoring tool which incorporates the Financial Accountability requirements as listed in the waiver, the QMET verifies each requirement during the review. The QMET review includes verifying claims submitted in PROMISe with service plans. A random sample of provider, employee, and consumer financial records are reviewed to ensure compliance with waiver standards.

Claims data is examined against a sample of HCSIS files to determine if paying properly based on plan authorizations

The State uses the following website to determine sample sizes: http://www.raosoft.com/samplesize.html

**b.  Methods for Remediation/Fixing Individual Problems**

      **i.** Describe the State's method for addressing individual problems as they are discovered. Include information regarding responsible parties and GENERAL methods for problem correction. In addition, provide information on the methods used by the State to document these items.

If a report reveals a claim that is overpaid in accordance with the rate methodology, OLTL/Bureau of Quality & Provider Management initiates steps to recoup the overpayment.

QMET completes a TSADF claims review of waiver providers as part of the regulatory monitoring which includes initial and follow-up monitoring. Comprehensive on-site monitoring of HCBS providers are conducted every two (2) years. Additional time frames for more frequent monitoring are determined by the existence of an active corrective action plan (CAP), provider history (complaints, incident reports, etc.), provider type and as identified by the OLTL.

The process of data collection is done by QMET while performing a monitoring review. Information from the monitoring reviews is updated weekly for each provider. That information is then compiled into a monthly reporting form. That monthly reporting form is then utilized to aggregate data for the PMs.

The sampling methodology is based upon a statistical calculation in which we take each of the items (participants/employees/billed claims) required for review and create a sample based off of a confidence rate of 95% (a 95% certainty) and confidence interval (margin of error) of 10. Additionally, QMET has the option of judgmentally adding to this sample at the professional discretion of the reviewer. In cases that the random sample has missed items that are may need attention, or if separate items cause issue or suspicion during a review, those items may be added to our sample.

Systemic issues/defects are addressed through the Department's Bureau of Data and Claims Management, the Bureau of Information Systems and the appropriate systems contractors related to the primary claims processing system (PROMISe™) and its interfaces. When systems issues occur, trouble tickets are generated by the Office of Long Term Living (OLTL) and defects are researched, identified, and corrected by the appropriate systems contractor. All claims impacted by the systems issues during processing are identified by the claims contractor and reprocessed after the correction to the system is made. OLTL sends communications to the providers that are affected making them aware of the issue, what is being done to correct it, and the timeline for completing the correction of the system issue.

When overpayments, or payments unsupported by proper documentation are identified during monitoring, the following steps are taken. Providers will receive a series of letters outlining what steps they must take, within a specified time frame, to correct the overpayment. The first letter outlines the overpayments that have been identified and allows the agency to submit further supporting documentation to validate the payment received. The provider is given a 15 day window to comply with this request. If the provider cannot or does not respond, a second letter outlines that they have an additional 15 days to comply or the Department will begin to recover the identified overpayments through either adjustments to future claim payments or a lump sum payback. If OLTL receives no response or the provider agrees with the overpayment, the Department discusses payment methods with the agency and either allows a one-time payment via check, a monthly payback via check, or reduces future payments to that agency until the full amount of the overpayment is recovered.

The timeframe for conducting the CAP follow-up is dependent upon the dates for completion identified by the provider. QMET determines the CAP follow-up monitoring schedule and the method (on-site vs in office) based on the action steps that were to be completed. CAPS are to be followed-up on between 30 and 90 days of the last date listed under timeline for completion. The provider is notified of the type of follow-up to be performed 10 business days in advance of the follow-up monitoring. Regardless of the manner of follow-up, all documents reviewed should be of sufficient quantity and scope in order to determine if the action steps have been completed accurately, timely, and in accordance with the approved plan. If the follow-up is performed and all the action items are verified as complete the CAP is closed. If some items remain incomplete, QMET will provide technical assistance in order to assist the provider in remediating any outstanding items and work towards closing the CAP. No CAP is closed until all action steps have been completed.

      **ii. Remediation Data Aggregation**

      **Remediation-related Data Aggregation and Analysis (including trend identification)**

| **Responsible Party**(check each that applies): | **Frequency of data aggregation and analysis**(check each that applies): |
|---|---|
| ☐ **State Medicaid Agency** | ☐ **Weekly** |
| ☐ **Operating Agency** | ☐ **Monthly** |
| ☐ **Sub-State Entity** | ☐ **Quarterly** |
| ☐ **Other**<br>Specify: | ☐ **Annually** |
| | ☐ **Continuously and Ongoing** |

| **Responsible Party** *(check each that applies):* | **Frequency of data aggregation and analysis** *(check each that applies):* |
|---|---|
|  | ☐ **Other** <br> Specify: |

**c. Timelines**

When the State does not have all elements of the Quality Improvement Strategy in place, provide timelines to design methods for discovery and remediation related to the assurance of Financial Accountability that are currently non-operational.

◉ **No**

◯ **Yes**

Please provide a detailed strategy for assuring Financial Accountability, the specific timeline for implementing identified strategies, and the parties responsible for its operation.

## Appendix I: Financial Accountability

### I-2: Rates, Billing and Claims (1 of 3)

**a. Rate Determination Methods.** In two pages or less, describe the methods that are employed to establish provider payment rates for waiver services and the entity or entities that are responsible for rate determination. Indicate any opportunity for public comment in the process. If different methods are employed for various types of services, the description may group services for which the same method is employed. State laws, regulations, and policies referenced in the description are available upon request to CMS through the Medicaid agency or the operating agency (if applicable).

Medical Assistance Fee Schedule rates are developed using a market-based approach. This process includes a review of the service definitions, a determination of allowable cost components which reflect costs that are reasonable, necessary and related to the delivery of the service, as defined in Department standards and a review of cost data as supplied from providers. The fee schedule rates represent the maximum that DHS has paid for each service historically and the maximum rate that DHS will pay in the future.  The MMIS system will not pay higher than the fee schedule rate.

Please refer to the public notice at http://www.pabulletin.com/secure/data/vol42/42-23/1058.html for a summary of the rate development process.

The link to OLTL's current Rate Schedule is:  http://www.dhs.state.pa.us/cs/groups/webcontent/documents/bulletin_admin/p_033877.pdf

The link to OLTL rate notices is:  http://www.dhs.state.pa.us/dhsorganization/officeoflongtermliving/providers/index.htm

In developing rates for each of the MA fee schedule services, the following occurs:
 • OLTL evaluates various independent data sources such as Pennsylvania-specific compensation data supplied by the PA Bureau of Labor Statistics  and considers the expected expenses for the delivery of the services under the waivers for the major allowable cost categories listed below:
  -Wages for staff
  -Employee-related expenses
  -Productivity
  -Program Indirect expenses
  -Administration-related expenses

• OLTL develops geographical fees to reflect consideration for differences in wages observed across the Commonwealth.

• The fee schedule rates are established by the Department to fund the fee schedule services at a level sufficient to ensure access, encourage provider participation and promote provider choice, while at the same time ensuring cost effectiveness and fiscal accountability.

• Rates for the following services are on the waiver fee schedule: Personal Assistance Services, Adult Daily Living Services (Basic and Enhanced), Community Integration, Home Health Services, Respite, Supported Employment, Therapeutic and Counseling Services and Service Coordination.

• Additionally, Home Adaptations, Assistive Technology, Specialized Medical Equipment and Supplies, Vehicle Modifications, Non-Medical Transportation, Community Transition Services, and Personal Emergency Response Services are all vendor services, which means that the vendor may charge what is "usual and customary" for the general public.  OLTL does not determine the provider's Usual Customary Charge (UCC).  If OLTL had cause to investigate, OLTL would request the provider's documentation to support their UCC (like their fee schedule), and maybe some other records to show that the provider actually applied that UCC to individuals in the general public.

Community Transition Services are one-time expenses for individuals that make the transition from an institution to their own home, apartment or family/friend living arrangement. The service must be specified in the service plan as necessary to enable the participant to integrate more

fully into the community and to ensure health, welfare and safety of the participant. Examples of expenses that may be incurred include 1) security deposit for or other such one-time payments that are required to obtain or retain a lease on an apartment, home or community living arrangement; 2) deposits for utilities or service access, such as telephone, electricity, and heating; 3) equipment, essential furnishings and initial supplies, such as household products, dishes, chairs, tables; and 4) moving expenses. Community Transition Services are vendor services which means that the vendor may charge what is "usual and customary" for the general public.

Waiver Personal Assistance Services rates will be adjusted to comply with the FLSA regulations. The specific rate methodology will be submitted to CMS in an amendment or renewal no later than 180 days after this amendment approval date.

• Changes to the fee schedule rates and addition of services to the fee schedule are communicated through a public notice published in the Pennsylvania Bulletin prior to the effective date of any change or addition. Fee schedule rates are implemented prospectively.

• Once published in the Pennsylvania Bulletin, the rate notice and corresponding rates are available on the OLTL website for participants, providers and the general public's information. In addition, when the participant chooses to self-direct some or all of their services, the F/EA is responsible for informing the participant of the established rate for that service.

OLTL obtained public comment on the rate determination methods in a variety of formats which include, stakeholder workgroup discussions, draft documents distributed for comment, communications and other meetings.

OLTL obtains comments on rates in a variety of ways. First, representatives from the relevant provider community are involved in the rate setting process. Feedback is solicited through various forums, including convening a provider workgroup, conducting on-site provider interviews, issuing an all-provider survey, and providing updates at the Long-Term Care Subcommittee of the Medical Assistance Advisory Committee (MAAC). In addition, once rates are determined, OLTL published a rate notice in the PA Bulletin with a 30-comment period. Comments received are considered in subsequent revisions to the MA Program Fee Schedule.

*******************************************************************************

In OLTL's F/EA participant-directed services model, the Common-Law Employer (CLE) (who may be the waiver participant or his/her representative) chooses an hourly wage per service to pay the Support Service Workers (SSW) who render waiver services to the waiver participant. The unit rate for SSWs is established by OLTL and is published on the rate schedule. The F/EA then submits a claim for the service to the Department in the amount of the negotiated wage plus associated costs for taxes, workers comp and unemployment insurance. It is the responsibility of the F/EA to inform the CLE and the participant of the maximum amount the SSW can be paid based on the OLTL-established rate minus costs for taxes, workers comp and unemployment insurance. The CLE then determines the wage paid to the participant's SSW. The F/EA reviews and confirms that the wage for the SSW is within the established rate.

The market-based pricing methodology includes a review of the service definitions, applicable Pennsylvania regulations, provider qualification and licensure requirements, staffing requirements and discussions with the State regarding their vision and expectations for service delivery. Based on these steps, allowable cost components were identified.
The allowable cost categories are outlined below:
~Direct care salary expenses - This category includes direct care wages for the type of staff required to deliver the service as indicated in the service definition.
~Employee related expenses - This category includes employee related expenses the provider is responsible for on behalf of the staff hired to deliver, or oversee the delivery of, the waiver service. This includes items such as the employer's portion of health insurance, worker's compensation, employer taxes and paid time off.
~Program indirect expenses - This category includes expenditures incurred by the provider through the delivery of the service but expenditures that are not directly billable. This methodology includes consideration for supervisor and other program staff (e.g., program specialist) wages, productivity, employee training, transportation, supply costs and occupancy costs (if applicable to a given service).
~Administrative/Other expenses - This category includes consideration for general administrative expenses such as administrative staff salaries, administrative building costs, insurance and IT needs.

In developing payment rates for each of the fee schedule services, data sources were considered including information from the U.S. Bureau of Labor Statistics (BLS), information for comparable services from other Pennsylvania 1915(c) waiver programs and web-based research related to state-specific assumptions such as unemployment taxes. Where available, Pennsylvania-specific HCBS provider cost survey data were reviewed to inform and validate assumptions derived from market-based research.

Market-based data used to determine the fee schedule rates included Commonwealth-specific wage information from the Center for Workforce Information and Analysis, Occupational Wages by County, Bureau of Labor Statistics Employer Costs and cost surveys from providers. Data from these sources was used to inform the pricing of the allowable cost components as described in Q1.

OLTL established a standardized MA fee schedule effective June 1, 2012. Since that time, OLTL has made revisions to both the Service Coordination, Personal Assistance – Agency and the Personal Assistance – Participant Directed services. Service Coordination was updated January 26, 2013 and July 1, 2014 as a result of stakeholder feedback and a comprehensive review of the rate. The Personal Assistance rates were revised July 1, 2014. Links to the relevant rate notices can be found at:
http://www.dhs.state.pa.us/dhsorganization/officeoflongtermliving/providers/index.htm
In addition, the Department of Human Services requested Mercer Governmental Consulting to refresh the data utilized when developing OLTL's initial rates. The results of this review indicate that rates continue to fall within the upper and lower bounds of these rates.

OLTL has not made any substantive changes to the rate methodology included as part of the waiver renewal, compared to methods included in the previous waiver.

Continued in Main Module B

**b.  Flow of Billings.** Describe the flow of billings for waiver services, specifying whether provider billings flow directly from providers to the State's claims payment system or whether billings are routed through other intermediary entities. If billings flow through other intermediary entities, specify the entities:

Providers must follow PA Code Chapters 52 and 1101 when submitting claims for payment.

Providers are reimbursed retrospectively based on services provided.

Providers must submit claims through PROMISe, DHS's MMIS system.  This system is administered by the Office of Medical Assistance Programs (OMAP) and the Department's Bureau of Information Systems (BIS).

In order to be paid for submitted claims, providers must be enrolled as Medical Assistance providers and entered as such into PROMISe.

PROMISe verifies participant information in the Client Information System (CIS), which contains MA participant's eligibility information, such as the participant's Master Client Index (MCI) number, name, the participant's eligibility status and effective eligibility dates.

PROMISe also verifies with HCSIS that the provider(s) and service(s) on the claim are included in the participant's approved waiver service plan.

Service Coordination providers that also serve as Organized Health Care Delivery Systems (OHCDS) providers (further outlined in Appendix I-3, g. ii. below) may serve as the fiscal intermediary for certain specified services. The OHCDS whether subcontracting or directly reimbursing the cost of the service provided by a provider or vender may not bill more than the actual cost of the service.  The OHCDS will bill through PROMISe and all of the edits, systems checks, etc. as listed above will pertain.

Billing for recipients that choose to self-direct their services is more fully outlined in Appendix E.  For Participant-Directed Personal Assistance Services, the F/EA will submit claims to PROMISe on behalf of the waiver participant employer.  These claims will be billed through PROMISe, again going through all edit and system checks outlined above.  The claims will only be submitted for appropriately approved direct care worker timesheets.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Participants are not required to receive vendor services subcontracted through an OHCDS. Participants are able to either select any qualified provider that has contracted with the OHCDS, or select any other enrolled qualified provider. The service would be listed once on the service plan either under the SC acting as the OHCDS or the enrolled qualified provider. Only the enrolled OHCDS or enrolled qualified provider would have the ability to bill for the service through PROMISe™.

Direct care workers may submit timesheets to the F/EA via facsimile, mail, or web portal for processing. Paper timesheets that are submitted via mail or facsimile must be signed by the participant for verification of services received and issuance of payment. Timesheets submitted via the web portal must be approved by the participant-employer prior to payment. Timesheets are validated against the participant's eligibility and service authorization information imported to the F/EA's web portal. Once validations are processed the F/EA submits claims through PROMISe™ on behalf of the participant employer. The claims process through the same edits and systems checks as other OLTL provider claims.

The Department's F/EA vendor has a contractual relationship with the Commonwealth that was established through a competitive bidding process.  All payments to the F/EA, including administrative fees, are specified in the contract.  Administrative fees are not included in the participants' service costs.

OLTL's HCBS waivers do not have cost settlements.  Providers are reimbursed after services have been rendered.

All claims editing and auditing (not only the edits/audits in the ClaimCheck application) determines what services and how many of those services on the claim should be paid in accordance with the waiver.  Logically, once all payable services, quantity of those services, and fees for those services on a claim are determined and validated through the editing and auditing processes the claim can be priced and sent to financial for final processing.

## Appendix I: Financial Accountability

### I-2: Rates, Billing and Claims (2 of 3)

**c.  Certifying Public Expenditures** *(select one)*:

- ⦿  **No. State or local government agencies do not certify expenditures for waiver services.**
- ○  **Yes. State or local government agencies directly expend funds for part or all of the cost of waiver services and certify their State government expenditures (CPE) in lieu of billing that amount to Medicaid.**

   *Select at least one:*

☐ **Certified Public Expenditures (CPE) of State Public Agencies.**

Specify: (a) the State government agency or agencies that certify public expenditures for waiver services; (b) how it is assured that the CPE is based on the total computable costs for waiver services; and, (c) how the State verifies that the certified public expenditures are eligible for Federal financial participation in accordance with 42 CFR §433.51(b).*(Indicate source of revenue for CPEs in Item I-4-a.)*

☐ **Certified Public Expenditures (CPE) of Local Government Agencies.**

Specify: (a) the local government agencies that incur certified public expenditures for waiver services; (b) how it is assured that the CPE is based on total computable costs for waiver services; and, (c) how the State verifies that the certified public expenditures are eligible for Federal financial participation in accordance with 42 CFR §433.51(b). *(Indicate source of revenue for CPEs in Item I-4-b.)*

## Appendix I: Financial Accountability

### I-2: Rates, Billing and Claims (3 of 3)

d. **Billing Validation Process.** Describe the process for validating provider billings to produce the claim for federal financial participation, including the mechanism(s) to assure that all claims for payment are made only: (a) when the individual was eligible for Medicaid waiver payment on the date of service; (b) when the service was included in the participant's approved service plan; and, (c) the services were provided:

OLTL ensures that the individual was eligible for Medicaid waiver payment on the date of service, the service was included in the participant's approved service plan, and the services were provided through the use of the following strategies and tools:

Billing validation is done first through PROMISe. PROMISe verifies participant information in the Client Information System (CIS), such as the participants Master Client Index (MCI) number, name, the participants eligibility status and effective eligibility dates. PROMISe also verifies that the provider(s) and service(s) on the claim are enrolled providers of the services and the services are in the Independence Waiver.

After validation of the above listed items occurs, the claim information is sent to the Home and Community Services Information System (HCSIS) to be verified against the participants ISP. If any of the information on the PROMISe claim is in conflict with the ISP, HCSIS sends an error code to PROMISe. PROMISe then suspends or rejects the claim. This fiscal accountability of services rendered provides an upfront monitoring of eligibility status and authorized services as per the approved ISP. Resolutions of denied or suspended claims occur through error code notification.

In addition to the above electronic process, fiscal accountability is also achieved through provider agreements with qualified providers/agencies, through the maintenance of appropriate evaluations and reevaluations, and financial records documenting the need for and the cost of services provided under the waiver. OLTL staff also conducts ongoing monitoring of financial records that document the need for and the cost of services provided under the waiver. OLTL reviews HCSIS reports and conducts onsite reviews of services rendered through review of time sheets where applicable, services rendered reports and participant interviews. Finally, Service Coordinators are responsible for ensuring the proper information is entered into HCSIS correctly so providers can bill timely and accurately. Service Coordinators are responsible for monitoring the participant's ISP to ensure the participant is receiving the services as authorized in the ISP.

************************************************************************

Claims are retrospectively reviewed by QMET to verify that billing is supported in the correct type, scope, amount, duration and frequency (TSADF) as written in the individual service plan (ISP). In the agency model of service, the ISP is broken down by service for the Direct Service Providers (DSP) on a Service Authorization Form (SAF). The SAF lists all of the necessary information required to perform the services being ordered and based on the provider type ie: personal assistance service, RN Services, etc.

As part of the comprehensive on-site monitoring conducted by QMET, participant files and service notes are reviewed to ensure that the services authorized have been received. Claims are reviewed to verify that billing is supported in the correct type, scope, amount, duration and frequency (TSADF) as written in the individual service plan (ISP).

Additional time frames for more frequent monitoring other than the comprehensive on-site monitoring are determined by the existence of an active corrective action plan (CAP), provider history (complaints, incident reports, etc.), and provider type and as identified by the OLTL.

e. **Billing and Claims Record Maintenance Requirement.** Records documenting the audit trail of adjudicated claims (including supporting documentation) are maintained by the Medicaid agency, the operating agency (if applicable), and providers of waiver services for a minimum period of 3 years as required in 45 CFR §92.42.

## Appendix I: Financial Accountability

### I-3: Payment (1 of 7)

a. **Method of payments -- MMIS** *(select one)*:

◉ **Payments for all waiver services are made through an approved Medicaid Management Information System (MMIS).**

○ **Payments for some, but not all, waiver services are made through an approved MMIS.**

Specify: (a) the waiver services that are not paid through an approved MMIS; (b) the process for making such payments and the entity that processes payments; (c) and how an audit trail is maintained for all state and federal funds expended outside the MMIS; and, (d) the basis for the draw of federal funds and claiming of these expenditures on the CMS-64:

○ **Payments for waiver services are not made through an approved MMIS.**

Specify: (a) the process by which payments are made and the entity that processes payments; (b) how and through which system(s) the payments are processed; (c) how an audit trail is maintained for all state and federal funds expended outside the MMIS; and, (d) the basis for the draw of federal funds and claiming of these expenditures on the CMS-64:

○ **Payments for waiver services are made by a managed care entity or entities. The managed care entity is paid a monthly capitated payment per eligible enrollee through an approved MMIS.**

Describe how payments are made to the managed care entity or entities:

## Appendix I: Financial Accountability

### I-3: Payment (2 of 7)

b. **Direct payment.** In addition to providing that the Medicaid agency makes payments directly to providers of waiver services, payments for waiver services are made utilizing one or more of the following arrangements (*select at least one*):

☐ **The Medicaid agency makes payments directly and does not use a fiscal agent (comprehensive or limited) or a managed care entity or entities.**

☐ **The Medicaid agency pays providers through the same fiscal agent used for the rest of the Medicaid program.**

☐ **The Medicaid agency pays providers of some or all waiver services through the use of a limited fiscal agent.**

Specify the limited fiscal agent, the waiver services for which the limited fiscal agent makes payment, the functions that the limited fiscal agent performs in paying waiver claims, and the methods by which the Medicaid agency oversees the operations of the limited fiscal agent:

☐ **Providers are paid by a managed care entity or entities for services that are included in the State's contract with the entity.**

Specify how providers are paid for the services (if any) not included in the State's contract with managed care entities.

## Appendix I: Financial Accountability

### I-3: Payment (3 of 7)

c. **Supplemental or Enhanced Payments.** Section 1902(a)(30) requires that payments for services be consistent with efficiency, economy, and quality of care. Section 1903(a)(1) provides for Federal financial participation to States for expenditures for services under an approved State plan/waiver. Specify whether supplemental or enhanced payments are made. *Select one:*

◉ **No. The State does not make supplemental or enhanced payments for waiver services.**

○ **Yes. The State makes supplemental or enhanced payments for waiver services.**

Describe: (a) the nature of the supplemental or enhanced payments that are made and the waiver services for which these payments are made; (b) the types of providers to which such payments are made; (c) the source of the non-Federal share of the supplemental or enhanced payment; and, (d) whether providers eligible to receive the supplemental or enhanced payment retain 100% of the total computable expenditure claimed by the State to CMS. Upon request, the State will furnish CMS with detailed information about the total amount of supplemental or enhanced payments to each provider type in the waiver.

Case 5:17-cv-02165-JLS    Document 23-1    Filed 07/14/17    Page 222 of 234

## Appendix I: Financial Accountability

### I-3: Payment (4 of 7)

**d.  Payments to State or Local Government Providers.** *Specify whether State or local government providers receive payment for the provision of waiver services.*

- ⦿ **No. State or local government providers do not receive payment for waiver services.** Do not complete Item I-3-e.
- ◯ **Yes. State or local government providers receive payment for waiver services.** Complete Item I-3-e.

Specify the types of State or local government providers that receive payment for waiver services and the services that the State or local government providers furnish:

## Appendix I: Financial Accountability

### I-3: Payment (5 of 7)

**e.  Amount of Payment to State or Local Government Providers.**

Specify whether any State or local government provider receives payments (including regular and any supplemental payments) that in the aggregate exceed its reasonable costs of providing waiver services and, if so, whether and how the State recoups the excess and returns the Federal share of the excess to CMS on the quarterly expenditure report. *Select one:*

**Answers provided in Appendix I-3-d indicate that you do not need to complete this section.**

- ◯ **The amount paid to State or local government providers is the same as the amount paid to private providers of the same service.**
- ◯ **The amount paid to State or local government providers differs from the amount paid to private providers of the same service. No public provider receives payments that in the aggregate exceed its reasonable costs of providing waiver services.**
- ◯ **The amount paid to State or local government providers differs from the amount paid to private providers of the same service. When a State or local government provider receives payments (including regular and any supplemental payments) that in the aggregate exceed the cost of waiver services, the State recoups the excess and returns the federal share of the excess to CMS on the quarterly expenditure report.**

Describe the recoupment process:

## Appendix I: Financial Accountability

### I-3: Payment (6 of 7)

**f.  Provider Retention of Payments.** Section 1903(a)(1) provides that Federal matching funds are only available for expenditures made by states for services under the approved waiver. *Select one:*

- ⦿ **Providers receive and retain 100 percent of the amount claimed to CMS for waiver services.**
- ◯ **Providers are paid by a managed care entity (or entities) that is paid a monthly capitated payment.**

Specify whether the monthly capitated payment to managed care entities is reduced or returned in part to the State.

## Appendix I: Financial Accountability

### I-3: Payment (7 of 7)

**g.  Additional Payment Arrangements**

    **i.  Voluntary Reassignment of Payments to a Governmental Agency.** *Select one:*

○ **No. The State does not provide that providers may voluntarily reassign their right to direct payments to a governmental agency.**

○ **Yes. Providers may voluntarily reassign their right to direct payments to a governmental agency as provided in 42 CFR §447.10(e).**

Specify the governmental agency (or agencies) to which reassignment may be made.

```

```

**ii.  Organized Health Care Delivery System.** *Select one:*

○ **No. The State does not employ Organized Health Care Delivery System (OHCDS) arrangements under the provisions of 42 CFR §447.10.**

◉ **Yes. The waiver provides for the use of Organized Health Care Delivery System arrangements under the provisions of 42 CFR §447.10.**

Specify the following: (a) the entities that are designated as an OHCDS and how these entities qualify for designation as an OHCDS; (b) the procedures for direct provider enrollment when a provider does not voluntarily agree to contract with a designated OHCDS; (c) the method(s) for assuring that participants have free choice of qualified providers when an OHCDS arrangement is employed, including the selection of providers not affiliated with the OHCDS; (d) the method(s) for assuring that providers that furnish services under contract with an OHCDS meet applicable provider qualifications under the waiver; (e) how it is assured that OHCDS contracts with providers meet applicable requirements; and, (f) how financial accountability is assured when an OHCDS arrangement is used:

a.  Entities eligible for designation as OHCDS for services within this waiver are service coordination entities, all of which render at least one Medicaid service directly (Service Coordination) utilizing its own employees.
b.  Eligible entities may request enrollment. Such requests are reviewed and approved by OLTL prior to any service provided through the OHCDS arrangement.
c.  As described in Appendix D, individuals are fully informed of their right to choose from all willing and qualified providers and are not required to utilize the OHCDS arrangement.  Providers who do not wish to affiliate with an OHCDS may always directly enroll as a provider with the Department.
d.  Through robust provider/SC oversight and monitoring, as well as through information garnered through service plan and claims data, OLTL monitors services provided through OHCDS to ensure that the OHCDS has contracted only with providers meeting established minimum qualifications.
e.  Through these oversight mechanisms, OLTL will also ensure that the arrangements meet State and Federal requirements
f.  The full amount of service dollars is passed through for the provision of service.
g.  The State assures financial accountability when an OHCDS arrangement is used by monitoring individual service plans and claims paid to the OHCDS entities through the comprehensive provider and SC monitoring processes performed by OLTL. The state ensures that the payment to the OHCDS does not result in excessive payments through the established process of paying only the cost of the service or good provided.

Please see http://www.pacode.com/secure/data/055/chapter52/chap52toc.html

If a service coordination entity is an OHCDS, it may subcontract services. In its subcontracting activities, the provider must have a written agreement containing the OHCDS and the subcontractor's duties, responsibilities and compensation. If an OHCDS subcontracts with an entity to provide a vendor good or service, the OHCDS shall assure the entity complies with 55 Pa. Code Chapter 52.51 related to vendor good or service payment. The OHCDS bills the Department for the vendor good or service and then pays the subcontractor. The OHCDS is responsible to ensure that the subcontracting agency is only charging what the good or service costs the general public, and the OHCDS may not charge an administrative fee or any additional costs.

**iii.  Contracts with MCOs, PIHPs or PAHPs.** *Select one:*

◉ **The State does not contract with MCOs, PIHPs or PAHPs for the provision of waiver services.**

○ **The State contracts with a Managed Care Organization(s) (MCOs) and/or prepaid inpatient health plan(s) (PIHP) or prepaid ambulatory health plan(s) (PAHP) under the provisions of §1915(a)(1) of the Act for the delivery of waiver and other services. Participants may voluntarily elect to receive waiver and other services through such MCOs or prepaid health plans. Contracts with these health plans are on file at the State Medicaid agency.**

Describe: (a) the MCOs and/or health plans that furnish services under the provisions of §1915(a)(1); (b) the geographic areas served by these plans; (c) the waiver and other services furnished by these plans; and, (d) how payments are made to the health plans.

```

```

○ **This waiver is a part of a concurrent §1915(b)/§1915(c) waiver. Participants are required to obtain waiver and other services through a MCO and/or prepaid inpatient health plan (PIHP) or a prepaid ambulatory health plan (PAHP). The §1915(b) waiver specifies the types of health plans that are used and how payments to these plans are made.**

## Appendix I: Financial Accountability

### I-4: Non-Federal Matching Funds (1 of 3)

a. **State Level Source(s) of the Non-Federal Share of Computable Waiver Costs.** Specify the State source or sources of the non-federal share of computable waiver costs. *Select at least one:*

☐ **Appropriation of State Tax Revenues to the State Medicaid agency**

☐ **Appropriation of State Tax Revenues to a State Agency other than the Medicaid Agency.**

If the source of the non-federal share is appropriations to another state agency (or agencies), specify: (a) the State entity or agency receiving appropriated funds and (b) the mechanism that is used to transfer the funds to the Medicaid Agency or Fiscal Agent, such as an Intergovernmental Transfer (IGT), including any matching arrangement, and/or, indicate if the funds are directly expended by State agencies as CPEs, as indicated in Item I-2-c:

☐ **Other State Level Source(s) of Funds.**

Specify: (a) the source and nature of funds; (b) the entity or agency that receives the funds; and, (c) the mechanism that is used to transfer the funds to the Medicaid Agency or Fiscal Agent, such as an Intergovernmental Transfer (IGT), including any matching arrangement, and/or, indicate if funds are directly expended by State agencies as CPEs, as indicated in Item I-2-c:

## Appendix I: Financial Accountability

### I-4: Non-Federal Matching Funds (2 of 3)

b. **Local Government or Other Source(s) of the Non-Federal Share of Computable Waiver Costs.** Specify the source or sources of the non-federal share of computable waiver costs that are not from state sources. *Select One:*

◉ **Not Applicable**. There are no local government level sources of funds utilized as the non-federal share.

○ **Applicable**
   *Check each that applies:*
   ☐ **Appropriation of Local Government Revenues.**

   Specify: (a) the local government entity or entities that have the authority to levy taxes or other revenues; (b) the source(s) of revenue; and, (c) the mechanism that is used to transfer the funds to the Medicaid Agency or Fiscal Agent, such as an Intergovernmental Transfer (IGT), including any matching arrangement (indicate any intervening entities in the transfer process), and/or, indicate if funds are directly expended by local government agencies as CPEs, as specified in Item I-2-c:

   ☐ **Other Local Government Level Source(s) of Funds.**

   Specify: (a) the source of funds; (b) the local government entity or agency receiving funds; and, (c) the mechanism that is used to transfer the funds to the State Medicaid Agency or Fiscal Agent, such as an Intergovernmental Transfer (IGT), including any matching arrangement, and/or, indicate if funds are directly expended by local government agencies as CPEs, as specified in Item I-2-c:

## Appendix I: Financial Accountability

### I-4: Non-Federal Matching Funds (3 of 3)

c. **Information Concerning Certain Sources of Funds.** Indicate whether any of the funds listed in Items I-4-a or I-4-b that make up the non-federal share of computable waiver costs come from the following sources: (a) health care-related taxes or fees; (b) provider-related donations; and/or, (c) federal funds. *Select one*:

◉ **None of the specified sources of funds contribute to the non-federal share of computable waiver costs**

○ **The following source(s) are used**
*Check each that applies:*

☐ **Health care-related taxes or fees**
☐ **Provider-related donations**
☐ **Federal funds**

For each source of funds indicated above, describe the source of the funds in detail:

## Appendix I: Financial Accountability

### I-5: Exclusion of Medicaid Payment for Room and Board

a. **Services Furnished in Residential Settings.** *Select one:*

◉ **No services under this waiver are furnished in residential settings other than the private residence of the individual.**

○ **As specified in Appendix C, the State furnishes waiver services in residential settings other than the personal home of the individual.**

b. **Method for Excluding the Cost of Room and Board Furnished in Residential Settings.** The following describes the methodology that the State uses to exclude Medicaid payment for room and board in residential settings:
**Do not complete this item.**

## Appendix I: Financial Accountability

### I-6: Payment for Rent and Food Expenses of an Unrelated Live-In Caregiver

**Reimbursement for the Rent and Food Expenses of an Unrelated Live-In Personal Caregiver.** *Select one:*

◉ **No. The State does not reimburse for the rent and food expenses of an unrelated live-in personal caregiver who resides in the same household as the participant.**

○ **Yes. Per 42 CFR §441.310(a)(2)(ii), the State will claim FFP for the additional costs of rent and food that can be reasonably attributed to an unrelated live-in personal caregiver who resides in the same household as the waiver participant. The State describes its coverage of live-in caregiver in Appendix C-3 and the costs attributable to rent and food for the live-in caregiver are reflected separately in the computation of factor D (cost of waiver services) in Appendix J. FFP for rent and food for a live-in caregiver will not be claimed when the participant lives in the caregiver's home or in a residence that is owned or leased by the provider of Medicaid services.**

The following is an explanation of: (a) the method used to apportion the additional costs of rent and food attributable to the unrelated live-in personal caregiver that are incurred by the individual served on the waiver and (b) the method used to reimburse these costs:

## Appendix I: Financial Accountability

### I-7: Participant Co-Payments for Waiver Services and Other Cost Sharing (1 of 5)

a. **Co-Payment Requirements.** Specify whether the State imposes a co-payment or similar charge upon waiver participants for waiver services. These charges are calculated per service and have the effect of reducing the total computable claim for federal financial participation. *Select one:*

◉ **No. The State does not impose a co-payment or similar charge upon participants for waiver services.**
○ **Yes. The State imposes a co-payment or similar charge upon participants for one or more waiver services.**

    i. **Co-Pay Arrangement.**

    Specify the types of co-pay arrangements that are imposed on waiver participants (*check each that applies*):

    **Charges Associated with the Provision of Waiver Services** (*if any are checked, complete Items I-7-a-ii through I-7-a-iv*):

    ☐ **Nominal deductible**
    ☐ **Coinsurance**

☐ Co-Payment

☐ Other charge

*Specify:*

## Appendix I: Financial Accountability

### I-7: Participant Co-Payments for Waiver Services and Other Cost Sharing (2 of 5)

a. **Co-Payment Requirements.**

    ii. **Participants Subject to Co-pay Charges for Waiver Services.**

        **Answers provided in Appendix I-7-a indicate that you do not need to complete this section.**

## Appendix I: Financial Accountability

### I-7: Participant Co-Payments for Waiver Services and Other Cost Sharing (3 of 5)

a. **Co-Payment Requirements.**

    iii. **Amount of Co-Pay Charges for Waiver Services.**

        **Answers provided in Appendix I-7-a indicate that you do not need to complete this section.**

## Appendix I: Financial Accountability

### I-7: Participant Co-Payments for Waiver Services and Other Cost Sharing (4 of 5)

a. **Co-Payment Requirements.**

    iv. **Cumulative Maximum Charges.**

        **Answers provided in Appendix I-7-a indicate that you do not need to complete this section.**

## Appendix I: Financial Accountability

### I-7: Participant Co-Payments for Waiver Services and Other Cost Sharing (5 of 5)

b. **Other State Requirement for Cost Sharing.** Specify whether the State imposes a premium, enrollment fee or similar cost sharing on waiver participants. *Select one:*

    ◉ **No. The State does not impose a premium, enrollment fee, or similar cost-sharing arrangement on waiver participants.**

    ○ **Yes. The State imposes a premium, enrollment fee or similar cost-sharing arrangement.**

Describe in detail the cost sharing arrangement, including: (a) the type of cost sharing (e.g., premium, enrollment fee); (b) the amount of charge and how the amount of the charge is related to total gross family income; (c) the groups of participants subject to cost-sharing and the groups who are excluded; and, (d) the mechanisms for the collection of cost-sharing and reporting the amount collected on the CMS 64:

## Appendix J: Cost Neutrality Demonstration

### J-1: Composite Overview and Demonstration of Cost-Neutrality Formula

**Composite Overview.** Complete the fields in Cols. 3, 5 and 6 in the following table for each waiver year. The fields in Cols. 4, 7 and 8 are auto-calculated based on entries in Cols 3, 5, and 6. The fields in Col. 2 are auto-calculated using the Factor D data from the J-2-d Estimate of Factor D tables. Col. 2 fields will be populated ONLY when the Estimate of Factor D tables in J-2-d have been completed.

**Level(s) of Care: Nursing Facility**

| Col. 1 | Col. 2 | Col. 3 | Col. 4 | Col. 5 | Col. 6 | Col. 7 | Col. 8 |
|---|---|---|---|---|---|---|---|
| Year | Factor D | Factor D' | Total: D+D' | Factor G | Factor G' | Total: G+G' | Difference (Col 7 less Column4) |
| 1 | 35313.62 | 7333.00 | 42646.6 | 47945.00 | 2113.00 | 50058.00 | 7411.38 |

Case 5:17-cv-02165-JLS     Document 23-1     Filed 07/14/17     Page 227 of 234

| Col. 1 Year | Col. 2 Factor D | Col. 3 Factor D' | Col. 4 Total: D+D' | Col. 5 Factor G | Col. 6 Factor G' | Col. 7 Total: G+G' | Col. 8 Difference (Col 7 less Column4) |
|---|---|---|---|---|---|---|---|
| 2 | 41219.79 | 7382.00 | 48601.79 | 48873.00 | 2044.00 | 50917.00 | 2315.21 |
| 3 | 41114.53 | 7442.00 | 48556.53 | 49795.00 | 1977.00 | 51772.00 | 3215.47 |
| 4 | 41846.49 | 7492.00 | 49338.49 | 50720.00 | 1908.00 | 52628.00 | 3289.51 |
| 5 | 42457.38 | 7534.00 | 49991.38 | 51649.00 | 1838.00 | 53487.00 | 3495.62 |

## Appendix J: Cost Neutrality Demonstration

### J-2: Derivation of Estimates (1 of 9)

a. **Number Of Unduplicated Participants Served.** Enter the total number of unduplicated participants from Item B-3-a who will be served each year that the waiver is in operation. When the waiver serves individuals under more than one level of care, specify the number of unduplicated participants for each level of care:

**Table: J-2-a: Unduplicated Participants**

| Waiver Year | Total Unduplicated Number of Participants (from Item B-3-a) | Distribution of Unduplicated Participants by Level of Care (if applicable) | |
|---|---|---|---|
| | | Level of Care: | |
| | | Nursing Facility | |
| Year 1 | 14246 | 14246 | |
| Year 2 | 16318 | 16318 | |
| Year 3 | 18299 | 18299 | |
| Year 4 | 20280 | 20280 | |
| Year 5 | 22261 | 22261 | |

## Appendix J: Cost Neutrality Demonstration

### J-2: Derivation of Estimates (2 of 9)

b. **Average Length of Stay.** Describe the basis of the estimate of the average length of stay on the waiver by participants in item J-2-a.

The average length of stay was projected based on a review of historical Medicaid waiver enrollee durational patterns for those participants to be in the independence waiver over the phase out period described in the Main section #8 "Authorization" Attachment A.
While individuals continue to be enrolled in the Independence waiver, individuals will be directed from the Commcare waiver to the independence waiver during the phase in of Managed Care based upon each geographic zone.  Given that OLTL is in waiver year #5 of the Independence waiver, the unduplicated recipient numbers in next year's renewal will be adjusted to reflect actual growth of the waiver.

## Appendix J: Cost Neutrality Demonstration

### J-2: Derivation of Estimates (3 of 9)

c. **Derivation of Estimates for Each Factor.** Provide a narrative description for the derivation of the estimates of the following factors.

i. **Factor D Derivation.** The estimates of Factor D for each waiver year are located in Item J-2-d. The basis for these estimates is as follows:

The development of Factor D values reflects the phase-out schedule, as described in the Main section #8 "Authorization" Attachment A. Based on actual history of utilization and establishing a percentage each service is utilized compared to all services.  The number of participants is projected from history and average participants entering the waiver and average participants leaving the waiver.  The expenditures by rates are adjusted by applying the most recent trend factor derived from actual Medicaid waiver user, service utilization and cost data.
The development of Factor D unit per user values reflects the Managed Care phase-out schedule. An adjustment to units per user was incorporated to project additional service utilization for individuals beginning SFY 16-17 forward.  Units cost are not expected to increase while the phase out occurs.

ii. **Factor D' Derivation.** The estimates of Factor D' for each waiver year are included in Item J-1. The basis of these estimates is as follows:

Factor D' is obtained the same way as described under Factor D.  The entire database of waiver participants is available to identify each participant's non-waiver MA costs, including the deduction of Medicare Part D drug costs.  Payments made to institutions may not include all services that are available to participants through Medicaid.

Factor D' reflects the most recent trend factor derived from actual Medicaid waiver user, service utilization and cost data for acute care services.  Both Factor D' and Factor G' are based upon historic utilization.

iii. **Factor G Derivation.** The estimates of Factor G for each waiver year are included in Item J-1. The basis of these estimates is as follows:

Factor G was derived from a review of two fiscal years (FY15-16 and FY16-17) Medicaid per diem payments and supplemental access to care payments for nursing facility services. This utilization and cost data is representative of individuals whom OLTL determined are a comparable peer group to CHC waiver participants.

Based on the costs used to develop capitated per member per month rates a ratio was developed which represents the shift of monies from the Fee for Service delivery system to managed care over the three year phase-in of CHC beginning in January 1, 2017. These ratios were applied to years 3 through 5 of the waiver.

　　**iv. Factor G' Derivation.** The estimates of Factor G' for each waiver year are included in Item J-1. The basis of these estimates is as follows:

For the individuals whom OLTL determined represented a comparable peer group to CHC waiver participants (as mentioned in Factor G) Factor G' was derived by analyzing these individuals' associated non-nursing facility Medicaid service utilization and cost. A most recent trend factor was derived from actual Medicaid waiver user, service utilization and cost data and applied to project Factor G'. The cost of dual eligible under the provision of Part D has been excluded.

## Appendix J: Cost Neutrality Demonstration

### J-2: Derivation of Estimates (4 of 9)

**Component management for waiver services.** If the service(s) below includes two or more discrete services that are reimbursed separately, or is a bundled service, each component of the service must be listed. Select "*manage components*" to add these components.

| Waiver Services | |
|---|---|
| Adult Daily Living | |
| Employment Skills Development | |
| Job Coaching | |
| Personal Assistance Services | |
| Respite | |
| Service Coordination | |
| Supported Employment | |
| Behavior Therapy Services | |
| Counseling Services | |
| Home Health | |
| Nursing Services | |
| Occupational Therapy Services | |
| Physical Therapy Services | |
| Specialized Medical Equipment and Supplies | |
| Speech and Language Therapy Services | |
| Assistive Technology | |
| Benefits Counseling | |
| Career Assessment | |
| Cognitive Rehabilitation Therapy Services | |
| Community Integration | |
| Community Transition Services | |
| Home Adaptations | |
| Job Finding | |
| Non-Medical Transportation | |
| Nutritional Consultation Services | |
| Personal Emergency Repsonse (PERS) | |
| Therapeutic and Counseling Services | |
| Vehicle Modifications | |

## Appendix J: Cost Neutrality Demonstration

### J-2: Derivation of Estimates (5 of 9)

　　**d. Estimate of Factor D.**

　　**i. Non-Concurrent Waiver.** Complete the following table for each waiver year. Enter data into the Unit, # Users, Avg. Units Per User, and Avg. Cost/Unit fields for all the Waiver Service/Component items. Select Save and Calculate to automatically calculate and populate the Component Costs and Total Costs fields. All fields in this table must be completed in order to populate the Factor D fields in the J-1 Composite Overview table.

**Waiver Year: Year 1**

| Waiver Service/ Component | Unit | # Users | Avg. Units Per User | Avg. Cost/ Unit | Component Cost | Total Cost |
|---|---|---|---|---|---|---|
| **Adult Daily Living Total:** | | | | | | 730737.90 |
| Enhanced Full Day | Full Day | 24 | 166.47 | 80.68 | 322339.19 | |
| Basic Full Day | Full Day | 51 | 114.95 | 64.88 | 380355.76 | |
| Enhanced Half Day | Half Day | 13 | 129.18 | 8.35 | 14022.49 | |
| Basic Half Day | Half Day | 13 | 81.09 | 13.30 | 14020.46 | |
| **Employment Skills Development Total:** | | | | | | 0.00 |
| Employment Skills Development | 15 Min | 0 | 0.00 | 0.01 | 0.00 | |
| **Job Coaching Total:** | | | | | | 0.00 |
| Job Coaching | 15 Min | 0 | 0.00 | 0.01 | 0.00 | |
| **Personal Assistance Services Total:** | | | | | | 395309613.30 |
| Personal Assistance CSLA | 15 Min | 45 | 3313.23 | 5.16 | 769332.01 | |
| Personal Assistance | 15 Min | 8201 | 6456.75 | 5.00 | 264759033.75 | |
| Personal Assistance Participant-Directed | 15 Min | 4860 | 7900.58 | 3.38 | 129781247.54 | |
| **Respite Total:** | | | | | | 410797.21 |
| Participant- Directed | 15 Min | 47 | 1054.11 | 3.55 | 175878.25 | |
| Agency | 15 Min | 70 | 661.93 | 5.07 | 234918.96 | |
| **Service Coordination Total:** | | | | | | 24908176.86 |
| Service Coordination | 15 Min | 13248 | 94.67 | 19.86 | 24908176.86 | |
| **Supported Employment Total:** | | | | | | 73399.44 |
| Supported Employment | Hour | 9 | 186.71 | 43.68 | 73399.44 | |
| **Behavior Therapy Services Total:** | | | | | | 0.00 |
| Behavior Therapy Services | 15 Min | 0 | 0.00 | 0.01 | 0.00 | |
| **Counseling Services Total:** | | | | | | 0.00 |
| Counseling Services | 15 Min | 0 | 0.00 | 0.01 | 0.00 | |
| **Home Health Total:** | | | | | | 56979216.57 |
| Nursing RN | 15 Min | 140 | 4934.40 | 17.11 | 11819861.76 | |
| Nursing LPN | 15 Min | 484 | 7725.14 | 11.85 | 44306767.96 | |
| Physical Therapy | 15 Min | 62 | 219.02 | 21.49 | 291817.87 | |
| Physical Therapy Assistant | 15 Min | 1 | 4.00 | 12.42 | 49.68 | |

**GRAND TOTAL:** 503077889.37

**Total Estimated Unduplicated Participants:** 14246

**Factor D (Divide total by number of participants):** 35313.62

**Average Length of Stay on the Waiver:** 327

| Waiver Service/ Component | Unit | # Users | Avg. Units Per User | Avg. Cost/ Unit | Component Cost | Total Cost |
|---|---|---|---|---|---|---|
| Occupational Therapy | 15 Min | 54 | 242.93 | 22.87 | 300013.69 | |
| Occupational Therapy Assistant | 15 Min | 14 | 93.27 | 15.62 | 20396.28 | |
| Speech Therapy | 15 Min | 50 | 207.97 | 23.11 | 240309.34 | |
| **Nursing Services Total:** | | | | | | 0.00 |
| Registered Nurse (RN) | 15 Min | 0 | 0.00 | 0.01 | 0.00 | |
| Licensed Practical Nurse (LPN) | 15 Min | 0 | 0.00 | 0.01 | 0.00 | |
| **Occupational Therapy Services Total:** | | | | | | 0.00 |
| Occupational Therapy Services | 15 Min | 0 | 0.00 | 0.01 | 0.00 | |
| **Physical Therapy Services Total:** | | | | | | 0.00 |
| Physical Therapy Services | 15 Min | 0 | 0.00 | 0.01 | 0.00 | |
| **Specialized Medical Equipment and Supplies Total:** | | | | | | 2020589.23 |
| Specialized Medical Equipment and Supplies | Per Purchase | 1103 | 1.83 | 1001.04 | 2020589.23 | |
| **Speech and Language Therapy Services Total:** | | | | | | 0.00 |
| Speech and Language Therapy Services | 15 Min | 0 | 0.00 | 0.01 | 0.00 | |
| **Assistive Technology Total:** | | | | | | 14025.70 |
| Assistive Technology | Per Purchase | 13 | 1.00 | 1078.90 | 14025.70 | |
| **Benefits Counseling Total:** | | | | | | 0.00 |
| Benefits Counseling | 15 Min | 0 | 0.00 | 0.01 | 0.00 | |
| **Career Assessment Total:** | | | | | | 0.00 |
| Career Assessment | 15 Min | 0 | 0.00 | 0.01 | 0.00 | |
| **Cognitive Rehabilitation Therapy Services Total:** | | | | | | 0.00 |
| Cognitive Rehabilitation Therapy Services | 15 Min | 0 | 0.00 | 0.01 | 0.00 | |
| **Community Integration Total:** | | | | | | 337656.59 |
| Community Integration | 15 Min | 111 | 432.71 | 7.03 | 337656.59 | |
| **Community Transition Services Total:** | | | | | | 83409.06 |
| Community Transition Services | Per Purchase | 47 | 19.14 | 92.72 | 83409.06 | |
| **Home Adaptations Total:** | | | | | | 13919603.69 |
| Home Adaptations | Per Adaptation | 1371 | 1.46 | 6954.03 | 13919603.69 | |
| **Job Finding Total:** | | | | | | 0.00 |
| Job Finding | 15 Min | 0 | 0.00 | 0.01 | 0.00 | |

| | | |
|---|---|---|
| **GRAND TOTAL:** | | 503077889.57 |
| **Total Estimated Unduplicated Participants:** | | 14246 |
| **Factor D (Divide total by number of participants):** | | 35313.62 |
| **Average Length of Stay on the Waiver:** | | 327 |

| Waiver Service/ Component | Unit | # Users | Avg. Units Per User | Avg. Cost/ Unit | Component Cost | Total Cost |
|---|---|---|---|---|---|---|
| Non-Medical Transportation Total: | | | | | | 3698442.44 |
| Non-Medical Transportation | Trip | 3155 | 24.20 | 48.44 | 3698442.44 | |
| Nutritional Consultation Services Total: | | | | | | 0.00 |
| Nutritional Consultation Services | 15 Min | 0 | 0.00 | 0.01 | 0.00 | |
| Personal Emergency Repsonse (PERS) Total: | | | | | | 2135758.85 |
| Personal Emergency Repsonse (PERS) | Month | 6193 | 9.49 | 36.34 | 2135758.85 | |
| Therapeutic and Counseling Services Total: | | | | | | 2442436.83 |
| Cognitive Rehabilitation Therapy | 15 Min | 144 | 1008.63 | 15.12 | 2196069.93 | |
| Behavior Therapy | 15 Min | 52 | 200.95 | 22.23 | 232290.16 | |
| Counseling | 15 Min | 1 | 4.00 | 12.76 | 51.04 | |
| Nutritional Counseling | 15 Min | 13 | 10.00 | 107.89 | 14025.70 | |
| Vehicle Modifications Total: | | | | | | 14025.70 |
| Vehicle Modifications | Per Adaptation | 13 | 1.00 | 1078.90 | 14025.70 | |

| | | |
|---|---|---|
| GRAND TOTAL: | | 503077889.37 |
| Total Estimated Unduplicated Participants: | | 14246 |
| Factor D (Divide total by number of participants): | | 35313.62 |
| Average Length of Stay on the Waiver: | | 327 |

## Appendix J: Cost Neutrality Demonstration

### J-2: Derivation of Estimates (6 of 9)

d. **Estimate of Factor D.**

**i. Non-Concurrent Waiver.** Complete the following table for each waiver year. Enter data into the Unit, # Users, Avg. Units Per User, and Avg. Cost/Unit fields for all the Waiver Service/Component items. Select Save and Calculate to automatically calculate and populate the Component Costs and Total Costs fields. All fields in this table must be completed in order to populate the Factor D fields in the J-1 Composite Overview table.

**Waiver Year: Year 2**

| Waiver Service/ Component | Unit | # Users | Avg. Units Per User | Avg. Cost/ Unit | Component Cost | Total Cost |
|---|---|---|---|---|---|---|
| Adult Daily Living Total: | | | | | | 874626.30 |
| Enhanced Full Day | Full Day | 36 | 138.00 | 74.82 | 371705.76 | |
| Basic Full Day | Full Day | 72 | 116.00 | 60.15 | 502372.80 | |
| Enhanced Half Day | Half Day | 0 | 0.00 | 0.01 | 0.00 | |
| Basic Half Day | Half Day | 1 | 18.00 | 30.43 | 547.74 | |
| Employment Skills Development Total: | | | | | | 1808100.00 |
| Employment Skills Development | 15 Min | 82 | 1050.00 | 21.00 | 1808100.00 | |
| Job Coaching Total: | | | | | | 102060.00 |
| Job Coaching | 15 Min | 63 | 27.00 | 60.00 | 102060.00 | |
| Personal Assistance Services Total: | | | | | | 526680090.76 |

| Waiver Service/ Component | Unit | # Users | Avg. Units Per User | Avg. Cost/ Unit | Component Cost | Total Cost |
|---|---|---|---|---|---|---|
| Personal Assistance CSLA | 15 Min | 49 | 3178.00 | 4.78 | 744351.16 | |
| Personal Assistance | 15 Min | 10500 | 7250.00 | 4.74 | 360832500.00 | |
| Personal Assistance Participant-Directed | 15 Min | 5790 | 8801.00 | 3.24 | 165103239.60 | |
| **Respite Total:** | | | | | | **261823.61** |
| Participant- Directed | 15 Min | 40 | 1255.00 | 3.42 | 171684.00 | |
| Agency | 15 Min | 59 | 323.00 | 4.73 | 90139.61 | |
| **Service Coordination Total:** | | | | | | **35052904.68** |
| Service Coordination | 15 Min | 16266 | 107.00 | 20.14 | 35052904.68 | |
| **Supported Employment Total:** | | | | | | **12905.60** |
| Supported Employment | Hour | 5 | 64.00 | 40.33 | 12905.60 | |
| **Behavior Therapy Services Total:** | | | | | | **263783.52** |
| Behavior Therapy Services | 15 Min | 52 | 244.00 | 20.79 | 263783.52 | |
| **Counseling Services Total:** | | | | | | **9688.77** |
| Counseling Services | 15 Min | 3 | 273.00 | 11.83 | 9688.77 | |
| **Home Health Total:** | | | | | | **0.00** |
| Nursing RN | 15 Min | 0 | 0.00 | 0.01 | 0.00 | |
| Nursing LPN | 15 Min | 0 | 0.00 | 0.01 | 0.00 | |
| Physical Therapy | 15 Min | 0 | 0.00 | 0.01 | 0.00 | |
| Physical Therapy Assistant | 15 Min | 0 | 0.00 | 0.01 | 0.00 | |
| Occupational Therapy | 15 Min | 0 | 0.00 | 0.01 | 0.00 | |
| Occupational Therapy Assistant | 15 Min | 0 | 0.00 | 0.01 | 0.00 | |
| Speech Therapy | 15 Min | 0 | 0.00 | 0.01 | 0.00 | |
| **Nursing Services Total:** | | | | | | **75092544.43** |
| Registered Nurse (RN) | 15 Min | 161 | 4141.00 | 16.55 | 11033901.55 | |
| Licensed Practical Nurse (LPN) | 15 Min | 694 | 8376.00 | 11.02 | 64058642.88 | |
| **Occupational Therapy Services Total:** | | | | | | **250309.44** |
| Occupational Therapy Services | 15 Min | 81 | 148.00 | 20.88 | 250309.44 | |
| **Physical Therapy Services Total:** | | | | | | **274316.00** |
| Physical Therapy Services | 15 Min | 97 | 140.00 | 20.20 | 274316.00 | |
| **Specialized Medical Equipment and Supplies Total:** | | | | | | **213127.20** |
| Specialized Medical Equipment and Supplies | Per Purchase | 276 | 3.00 | 257.40 | 213127.20 | |
| **Speech and Language Therapy Services Total:** | | | | | | |

Case 5:17-cv-02165-JLS   Document 23-1   Filed 07/14/17   Page 234 of 234

| Waiver Service/ Component | Unit | # Users | Avg. Units Per User | Avg. Cost/ Unit | Component Cost | Total Cost |
|---|---|---|---|---|---|---|
| | | | | | | 145958.40 |
| Speech and Language Therapy Services | 15 Min | 42 | 160.00 | 21.72 | 145958.40 | |
| **Assistive Technology Total:** | | | | | | 22753.72 |
| Assistive Technology | Per Purchase | 22 | 1.00 | 1034.26 | 22753.72 | |
| **Benefits Counseling Total:** | | | | | | 20460.00 |
| Benefits Counseling | 15 Min | 31 | 11.00 | 60.00 | 20460.00 | |
| **Career Assessment Total:** | | | | | | 21824.00 |
| Career Assessment | 15 Min | 31 | 11.00 | 64.00 | 21824.00 | |
| **Cognitive Rehabilitation Therapy Services Total:** | | | | | | 2381380.36 |
| Cognitive Rehabilitation Therapy Services | 15 Min | 191 | 883.00 | 14.12 | 2381380.36 | |
| **Community Integration Total:** | | | | | | 283600.80 |
| Community Integration | 15 Min | 85 | 504.00 | 6.62 | 283600.80 | |
| **Community Transition Services Total:** | | | | | | |