# Exhibit 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH TALARICO, individually and on behalf of all other similarly situated individuals,<br><br>   Plaintiff,<br>v.<br><br>PUBLIC PARTNERSHIPS, LLC, d/b/a PCG PUBLIC PARTNERSHIPS,<br><br>   Defendant. | Case No. 17-2165 |

## DECLARATION OF E.W.

1. I am a Medicaid recipient for whom Ralph Talarico provides services on a daily basis.

2. PPL provides all of the paperwork and forms for me to be able to utilize Mr. Talarico's services.

3. While Ralph already worked for me, when PPL took over, I was told he had to clear a background check or he could not continue to do so.

4. I was told that if I wanted services that I had been provided before, I would have to sign a document saying I was a "common law employer"; I was never asked if I wanted an agent to handle payroll, nor was I given the authority to decide who would be my agent,. PPL told me that they were filling that role if I wanted services.

5. I never asked, nor directed, PPL to establish an EIN in my name, to obtain workers compensation insurance, or to maintain payroll records and pay taxes. They told me they were doing these things for me.

6. PPL tells me what rates that Ralph can be paid. They never told me that I could pay him at a different rate, however, I learned from my caseworker that he could be paid more, and had to ask PPL to do so. However, they instruct me as to the most he can receive.

7. I was told by PPL and the service provider how many hours per week I could receive services, that was not my decision.

8. PPL set up the timekeeping system and instructed Ralph in how to report his time. PPL directed me to confirm if I had received the hours of service reported.

9. I understand that there have been numerous issues over the years regarding Ralph's pay and whether or not it was correct. I was not permitted any input or direction over how those issues were handled. PPL made all of those decisions, and directed that all communications go to them.

10. PPL provided me many instructions and rules that they told me I had to follow regarding my receiving services.

11. I was never asked about whether I wanted to pay Ralph overtime pay; I was not asked if I wanted to pay him "backpay" for unpaid OT that he was paid in early 2016. I was not aware of Ralph being paid differently until he told me.

12. I never gave direction to PPL about Ralph's work or pay, PPL gave directions to me.

I declare, under penalty of perjury, that the foregoing is true and correct.

E▇▇▇ W▇▇▇, Participant

DATED: July 12, 2017