RALPH TALARICO, individually and on behalf
Of all others similarly situated,

        Plaintiff,

        v.

PUBLIC PARTNERSHIPS, LLC, d/b/a PCG,
PUBLIC PARTNERSHIPS,

        Defendant.

CIVIL ACTION
NO. 17-2165

## ORDER

**AND NOW**, this 20ᵗʰ day of August, 2018, upon consideration of Plaintiff's Motion

for Conditional Certification (Docket 47) and Memorandum of Law in support, as well as

Defendant's response thereto and plaintiff's reply, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion is **GRANTED**.

2. This case is conditionally certified as a collective action pursuant to 29 U.S.C.
   § 216(b).

3. Cohen Milstein Sellers & Toll, PLLC, Arnold, Beyer & Katz and Nichols
   Kaster, PLLP are approved to serve as class counsel in this matter.

4. The Notice of Collective Action Lawsuit and Consent to Joint Collective
   Action agreed to by the parties (Docket 64-1) are each **APPROVED** to be
   issued to the putative collective members.

5. Within ten days of this Order, Defendant shall provide Plaintiff's counsel with
   an electronic list of all direct care workers who have been paid by Defendant
   at any time since January 1, 2015, including their: (1) name; (2) current or last
   known mailing address; (3) current or last know e-mail address; (4) current or

last known telephone number; (5) dates of employment; (6) employee identification number; if any; and (7) last four digits of their social security number.

6. There shall be a sixty day opt-in period.

7. Plaintiff's counsel shall mail and e-mail the Notice of Collective Action Lawsuit and Consent to Joint Collective Action to all eligible putative collective members.

8. The opt-in period shall commence from the date notices are mailed and e-mailed.

9. Should notices be returned undeliverable or should current addresses not be available for any putative collective members, Plaintiff's counsel may conduct skip-tracing to update addresses for undeliverable or unavailable addresses.

10. Plaintiff's counsel may send a reminder notice by mail to putative collective members who have not opted into this action thirty days before the close of the opt-in period.

                                        **BY THE COURT:**


                                        **/s/ Jeffrey L. Schmehl**
                                        **Jeffrey L. Schmehl, J.**