IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH TALARICO, individually and on behalf Of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PUBLIC PARTNERSHIPS, LLC, d/b/a PCG, PUBLIC PARTNERSHIPS, <br><br> Defendant. | CIVIL ACTION <br> NO. 17-2165 |

## **ORDER**

**AND NOW**, this 28th day of January, 2020, upon review of Defendant's Motion for Summary Judgment (Docket No. 158) and Plaintiff's response thereto, as well as Defendant's reply, and after oral argument held, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment is **GRANTED**;

2. Plaintiff's Amended Complaint is **DISMISSED**;

3. Plaintiff's Motion to Allow Late Opt-Ins (Docket No. 196) is **DENIED** as moot; and

4. The Clerk shall close this case.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.