# Exhibit I

PPL00000649¹
Highly Confidential Pursuant to Protective Order



EXHIBIT
Simms 8
12/14/18



# PCG Public Partnerships
Supporting Choice. Managing Costs.

# Common Law Employer Agreement
(Page 1 of 3)

Vendor Fiscal/Employer Agent (VF/EA) Financial Management Services (FMS)

## COMMON LAW EMPLOYER AGREEMENT
### For Office of Long-Term Living Programs

I understand that participating in the VF/EA FMS model means that the Common Law Employer (CLE) has the ability to exercise decision-making authority over some or all of the participant's services and supports as authorized in the person-centered Individual Service Plan (ISP). The CLE accepts the responsibility for managing the participant's services and supports and is, therefore, recognized as the legal employer of the qualified Direct Care Workers (DCW) hired to provide the participant's Participant Directed Services (PDS).

**Participant's Information:**

Name of participant receiving PDS: (Print/type) _____

Address: _____ _____ _____ _____
(Number)   (Street)                           (Unit/Apt)

Allentown          PA              18103
(City)            (State)         (Zip Code)

Cell phone: (___) _____   Home phone: (610) 782-1796

E-mail Address: _____

**Common Law Employer:** (check one box)

☐ Participant       ☐ Designated Common Law Employer

If the participant designates an alternate common law employer, complete the information below:

**Designated Common Law Employer Information:** (if applicable)

Name: (Print/type) _____

Address: _____ _____ _____
(Number)   (Street)                       (Unit/Apt)

Allentown, PA 18103
(City)            (State)         (Zip Code)

Cell phone: (___) _____   Home phone _____

E-mail Address: _____

New OLTL Employer                                    Version 1.1

09/07/2014  10:32  12610435358  TONGE  PAGE 06

PPL00006492A

Highly Confidential Pursuant to Protective Order



# Common Law Employer Agreement
## (Page 2 of 3)

**PCG Public Partnerships**
Supporting Choice. Managing Costs.

The participant or designated common law employer, when appointed by the participant, must meet the following criteria in order to be the CLE:

**Common Law Employer (CLE) Requirements and Responsibilities:**

1. Be at least 18 years of age or older.
2. Complete all forms in the employment forms package and return the completed forms to your VF/EA.
3. Make decisions about the best way to meet your needs, receive and use goods and services and then judge how those goods and services worked for you, making changes as needed.
4. Collaborate with your service coordinator to develop your individual service plan based on your medical, social, functional and educational needs and goals.
5. If enrolled in budget-authority model of service, determine how your individual budget will be spent by developing your spending plan. Use your individual budget responsibly; your spending plan must reflect your assessed service needs identified in your service plan.
6. Recruit, hire, manage, and dismiss your DCWs.
7. Train your DCWs in providing services that are described and authorized by your individual service plan.
8. Establish a mutually agreeable schedule for the DCW, that meets your needs.
9. Decide how much to pay your DCW within the OLTL established wage limits and authorize their paychecks by reviewing and signing timesheets.
10. Provide your DCW with feedback to let them know if they are doing things the way you want.
11. Submit all approved purchases, invoices and timesheets to your VF/EA.
12. Demonstrate the required skills and abilities needed to self-direct DCWs without jeopardizing your health and safety, or designate a representative to assist you.
13. Develop and implement a back-up plan.
14. Participate in required training sponsored by OLTL or your VF/EA.
15. Contact your service coordinator to request a new assessment or to change your spending plan as your needs and goals change.
16. Secure qualified vendors.
17. Verify the qualification of DCWs and vendors prior to the person or entity rendering a waiver-funded participant-directed service and complete ongoing qualifications as needed according to waiver requirements.
18. Notify your service coordinator and your VF/EA when you suspect or are aware of issues of Medicaid fraud or financial abuse related to the delivery of participant-directed services.

New OLTL Employer

*Version 1.1*

09/07/2014 10:32   12610435353S   TONGE   PAGE   07

PPL00006493
Highly Confidential Pursuant to Protective Order

# PCG Public Partnerships
*Supporting Choice. Managing Costs.*

# Common Law Employer Agreement
(Page 3 of 3)

- By signing below, I _____ attest that I have read this
  (Name of Common Law Employer)
  *Common Law Employer Agreement* in its entirety.

- I understand that I must complete, sign and return this form to the VF/EA FMS organization under contract with the Office of Long-Term Living (OLTL) as a condition of enrolling and participating in the VF/EA FMS model.

- I attest that I understand my responsibilities as a CLE and agree to abide by the CLE terms and conditions.

- I further understand and agree that violation of any of the terms and/or conditions of this agreement may result in corrective action including termination of this agreement and termination of the participant from the VF/EA FMS model.

---

[signature redacted]                                                                    9-3-14

(Common Law Employer Signature)        (Print name)                    (Date)

New OLTL Employer                                                          *Version 1.1*

MAR/24/2016/THU 12:17 AM   Abilities In Motion      FAX No. 610-288-0091      P. 001/003



**PCG | Public Partnerships**
Supporting Choice. Managing Costs.™

**Common Law Employer Agreement (Page 1 of 3)**

Vendor Fiscal/Employer Agent (VF/EA) Financial Management Services (FMS)

### COMMON LAW EMPLOYER AGREEMENT
For Office of Long-Term Living Programs

I understand that participating in the VF/EA FMS model means that the Common Law Employer (CLE) has the ability to exercise decision-making authority over some or all of the participant's services and supports as authorized in the person-centered Individual Service Plan (ISP). The CLE accepts the responsibility for managing the participant's services and supports and is, therefore, recognized as the legal employer of the qualified Direct Care Workers (DCW) hired to provide the participant's Participant Directed Services (PDS).

**Participant's information:**

Name of participant receiving PDS: (Print/type) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Address: ▓▓▓▓▓▓ _____ _____
         (Number)       (Street)              (Unit/Apt)

Reading                    PA                    19604
(City)                    (State)               (Zip Code)

Cell phone: _____   Home phone: 484  577-1104

E-mail Address: _____

**Participant's Emergency Contact Information:**

Name of Emergency Contact: (Print/type) Denise LANG

Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
         (Number)       (Street)              (Unit/Apt)

Reading                    PA                    19602
(City)                    (State)               (Zip Code)

Cell phone: ▓▓▓▓▓▓▓▓▓▓   Home phone: SAME

E-mail Address: ▓▓▓▓▓▓

**Common Law Employer:** (check one box)

☒ Participant          ☐ Designated Common Law Employer

If the participant designates an alternate common law employer, complete the information on the next page.

> EXHIBIT 4
> LANG
> 12-17-18 DMK

New OLTL Employer                                    Version 1.2

Scanned by CamScanner

# PCG | Public Partnerships
*Supporting Choice. Managing Costs.™*

## Common Law Employer Agreement
### (Page 2 of 3)

**Designated Common Law Employer Information:** (if applicable)

Name: (Print/type) ███████

Address: ███████
(Number)    (Street)                                    (Unit/Apt.)

Reading          PA              19604
(City)           (State)         (Zip Code)

Cell phone: _____  Home phone: 484  577-1104

E-mail Address: _____

The participant or designated common law employer, when appointed by the participant, must meet the following criteria in order to be the CLE:

**Common Law Employer (CLE) Requirements and Responsibilities:**

1. Be at least 18 years of age or older.
2. Complete all forms in the employment forms package and return the completed forms to your VF/EA.
3. Make decisions about the best way to meet your needs, receive and use goods and services and then judge how those goods and services worked for you, making changes as needed.
4. Collaborate with your service coordinator to develop your individual service plan based on your medical, social, functional and educational needs and goals.
5. If enrolled in budget-authority model of service, determine how your individual budget will be spent by developing your spending plan. Use your individual budget responsibly; your spending plan must reflect your assessed service needs identified in your service plan.
6. Recruit, hire, manage, and dismiss your DCWs.
7. Train your DCWs in providing services that are described and authorized by your individual service plan.
8. Establish a mutually agreeable schedule for the DCW, that meets your needs.
9. Decide how much to pay your DCW within the OLTL established wage limits and authorize their paychecks by reviewing and signing timesheets.
10. Provide your DCW with feedback to let them know if they are doing things the way you want.
11. Submit all approved purchases, invoices and timesheets to your VF/EA.
12. Demonstrate the required skills and abilities needed to self-direct DCWs without jeopardizing your health and safety, or designate a representative to assist you.
13. Develop and implement a back-up plan.

New OLTL Employer                                            Version 1.2

Scanned by CamScanner

Highly Confidential Pursuant to Protective Order                    PPL000006573

MAR/24/2016/THU 12:18 AM    Abilities In Motion          FAX No. 610-288-0091          P. 003/003



**Common Law Employer Agreement**
**(Page 3 of 3)**

Supporting Choice. Managing Costs.™

14. Participate in required training sponsored by OLTL or your VF/EA.
15. Contact your service coordinator to request a new assessment or to change your spending plan as your needs and goals change.
16. Secure qualified vendors.
17. Verify the qualification of DCWs and vendors prior to the person or entity rendering a waiver-funded participant-directed service and complete ongoing qualifications as needed according to waiver requirements.
18. Notify your service coordinator and your VF/EA when you suspect or are aware of issues of Medicaid fraud or financial abuse related to the delivery of participant-directed services.

- By signing below, I ▮▮▮▮▮▮▮▮▮▮ attest that I have read this
  (Name of Common Law Employer)
  *Common Law Employer Agreement* in its entirety.

- I understand that I must complete, sign and return this form to the VF/EA FMS organization under contract with the Office of Long-Term Living (OLTL) as a condition of enrolling and participating in the VF/EA FMS model.

- I attest that I understand my responsibilities as a CLE and agree to abide by the CLE terms and conditions.

- I further understand and agree that violation of any of the terms and/or conditions of this agreement may result in corrective action including termination of this agreement and termination of the participant from the VF/EA FMS model.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮     3/18/2016
(Common Law Employer Signature)      (Print name)          (Date)

New OLTL Employer                    Scanned by CamScanner    Version 1.3

Highly Confidential Pursuant to Protective Order

PPL000006574