# Exhibit N

# PCG Public Partnerships
*Supporting Choice. Managing Costs.*

## Qualified DCW Rate Sheet
(Page 1 of 1)

### Qualified Direct Care Worker (DCW) Rate Sheet

Complete this form for each new DCW and service procedure code or when there is a change to an existing DCW rate or service procedure code. PPL will implement all wages at the beginning of the next available pay period start date. DCW wage changes will be processed within two weeks from the date received and will always go into effect at the beginning of pay period.

DCW Name (*please print*): LATIESHA SANTIAGO

Address: ███

Township/Borough/School District: ALLENTOWN BOROUGH

DCW Social Security Number: ███

[✓] New Service   [ ] Change of Existing Service   [✓] New Rate   [ ] Change of Existing Rate

| Service (Procedure Code) | DCW Rate per Hour |
|---|---|
| Personal Assistance Services (W1792) | 11.00 |
| Respite (S5150) | |
| Participant Directed Community Supports (W1900) | |

Common Law Employer Name (*please print*): ███

Common Law Employer Signature: ███   Date: 5/12/14

Participant's Name (*if different from CLE*): _____

Direct Care Worker (*please print*): LATIESHA SANTIAGO

Direct Care Worker Signature: *Latiesha Santiago*   Date: 5/12/14

MAIL FORM TO:
PA OLTL
PUBLIC PARTNERSHIPS, LLC
P.O. BOX 61257
HARRISBURG, PA 17106-1257

New OLTL DCW    Version 1.2


EXHIBIT Santiago 11 / 2-26-19

Highly Confidential Pursuant to Protective Order    PPL000006283

09/01/2015  17:48    12610435353B         TONGE                                    PAGE  02


EXHIBIT
Simms 18
12/14/18

## PCG | Public Partnerships
Supporting Choice. Managing Costs.

### Qualified DCW Rate Sheet (Page 1 of 1)

#### Qualified Direct Care Worker (DCW) Rate Sheet

Complete this form for each new DCW and service procedure code **or** when there is a change to an existing DCW rate or service procedure code. PPL will implement all wages at the beginning of the next available pay period start date. DCW wage changes will be processed within two weeks from the date received and will always go into effect at the beginning of pay period.

DCW Name (please print): Soschelle Simms

Address: ████████

Township/Borough/School District: ALLENTOWN CI. ALLENTOWN CI.

DCW Social Security Number: ████████

[ ] New Service   [ ] Change of Existing Service   [ ] New Rate   [✓] Change of Existing Rate

| Service (Procedure Code) | DCW Rate per Hour |
|---|---|
| Personal Assistance Services (W1792) | $12.50 |
| Respite (S5150) | |
| Participant Directed Community Supports (W1900) | |

Common Law Employer Name (please print): ████████
Common Law Employer Signature: ████████   Date: 9/1/15
Participant's Name (if different from CLE): _____

Direct Care Worker (please print): Soschelle Simms
Direct Care Worker Signature: Saschelle Simms    Date: 9/1/15

MAIL FORM TO:  PA OLTL
PUBLIC PARTNERSHIPS, LLC
P.O. BOX 1108
WILKES-BARRE, PA 18773-9905

New OLTL DCW                                                        Version 1.3

Highly Confidential Pursuant to Protective Order                                PPL000006416

# PCG | Public Partnerships
*Supporting Choice. Managing Costs.*

**Qualified DCW Rate Sheet (Page 1 of 1)**

## Qualified Direct Care Worker (DCW) Rate Sheet

Complete this form for each new DCW and service procedure code _or_ when there is a change to an existing DCW rate or service procedure code. PPL will implement all wages at the beginning of the next available pay period start date. DCW wage changes will be processed within two weeks from the date received and will always go into effect at the beginning of pay period.

DCW Name (*please print*): Denise LANG

Address: [redacted]

Township/Borough/School District: Berks County, Reading

DCW Social Security Number: [redacted]

☐ New Service   ☐ Change of Existing Service   ☒ New Rate   ☒ Change of Existing Rate

| Service (Procedure Code) | DCW Rate per Hour |
|---|---|
| Personal Assistance Services (W1792) | $13.00 |
| Respite (S5150) | $13.00 |
| Participant Directed Community Supports (W1900) | |

Common Law Employer Name (*please print*): [redacted]

Common Law Employer Signature: [redacted]   Date: 9-24-14

Participant's Name (*if different from CLE*):

Direct Care Worker (*please print*): Denise Lang

Direct Care Worker Signature: Denise Lang   Date: 09-24-2014

MAIL FORM TO:
PUBLIC PARTNERSHIPS, LLC
P.O. BOX 61257
HARRISBURG, PA 17106-1257

New OLTL DCW   Version 1.1

EXHIBIT 6
LANG
12-18-18 DMK

Highly Confidential Pursuant to Protective Order   PPL000006177



# Qualified DCW Rate Sheet (Page 1 of 1)

DEC 0 1 2014

## Qualified Direct Care Worker (DCW) Rate Sheet

Complete this form for each new DCW and service procedure code <u>or</u> when there is a change to an existing DCW rate or service procedure code. PPL will implement all wages at the beginning of the next available pay period start date. DCW wage changes will be processed within two weeks from the date received and will always go into effect at the beginning of pay period.

**DCW Name** (*please print*): Denise Lang

**Address:** [redacted]

**Township/Borough/School District:** Reading PA

**DCW Social Security Number:** [redacted]

[ ] New Service  [ ] Change of Existing Service  [✓] New Rate  [✓] Change of Existing Rate

| Service (Procedure Code) | DCW Rate per Hour |
|---|---|
| Personal Assistance Services (W1792) | $13.00 |
| Respite (S5150) | |
| Participant Directed Community Supports (W1900) | |

**Common Law Employer Name** (*please print*): [redacted]

**Common Law Employer Signature:** [redacted]   **Date:** 11-24-2014

**Participant's Name** (*if different from CLE*): _____

**Direct Care Worker** (*please print*): Denise Lang

**Direct Care Worker Signature:** Denise Lang   **Date:** 11-24-2014

```
MAIL FORM TO:   PA OLTL
                PUBLIC PARTNERSHIPS, LLC
                P.O. BOX 1108
                WILKES-BARRE, PA 18773-9905
```

New OLTL DCW                           Version 1.3

EXHIBIT 7
LANG
12-17-18 DMK

Highly Confidential Pursuant to Protective Order                           PPL000006178