IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH TALARICO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC PARTNERSHIPS, LLC, d/b/a PCG, PUBLIC PARTNERSHIPS,<br><br>Defendant. | CIVIL ACTION<br>NO. 17-2165 |

## ORDER

**AND NOW**, this 12th day of May, 2022, upon review of Plaintiff's Motion for Class Certification and Final Collective Action Certification (Docket No. 219) and Defendant's response thereto, as well as Plaintiff's reply, and after oral argument held, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Class Certification and Final Collective Action Certification is **GRANTED**;

2. Plaintiff Ralph Talarico is designated the class representative and his counsel is designated as Class Counsel;

3. The class shall be defined as follows:

    All direct care workers in Pennsylvania who provided services to participants in the Medicaid Home and Community-Based Services waiver program and were paid through Public Partnerships, LLC, who worked more than 40 hours in a work week at any time from May 11, 2014 through date of trial without receiving an overtime premium for all hours over 40.

4. The parties shall provide the Court with a status report within thirty (30) days

2

regarding the form of notice to be sent to class members under Section 216(b) of the Fair Labor Standards Act; and

5. Plaintiff's Motion to Allow Late Opt-Ins (Docket No. 196) is **GRANTED.**

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
Jeffrey L. Schmehl, J.