IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH TALARICO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARY SITUATED | : CIVIL ACTION<br>:<br>:<br>: |
| v. | : NO. 17-2165<br>: |
| PUBLIC PARTNERSHIPS, LLC, D/B/A PCG PUBLIC PARTNERSHISP | : |

# ORDER

**AND NOW**, this 21st day of October, 2022, upon review Defendant's Motion to Amend the Definition of the Rule 23 Class and FLSA Collective to January 1, 2016 (Docket No. 249), it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.