**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RALPH TALARICO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>PUBLIC PARTNERSHIPS, LLC, D/B/A/ PCG PUBLIC PARTNERSHIPS,<br><br>Defendants. | Case No. 17-2165<br><br>Judge Schmehl |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO EXTEND DEADLINE FOR REBUTTAL 1006 SUMMARY**

Defendant Public Partnerships, LLC ("Defendant")

On December 13, 2022, this Court entered a Scheduling Order that set a deadline of February 28, 2023 for Plaintiff's production of their FRE 1006 Summary of Damages and March 28, 2023 for Defendant's Response. ECF No. 268. On March 24, 2023, Defendant moved to extend its deadline by a month, to April 28, 2023. ECF No. 279. Plaintiff objects that Defendant has not shown good cause for such an extension, and no more than an additional week should be allowed. In support, Plaintiff notes:

1. On December 20, 2022, Plaintiff's FRE 1006 witness, Alexander Wise, provided Defendant with a step-by-step explanation, via video conference, of Plaintiff's damages calculations, reviewing the data files and how the calculations were made, answering all questions posed by Defendant.

2. Thereafter, on February 28, 2023, Plaintiff produced his Rule 1006 Summary and supportive documents following that methodology.

3. On March 20, 2023, Defendant posed questions to Plaintiff's counsel regarding the summary, specifically with respect to how the damages calculations accounted for individuals to whom the Court directed notice that they did not qualify for the FLSA class despite their prior opt-in, and individuals who had opted-out of the Rule 23 class.

4. Plaintiff responded on March 22, 2023, explaining that individuals who were excluded have zero damages during the FLSA time period and were listed in the FRE 1006 summary showing their zero damages – except for some individuals who, during the longer time period governing the Rule 23 class, did have damages, who were shown with their non-zero damages calculations in the summary. As to the individuals who opted out of the Rule 23 class, Plaintiff responded by noting that several of them had previously opted-in to the FLSA collective and had never withdrawn their opt-in, and thus they properly were shown with their FLSA damages. Finally, Plaintiff acknowledged that the damages summary included rows listing 71 individuals who had opted out of the Rule 23 class, and who thus should be excluded from the damages total, and provided an updated FRE 1006 summary that excluded those 71 individuals' rows of data, and updated the total for the class overall.

5. While this was a minor difference, easily resolved, Plaintiff offered Defendant an additional week to complete its response to the FRE 1006 summary. Given the minor issue, which was immediately explained when Defendant raised a question, there is no reason for Defendant to have another month to respond to damages analysis which it first obtained access to in December 2022, and which it has had in full since February 28, when the Court provided a month for Defendant's response.

6. Because this Court stated it would schedule a status conference after the damages reports had been exchanged, the delay in Defendant's response will delay further progress on bringing this case to a final resolution.

Wherefore, Plaintiff opposes Defendant's request for an additional month to complete its FRE 1006 Response.

March 24, 2023

Respectfully submitted,

*/s/Christine E. Webber*

Christine E. Webber (DC #439368)
Harini Srinivasan
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
(202) 408-4600
cwebber@cohenmilstein.com
hsrinivasan@cohenmilstein.com

ARNOLD, BEYER & KATZ
Richard Katz, PA Bar No. 20702
140A East King Street
Lancaster, PA 17602
Telephone: (717) 394-7204
Fax: (717) 291-0992
rkatz@arnoldbeyerkatz.com

NICHOLS KASTER, PLLP
Rachhana T. Srey, MN Bar No. 340133
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
srey@nka.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2023, I electronically filed this document electronically with the Clerk of the Court using the CM/ECF, who in turn sent notice to all counsel of record:

Dated: March 27, 2023

*/s/ Christine E. Webber*
Christine E. Webber