IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ralph Talarico, et al., : | |
| : | |
| Plaintiff, : | Civil Action No.: 5:17-CV-02165-JLS |
| : | |
| v. : | |
| : | |
| Public Partnerships, LLC, : | |
| : | |
| Defendant. : | |

.

## MOTION TO WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 5.1(b), Kayla M. Kienzle, Esq. of Nichols Kaster, PLLP, hereby moves this Court for leave to withdraw her appearance as *pro hac vice* counsel for Plaintiffs. Plaintiffs continue to be represented by Christine E. Webber, Esq. and Harini Srinivasan, Esq. of Cohen Milstein Sellers & Toll, PLLC; Richard Katz, Esq. of Arnold Beyer & Katz; and Rachhana T. Srey, Esq., Robert L. Schug, Esq. and H. Clara Coleman, Esq. of Nichols Kaster, PLLP.

Dated: August 5, 2024

Respectfully submitted,

*/s/ Rachhana T. Srey*

NICHOLS KASTER, PLLP
Rachhana T. Srey, MN Bar No. 340133*
Kayla M. Kienzle, MN Bar No. 0399975*
Clara Coleman, MN Bar No. 0401743*
4700 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
srey@nka.com
kkienzle@nka.com
ccoleman@nka.com

COHEN MILSTEIN SELLERS & TOLL, PLLC
Christine E. Webber (#439368)
Harini Srinivasan
1100 New York Ave., N.W.
Suite 500
Washington, D.C. 20005
cwebber@cohenmilstein.com
hsrinivasan@cohenmilstein.com

ARNOLD, BEYER & KATZ
Richard Katz, PA Bar No. 20702
140A East King Street
Lancaster, PA 17602
Telephone: (717) 394-7204
Fax: (717) 291-0992
rkatz@arnoldbeyerkatz.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ralph Talarico, et al., : | |
| : | |
| Plaintiff, : | Civil Action |
| : | |
| v. : | |
| : | No.: 5:17-CV-02165-JLS |
| Public Partnerships, LLC, d/b/a PCG, : | |
| Defendant. | |

CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2024, I electronically filed the foregoing document using the CM/ECF system and that I served the same by electronic filing via ECF, pursuant to the administrative procedures of the United States District Court for the Eastern District of Pennsylvania governing the filing and service by electronic means, upon all counsel of record.

/s/ *Rachhana T. Srey*

NICHOLS KASTER, PLLP
Rachhana T. Srey, MN Bar No. 340133*
Kayla M. Kienzle, MN Bar No. 0399975*
Clara Coleman, MN Bar No. 0401743*
4700 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
srey@nka.com
kkienzle@nka.com
ccoleman@nka.com

*Attorneys for Plaintiff*