IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH TALARICO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARY SITUATED | : : : : | CIVIL ACTION |
| v. | : : | NO. 17-2165 |
| PUBLIC PARTNERSHIPS, LLC, D/B/A PCG PUBLIC PARTNERSHISP | : | |

## ORDER

**AND NOW**, this   3rd   day of September, 2024, upon review of Defendant's pending Motion for Judgment on Partial Findings in this matter (Docket No. 351), it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.