# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH TALARICO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PUBLIC PARTNERSHIPS, LLC,<br><br>Defendant. | Case No. 5:17-cv-02165-JLS<br><br>Judge Schmehl |

## JOINT STATUS REPORT #2

Pursuant to the Court's Orders of August 12, 2024 (ECF 382) and September 23, 2024 (ECF 386), directing the parties to meet and confer on a remedial plan for redacting PHI and PII from trial exhibits and deposition designations and to file a second joint status report on those efforts, Plaintiff Ralph Talarico and Defendant Public Partnerships LLC, by and through their undersigned counsel (collectively, the "Parties"), hereby file this **Joint Status Report #2** and advise the Court as follows:

1. The Parties have completed their initial evaluation of which exhibits can be made available publicly without redaction, which exhibits can be available after redactions are made, and which exhibits are not suitable for public release even in redacted form due to extensive personally-identifying information or where redactions would be so significant that the resulting document would not provide usable or readable information.

2. The Parties have made significant progress and agreed on the vast majority of exhibits, but the Parties still have some disagreements on about 14 exhibits, and the Parties will need additional time to complete their evaluation, see if the Parties can reach agreement on all exhibits, and to conduct/review the redactions that the Parties believe are required. In addition to addressing the trial exhibits, the Parties have agreed to divide up the deposition designations that

were admitted into the trial record and to review and evaluate which designations can be made available publicly without redaction and which designations will require redactions.

3. The Parties plan to continue to address any remaining disagreements with respect to the trial exhibits, to begin to redact the exhibits they have identified that will require redaction, and to review the deposition designations. The Parties agree to meet-and-confer over any disagreements or issues that may come up through that process.

4. The Parties ask that the Court allow the Parties to have a 45-day period to continue their implementation of this process and to direct the Parties to file another joint status report on or before **December 12, 2024.** With those deadlines, the Parties anticipate the next status report can be used to identify the exhibits that can be admitted with redactions onto the public record, identify the Parties' agreements with respect to deposition designations as well as any remaining disagreements.

WHEREFORE, the Parties respectfully submit this Joint Status Report #2 for the Court's consideration.

| COHEN MILSTEIN SELLERS & TOLL | COZEN O'CONNOR |
|---|---|
| /s/ Christine E. Webber | /s/ Walter M. Foster |
| By: Christine E. Webber (DC 439368)<br>1100 New York Avenue NW, Fifth Floor<br>Washington, DC 20005<br>202-408-4600<br>cwebber@cohenmilstein.com | By: Walter M. Foster (*pro hac vice*)<br>200 State Street, Suite 1105<br>Boston, MA 02109<br>617-849-5012<br>WalterFoster@cozen.com |
| ARNOLD, BEYER, & KATZ<br>Richard Katz (PA 20702)<br>140A East King Street<br>Lancaster, PA 17602<br>717-394-7204<br>rkatz@arnoldbeyerkatz.com | Jason A. Cabrera (PA 315804)<br>1650 Market Street, Suite 2800<br>Philadelphia, PA 19103<br>215-665-7267<br>JCabrera@cozen.com |

|  |  |
|---|---|
| NICHOLS KASTER<br>Rachhanna T. Srey (MN 340133)<br>4700 IDS Center, 80 South 8th Street<br>Minneapolis, MN 55402<br>612-256-3200<br>srey@nka.com | |
| Dated: October 28, 2024 | Dated: October 28, 2024 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |