IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH TALARICO, individually and on behalf of all other similarly situated, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 17-2165 |
| | : | |
| PUBLIC PARTNERSHIPS, LLC | : | |

## ORDER

**AND NOW**, this 13th day of December, 2024, upon review of the parties' Joint Status Report of December 12, 2024, it is hereby **ORDERED** as follows:

1. Each side shall submit a brief of no more than five pages addressing the necessary scope of DCW redactions from the trial record by January 27, 2025; and

2. The parties shall submit another joint status report to the Court by January 27, 2025.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.