IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH TALARICO, individually and on behalf of all other similarly situated, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 17-2165 |
| | : | |
| PUBLIC PARTNERSHIPS, LLC | : | |

## **ORDER**

**AND NOW**, this 30th day of January, 2025, upon consideration of the evidence presented during the bench trial in this matter and the parties' post trial briefs, it is hereby **ORDERED**, consistent with the accompanying Memorandum Opinion, as follows:

(1) Defendant is not the joint employer of Plaintiff and therefore it is not liable for any unpaid overtime; and

(2) **JUDGMENT** is entered in favor Defendant and against Plaintiff.

BY THE COURT:


/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.