IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH TALARICO, INDIVIDUALLY AND, ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC PARTNERSHIPS, LLC, D/B/A PCG PUBLIC PARTNERSHIPS.<br><br>Defendant. | Docket No. 17-2165<br><br>Judge Schmehl |

## NOTICE OF APPEAL

Plaintiff Ralph Talarico, on behalf of himself and all other persons similarly situated, in the above-captioned case hereby appeal to the United States Court of Appeals for the Third Circuit from the Memorandum and accompanying Order ruling that Public Partnerships, LLC d/b/a PCG Public Partnerships ("Defendant") is not Plaintiff's joint employer and therefore not liable for unpaid overtime and entering judgment in favor of Defendant on January 30, 2025 (Docket Entries 395, 396).

Date: February 28, 2025            Respectfully submitted,

*/s/ Christine E. Webber*_____
COHEN MILSTEIN SELLERS & TOLL PLLC
Christine E. Webber, DC Bar No. 439368*
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
cwebber@cohenmilstein.com

ARNOLD, BEYER & KATZ
Richard Katz, PA Bar No. 20702
140A East King Street
Lancaster, PA 17602
Telephone: (717) 394-7204
Fax: (717) 291-0992
rkatz@arnoldbeyerkatz.com

NICHOLS KASTER, PLLP
Rachhana T. Srey, MN Bar No. 340133*
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
srey@nka.com


*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 28th day of February, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

/s/ *Christine E. Webber*
Christine E. Webber